**Metropolitan Regional Information Systems, Inc.
v.
American Home Realty Network and Jonathan J. Cardella
Civil Action No. 12-cv-0954**

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME REALTY NETWORK, INC.<br><br>and<br><br>JONATHAN J. CARDELLA,<br><br>Defendants. | CIVIL ACTION NO. 12-cv-0954 |

DECLARATION OF JOHN L. HEITHAUS IN SUPPORT OF PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION

I, John L. Heithaus, declare as follows:

1. I am a resident of the State of Maryland and am the Chief Marketing Officer of the plaintiff Metropolitan Regional Information Systems, Inc. ("MRIS"). I make this Declaration upon my personal knowledge, both as an individual and as MRIS's Chief Marketing Officer.

2. As MRIS's Chief Marketing Officer, I oversee MRIS marketing operations, product innovation and management initiatives and MRIS's alliance management teams. I have more than 30 years of experience in the real estate industry.

3. MRIS serves as the regional multiple listing service for real estate brokers and agents in the Mid-Atlantic, covering Maryland, Virginia, District of Columbia and portions of

- 2 -

Pennsylvania, West Virginia, and Delaware (the "MRIS territory"). MRIS is charged with the responsibility of creating, maintaining, operating and protecting the MRIS database of real estate listing information for subscribing real estate professionals in the MRIS territory, including real estate brokers, agents and appraisers serving buyers, sellers, and renters (the "MRIS Database").

4. MRIS has implemented a comprehensive program to protect the MRIS Database and the property listings in the MRIS Database against unauthorized use. As part of this program, MRIS registers the MRIS Database quarterly with the U.S. Copyright Office under registration procedures applicable to automated databases. Under these Copyright Office procedures, MRIS files its claims of copyright ownership in and to the MRIS Database with the Copyright Office each quarter. MRIS's copyrights in and to the MRIS Database extend to the collection and compilation of the real estate listings in the MRIS Database and to expressive contributions created by MRIS or acquired by MRIS, including the photographs included in the listings.

5. MRIS is charged with the responsibility of enforcing the copyrights in and to the MRIS Database to maintain the value of the MRIS Database and the its contents, both on behalf of MRIS and of the MRIS brokers and agents who expend substantial time, effort and resources to acquire and market their property listings through the MRIS multiple listing service. So that unauthorized copies of the photos may be identified, MRIS also affixes its copyright notice to the photos in the database.

6. In addition to its copyright registration program, MRIS protects the MRIS Database contractually by requiring that third parties accessing and using the MRIS Database are subject to licensed use restrictions. In exchange for these rights and commitments (as

detailed in the applicable MRIS Subscription, MRIS Database Access and Use Agreements, and Terms of Use Agreements) and upon payment of the applicable subscription or other fees fee, each subscriber in the case of MRIS Subscribers participating in the MRIS IDX program, for example, is given access to the entire MRIS Database (including competitor listings), and may include listings from the MRIS Database on their brokerage and/or agent websites for consideration by prospective buyers and renters. Licensed use of information from the MRIS Database is also granted to licensees through the MRIS Database Access and Use Agreements. Pursuant to those agreements, authorized licensees are granted access to the information from the MRIS Database for a specific use (outlined in the exhibits). The agreement restricts use beyond those explicitly identified in the agreement.

7. I am familiar with the defendant American Home Realty Network, Inc. ("AHR") and its NeighborCity.com website. I have reviewed the NeighorCity.com website and have identified a number of property listings taken from or sourced from the MRIS Database without MRIS's authorization.

8. AHR is not a licensee of MRIS, and has not been authorized by MRIS to access or otherwise use the MRIS Database. AHR's use and display of property listings sourced from or otherwise based on the MRIS Database is, to my knowledge, uncontrolled with respect to the accuracy or integrity of the information.

9. The unauthorized use, reproduction, public display, modification, transmission, and public distribution of the copyrighted MRIS Database and the informational content in the MRIS Database has caused and is causing significant harm to MRIS and, in my opinion, to subscriber brokers and agents of the MRIS Database.

10. I have identified on the NeighborCity.com website pages of real estate listings that display MRIS's photos including the MRIS copyright notice, that inaccurately reflect the current status of properties identified by the NeighborCity.com website as currently active or otherwise available on the market. These inaccuracies affect the credibility and integrity of the information MRIS publishes and disseminates, and hurts MRIS's reputation in the real estate market served by MRIS. By misappropriating information sourced from the MRIS Database, AHR also harms MRIS's subscriber brokers and agents who expend efforts to maintain the quality and accuracy of the listing information they make available through the MRIS service.

11. AHR is also using informational content from the MRIS Database to divert traffic from the Homesdatabase.com website run by MRIS, further harming MRIS. Homesdatabase.com is the MRIS public facing portal operated for the purpose of generating leads for MRIS subscriber brokers and agents.

12. By infringing the MRIS Database and charging referral fees for leads generated in connection with their display on the NeighborCity.com website, AHR inserts itself as an intermediary in the relationship between MRIS's subscriber brokers and agents and their potential clients, reducing the revenues that MRIS broker subscribers and agents would otherwise earn in transactions with the clients had the clients approached them by way of authorized channels.

13. By displaying publicly unauthorized real estate listings on the NeighborCity.com website pages, AHR also dilutes the value of the MRIS Database, reducing the confidence that users of the content have in information originating from MRIS and its subscribers, reducing the value of the listing content in the marketplace, and making it more difficult to obtain

licensing revenue from alliance partners and other third parties. AHR also increases MRIS's costs to administer its rights in the MRIS Database and its content.

14. I am over twenty-one (21) years old and competent to testify as to all facts and matters asserted in this Declaration.

15. I solemnly affirm under penalty of perjury of the United States of America that the contents of the foregoing Declaration are true to the best of my knowledge, information and belief.

_____
John L. Heithaus

Commonwealth of Virginia    )
County of Fairfax           ) ss:

On this 30th day of March, 2012, John L. Heithaus, personally appeared before me, a Notary Public in and for the Commonwealth and County aforesaid, and after identifying herself to me and having been duly sworn, declared the contents of this Declaration to be true and executed this Declaration.

_____
Notary Public

[Notary Seal: BETTY L. FINLEY, NOTARY PUBLIC, REG # 320551, COMMISSION EXPIRES 9/30/14, COMMONWEALTH OF VIRGINIA]

- 5 -