**Metropolitan Regional Information Systems, Inc.
v.
American Home Realty Network and Jonathan J. Cardella
Civil Action No. 12-cv-0954**

# Exhibit B









| | |
|---|---|
| Roof: | Shingle Roof (Asphalt) |
| Construction | Brick and Siding |
| Exterior Features | Fenced  Public sewer service  Public water supply  Shed |
| Interior Features: | Granite Counters Home Warranty Shades/Blinds  Dishwasher; Disposal; Dryer; Microwave; Oven/Range (Electric); Refrigerator; Stove; Washer |
| Heating Cooling | Forced Air Heat Natural Gas Heating Central A/C Electric Cooling |
| Water Sewage | Public Sewer Public Water  Natural Gas  Instant |

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this listing's information. **1-800-357-3321**

## Comparable Homes To 711 HARRINGTON Rd, Rockville, MD 20852


**10007 Connecticut Ave**
$595,000
Kensington, MD 20895
MLS# MC7162549
4 Beds / 2 Baths


**21 HAWTHORN Ct**
$624,900
Rockville, MD 20850
MLS# MC7791168
5 Beds / 2 Baths


**4720 Norbeck Rd**
$500,000
Rockville, MD 20853
MLS# MC7301485
4 Beds / 3 Baths


**4010 Simms Dr**
$350,000
Kensington, MD 20895
MLS# MC6992505
4 Beds / 2 Baths


**2801 Bel Pre Rd**
$575,000
Silver Spring, MD 20906
MLS# MC7571582
4 Beds / 3 Baths


**509 Skidmore Blvd**
$519,999
Gaithersburg, MD 20877
MLS# MC7684747
5 Beds / 4 Baths

## Map View



## Schools Near 711 HARRINGTON Rd, Rockville, MD 20852

| Schools | Distance | # Students | Grades |
|---|---|---|---|
| Richard Montgomery High School | 0.47 miles | 2049 | 9-12 |
| Christ Episcopal School | 0.62 miles | 208 | PK, K-8 |
| St Marys Elementary School | 0.66 miles | 296 | PK, K-8 |
| Julius West Middle School | 0.86 miles | 965 | 6-8 |
| Beall Elementary School | 1.21 miles | 637 | PK, K-5 |
| Rock Terrace School | 1.44 miles | 111 | 6-12 |

Schools provided by education.com
See more information on Rockville schools from Education.com

## Get Answers - 711 HARRINGTON Rd, Rockville, MD 20852

ASK A QUESTION   REVIEWS   FEEDBACK

**Name:**

**Email Address:**

**Phone**

**Please Enter Your Question:**

Fairfax Real Estate
View All Cities
Rockville Nearby Realtors®
Washington Realtors®
Alexandria Realtors®
Silver Spring Realtors®
Arlington Realtors®
Fairfax Realtors®
View All Rockville Realtors®
Rockville Nearby Foreclosures
Alexandria Foreclosures
Silver Spring Foreclosures
Fairfax Foreclosures
Falls Church Foreclosures
Germantown Foreclosures
See All Foreclosures

Note: All fields are required.

[SUBMIT YOUR QUESTION]

Search Rockville homes for sale, find and map Rockville, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Rockville home purchase.

## Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,434)
SACRAMENTO (3,827)
SAN DIEGO (3,693)
SAN JOSE (3,113)
LONG BEACH (2,111)
ANAHEIM (1,994)

**FLORIDA**
NAPLES (7,110)
FORT LAUDERDALE (5,025)
JACKSONVILLE (4,147)
BOCA RATON (3,339)
FORT MYERS (3,298)
CAPE CORAL (2,919)

**TEXAS**
HOUSTON (11,344)
SAN ANTONIO (6,187)
AUSTIN (5,292)
DALLAS (5,036)
FORT WORTH (3,468)
EL PASO (2,963)

**ILLINOIS**
CHICAGO (22,794)
NEAR NORTH SIDE (1,965)
LAKEVIEW (1,521)
NAPERVILLE (1,512)
AURORA (1,509)
ELGIN (1,305)

**NEW YORK**
NEW YORK (14,626)
FLUSING MEADOWS CORONA PARK (1,616)
YONKERS (1,464)
MOUNT VERNON (767)
WHITE PLAINS (767)
JACKSON HEIGHTS (750)

**NORTH CAROLINA**
CHARLOTTE (5,335)
RALEIGH (3,305)
WILMINGTON (1,973)
FAYETTEVILLE (1,842)
DURHAM (1,682)
WINSTON SALEM (1,591)

**GEORGIA**
ATLANTA (10,509)
MARIETTA (2,339)
SAVANNAH (2,108)
ALPHARETTA (1,593)
LAWRENCEVILLE (1,438)
CUMMING (1,264)

**NEW JERSEY**
OCEAN CITY (1,141)
TOMS RIVER (973)
BRICK (781)
CHERRY HILL (693)
BRIGANTINE (549)
MOUNT LAUREL (502)

**PENNSYLVANIA**
PHILADELPHIA (9,475)
READING (1,091)
LANCASTER (1,014)
HARRISBURG (996)
YORK (950)
MECHANICSBURG (716)

**OHIO**
COLUMBUS (3,094)
CINCINNATI (2,125)
AKRON (1,070)
TOLEDO (999)
DAYTON (787)
CLEVELAND (768)

**VIRGINIA**
RICHMOND (2,251)
CHESAPEAKE (2,247)
VIRGINIA BEACH (2,217)
ALEXANDRIA (1,904)
NORFOLK (1,253)
ROANOKE (1,170)

**WASHINGTON**
SEATTLE (3,271)
TACOMA (2,036)
VANCOUVER (1,881)
SPOKANE (1,880)
PUYALLUP (901)
EVERETT (897)

NEIGHBORCITY™ 

HOME | FIND HOMES | ABOUT | FAQ | HOME SERVICES | CONTACT | HELP | SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.
This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-H Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | **Tel: 1-800-357-3321**

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San FranciscoCA, 94103     Terms of Service   Privacy Policy   Disclaimer