**Metropolitan Regional Information Systems, Inc.**
**v.**
**American Home Realty Network and Jonathan J. Cardella**
**Civil Action No. 12-cv-0954**

# Exhibit C

# NEIGHBORCITY™
the right agent is the ...

FIND HOMES | FORECLOSURES | FIND AGENTS | COMMUNITY | HOME SERVICES

Create an Account   Sign In

**Search**   City, Neighborhood, Zip Code, MLS# or Agent Name   **SEARCH**

Home > Maryland > Rockville > 214 WATKINS POND Blvd

« Back to Previous Page

## 214 WATKINS POND Blvd
Rockville, MD 20850

**For Sale**
**$798,000**

Bedrooms: 4    Bathrooms: 2

Sq. Feet: 2,868    Lot Size: 0.09 Acres

Year Built: 2002    Per Sq. Foot: $278

Property Type: Detached

MLS #: MC7780190

Interested in this property?

**SCHEDULE A VIEWING**

**REQUEST INFO**

For immediate assistance call us toll free:
**1-800-357-3321**

This property is courtesy of David Powers / Llewellyn, REALTORS

*Any appearances of an organization's name or logo on this website are for attribution purposes only, and do not imply an affiliation or approval by that organization.*

For immediate assistance call us toll free:
**1-800-357-3321**
• Get property information
• Connect with a qualified agent
• Schedule a property viewing

## AgentMatch

**Find Expert Agents For This Home**
214 WATKINS POND Blvd, Rockville, MD 20850
**based on transactional experience**

**Marty Apel**
7 Active Listings
22 Active in past 12 mos.
Rockville, MD

View Profile    Save Agent    Contact Agent

**Michael P. Rose**
11 Active Listings
22 Active in past 12 mos.
Rockville, MD

View Profile    Save Agent    Contact Agent

**Martin Green**
10 Active Listings
22 Active in past 12 mos.
Rockville, MD

View Profile    Save Agent    Contact Agent

View More Rockville Realtors®

## Buyer Rebate

Buy this property with NeighborCity and receive
**$1,500**
Cash Back

**Schedule an Appointment**

How the Rebate Works

## Buyer Tools

Requests    Email to Friend

Save this Listing

## Request Information & Schedule a Viewing

**Which best describes you?**
○ Buyer  ○ Seller  ○ Real Estate Agent

**Are you working with a Real Estate Agent?**
○ Yes  ● No

**When are you available to view this property?**
☐ Yes, I want to see this property.

You will hear back shortly from the best matched Realtor for your request.

**First Name:** *Required*

**Last Name:** *Required*

**Email Address:** *Required*

**Telephone:**

**Please enter any additional comments:**

I'm interested in more information about this property.

*Your information will only be used to contact you in order to fulfill your request. It will not be used for any other purpose.*



**PROPERTY DETAILS**

**Property Description:**
Great Floor Plan with 4 Bedrooms & 2 car garage. Main level home office, formal living
rooms. There is a great room featuring a large family room w/ gas fireplace and large e
w/ center Island. Hardwood on most of main level. 4 upper level bedrooms. Mst Ber w/
2 closets. Other 3 bedrooms are larger than most King Farm properties. Walk or take fr
Metro!

| | |
|---|---|
| MLS# | MC7780190 |
| Style: | Colonial |
| Parking Type: | Free Parking,Has Garage,Street Parking,Garage Door Opener,Attac |

**Heating Cooling**
Forced Air Heat Heat Pump(s) Natural Gas Heating Central A/C Electric Cooling

**Water Sewage**
Public Sewer Public Water  Natural Gas

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this
listing's information.  1-800-357-3321

## Comparable Homes To 214 WATKINS POND Blvd, Rockville, MD 20850

 **502 FALLSGROVE Dr**
$559,900
Rockville, MD 20850
MLS# MC7792761
3 Beds / 3 Baths

 **15 BOULDERCREST Ct**
$560,000
Rockville, MD 20850
MLS# MC7778869
3 Beds / 2 Baths

 **17806 Stoneridge Dr**
$565,000
North Potomac, MD 20878
MLS# MC7634232
4 Beds / 3 Baths

 **11514 GAINSBOROUGH Rd**
$569,000
Potomac, MD 20854
MLS# MC7768696
4 Beds / 3 Baths

 **636 CROCUS Dr**
$574,900
Rockville, MD 20850
MLS# MC7775516
4 Beds / 2 Baths

 **1200 Princeton Pl**
$574,900
Rockville, MD 20850
MLS# MC7784207
3 Beds / 3 Baths

## Map View



## Schools Near 214 WATKINS POND Blvd, Rockville, MD 20850

| Schools | Distance | # Students | Grades |
|---|---|---|---|

Schools provided by education.com
See more information on Rockville schools from Education.com

---

Silver Spring Real Estate
Arlington Real Estate
Fairfax Real Estate
**View All Cities**

