**Metropolitan Regional Information Systems, Inc.**
**v.**
**American Home Realty Network and Jonathan J. Cardella**
**Civil Action No. 12-cv-0954**


# Exhibit D

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,** | **CIVIL ACTION NO. ____** |
| **Plaintiff,** | |
| **v.** | |
| **AMERICAN HOME REALTY NETWORK, INC.** | |
| **and** | |
| **JONATHAN J. CARDELLA** | |
| **Defendants.** | |

## DECLARATION OF BOYD J. CAMPBELL

I, Boyd J. Campbell, being duly sworn, depose and state that:

1.      I am a resident and citizen of the State of Maryland and am the Managing Partner and Associate Broker of the Home Center Real Estate, LLC d/b/a CENTURY 21 HOME CENTER ("CENTURY 21 Home Center") real estate brokerage firm at 9811 Greenbelt Road, Suite 205, Lanham, Maryland.  I have served as the Managing Partner and Associate Broker of CENTURY 21 Home Center since 1983.  The Plaintiff Metropolitan Regional Information Systems, Inc. is the multiple listing service for my real estate brokerage firm's real estate property listings.

2.      I make this Declaration upon my personal knowledge, individually and as Managing Partner and Associate Broker of the CENTURY 21 Home Center.

#2886555

3.     I am aware of the defendant American Home Realty Network, Inc. and the NeighborCity.com website. I have reviewed the NeighborCity.com website. One of my listings in Hyattsville, Maryland is displayed on the NeighborCity.com website. I am attaching a copy of this listing as Attachment 1 to my Declaration. This listing includes a MRIS copyright notice on the main photograph of the listed home. I did not authorize NeighborCity.com to reproduce, publicly display, modify, transmit or otherwise distribute this listing even though the NeighborCity.com website states that the listed property is at the "courtesy of Boyd Campbell/Century 21 Home Center, Inc.". This statement is false. Neither myself nor anyone else on behalf of my real estate brokerage firm authorized NeighborCity.com to copy, display, modify, transmit or otherwise distribute any property listings on behalf of me or my brokerage firm.

4.     The unauthorized use and publication of property listings from my real estate brokerage firm on the NeighborCity.com website has caused and is causing irreparable harm to my real estate brokerage and business in Maryland.

5.     The unauthorized use and public display of real estate listings from my real estate brokerage firm is causing confusion in the real estate market place, and diverting traffic from my brokerage website and raising the costs for me to do business as a real estate broker.

6.     By stealing my property listing and charging referral fees to real estate agents in connection with these listings, American Home Realty Network is reducing the revenues in real estate transactions handled by my CENTURY 21 Home Center brokerage and the agents that work with my brokerage firm.

7.     As the listing broker, I am responsible for maintaining control over my listings and distributing the listing information in accordance with my seller's requirements.  American Home Realty Network, Inc.'s unauthorized use, distribution, display and modifications have made and are continuing to make it impossible for me to maintain control over the dissemination of the listing information and to present the information in the most favorable manner to my seller customers.

8.     The uncontrolled distribution of my listings is reducing the value of these listings and all the time, money and other resources my agents and brokers have expended to obtain the listings and market them.

9.     I am over the age of twenty one (21) years of age and competent to testify as to all facts and matters asserted in this Declaration.

10.     I solemnly affirm under penalty of perjury of the United States of America that the contents of the foregoing Declaration are true to the best of my knowledge, information and belief.

_____
Boyd J. Campbell

State of Maryland                )
County of Prince Georges      ) ss:

On this 22th day of March __, 2012, Boyd J. Campbell, personally appeared before me, a Notary Public in and for the State and County aforesaid, and after identifying herself to me and having been duly sworn, declared the contents of this Declaration to be true and executed this Declaration.

_____
Notary Public

- 3 -

**Metropolitan Regional Information Systems, Inc.**
**v.**
**American Home Realty Network and Jonathan J. Cardella**
**Civil Action No. 12-cv-0954**

# Declaration of Boyd J. Campbell
# Attachment 1



- find homes
- foreclosures
- find agents
- commnunity
- home services
- faq

- Create an account
- Sign in
- Home
- Site Map



# Boyd Campbell

Tweet 0     Like

Brokerage of Record: Century 21 Home Center, Inc.

License State: Maryland

Service areas: Upper Marlboro, District Heights, Bowie, Lanham
View All Service Areas

Summary: Boyd Campbell is an accomplished licensed Maryland real estate agent, ranked 77th percentile in the top 23% of his peers.

He has completed at least 7 transactions with an average sale price of $163K. He has closed transactions ranging from $54K to $310K in value.

Boyd's brokerage of record is Century 21 Home Center, Inc. where he primarily serves both buyers and

Read more

Is this you? Claim your profile today!

# NC AGENT SCORE

# 77

Boyd Campbell has received an overall rating of "Good" By NeighborCity. The 'NC Agent Score' represents this real estate agent's (Boyd Campbell) performance* when working with buyers and sellers to list, purchase and sell their properties, relative to their agent peer group**.

This number represents Boyd's percentile ranking among his peer group. Thus, for agents that Boyd competes with, he was in the 77th percentile, meaning he performed better than 76% of his peer agents and conversely was in the top 23% of his peers. The maximum score is "99" for 99th percentile.

# Contact Boyd Campbell

?

By submitting this form we will attempt to send your request to Boyd. Note that we protect your contact information by routing all calls to you using a phone number aliasing system to issue you a temporary phone number that forwards to you. If we are unable to reach Boyd or if he does not respond, your request will be sent to his Peers for response, if appropriate. We reserve the right to refuse delivery of any message that violates our terms of service.

First name

Last name

Your phone

Your email address

Please get in touch with me to discuss          Contact Boyd

- Performance Metrics
- Peers
- Listings

# Boyd Campbell's Performance Metrics

## GENERAL METRICS

### Top Cities

?

These are the cities where Boyd represents buyers and sellers most often, listed by percent of active and sold listings in each location.



