**Metropolitan Regional Information Systems, Inc.**
**v.**
**American Home Realty Network and Jonathan J. Cardella**
**Civil Action No. 12-cv-0954**

# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC. <br><br> and <br><br> JONATHAN J. CARDELLA <br><br> Defendants. | CIVIL ACTION NO. ____ |

## DECLARATION OF JON COILE IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Jon Coile, declare as follows that:

1. I am a resident and citizen of the State of Maryland and am the President and Chief Executive Officer of Champion Realty, Inc. My office is located at 541-B Baltimore Annapolis Boulevard, Saverna Park, Maryland. Champion Realty is part of Home Services, the second largest independent real estate company in the United States. Champion Realty has eight offices in the Chesapeake Bay Region of Anne Arundel County and the Eastern Shore of Maryland. The Plaintiff Metropolitan Regional Information Systems, Inc. ("MRIS") is the multiple listing service for my real estate brokerage firm's real estate property listings.

2. I make this Declaration upon my personal knowledge, individually and as President and CEO of Champion Realty, Inc.

#2910902

3. I am aware of the defendant American Home Realty Network, Inc. and the NeighborCity.com website. I have reviewed the NeighborCity.com website and have identified many real estate listings related to my brokerage firm displayed in the NeighborCity.com website without the permission of my firm.

4. The unauthorized use and publication of property listings from my real estate brokerage firm on the NeighborCity.com website has caused and is causing irreparable harm to my real estate brokerage and business in Maryland.

5. The unauthorized use and public display of real estate listings from my real estate brokerage firm is causing confusion in the real estate market place, and diverting traffic from my brokerage website and raising the costs for me to do business as a real estate broker.

6. By stealing my property listings and charging referral fees to real estate agents in connection with these listings, American Home Realty Network is reducing the revenues in real estate transactions handled by my Champion Realty brokerage and the agents that work with my brokerage firm.

7. I have noticed that the NeighborCity.com website often publishes inaccurate information such as properties that are no longer for sale or properties that have been sold. In my experience, sellers often become irate when they are contacted by buyers who see the erroneous information about their property being for sale. Sellers will blame my brokerage about this inaccurate information being disseminated. NeighborCity's publication of inaccurate information hurts the reputation of Champion Realty and MRIS for accurate and reliable information and will, in my experience, cause my firm to lose repeat customers in the future and customer referrals.

- 3 -

8. In my experience, NeighborCity.com not only publishes inaccurate information about property listings, NeighborCity.com also misrepresents their relationship with my brokerage firm. NeighborCity.com represents it has a referral agreement with Champion Realty which is untrue. I have found that NeighborCity.com engages in deceptive practices.

9. As the listing broker, I am responsible for maintaining control over my listings and distributing the listing information in accordance with my seller's requirements. American Home Realty Network, Inc.'s unauthorized use, distribution, display and modifications have made and are continuing to make it impossible for me to maintain control over the dissemination of the listing information and to present the information in the most favorable manner to my seller customers.

10. The uncontrolled distribution of my listings is reducing the value of these listings and all the time, money and other resources my agents and brokers have expended to obtain the listings and market them.

11. I am over the age of twenty one (21) years of age and competent to testify as to all facts and matters asserted in this Declaration.

- 4 -

12. I solemnly affirm under penalty of perjury of the United States of America that the contents of the foregoing Declaration are true to the best of my knowledge, information and belief.

*Jon Coile*

State of Maryland            )
County of Anne Arundel   ) ss:

On this 26 day of March, 2012, Jon Coile, personally appeared before me, a Notary Public in and for the State and County aforesaid, and after identifying herself to me and having been duly sworn, declared the contents of this Declaration to be true and executed this Declaration.

*Notary Public*

RICHARD J. HAM
Notary Public State of Maryland
County of Anne Arundel
My Commission Expires December 22, 2013