**Metropolitan Regional Information Systems, Inc.
v.
American Home Realty Network and Jonathan J. Cardella
Civil Action No. 12-cv-0954**

# Exhibit F-1





**Property Description:**
Adorable single family home with tons of upgrades and less than 1 mil[e to] Center! Hardwood floors on main level, living room with fireplace, hug[e] sunroom addition! New carpet on upper and lower levels, remodeled b[aths,] spacious recreation room & playroom! Large level fully fenced rear ya[rd.] Gem!!

| | |
|---|---|
| MLS# | MC7777774 |
| Style: | Cape Cod, Traditional |
| Parking Type: | Driveway/Off Street |
| Construction | Vinyl siding |
| Exterior Features | Public sewer service Public water supply |
| Interior Features: | Walk-in closet(s) Wall to wall carpeting Fully finished basement Bedroom(s) on upper level(s) Bathroom(s) on lower level Bathroom(s) on upper level(s) |
| Heating Cooling | Forced Air Heat Natural Gas Heating Central A/C Electric Cooling |
| Water Sewage | Public Sewer Public Water Natural Gas |

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this listing's information. 1-800-357-3321

**Rockville Area Realtors®**
Washington Realtors®
Alexandria Realtors®
Silver Spring Realtors®
Arlington Realtors®
Fairfax Realtors®
View All Rockville Realtors®

**Rockville Nearby Foreclosures**
Alexandria Foreclosures
Silver Spring Foreclosures
Fairfax Foreclosures
Falls Church Foreclosures
Germantown Foreclosures
See All Foreclosures

## Comparable Homes To 402 Mercer Rd, Rockville, MD 20852

**4720 Norbeck Rd**
$500,000
Rockville, MD 20853
MLS# MC7301485
4 Beds / 3 Baths

**4010 Simms Dr**
$350,000
Kensington, MD 20895
MLS# MC6992505
4 Beds / 2 Baths

**17012 Glen Oak Run**
$339,900
Rockville, MD 20855
MLS# MC7788723
3 Beds / 3 Baths

**13 Landsend Dr**
$340,000
Gaithersburg, MD 20878
MLS# MC7720687
3 Beds / 4 Baths

**2906 Hardy Ave**
$334,900
Silver Spring, MD 20902
MLS# MC7780809
3 Beds / 2 Baths

**14400 Woodcrest Dr**
$329,999
Rockville, MD 20853
MLS# MC7689047
4 Beds / 2 Baths

## Map View



**Schools Near 402 Mercer Rd, Rockville, MD 20852**

Rock Terrace School         1.42 miles    111    6-12

Schools provided by education.com
See more information on Rockville schools from Education.com

## Get Answers - 402 Mercer Rd, Rockville, MD 20852

**ASK A QUESTION**   **REVIEWS**   **FEEDBACK**

Name:

Email Address:

Phone

Please Enter Your Question:

Note: All fields are required.

[SUBMIT YOUR QUESTION]

Search Rockville homes for sale, find and map Rockville, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Rockville home purchase.

### Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,460)
SACRAMENTO (3,750)
SAN DIEGO (3,571)
SAN JOSE (3,097)
LONG BEACH (2,110)
ANAHEIM (1,991)

**FLORIDA**
NAPLES (7,096)
FORT LAUDERDALE (5,057)
JACKSONVILLE (4,158)
FORT MYERS (3,348)
BOCA RATON (3,343)
CAPE CORAL (2,934)

**TEXAS**
HOUSTON (11,254)
SAN ANTONIO (6,137)
AUSTIN (5,052)
DALLAS (5,028)
FORT WORTH (3,435)
EL PASO (2,975)

**ILLINOIS**
CHICAGO (22,751)
NEAR NORTH SIDE (1,975)
LAKEVIEW (1,515)
AURORA (1,502)
NAPERVILLE (1,478)
ELGIN (1,303)

**NEW YORK**
NEW YORK (14,517)
FLUSING MEADOWS CORONA PARK (1,575)
YONKERS (1,426)
WHITE PLAINS (763)
MOUNT VERNON (755)
JACKSON HEIGHTS (741)

**NORTH CAROLINA**
CHARLOTTE (5,322)
RALEIGH (3,340)
WILMINGTON (1,982)
FAYETTEVILLE (1,839)
DURHAM (1,649)
WINSTON SALEM (1,601)

**GEORGIA**
ATLANTA (10,355)
MARIETTA (2,360)
SAVANNAH (2,121)
ALPHARETTA (1,568)
LAWRENCEVILLE (1,415)
CUMMING (1,269)

**NEW JERSEY**
OCEAN CITY (1,144)
TOMS RIVER (964)
BRICK (780)
CHERRY HILL (639)
BRIGANTINE (553)
MOUNT LAUREL (497)

**OHIO**
COLUMBUS (3,092)
CINCINNATI (2,116)
AKRON (1,069)
TOLEDO (996)
DAYTON (788)
CLEVELAND (777)

**PENNSYLVANIA**
PHILADELPHIA (7,906)
LANCASTER (1,033)
HARRISBURG (1,002)
READING (967)
YORK (951)
MECHANICSBURG (714)

**VIRGINIA**
RICHMOND (2,307)
CHESAPEAKE (2,291)
VIRGINIA BEACH (2,264)
ALEXANDRIA (1,819)
NORFOLK (1,264)
ROANOKE (1,193)

**WASHINGTON**
SEATTLE (3,149)
TACOMA (2,010)
VANCOUVER (1,883)
SPOKANE (1,860)
PUYALLUP (876)
EVERETT (873)

**NEIGHBORCITY**

HOME   FIND HOMES   ABOUT   FAQ   HOME SERVICES   CONTACT   HELP   SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.
This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-H Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | Tel: 1-800-357-3321

© 2012 | All Rights Reserved · American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103     Terms of Service   Privacy Policy   Disclaimer