**Metropolitan Regional Information Systems, Inc.
v.
American Home Realty Network and Jonathan J. Cardella
Civil Action No. 12-cv-0954**

# Exhibit F-2







| School | Distance | Students | Grades |
|---|---|---|---|
| Washington Grove Elementary School | 2.03 miles | 356 | PK, K-5 |
| Julius West Middle School | 2.16 miles | 965 | 6-8 |
| Maryvale Elementary School | 2.19 miles | 584 | PK, K-5 |
| St Marys Elementary School | 2.34 miles | 296 | PK, K-8 |
| Fallsmead Elementary School | 2.35 miles | 511 | K-5 |
| Richard Montgomery High School | 2.42 miles | 2049 | 9-12 |
| Alternative Programs | 2.43 miles | 217 | 7-12 |
| Montgomery County Evening High School Centers | 2.43 miles | 45 | 12 |
| Mill Creek Towne Elementary School | 2.43 miles | 425 | PK, K-5 |

Schools provided by education.com
See more information on Rockville schools from Education.com

## Get Answers - 106 PASTURE SIDE Way, Rockville, MD 20850

**ASK A QUESTION**   **REVIEWS**   **FEEDBACK**

Name:
Email Address:
Phone
Please Enter Your Question:

Note: All fields are required.

SUBMIT YOUR QUESTION

Search Rockville homes for sale, find and map Rockville, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Rockville home purchase.

### Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,460)
SACRAMENTO (3,750)
SAN DIEGO (3,571)
SAN JOSE (3,097)
LONG BEACH (2,110)
ANAHEIM (1,991)

**FLORIDA**
NAPLES (7,096)
FORT LAUDERDALE (5,057)
JACKSONVILLE (4,158)
FORT MYERS (3,348)
BOCA RATON (3,343)
CAPE CORAL (2,934)

**TEXAS**
HOUSTON (11,254)
SAN ANTONIO (6,137)
AUSTIN (5,052)
DALLAS (5,028)
FORT WORTH (3,435)
EL PASO (2,975)

**ILLINOIS**
CHICAGO (22,751)
NEAR NORTH SIDE (1,975)
LAKEVIEW (1,515)
AURORA (1,502)
NAPERVILLE (1,478)
ELGIN (1,303)

**NEW YORK**
NEW YORK (14,517)
FLUSHING MEADOWS CORONA PARK (1,575)
YONKERS (1,426)
WHITE PLAINS (763)
MOUNT VERNON (755)
JACKSON HEIGHTS (741)

**NORTH CAROLINA**
CHARLOTTE (5,322)
RALEIGH (3,340)
WILMINGTON (1,982)
FAYETTEVILLE (1,839)
DURHAM (1,649)
WINSTON SALEM (1,601)

**GEORGIA**
ATLANTA (10,355)
MARIETTA (2,360)
SAVANNAH (2,121)
ALPHARETTA (1,568)
LAWRENCEVILLE (1,415)
CUMMING (1,269)

**NEW JERSEY**
OCEAN CITY (1,144)
TOMS RIVER (964)
BRICK (780)
CHERRY HILL (639)
BRIGANTINE (553)
MOUNT LAUREL (497)

**OHIO**
COLUMBUS (3,092)
CINCINNATI (2,116)
AKRON (1,069)
TOLEDO (996)
DAYTON (788)
CLEVELAND (777)

**PENNSYLVANIA**
PHILADELPHIA (7,906)
LANCASTER (1,033)
HARRISBURG (1,002)
READING (967)
YORK (951)
MECHANICSBURG (714)

**VIRGINIA**
RICHMOND (2,307)
CHESAPEAKE (2,291)
VIRGINIA BEACH (2,264)
ALEXANDRIA (1,819)
NORFOLK (1,264)
ROANOKE (1,193)

**WASHINGTON**
SEATTLE (3,149)
TACOMA (2,010)
VANCOUVER (1,883)
SPOKANE (1,860)
PUYALLUP (876)
EVERETT (873)

**NEIGHBORCITY™**

HOME   FIND HOMES   ABOUT   FAQ   HOME SERVICES   CONTACT   HELP   SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.

This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-H Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | Tel: 1-800-357-3321

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103     Terms of Service   Privacy Policy   Disclaimer