**Metropolitan Regional Information Systems, Inc.
v.
American Home Realty Network and Jonathan J. Cardella
Civil Action No. 12-cv-0954**

# Exhibit F-3









© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103    Terms of Service  Privacy Policy  Disclaimer