**Metropolitan Regional Information Systems, Inc.**
**v.**
**American Home Realty Network and Jonathan J. Cardella**
**Civil Action No. 12-cv-0954**

# Exhibit F-4



### Additional Info - 14824 ROCKING SPRING Dr, Roc

**PROPERTY DETAILS**

Property Description:
COME BUY TODAY THIS OUTSTANDING BRICK FRONT HOME WITH MANY RE
NEW STAINLESS STEEL APPLIANCES! WONDERFUL FULL FINISHED BSMT!! B
FLOORS!! UPDATED BATHROOM & BRIGHT KITCHEN!! STEAM SHOWER IN B
IN DINING RM!! GARAGE & CARPORT! LEVEL BACKYARD AND MUCH MORE!!

| | |
|---|---|
| MLS# | MC7691688 |
| Style: | Colonial |
| Parking Type: | # of Carports: 1, Parking Included in List Price, Carport, Covered Parking, Driveway/Off Street, Has Gara |
| Roof: | Composite Roof |
| Interior Features: | Center Hall Entrance Foyer Entrance Hall Entrance Has Attic Master Bathroom (Attached) Attic (Access Only) Attic (Storage Only) Automatic Garage Door Opener Ceramic Tile in Bathroom Built-in China Cabinet Corian Counters Crown Molding Double Vanities Drapery Rods Drapes/Curtains Master Bath (Separate Tub) Master Bedroom (Full Bath) Separate Vanities Shades/Blinds Steam Shower Wall-to-Wall Carpeting Washer/Dryer Hookup Wood Floors Floor Plan (Traditional) Dishwasher; Disposal; Exhaust Fan; Extra Refrigerator/Freezer; Icemaker; Microwave; Oven (Self Cleaning); Oven/Range (Electric); Refrigerator |
| Heating Cooling | Forced Air Heat Natural Gas Heating Central A/C Electric Cooling |
| Water Sewage | Public Sewer Public Water Natural Gas |

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this listing's information. 1-800-357-3321



Silver Spring Real Estate
Arlington Real Estate
Fairfax Real Estate
View All Cities

**Rockville Area Realtors®**
Washington Realtors®
Alexandria Realtors®
Silver Spring Realtors®
Arlington Realtors®
Fairfax Realtors®
View All Rockville Realtors®

**Rockville Nearby Foreclosures**
Alexandria Foreclosures
Silver Spring Foreclosures
Fairfax Foreclosures
Falls Church Foreclosures
Germantown Foreclosures
See All Foreclosures

### Comparable Homes To 14824 ROCKING SPRING Dr, Rockville, MD 20853



**4720 Norbeck Rd**
$500,000
Rockville, MD 20853
MLS# MC7301485
4 Beds / 3 Baths

**4010 Simms Dr**
$350,000
Kensington, MD 20895
MLS# MC6992505
4 Beds / 2 Baths

**2801 Bel Pre Rd**
$575,000
Silver Spring, MD 20906
MLS# MC7571582
4 Beds / 3 Baths

**2805 Bel Pre Rd**
$600,000
Silver Spring, MD 20906
MLS# MC7571590
4 Beds / 3 Baths

**14308 PICCADILLY Rd**
$425,000
Silver Spring, MD 20906
MLS# MC7747223
4 Beds / 3 Baths

**18463 HERITAGE HILL...**
Olney, MD 20832
MLS# MC7671152
4 Beds / 3 Baths

### Map View




