**Metropolitan Regional Information Systems, Inc.**
**v.**
**American Home Realty Network and Jonathan J. Cardella**
**Civil Action No. 12-cv-0954**

# Exhibit F-5





Property Description:
NEW PRICE IMPROVEMENT!! SSplit Level Single family home in good condition and shows we
shopping, highways and interstate. Call first because of pets. 3rd party approval required.
clause required. Settlement to be done by WallStreet Title. NO SHOWING BEFORE MON 5 M

MLS#    MC7736407

Style:    Split Level

Parking Type:    # of Carports: 1,Carport,Driveway/Off Street,Paved Driveway,Attached Carport

Construction
Brick Brick and Siding

Exterior Features
Public sewer service Public water supply

Interior Features:
Full master bathroom Separate dining room Washer/dryer hookups Zoned temperature
control Partially finished basement Bedroom(s) on upper level(s) Bathroom(s) on upper level(s)

Heating Cooling
Forced Air Heat Heat Pump(s) Programmable Thermostat Zoned Heat Central Fuel Electric
Heat Natural G

Water Sewage
Public Sewer Public Water Electric Natural Gas

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this
listing's information. 1-800-357-3321

**Rockville Nearby Cities**
Washington Real Estate
Alexandria Real Estate
Silver Spring Real Estate
Arlington Real Estate
Fairfax Real Estate
View All Cities

**Rockville Area Realtors®**
Washington Realtors®
Alexandria Realtors®
Silver Spring Realtors®
Arlington Realtors®
Fairfax Realtors®
View All Rockville Realtors®

**Rockville Nearby Foreclosures**
Alexandria Foreclosures
Silver Spring Foreclosures
Fairfax Foreclosures
Falls Church Foreclosures
Germantown Foreclosures
See All Foreclosures

## Comparable Homes To 725 Wilson Ave, Rockville, MD 20850

4720 Norbeck Rd $500,000 Rockville, MD 20853 MLS# MC7301485 4 Beds / 3 Baths

4010 Simms Dr $350,000 Kensington, MD 20895 MLS# MC6992505 4 Beds / 2 Baths

509 Skidmore Blvd $519,999 Gaithersburg, MD 20877 MLS# MC7684747 5 Beds / 4 Baths

7009 HORIZON Ter $499,000 Rockville, MD 20855 MLS# MC7789224 4 Beds / 2 Baths

901 Nelson St $639,900 Rockville, MD 20850 MLS# MC7787827 5 Beds / 4 Baths

1725 Wilmart St $579,000 Rockville, MD 20852 MLS# MC7772713 4 Beds / 2 Baths

## Map View



## Schools Near 725 Wilson Ave, Rockville, MD 20850



Fallsmead Elementary School                1.02 miles        511          K-5

Christ Episcopal School                      1.21 miles        208          PK, K-8

Schools provided by education.com
See more information on Rockville schools from Education.com

## Get Answers - 725 Wilson Ave, Rockville, MD 20850

ASK A QUESTION        REVIEWS        FEEDBACK

Name:                                    Email Address:

Phone

Please Enter Your Question:

Note: All fields are required.

SUBMIT YOUR QUESTION

Search Rockville homes for sale, find and map Rockville, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Rockville home purchase.

Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,460)
SACRAMENTO (3,750)
SAN DIEGO (3,571)
SAN JOSE (3,097)
LONG BEACH (2,110)
ANAHEIM (1,991)

**FLORIDA**
NAPLES (7,096)
FORT LAUDERDALE (5,057)
JACKSONVILLE (4,158)
FORT MYERS (3,348)
BOCA RATON (3,343)
CAPE CORAL (2,934)

**TEXAS**
HOUSTON (11,254)
SAN ANTONIO (6,137)
AUSTIN (5,052)
DALLAS (5,028)
FORT WORTH (3,435)
EL PASO (2,975)

**ILLINOIS**
CHICAGO (22,751)
NEAR NORTH SIDE (1,975)
LAKEVIEW (1,515)
AURORA (1,502)
NAPERVILLE (1,478)
ELGIN (1,303)

**NEW YORK**
NEW YORK (14,517)
FLUSING MEADOWS CORONA PARK (1,575)
YONKERS (1,426)
WHITE PLAINS (763)
MOUNT VERNON (755)
JACKSON HEIGHTS (741)

**NORTH CAROLINA**
CHARLOTTE (5,322)
RALEIGH (3,340)
WILMINGTON (1,982)
FAYETTEVILLE (1,839)
DURHAM (1,649)
WINSTON SALEM (1,601)

**GEORGIA**
ATLANTA (10,355)
MARIETTA (2,360)
SAVANNAH (2,121)
ALPHARETTA (1,568)
LAWRENCEVILLE (1,415)
CUMMING (1,269)

**NEW JERSEY**
OCEAN CITY (1,144)
TOMS RIVER (964)
BRICK (780)
CHERRY HILL (639)
BRIGANTINE (553)
MOUNT LAUREL (497)

**OHIO**
COLUMBUS (3,092)
CINCINNATI (2,116)
AKRON (1,069)
TOLEDO (996)
DAYTON (788)
CLEVELAND (777)

**PENNSYLVANIA**
PHILADELPHIA (7,906)
LANCASTER (1,033)
HARRISBURG (1,002)
READING (967)
YORK (951)
MECHANICSBURG (714)

**VIRGINIA**
RICHMOND (2,307)
CHESAPEAKE (2,291)
VIRGINIA BEACH (2,264)
ALEXANDRIA (1,819)
NORFOLK (1,264)
ROANOKE (1,193)

**WASHINGTON**
SEATTLE (3,149)
TACOMA (2,010)
VANCOUVER (1,883)
SPOKANE (1,860)
PUYALLUP (876)
EVERETT (873)

## NEIGHBORCITY™

HOME    FIND HOMES    ABOUT    FAQ    HOME SERVICES    CONTACT    HELP    SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.

This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-H Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | Tel: 1-800-357-3321

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103        Terms of Service  Privacy Policy  Disclaimer