**Metropolitan Regional Information Systems, Inc.
v.
American Home Realty Network and Jonathan J. Cardella
Civil Action No. 12-cv-0954**

# Exhibit F-6





| | |
|---|---|
| Property Description: | BACK ON MARKET! Buyer backed out right before approval issue[...] course community. Updated kitchen, granite counters, island, [...] electrical panel, and updated appliances. All bathrooms have be[...] heater replaced in 2001. Roof is brand new replaced in 2010! Pe[...] apprval |
| MLS# | MC7301485 |
| Style: | Split Level |
| Parking Type: | Has Garage, Front Loading Garage |
| Construction | Brick and Siding |
| Exterior Features | Public sewer service Public water supply |
| Interior Features: | Separate dining room Basement entrance on the outside Fully finished basement Bedroom(s) on upper level(s) Bathroom(s) on upper level(s) |
| Heating Cooling | Baseboard Heat Oil Fueled Heat Central A/C Electric Cooling |
| Water Sewage | Public Sewer Public Water Oil |

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this listing's information. 1-800-357-3321

**Silver Spring Real Estate**
**Arlington Real Estate**
**Fairfax Real Estate**
**View All Cities**

**Rockville Area Realtors®**
**Washington Realtors®**
**Alexandria Realtors®**
**Silver Spring Realtors®**
**Arlington Realtors®**
**Fairfax Realtors®**
**View All Rockville Realtors®**

**Rockville Nearby Foreclosures**
**Alexandria Foreclosures**
**Silver Spring Foreclosures**
**Fairfax Foreclosures**
**Falls Church Foreclosures**
**Germantown Foreclosures**
**See All Foreclosures**

## Comparable Homes To 4720 Norbeck Rd, Rockville, MD 20853

**4010 Simms Dr**
$350,000
Kensington, MD 20895
MLS# MC6992505
4 Beds / 2 Baths

**2801 Bel Pre Rd**
$575,000
Silver Spring, MD 20906
MLS# MC7571582
4 Beds / 3 Baths

**2805 Bel Pre Rd**
$600,000
Silver Spring, MD 20906
MLS# MC7571590
4 Beds / 3 Baths

**14308 PICCADILLY Rd**
$425,000
Silver Spring, MD 20906
MLS# MC7747223
4 Beds / 3 Baths

**18463 HERITAGE HILL...**
Olney, MD 20832
MLS# MC7671152
4 Beds / 3 Baths

**13816 NORTH GATE Dr**
$429,855
Silver Spring, MD 20906
MLS# MC7717529
4 Beds / 2 Baths

### Street View

### Schools Near 4720 Norbeck Rd, Rockville, MD 20853



### Get Answers - 4720 Norbeck Rd, Rockville, MD 20853

**ASK A QUESTION**   **REVIEWS**   **FEEDBACK**

Name:
Email Address:
Phone:
Please Enter Your Question:

Note: All fields are required.

**SUBMIT YOUR QUESTION**

Search Rockville homes for sale, find and map Rockville, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Rockville home purchase.

#### Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,460)
SACRAMENTO (3,750)
SAN DIEGO (3,571)
SAN JOSE (3,097)
LONG BEACH (2,110)
ANAHEIM (1,991)

**FLORIDA**
NAPLES (7,096)
FORT LAUDERDALE (5,057)
JACKSONVILLE (4,158)
FORT MYERS (3,348)
BOCA RATON (3,343)
CAPE CORAL (2,934)

**TEXAS**
HOUSTON (11,254)
SAN ANTONIO (6,137)
AUSTIN (5,052)
DALLAS (5,028)
FORT WORTH (3,435)
EL PASO (2,975)

**ILLINOIS**
CHICAGO (22,751)
NEAR NORTH SIDE (1,975)
LAKEVIEW (1,515)
AURORA (1,502)
NAPERVILLE (1,478)
ELGIN (1,303)

**NEW YORK**
NEW YORK (14,517)
FLUSING MEADOWS CORONA PARK (1,575)
YONKERS (1,426)
WHITE PLAINS (763)
MOUNT VERNON (755)
JACKSON HEIGHTS (741)

**NORTH CAROLINA**
CHARLOTTE (5,322)
RALEIGH (3,340)
WILMINGTON (1,982)
FAYETTEVILLE (1,839)
DURHAM (1,649)
WINSTON SALEM (1,601)

**GEORGIA**
ATLANTA (10,355)
MARIETTA (2,360)
SAVANNAH (2,121)
ALPHARETTA (1,568)
LAWRENCEVILLE (1,415)
CUMMING (1,269)

**NEW JERSEY**
OCEAN CITY (1,144)
TOMS RIVER (964)
BRICK (780)
CHERRY HILL (639)
BRIGANTINE (553)
MOUNT LAUREL (497)

**OHIO**
COLUMBUS (3,092)
CINCINNATI (2,116)
AKRON (1,069)
TOLEDO (996)
DAYTON (788)
CLEVELAND (777)

**PENNSYLVANIA**
PHILADELPHIA (7,906)
LANCASTER (1,033)
HARRISBURG (1,002)
READING (967)
YORK (951)
MECHANICSBURG (714)

**VIRGINIA**
RICHMOND (2,307)
CHESAPEAKE (2,291)
VIRGINIA BEACH (2,264)
ALEXANDRIA (1,819)
NORFOLK (1,264)
ROANOKE (1,193)

**WASHINGTON**
SEATTLE (3,149)
TACOMA (2,010)
VANCOUVER (1,883)
SPOKANE (1,860)
PUYALLUP (876)
EVERETT (873)

---

**NEIGHBORCITY™**

HOME   FIND HOMES   ABOUT   FAQ   HOME SERVICES   CONTACT   HELP   SITEMAP

©Education.com, Inc. 2012. Use is subject to Terms of Service.
This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 849-H Quince Orchard Blvd, Gaithersburg, MD 20878 | Maryland Real Estate License #: 5748 | Tel: 1-800-357-3321

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103     Terms of Service   Privacy Policy   Disclaimer