**FARKAS + TOIKKA** LLP
ATTORNEYS

TEL   202 337 7200
FAX   202 337 7808
www.farkastoikka.com

Direct:
Richard S. Toikka, Esquire
202-337-7802 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

April 23, 2012

**By Electronic Service**
The Honorable Alexander Williams, Jr.
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherry Wood Lane
Greenbelt, MD  20770

     Re:    Metropolitan Regional Information Systems, Inc. v. American Home Realty Network, Inc. et al., No. 8:12-cv-954-AW

Dear Judge Williams:

    Our firm FARKAS+TOIKKA, LLP has just today been retained to represent the Defendants American Home Realty Network, Inc. and Jonathan Cardella in the above-referenced litigation which has been assigned to you.  We write to you out of an abundance of caution to point out that Plaintiff MRIS's Motion for Preliminary Injunction ("Motion for PI"), Docket Entry No. 9, for which the CM/ECF system shows a response date of April 23, 2012, was filed prematurely before Rule 4 service of process on the defendants had been made, and without bearing a certificate of service, in violation of a number of this Court's Rules.  See, e.g., Local Rule 102.1.c; Sections III. A. 12. b and III. C. 21 of the Court's Civil Procedures Manual for Electronic Filing (June 13, 2011).

    Defendants' counsel pointed out these violations to the Clerk's case manager who told him that such matters are "handled by chambers."  We have also mentioned the issues to Plaintiff's counsel Jay Westermeier who indicated that he would now re-serve the PI Motion on us "to avoid any question about the service of these pleadings."  We are also in discussions with Mr. Westermeier concerning an extension of time for Defendants to respond to Plaintiffs' Complaint.

    We are preparing a motion to be filed this week to address scheduling issues related to Plaintiff's PI Motion in which we intend to ask that Defendants' Opposition to the PI Motion not be due until after the Court has ruled on a Defendants' Rule 12 Motion challenging personal jurisdiction and venue and requesting a transfer to the Northern

SUITE 500  1101 30TH STREET NW  WASHINGTON DC 20007  USA

The Honorable Alexander Williams, Jr.
April 23, 2012
Page 2

**FARKAS + TOIKKA** LLP
ATTORNEYS

District of California where Defendants work and reside. The grounds for this week's scheduling motion will include the procedural matters discussed above and also fairness and judicial efficiency reasons for deferring briefing on the PI Motion until the Rule 12 Motion is resolved.

If we need the Court's intervention on scheduling issues we will request a telephone conference call. Thank you.

Respectfully submitted,
*/s/ Richard S. Toikka*
Richard S. Toikka, Federal Bar No. 13543
FARKAS+TOIKKA, LLP
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (main phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

cc:   John T. Westermeier, Esquire (by electronic service)
      Margaret A. Esquenet, Esquire (by electronic service)

### CERTIFICATE OF SERVICE

I, Richard S. Toikka, herby certify that on this the 23rd day of April, 2012, a copy of the foregoing letter to Judge Alexander Williams, Jr. was served by electronic means using the Court's CM/ECF system upon:

John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Richard S. Toikka*
Richard S. Toikka