**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**ALEXANDER WILLIAMS, JR.**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MD 20770**
**(301) 344-0637**
**FAX (301) 344-0672**

April 30, 2012

MEMO TO COUNSEL:   METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC. v. AMERICAN HOME REALTY NETWORK, INC., *et al.*
(AW-12-0954)

Dear Counsel:

The Court held a telephonic conference with counsel for all parties on April 30, 2012 at 2:00 p.m., and as a result the Court has determined that Defendants' Response to Plaintiff's Motion for Preliminary Injunction shall be due on or before May 18, 2012.

Despite the informal nature of this correspondence, the parties shall treat it as an Order, and the Clerk shall docket it accordingly.

_____/s/_____
Alexander Williams, Jr.
United States District Judge