**Rockville Area Realtors®**
Washington Realtors®
Alexandria Realtors®
Silver Spring Realtors®
Arlington Realtors®
Fairfax Realtors®
**View All Rockville Realtors®**

**Rockville Nearby Foreclosures**
Alexandria Foreclosures
Silver Spring Foreclosures
Fairfax Foreclosures
Falls Church Foreclosures
Germantown Foreclosures
**See All Foreclosures**

| Schools | Distance | # Students | Grades |
|---|---|---|---|
| College Gardens Elementary School | 0.54 miles | 741 | PK, K-5 |
| Rock Terrace School | 1.32 miles | 111 | 6-12 |
| Beall Elementary School | 1.67 miles | 637 | PK, K-5 |
| Rosemont Elementary School | 1.67 miles | 502 | PK, K-5 |
| Candlewood Elementary School | 1.76 miles | 323 | K-5 |
| Washington Grove Elementary School | 1.84 miles | 356 | PK, K-5 |
| Christ Episcopal School | 2.12 miles | 208 | PK, K-8 |
| Julius West Middle School | 2.31 miles | 965 | 6-8 |
| Mill Creek Towne Elementary School | 2.34 miles | 425 | PK, K-5 |
| Maryvale Elementary School | 2.38 miles | 584 | PK, K-5 |
| Montgomery County Evening High School Centers | 2.41 miles | 45 | 12 |
| Alternative Programs | 2.41 miles | 217 | 7-12 |
| Fallsmead Elementary School | 2.43 miles | 511 | K-5 |
| The Foundation School Of Montgomery County | 2.47 miles | 90 | 7-12 |

Schools provided by education.com

See more information on Rockville schools from Education.com

## Get Answers - 214 WATKINS POND Blvd, Rockville, MD 20850

ASK A QUESTION    REVIEWS    FEEDBACK

**Name:**

**Email Address:**

**Phone**

**Please Enter Your Question:**

Note: All fields are required.

SUBMIT YOUR QUESTION

Search Rockville homes for sale, find and map Rockville, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Rockville home purchase.

*Popular Locations by State*

**CALIFORNIA**
LOS ANGELES (6,434)
SACRAMENTO (3,827)
SAN DIEGO (3,693)
SAN JOSE (3,113)
LONG BEACH (2,111)
ANAHEIM (1,994)

**FLORIDA**
NAPLES (7,110)
FORT LAUDERDALE (5,025)
JACKSONVILLE (4,147)
BOCA RATON (3,339)
CAPE CORAL (2,919)

**TEXAS**
HOUSTON (11,344)
SAN ANTONIO (6,187)
AUSTIN (5,292)
DALLAS (5,036)
FORT WORTH (3,468)
EL PASO (2,963)

**ILLINOIS**
CHICAGO (22,794)
NEAR NORTH SIDE (1,965)
LAKEVIEW (1,521)
NAPERVILLE (1,512)
AURORA (1,509)
ELGIN (1,305)

**NEW YORK**
NEW YORK (14,626)
FLUSING MEADOWS CORONA PARK (1,616)
YONKERS (1,464)
MOUNT VERNON (767)
WHITE PLAINS (767)
JACKSON HEIGHTS (750)

**NORTH CAROLINA**
CHARLOTTE (5,335)
RALEIGH (3,305)
WILMINGTON (1,973)
FAYETTEVILLE (1,842)
DURHAM (1,682)
WINSTON SALEM (1,591)

**GEORGIA**
ATLANTA (10,509)
MARIETTA (2,339)
SAVANNAH (2,108)
ALPHARETTA (1,593)
LAWRENCEVILLE (1,438)
CUMMING (1,264)

**NEW JERSEY**
OCEAN CITY (1,141)
TOMS RIVER (973)
BRICK (781)
CHERRY HILL (693)
BRIGANTINE (549)
MOUNT LAUREL (502)

**PENNSYLVANIA**
PHILADELPHIA (9,475)
READING (1,091)
LANCASTER (1,014)
HARRISBURG (996)
YORK (950)
MECHANICSBURG (716)

**VIRGINIA**
RICHMOND (2,251)
CHESAPEAKE (2,247)
VIRGINIA BEACH (2,217)
ALEXANDRIA (1,904)
NORFOLK (1,253)
ROANOKE (1,170)

**OHIO**
COLUMBUS (3,094)
CINCINNATI (2,125)
AKRON (1,070)
TOLEDO (999)
DAYTON (787)
CLEVELAND (768)

**WASHINGTON**
SEATTLE (3,271)
TACOMA (2,036)
VANCOUVER (1,881)
SPOKANE (1,880)
PUYALLUP (901)
EVERETT (897)



**NEIGHBOR**CITY™



HOME | FIND HOMES | ABOUT | FAQ | HOME SERVICES | CONTACT | HELP | SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.

This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-H Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | **Tel: 1-800-357-3321**

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San FranciscoCA, 94103

Terms of Service  Privacy Policy  Disclaimer