Upper Marlboro — 3 (17%)
District Heights — 3 (17%)
Bowie — 3 (17%)
Lanham — 2 (11%)
Mount Rainier — 1 (6%)
Adelphi — 1 (6%)
Landover — 1 (6%)
North Brentwood — 1 (6%)
Temple Hills — 1 (6%)
Capitol Heights — 1 (6%)
Hyattsville — 1 (6%)

## Listing Types

?

These are the types of properties that Boyd represents most often for both buyers and sellers, listed by percent of active listings and transactions closed for each property type (Single Family, Condo, Town House, Multi-family, land & lots, etc.)



Single Family — 12 (67%)
Condo — 5 (28%)
Town Houses — 1 (6%)

## Buyers Vs. Sellers Represented

?

This is the ratio and number of closed transactions where Boyd represented a buyer in the purchase of a home ('Buyer') vs. a seller in the sale of a home ('Seller').



Seller — 3 (43%)
Buyer — 4 (57%)

## Number of Closed Transactions

?

This is the number of total transactions that Boyd completed when representing buyers and sellers vs. his agent peer group ('Peers').

Boyd
7 Closed
Transactions
Boyd's Peers
14 Closed
Transactions

## Number of Active Listings

?

This is the number of properties that Boyd is currently listing for sale vs. the number listed for sale on average, by his agent peer group ('Peers'). If this number is substantially less than his peers, Boyd may not have the chops to get the job done. If his listing count is much greater than his peers, then Boyd may be too busy to effectively service another client.

Boyd
2 Active
Listings
Boyd's Peers
9 Active
Listings

**% Dual Rep - Same Agent**

?

This is the percent of Boyd's transactions where he and his brokerage represented both the seller and buyer as the agent and broker of record, vs. his agent peer group ('Peers'). ). Ideally this percent should be lower than Boyd's peers because sharing an agent and broker can work against either the buyer or seller, resulting in a lower or higher selling price than otherwise would be expected.

Boyd's Peers
0% Dual Rep
Agent
view more general metrics

## Listing Agent Performance

58

The "Listing Agent Performance" (score) represents this agent's (Boyd Campbell's) performance when working with only sellers to list and/or sell their properties relative to his peer group.

Boyd is a average listing agent with a score in the 58th percentile, meaning he is in the top 42% of his peers.

Better than peers
Worse than peers
Peers

**# Listings Sold**

?

This is the number of total transactions that Boyd completed when representing sellers in a sale of a property vs. his agent peer group ('Peers').

Boyd

3 Listings Sold
Boyd's Peers
16 Listings
Sold

**Average Days To Sale**

?

This is the average number of days it took Boyd to sell a listing when representing a seller.

Boyd

Case 8:12-cv-00954-AW   Document 9-5   Filed 04/04/12   Page 11 of 30

305 Days to
Sale
Boyd's Peers
178 Days to
Sale

## % Listings Sold

?

This is the percent of the listings that Boyd lists for sale that eventually sell.

Boyd
33% of listings
sold
Boyd's Peers
48% of listings
sold
view more listing agent metrics

## Buyer's Agent Performance

# 70

The "Buyer's Agent Performance" (score) represents this agent's (Boyd Campbell's) performance when working with only buyers to represent them in a real estate purchase relative to his peer group.

Boyd is a good buyer's agent with a score in the 70th percentile, meaning he is in the top 30% of his peers.

Better than peers
Worse than peers
Peers

## # Listings Purchased

?

This is the number of total transactions that Boyd completed when representing buyers to purchase a property vs. his agent peer group ('Peers').

Boyd
4 Listings
Purchased
Boyd's Peers
4 Listings
Purchased

# Boyd Campbell's Peers

?
The agent's "Peers" are determined by identifying the agents that listed or sold properties that were comparable to the properties that he listed or sold in location, price, type, etc..



## Bill Green


NC Agent Score

Murrell, Inc., REALTORS
Upper Marlboro
1 current listings



## John Williams


NC Agent Score

Fairfax Realty, Inc.
Silver Spring
8 current listings



## **Gary Sandstrom**



NC Agent Score

Long & Foster Real Estate, Inc.
Silver Spring



## **Dixie Meadows**



NC Agent Score

RE/MAX Professionals
College Park
5 current listings



### Nii Okai Parbey



NC Agent Score

Long & Foster Real Estate, Inc.
Baltimore



### Mark Ricker



NC Agent Score

K Hovnanian Homes
Annapolis
5 current listings

 view more of Boyd's peers

- map
- grid
- list

# Boyd Campbell's Property Listings



- foreclosures
- find agents
- commmunity
- home services
- faq

# Buy and Sell Real Estate Smarter with NeighborCity.com

NeighborCity.com goes directly to your local multiple listing services to provide you with a free and easy way to search, map, and compare local real estate for sale in your area. Our real estate search allows you to quickly see where your favorite homes are located and to evaluate the neighborhood from the convenience of your home. Whether you're a buyer, seller, real estate agent or just shopping; NeighborCity.com brings you the most complete look at your local real estate market.

NeighborCity.com is owned & operated by American Home Realty Network, Inc.
**Headquarters:** 222 7th Street 2nd Floor, San Francisco CA, 94103
**Tel:** 1-800-357-3321
**CA Real Estate License:** 1825905

© 2012 All Rights Reserved - American Home Realty Network, INC Terms of ServicePrivacy
PolicyDisclaimer



**NEIGHBORCITY™**
*the right agent is the key to your new home!*

FIND HOMES  FORECLOSURES  FIND AGENTS  COMMUNITY  HOME SERVICES

Create an Account    Sign In

Search | City, Neighborhood, Zip Code, MLS# or Agent Name | **SEARCH**

Home > Maryland > Hyattsville > 5101 Emerson St          « Back to Previous Page

## 5101 Emerson St
*Hyattsville, MD 20781*

**For Sale**
**$299,000**

Bedrooms: 4    Bathrooms: 4

Sq. Feet: **2,186**    Lot Size: **0.37** Acres

Year Built: **1902**    Per Sq. Foot: **$137**

Property Type:
**Single Family Home**

MLS #:          **PG7594930**

*Interested in this property?*

**SCHEDULE A VIEWING**
**REQUEST INFO**

© 2011 NABS ©

For immediate assistance call us toll free:
**1-800-357-3321**

This property is courtesy of Boyd Campbell / Century 21 Home Center, Inc.

*Any appearances of an organization's name or logo on this website are for attribution purposes only, and do not imply an affiliation or approval by that organization.*

For immediate assistance call us toll free:
**1-800-357-3321**
• Get property information
• Connect with a qualified agent
• Schedule a property viewing

### AgentMatch

**Find Expert Agents For This Home**
**5101 Emerson St, Hyattsville, MD 20781**
**based on transactional experience**

**Young Kang**
17 Active Listings
22 Active in past 12 mos.
Hyattsville, MD
View Profile   Save Agent   Contact Agent

**Matt Escobar**
11 Active Listings
22 Active in past 12 mos.
Hyattsville, MD
View Profile   Save Agent   Contact Agent

**Angela Valdivia**
2 Active Listings
22 Active in past 12 mos.
Hyattsville, MD
View Profile   Save Agent   Contact Agent

View More Hyattsville Realtors®

### Buyer Rebate

Buy this property with NeighborCity and receive
**$500**
Cash Back

**Schedule an Appointment**
How the Rebate Works

### Buyer Tools

*Requests*    *Email to Friend*

Save this Listing
Ask a Question
Moving Quotes
View Local Realtors®

## Request Information & Schedule a Viewing

Which best describes you?        Are you working with a Real Estate Agent?
◉ Buyer ○ Seller ○ Real Estate Agent    ○ Yes ◉ No

When are you available to view this property?
☐ Yes, I want to see this property.

You will hear back shortly from the best matched Realtor for your request.

First Name:          *Required*    Last Name:          *Required*

Email Address:          *Required*    Telephone:          *Required*

Please enter any additional comments:

I'm interested in more information about this property.

*Your information will only be used to contact you in order to fulfill your request. It will not be used for any other purpose.*

**SUBMIT**

### Map

[Map showing Berwy Heigh, College, ...attsville, East Rivera]

Google          Map data ©2012 Google

## Additional Info - 5101 Emerson St, Hyattsville, Mi 

### PROPERTY DETAILS

**Property Description:**
Opportunities Galore*Currently operating Daycare and 2/3 bedroom apartment*You can convert back to home. Great Work-Live setup for the smart buyer*Older building but functional*Do your due diligence if considering to buy such as securing financing and county. Ample parking and one (1) large out building conveys. This may be what you have been waiting for.

| | |
|---|---|
| MLS# | PG7594930 |
| Style: | Colonial |
| Parking Type: | Space #: 7,Parking included in List Price,Driveway/Off Street,Paved Driveway,Private (1-10 spaces),P |
| Roof: | Shingle |

**Construction**
Aluminum siding Rock/stone

**Exterior Features**
Additional lot(s) Chain Link Fence Level lot Partially fenced Play Area Porch Public sewer service Public water supply Shed

**Interior Features**
Clothes dryer Clothes washer Dishwasher Disposal Electric range and oven Exhaust fan/hood Refrigerator Separate dining room Wall or window air conditioner(s) Wall to wall carpeting Washer/dryer hookups Basement entrance on the outside Partial basement Unfinished basement Great room In-law suite Storage room Study Unfinished attic Utility room Bedroom(s) on upper level(s) Bathroom(s) on upper level(s)

**Heating Cooling**
Baseboard Heat Hot Water Radiant Heat Electric Heat Natural Gas Heating Window Unit(s) Electric Cool

**Water Sewage**
Public Sewer Public Water Natural Gas

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this listing's information. 1-800-357-3321

### Nearby Locations

**Hyattsville Nearby Cities**
Washington Real Estate
Alexandria Real Estate
Silver Spring Real Estate
Arlington Real Estate
Upper Marlboro Real Estate
*View All Cities*

**Hyattsville Area Realtors®**
Washington Realtors®
Alexandria Realtors®
Silver Spring Realtors®
Arlington Realtors®
Upper Marlboro Realtors®
*View All Hyattsville Realtors®*

**Hyattsville Nearby Foreclosures**
Alexandria Foreclosures
Silver Spring Foreclosures
Upper Marlboro Foreclosures
Falls Church Foreclosures
Springfield Foreclosures
*See All Foreclosures*

## Comparable Homes To 5101 Emerson St, Hyattsville, MD 20781


**9409 Flower Ave**
$310,000
Silver Spring, MD 20901
MLS# MC7733852
3 Beds / 3 Baths


**8512 58th Ave**
$370,000
Berwyn Heights, MD 20740
MLS# PG7643635
5 Beds / 5 Baths


**3720 Jackson Ave**
$265,000
Brentwood, MD 20722
MLS# PG7647338
4 Beds / 3 Baths


**3509 Duke St**
$249,900
College Park, MD 20740
MLS# PG7651249
4 Beds / 3 Baths


**9317 Worrell Ave**
$209,900
Lanham, MD 20706
MLS# PG7729812
4 Beds / 3 Baths


**8526 Adelphi Rd**
$269,900
Adelphi, MD 20783
MLS# PG9001646
4 Beds / 3 Baths

## Street View





| | | | |
|---|---|---|---|
| Port Towns Elementary School | 1.31 miles | 784 | PK, K-6 |
| Rogers Heights Elementary School | 1.34 miles | 635 | PK, K-6 |

Schools provided by education.com
See more information on Hyattsville schools from Education.com

## Get Answers - 5101 Emerson St, Hyattsville, MD 20781

ASK A QUESTION       REVIEWS       FEEDBACK

Name:                                Email Address:

Phone

Please Enter Your Question:

Note: All fields are required.

**SUBMIT YOUR QUESTION**

Search Hyattsville homes for sale, find and map Hyattsville, Maryland real estate listings directly from
local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood
demographics and information to empower you when making your next Hyattsville home purchase.

### Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,260)
SACRAMENTO (3,550)
SAN DIEGO (3,416)
SAN JOSE (2,898)
LONG BEACH (2,067)
ANAHEIM (1,948)

**NORTH CAROLINA**
CHARLOTTE (5,306)
RALEIGH (3,322)
WILMINGTON (1,984)
FAYETTEVILLE (1,905)
DURHAM (1,746)
WINSTON SALEM (1,611)

**WASHINGTON**
SEATTLE (3,217)
VANCOUVER (2,001)
TACOMA (1,962)
SPOKANE (1,867)
EVERETT (872)
PUYALLUP (864)

**FLORIDA**
NAPLES (6,724)
FORT LAUDERDALE (4,992)
JACKSONVILLE (3,957)
BOCA RATON (3,264)
FORT MYERS (3,233)
CAPE CORAL (2,789)

**GEORGIA**
ATLANTA (10,454)
MARIETTA (2,289)
SAVANNAH (2,091)
ALPHARETTA (1,568)
LAWRENCEVILLE (1,364)
CUMMING (1,238)

**TEXAS**
HOUSTON (10,454)
SAN ANTONIO (5,972)
AUSTIN (5,106)
DALLAS (4,945)
FORT WORTH (3,361)
EL PASO (2,502)

**NEW JERSEY**
OCEAN CITY (1,144)
TOMS RIVER (981)
BRICK (783)
CHERRY HILL (669)
BRIGANTINE (545)
MOUNT LAUREL (503)

**ILLINOIS**
CHICAGO (23,041)
NEAR NORTH SIDE (2,014)
LAKEVIEW (1,552)
NAPERVILLE (1,535)
AURORA (1,495)
ELGIN (1,314)

**PENNSYLVANIA**
PHILADELPHIA (9,266)
READING (1,058)
LANCASTER (1,004)
HARRISBURG (955)
YORK (942)
MECHANICSBURG (706)

**OHIO**
COLUMBUS (3,075)
CINCINNATI (2,107)
AKRON (1,039)
TOLEDO (968)
DAYTON (775)
CLEVELAND (742)

**NEW YORK**
NEW YORK (14,594)
FLUSHING MEADOWS CORONA PARK (1,634)
YONKERS (1,467)
MOUNT VERNON (775)
JACKSON HEIGHTS (770)
WHITE PLAINS (766)

**VIRGINIA**
CHESAPEAKE (2,298)
VIRGINIA BEACH (2,236)
RICHMOND (2,205)
ALEXANDRIA (1,906)
NORFOLK (1,223)
ROANOKE (1,194)

**NEIGHBORCITY™**

HOME   FIND HOMES   ABOUT   FAQ   HOME SERVICES   CONTACT   HELP   SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.
This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-H Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | Tel: 1-800-357-3321

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103      Terms of Service  Privacy Policy  Disclaimer



**NEIGHBORCITY**™
*the right agent is the key to your new home!*

FIND HOMES   FORECLOSURES   FIND AGENTS   COMMUNITY   HOME SERVICES          Create an Account   Sign In

Search      City, Neighborhood, Zip Code, MLS# or Agent Name                    SEARCH

Home » Maryland » Waldorf » 2401 Tawny Dr                    « Back to Previous Page



## 2401 Tawny Dr
Waldorf, MD 20601

**For Sale**
**$332,500**

Bedrooms: 5    Bathrooms: 4

Sq. Feet:      Lot Size:
2,580          0.30 Acres

Year Built:    Per Sq. Foot:
1995           $129

Property Type:
Single Family Home

MLS #:         CH7775832

*Interested in this property?*

SCHEDULE A VIEWING

REQUEST INFO

For immediate assistance call us toll free:
1-800-357-3321

This property is courtesy of Marethea Bethea / Century 21 Home Center, Inc.

*Any appearances of an organization's name or logo on this website are for attribution purposes only, and do not imply an affiliation or approval by that organization.*

For immediate assistance call us toll free:
**1-800-357-3321**
- Get property information
- Connect with a qualified agent
- Schedule a property viewing

**AgentMatch**

**Find Expert Agents For This Home**
*2401 Tawny Dr, Waldorf, MD 20601*
**based on transactional experience**

**Carolyn Scuderi McCarthy**
23) Active Listings
22 Active in past 12 mos.
Waldorf, MD
View Profile   Save Agent   Contact Agent

**Grace Miller**
23 Active Listings
22 Active in past 12 mos.
Waldorf, MD
View Profile   Save Agent   Contact Agent

**Cheryl Bare**
21 Active Listings
22 Active in past 12 mos.
Waldorf, MD
View Profile   Save Agent   Contact Agent

View More Waldorf Realtors®

**Buyer Rebate**

Buy this property with NeighborCity and receive
**$800**
Cash Back

Schedule an Appointment
How the Rebate Works

**Buyer Tools**

*Requests   Email to Friend*

Save this Listing
Ask a Question
Moving Quotes
View Local Realtors®

## Request Information & Schedule a Viewing

Which best describes you?           Are you working with a Real Estate Agent?
● Buyer ○ Seller ○ Real Estate Agent   ○ Yes ● No

When are you available to view this property?
☐ Yes, I want to see this property.

You will hear back shortly from the best matched Realtor for your request.

First Name:          *Required*    Last Name:          *Required*

Email Address:       *Required*    Telephone:          *Required*

Please enter any additional comments:

I'm interested in more information about this property.

*Your information will only be used to contact you in order to fulfill your request. It will not be used for any other purpose.*

SUBMIT

**Map**

## Additional Info - 2401 Tawny Dr, Waldorf, MD 20601

*PROPERTY DETAILS*

**Property Description:**
This formal model features 5 bedrooms, 3.5 baths, 2 story foyer, hardwood floors, gourm w/island, dining & living rm, SS appliances, family rm w.fireplace, huge master bedroom floors, walk-in closets, master bath w/ large jetted tyb, separate shower & skylite, gorg ment w/game room, TV room, full bath and wet bar. Double deck and lanscaped fenced
See

MLS#              CH775832

Style:            Colonial

Parking Type:     Space #: 0,Parking Included in List Price,Driveway/Off Street,Has Garage,Paved
                  Driveway,Garage Door

**Construction**
Brick Brick and Siding

**Exterior Features**
Automatic garage door Public sewer service Public water supply Septic sewer system

**Interior Features:**
Call agent for details on home warranty info. Cathedral ceiling(s) Clothes dryer Clothes
washer Dishwasher Disposal Double oven Electric range and oven Exhaust fan/hood Foyer Full master
bathroom Humidifier/humidistat Ice maker Kitchen Island Microwave oven Open floor
plan Range Refrigerator Separate dining room Separate shower in master bathroom Separate tub in
master bathroom Skylight(s) Sliding glass door(s) Storm door(s) Storm window(s) Two story foyer Walk
-in closet(s) Wall to wall carpeting Wet bar Whirlpool Full basement Fully finished
basement Breakfast area/room Finished attic Great room In-law suite Mud room Sitting area/room in
master bedroom Study Bedroom(s) on lower level Bedroom(s) on upper level(s) Bathroom(s) on lower
level Bathroom(s) on upper level(s)

**Heating Cooling**
Forced Air Heat, Central Fuel Electric Heat Central A/C Electric Cooling

**Water Sewage**
Public Septic Public Sewer Public Water Electric

> Have additional information about this listing?
> If you are the listing agent and have additional information, sign up today to claim and update this
> listing's information. 1-800-357-3321

**Waldorf Nearby Cities**
Washington Real Estate
Alexandria Real Estate
Arlington Real Estate
Upper Marlboro Real Estate
Falls Church Real Estate
*View All Cities*

**Waldorf Area Realtors®**
Washington Realtors®
Alexandria Realtors®
Arlington Realtors®
Upper Marlboro Realtors®
Falls Church Realtors®
*View All Waldorf Realtors®*

**Waldorf Nearby Foreclosures**
Alexandria Foreclosures
Upper Marlboro Foreclosures
Falls Church Foreclosures
Springfield Foreclosures
Fort Washington Foreclosures
*See All Foreclosures*

## Comparable Homes To 2401 Tawny Dr, Waldorf, MD 20601


**5045 ROYAL BIRKDALE...**
$382,990
Waldorf, MD 20602
MLS# CH7725197
4 Beds / 3 Baths


**12879 Jameson Dr**
$269,500
Waldorf, MD 20602
MLS# CH7791119
4 Beds / 3 Baths


**4836 Dower Hill Far...**
$399,900
La Plata, MD 20646
MLS# CH7723155
4 Beds / 4 Baths


**4650 Oak St**
$279,900
White Plains, MD 20695
MLS# CH7736759
6 Beds / 4 Baths


**11738 GUILDHALL Ct**
$269,900
Waldorf, MD 20602
MLS# CH7746623
4 Beds / 4 Baths


**11671 Heart River CT**
$269,000
Waldorf, MD 20602
MLS# CH7489635
5 Beds / 5 Baths

## Map View







Schools provided by education.com
See more information on Waldorf schools from Education.com

## Get Answers - 2401 Tawny Dr, Waldorf, MD 20601

ASK A QUESTION     REVIEWS     FEEDBACK

Name:                          Email Address:

Phone

Please Enter Your Question:

Note: All fields are required.

**SUBMIT YOUR QUESTION**

Search Waldorf homes for sale, find and map Waldorf, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Waldorf home purchase.

### Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,260)
SACRAMENTO (3,550)
SAN DIEGO (3,416)
SAN JOSE (2,898)
LONG BEACH (2,067)
ANAHEIM (1,948)

**NORTH CAROLINA**
CHARLOTTE (5,306)
RALEIGH (3,322)
WILMINGTON (1,984)
FAYETTEVILLE (1,805)
DURHAM (1,746)
WINSTON SALEM (1,611)

**WASHINGTON**
SEATTLE (3,217)
VANCOUVER (2,001)
TACOMA (1,962)
SPOKANE (1,867)
EVERETT (872)
PUYALLUP (864)

**FLORIDA**
NAPLES (6,724)
FORT LAUDERDALE (4,992)
JACKSONVILLE (3,957)
BOCA RATON (3,264)
FORT MYERS (3,233)
CAPE CORAL (2,789)

**GEORGIA**
ATLANTA (10,414)
MARIETTA (2,289)
SAVANNAH (2,091)
ALPHARETTA (1,568)
LAWRENCEVILLE (1,364)
CUMMING (1,238)

**TEXAS**
HOUSTON (10,454)
SAN ANTONIO (5,972)
AUSTIN (5,106)
DALLAS (4,945)
FORT WORTH (3,361)
EL PASO (2,902)

**NEW JERSEY**
OCEAN CITY (1,144)
TOMS RIVER (981)
BRICK (783)
CHERRY HILL (669)
BRIGANTINE (545)
MOUNT LAUREL (503)

**ILLINOIS**
CHICAGO (23,041)
NEAR NORTH SIDE (2,014)
LAKEVIEW (1,552)
NAPERVILLE (1,535)
AURORA (1,495)
ELGIN (1,312)

**PENNSYLVANIA**
PHILADELPHIA (9,266)
READING (1,058)
LANCASTER (1,004)
HARRISBURG (955)
YORK (942)
MECHANICSBURG (706)

**OHIO**
COLUMBUS (3,075)
CINCINNATI (2,107)
AKRON (1,039)
TOLEDO (968)
DAYTON (775)
CLEVELAND (742)

**NEW YORK**
NEW YORK (14,594)
FLUSHING MEADOWS-CORONA PARK (1,634)
YONKERS (1,467)
MOUNT VERNON (775)
JACKSON HEIGHTS (770)
WHITE PLAINS (766)

**VIRGINIA**
CHESAPEAKE (2,298)
VIRGINIA BEACH (2,236)
RICHMOND (2,205)
ALEXANDRIA (1,906)
NORFOLK (1,223)
ROANOKE (1,194)

## NEIGHBORCITY™

HOME   FIND HOMES   ABOUT   FAQ   HOME SERVICES   CONTACT   HELP   SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.
This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-H Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | Tel: 1-800-357-3321

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103     Terms of Service Privacy Policy Disclaimer



FIND HOMES   FORECLOSURES   FIND AGENTS   COMMUNITY   HOME SERVICES       Create an Account   Sign In

*Search*   City, Neighborhood, Zip Code, MLS# or Agent Name       SEARCH

Home > Maryland > Cheverly > 2327 BELLEVIEW Ave          « Back to Previous Page

## 2327 BELLEVIEW Ave
Cheverly, MD 20785

For Sale
**$289,450**

For immediate assistance call us toll free:
**1-800-357-3321**
• Get property information
• Connect with a qualified agent
• Schedule a property viewing

Bedrooms: 5    Bathrooms: 2

Sq. Feet:     Lot Size:
1,872         0.17 Acres

Year Built:   Per Sq. Foot:
1955          $155

Property Type:
Detached

### AgentMatch

**Find Expert Agents For This Home**
*2327 BELLEVIEW Ave, Cheverly, MD 20785*
**based on transactional experience**

**Thomas Hennerty**
10 Active Listings
22 Active in past 12 mos.
Cheverly, MD
View Profile   Save Agent   Contact Agent

**Larry Gardner**
3 Active Listings
22 Active in past 12 mos.
Cheverly, MD
View Profile   Save Agent   Contact Agent

**Bronwyn Scott**
3 Active Listings
22 Active in past 12 mos.
Cheverly, MD
View Profile   Save Agent   Contact Agent

View More Cheverly Realtors®

*Interested in this property?*

SCHEDULE A VIEWING

REQUEST INFO

For immediate assistance call us toll free:
**1-800-357-3321**

This property is courtesy of Susan Pruden / Century 21 Home Center, Inc.

*Any appearances of an organization's name or logo on this website are for attribution purposes only, and do not imply an affiliation or approval by that organization.*

### Buyer Rebate

Buy this property with NeighborCity and
receive
**$500**
Cash Back

Schedule an Appointment

How the Rebate Works

### Buyer Tools

*Requests   Email to Friend*

Save this Listing

Ask a Question

Moving Quotes

View Local Realtors®

## Request Information & Schedule a Viewing

Which best describes you?          Are you working with a Real Estate Agent?
◉ Buyer ○ Seller ○ Real Estate Agent    ○ Yes ◉ No

When are you available to view this property?
☐ Yes, I want to see this property.

You will hear back shortly from the best matched Realtor for your request.

[ ]                              [ ]

[ ]                              [ ]

[ I'm interested in more information about this property. ]

*Your information will only be used to contact you in order to
fulfill your request. It will not be used for any other purpose.*

SUBMIT

### Map

## Additional Info - 2327 BELLEVIEW Ave, Cheverly, MD 20785

*PROPERTY DETAILS*



**Property Description:**
A perfect starter place for a happy lifestyle. Come in to a street near Metro. Everything as you like it. With finished 4 generously large bedrooms & a separate-entry apartment, wood floors throughout main level upstairs. Updated kitchen w/ granite counter top.

| MLS# | PG7776093 |
| Style: | Colonial |
| Parking Type: | Street Parking |

**Interior Features:**
Living Room Entrance Has Attic Chair Railing Entry Level Bedroom Master Walk-in Closet Shades/Blinds Wood Floors Floor Plan (Traditional) Dishwasher; Disposal; Dryer; Oven/Range (Gas); Range Hood; Refrigerator; Washer; Water Conditioner

**Heating Cooling**
Forced Air Heat Natural Gas Heating Central A/C Electric Cooling

**Water Sewage**
Public Sewer Public Water Natural Gas

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this listing's information. 1-800-357-3321

### Nearby Locations

**Cheverly Nearby Cities**
Baltimore Real Estate
Ocean City Real Estate
Silver Spring Real Estate
Annapolis Real Estate
Frederick Real Estate
*View All Cities*

**Cheverly Area Realtors®**
Baltimore Realtors®
Silver Spring Realtors®
Annapolis Realtors®
Upper Marlboro Realtors®
Frederick Realtors®
*View All Cheverly Realtors®*

**Cheverly Nearby Foreclosures**
Baltimore Foreclosures
Silver Spring Foreclosures
Frederick Foreclosures
Upper Marlboro Foreclosures
Germantown Foreclosures
*See All Foreclosures*

## Comparable Homes To 2327 BELLEVIEW Ave, Cheverly, MD 20785


**5603 NEWTON ST**
$260,000
Hyattsville, MD 20784
MLS# PG7368949
4 Beds / 2 Baths


**3720 Jackson Ave**
$265,000
Brentwood, MD 20722
MLS# PG7647338
4 Beds / 3 Baths


**4305 Hamilton St E**
$295,000
Hyattsville, MD 20781
MLS# PG7620671
4 Beds / 2 Baths

**1200 Ryon Way**
$211,500
District Heights, MD 20747
MLS# PG7526428
4 Beds / 3 Baths


**7302 16th Ave**
$205,900
Takoma Park, MD 20912
MLS# PG7183150
5 Beds / 3 Baths


**10001 Gold Coast CT**
$345,000
Upper Marlboro, MD 20774
MLS# PG6680214
4 Beds / 3 Baths

## Street View



## Schools Near 2327 BELLEVIEW Ave, Cheverly, MD 20785

| Schools | Distance | # Students | Grades |
| --- | --- | --- | --- |
| Judith P. Hoyer Early Childhood Center | 0.15 miles | 123 | PK, K-3 |

Schools provided by education.com
See more information on Cheverly schools from Education.com

| Schools | Distance | # Students | Grades |
|---|---|---|---|
| St Ambrose Elementary School | 0.77 miles | 286 | PK, K-8 |
| Robert R. Gray Elementary School | 0.89 miles | 387 | PK, K-6 |
| Fairmont Heights High School | 0.90 miles | 939 | 9-12 |
| Gladys N. Spellman Elementary School | 0.96 miles | 406 | PK, K-6 |
| Bladensburg High School | 1.39 miles | 1797 | 9-12 |
| Houston Elementary School | 1.48 miles | 246 | PK, K-5 |

Schools provided by education.com
See more information on Cheverly schools from Education.com

## Get Answers - 2327 BELLEVIEW Ave, Cheverly, MD 20785

ASK A QUESTION       REVIEWS       FEEDBACK

Name:                          Email Address:

Phone

Please Enter Your Question:

Note: All fields are required.

**SUBMIT YOUR QUESTION**

Search Cheverly homes for sale, find and map Cheverly, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Cheverly home purchase.

## Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,260)
SACRAMENTO (3,550)
SAN DIEGO (3,416)
SAN JOSE (2,898)
LONG BEACH (2,067)
ANAHEIM (1,948)

**NORTH CAROLINA**
CHARLOTTE (5,306)
RALEIGH (3,322)
WILMINGTON (1,984)
FAYETTEVILLE (1,805)
DURHAM (1,746)
WINSTON SALEM (1,611)

**WASHINGTON**
SEATTLE (3,217)
VANCOUVER (2,001)
TACOMA (1,962)
SPOKANE (1,867)
EVERETT (872)
PUYALLUP (864)

**FLORIDA**
NAPLES (6,724)
FORT LAUDERDALE (4,992)
JACKSONVILLE (3,957)
BOCA RATON (3,204)
FORT MYERS (3,233)
CAPE CORAL (2,789)

**GEORGIA**
ATLANTA (10,414)
MARIETTA (2,289)
SAVANNAH (2,091)
ALPHARETTA (1,568)
LAWRENCEVILLE (1,364)
CUMMING (1,238)

**TEXAS**
HOUSTON (10,454)
SAN ANTONIO (5,972)
AUSTIN (5,106)
DALLAS (4,945)
FORT WORTH (3,361)
EL PASO (2,902)

**NEW JERSEY**
OCEAN CITY (1,144)
TOMS RIVER (981)
BRICK (783)
CHERRY HILL (669)
BRIGANTINE (545)
MOUNT LAUREL (503)

**ILLINOIS**
CHICAGO (23,041)
NEAR NORTH SIDE (2,014)
LAKEVIEW (1,552)
NAPERVILLE (1,535)
AURORA (1,495)
ELGIN (1,312)

**PENNSYLVANIA**
PHILADELPHIA (9,266)
READING (1,058)
LANCASTER (1,004)
HARRISBURG (955)
YORK (942)
MECHANICSBURG (706)

**NEW YORK**
NEW YORK (14,594)
FLUSHING MEADOWS CORONA PARK (1,634)
YONKERS (1,467)
MOUNT VERNON (775)
JACKSON HEIGHTS (770)
WHITE PLAINS (766)

**OHIO**
COLUMBUS (3,075)
CINCINNATI (2,107)
AKRON (1,039)
TOLEDO (968)
DAYTON (775)
CLEVELAND (742)

**VIRGINIA**
CHESAPEAKE (2,298)
VIRGINIA BEACH (2,236)
RICHMOND (2,205)
ALEXANDRIA (1,906)
NORFOLK (1,223)
ROANOKE (1,104)

---

**NEIGHBORCITY**™

HOME   FIND HOMES   ABOUT   FAQ   HOME SERVICES   CONTACT   HELP   SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.
This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-II Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | Tel: 1-800-357-3321

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA. 94103       Terms of Service  Privacy Policy  Disclaimer



**NEIGHBOR**CITY™
*the right agent is the key to your new home!*

FIND HOMES   FORECLOSURES   FIND AGENTS   COMMUNITY   HOME SERVICES          Create an Account    Sign In

Search | City, Neighborhood, Zip Code, MLS# or Agent Name |    SEARCH

Home > Maryland > Cheverly > 3006 Cheverly Ave          ·· Back to Previous Page

### 3006 Cheverly Ave
Cheverly, MD 20785

**For Sale**
**$285,000**

Bedrooms: 3    Bathrooms: 2

Sq. Feet: 1,348     Lot Size: 0.13 Acres

Year Built: 1941     Per Sq. Foot: $211

Property Type:
Single Family Home

MLS #:          PG7785107

*Interested in this property?*

SCHEDULE A VIEWING

REQUEST INFO

For immediate assistance call us toll free:
1-800-357-3321

This property is courtesy of Susan Pruden / Century 21 Home Center, Inc.

*Any appearances of an organization's name or logo on this website are for attribution purposes only, and do not imply an affiliation or approval by that organization.*

For immediate assistance call us toll free:
**1-800-357-3321**
• Get property information
• Connect with a qualified agent
• Schedule a property viewing

### AgentMatch

**Find Expert Agents For This Home**
3006 Cheverly Ave, Cheverly, MD 20785
**based on transactional experience**

**Thomas Hennerty**
10 Active Listings
22 Active in past 12 mos.
Cheverly, MD
View Profile    Save Agent    Contact Agent

**Larry Gardner**
3 Active Listings
22 Active in past 12 mos.
Cheverly, MD
View Profile    Save Agent    Contact Agent

**Bronwyn Scott**
3 Active Listings
22 Active in past 12 mos.
Cheverly, MD
View Profile    Save Agent    Contact Agent

View More Cheverly Realtors®

### Buyer Rebate

Buy this property with NeighborCity and receive
**$500**
Cash Back

Schedule an Appointment

How the Rebate Works

### Buyer Tools

*Requests*    *Email to Friend*

Save this Listing

Ask a Question

Moving Quotes

View Local Realtors®

## Request Information & Schedule a Viewing

**Which best describes you?**
○ Buyer ○ Seller ○ Real Estate Agent

**Are you working with a Real Estate Agent?**
○ Yes ○ No

**When are you available to view this property?**
☐ Yes, I want to see this property.

You will hear back shortly from the best matched Realtor for your request.

First Name:    *Required*    Last Name:    *Required*

Email Address:    *Required*    Telephone:    *Required*

Please enter any additional comments:

I'm interested in more information about this property.

*Your information will only be used to contact you in order to fulfill your request. It will not be used for any other purpose.*

SUBMIT

### Map

## Additional Info - 3006 Cheverly Ave, Cheverly, MD 20785

*PROPERTY DETAILS*



**Property Description:**
Delightful Stone Colonial offers real value. Completely r____
street. Ideal features incl fin walk-out basement w/ lau___
foyer, separate dining room. Energy saving thermal win___
moldings, quiet-toned decor. Garage. 3 season sunroom___
backyard.

| | |
|---|---|
| MLS# | PG7785107 |
| Style: | Colonial, Traditional |
| Parking Type: | Driveway/Off Street,Has Garage,Street Parking,Attached Garage,Front Loading Garage |

**Construction**
Rock/stone Vinyl siding

**Exterior Features**
Automatic garage door Fenced backyard Level lot Public sewer service Public water supply Street parking

**Interior Features:**
Ceiling fan(s) Clothes dryer Clothes washer Dishwasher Disposal Electric range and oven Foyer French door(s) Granite Counters Microwave oven Pull-down attic access Refrigerator Separate dining room Wall to wall carpeting Basement entrance on the outside Fully finished basement Recreation room Sitting area/room Utility room Ceramic tile flooring Carpet Master Bedroom has Wood Flooring Dining Room has Wood Flooring Living Room has Wood Flooring Kitchen has Ceramic Tile Flooring Recreational Room has Carpet Bedroom(s) on upper level(s) Bathroom(s) on lower level Bathroom(s) on upper level(s) 2nd bedroom is 12 X 12 3rd bedroom is 10 X 9

**Heating Cooling**
Forced Air Heat Natural Gas Heating Ceiling Fan(s) Central A/C Electric Cooling

**Water Sewage**
Public Sewer Public Water Natural Gas

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this listing's information. 1-800-357-3321

Baltimore Real Estate
Ocean City Real Estate
Silver Spring Real Estate
Annapolis Real Estate
Frederick Real Estate
*View All Cities*

Cheverly Area Realtors®
Baltimore Realtors®
Silver Spring Realtors®
Annapolis Realtors®
Upper Marlboro Realtors®
Frederick Realtors®
*View All Cheverly Realtors®*

Cheverly Nearby Foreclosures
Baltimore Foreclosures
Silver Spring Foreclosures
Frederick Foreclosures
Upper Marlboro Foreclosures
Germantown Foreclosures
*See All Foreclosures*

## Comparable Homes To 3006 Cheverly Ave, Cheverly, MD 20785


**7333 NEW HAMPSHIRE ...**
$249,500
Takoma Park, MD 20912
MLS# MC7621604
2 Beds / 2 Baths


**5603 NEWTON ST**
$260,000
Hyattsville, MD 20744
MLS# PG7368949
4 Beds / 2 Baths


**3720 Jackson Ave**
$265,000
Brentwood, MD 20722
MLS# PG7647338
4 Beds / 3 Baths


**4305 Hamilton St E**
$295,000
Hyattsville, MD 20781
MLS# PG7620671
4 Beds / 2 Baths


**1200 Ryon Way**
$211,500
District Heights, MD 20747
MLS# PG7526428
4 Beds / 3 Baths


**3920 Nicholson St**
$243,000
Hyattsville, MD 20782
MLS# PG7142875
2 Beds / 2 Baths

## Street View





Schools provided by education.com
See more information on Cheverly schools from Education.com

## Get Answers - 3006 Cheverly Ave, Cheverly, MD 20785

ASK A QUESTION          REVIEWS          FEEDBACK

Name: _____          Email Address: _____

Phone _____

Please Enter Your Question:

Note: All fields are required.

**SUBMIT YOUR QUESTION**

Search Cheverly homes for sale, find and map Cheverly, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Cheverly home purchase.

## Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,260)
SACRAMENTO (3,550)
SAN DIEGO (3,416)
SAN JOSE (2,898)
LONG BEACH (2,067)
ANAHEIM (1,948)

**NORTH CAROLINA**
CHARLOTTE (5,306)
RALEIGH (3,322)
WILMINGTON (1,984)
FAYETTEVILLE (1,805)
DURHAM (1,746)
WINSTON SALEM (1,611)

**WASHINGTON**
SEATTLE (3,217)
VANCOUVER (2,001)
TACOMA (1,962)
SPOKANE (1,867)
EVERETT (872)
PUYALLUP (864)

**FLORIDA**
NAPLES (6,724)
FORT LAUDERDALE (4,992)
JACKSONVILLE (3,957)
BOCA RATON (3,264)
FORT MYERS (3,233)
CAPE CORAL (2,789)

**GEORGIA**
ATLANTA (10,414)
MARIETTA (2,289)
SAVANNAH (2,091)
ALPHARETTA (1,568)
LAWRENCEVILLE (1,364)
CUMMING (1,238)

**TEXAS**
HOUSTON (10,454)
SAN ANTONIO (5,972)
AUSTIN (5,106)
DALLAS (4,945)
FORT WORTH (3,361)
EL PASO (2,902)

**NEW JERSEY**
OCEAN CITY (1,144)
TOMS RIVER (981)
BRICK (783)
CHERRY HILL (669)
BRIGANTINE (545)
MOUNT LAUREL (503)

**ILLINOIS**
CHICAGO (23,041)
NEAR NORTH SIDE (2,014)
LAKEVIEW (1,552)
NAPERVILLE (1,535)
AURORA (1,495)
ELGIN (1,312)

**PENNSYLVANIA**
PHILADELPHIA (9,266)
READING (1,058)
LANCASTER (1,004)
HARRISBURG (955)
YORK (942)
MECHANICSBURG (706)

**NEW YORK**
NEW YORK (14,594)
FLUSHING MEADOWS CORONA PARK (1,634)
YONKERS (1,467)
MOUNT VERNON (775)
JACKSON HEIGHTS (770)
WHITE PLAINS (766)

**OHIO**
COLUMBUS (3,075)
CINCINNATI (2,107)
AKRON (1,039)
TOLEDO (968)
DAYTON (775)
CLEVELAND (742)

**VIRGINIA**
CHESAPEAKE (2,298)
VIRGINIA BEACH (2,236)
RICHMOND (2,205)
ALEXANDRIA (1,906)
NORFOLK (1,223)
ROANOKE (1,194)

## NEIGHBORCITY™

HOME    FIND HOMES    ABOUT    FAQ    HOME SERVICES    CONTACT    HELP    SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.
This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849 N Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | Tel: 1-800-357-3321

© 2012 | All Rights Reserved · American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103    Terms of Service Privacy Policy Disclaimer