## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

|  |  |
|---|---|
| METROPOLITAN REGIONAL<br>INFORMATION SYSTEMS, INC.,<br><br>       **Plaintiff,**<br><br>v.<br><br>AMERICAN HOME REALTY NETWORK, INC.<br><br>and<br><br>JONATHAN J. CARDELLA,<br><br>       **Defendants.** | CIVIL ACTION NO. 12-cv-0954 |

## DECLARATION OF WHITNEY DEVIN COOKE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

I, Whitney Devin Cooke, hereby declare as follows:

1.  I am employed as an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel of record for Metropolitan Regional Information Systems, Inc. ("MRIS"). The facts set forth in this Declaration are based upon my personal knowledge and/or upon facts and information available on MRIS's website at www.mris.com and American Home Realty Network Inc.'s ("AHR") website, www.NeighborCity.com.

2.  Attached as Exhibit 1 is a true and correct printout from NeighborCity.com (printed on May 23, 2012), showing the search fields available for visitors to that site, including neighborhood, real estate agent or broker, and Multiple Listing Service ("MLS") number.

3.  Attached as Exhibit 2 is a true and correct printout from NeighborCity.com (printed on May 17, 2012), showing a property available for sale at 9320 Falls Bridge Ln, Rockville, MD 20854.  As shown in the printout, the photograph of this property included in the listing bears a "© MRIS" notice.

4.  Attached as Exhibit 3 is a true and correct printout from NeighborCity.com (printed on May 23, 2012) showing a list of real estate agents available in Rockville, MD as part of NeighborCity.com's "Agent Match" feature.  As shown in the printout, each agent has a "NC Agent Score" provided by NeighborCity.com.

5.  Attached as Exhibit 4 is a true and correct printout from NeighborCity.com (printed on May 22, 2012), showing the Agent Match Profile for Boyd Campbell, a real estate broker and MRIS subscriber located in Rockville, MD.  The "Agent Match" profile provides an opportunity for Mr. Campbell to "claim" his profile, stating "Is this you? Claim your profile today!"

6.  Attached as Exhibit 5 is a true and correct printout of an article titled "New Battle on Providing Real Estate Agent Performance Data," which appeared in *The New York Times* on May 1, 2012.  The article contains statements from Defendant Cardella regarding NeighborCity.com, demonstrating his role as the "public face" of AHR and his involvement in all aspects of AHR's business.

7.  Attached as Exhibit 6 is a true and correct printout of an article titled "Real estate agent ranking site rankles it neighbors," which appeared in the *Boston Herald* on May 13, 2012. The article contains statements from Defendant Cardella regarding NeighborCity.com,

demonstrating his role as the "public face" of AHR and his involvement in all aspects of AHR's business.

8. Attached as Exhibit 7 is a true and correct printout of an article titled "Neighbor City hit with MLS copyright lawsuits" which appeared in the *Inman News* on April 24, 2012. The article contains statements from Defendant Cardella regarding NeighborCity.com, demonstrating his role as the "public face" of AHR and his involvement in all aspects of AHR's business.

9. Attached as Exhibit 8 is a true and correct printout from Defendant Cardella's Twitter page, as it appeared on May 22, 2012, located at http://twitter.com/#!/joncardella, including the May 4, 2012 "tweet" stating the following:

**jonathan cardella**@**joncardella**
Realtor® Performance Profile for Catherine Cusack in Edgewater, MD
http://www.neighborcity.com/MD/agent-profile/2046409-Catherine-Cusack/

10. Attached as Exhibit 9 is a true and correct printout of NeighborCity.com's "Terms of Use Agreement," (printed May 17, 2012) which includes the following Paragraphs 7-9:

7. You and American agree that all disputes of any kind or nature arising from this license or your use of American's websites or from services provided to you by American shall be resolved by arbitration using the services and rules of the American Arbitration System (an unrelated and independent entity) with each party paying for their own counsel fees and sharing equally all expenses and costs.

8. You and American agree that the applicable law shall be the law of the state (i) where you reside; (ii) where the property which is the subject to the dispute is located; and/or (iii) where the broker most connected to the issue in dispute is licensed and that all disputes shall be arbitrated as provide in section 7 above in one of those states or as you and American agree.

9. You understand that all the data on properties available for sale or rent is maintained by various real estate brokers, real estate agent boards, MLSs and associations in the communities where you are searching or where your property is located. These local boards of real estate are independent of American and are solely responsible for the accuracy of the information on properties entered into their own MLS data. American does not alter or add to this information on the properties in any way.

11. Attached as Exhibit 10 is a true and correct printout from NeighborCity.com's "Disclaimer" page (printed May 22, 2012), which states "American Home Realty Network, LLC and American Home Realty Network, Inc. (American) are brother/sister entities that are organized in the state of Delaware.  For convenience of reference the term 'American' will be used to refer [to] one or both of these entities."

12. Attached as Exhibit 11 is a true and correct printout from NeighborCity.com's "Frequently Asked Questions" page (printed May 22, 2012), which provides an 800 telephone number in response to the question "If I find an agent or agents I like, how do I connect with them?" that can be used to recommend Maryland real estate agents to the visitor.

13. Attached as Exhibit 12 is a true and correct copy of the Brief for the United States of America as Amicus Curiae in Support of Reversal, filed by the United States in *Bean v. Houghton Mifflin Harcourt Publishing Co*, No. 10-16771, before the U.S. Court of Appeals for the Ninth Circuit.

14. Attached as Exhibit 13 are true and correct copies of representative Certificates of Registration for the MRIS Database, issued by the U.S. Copyright Office.  These registrations indicate both "photos" and "text" contained within the MRIS Database in the registration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on: _5/21/2012_

Whitney Devin Cooke

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 1

 **NEIGHBORCITY**
*the right agent is the key to your new home!*

FIND HOMES | FORECLOSURES | FIND AGENTS | COMMUNITY | HOME SERVICES          Create an Account    Sign In

## The Right Real Estate Agent, The Right Home.
All the real estate listings plus rankings of every local agent based on performance, not hype. Complete data, better results. **How We Do It**

## Find a Property or Real Estate Agent

| Search for | Location or MLS# | Min. Price | Max. Price | |
|---|---|---|---|---|
| Homes ▾ | Address, City & State, or Zip | Any ▾ | Any ▾ | **GO** |

eg: 1625 Longview St, San Jose, CA or 94103

---

### Rockville Local Real Estate Report                           ⊞ Change Your Location

Latest Updates for **Rockville, MD** on May. 23rd

**767 Properties For Sale**    **174 Foreclosure Properties**    **525 Real Estate Agents**

---

### New to Rockville Market







**209 CREEK VALLEY Ln**
*Rockville, MD 20850*
4 Beds / 3 Baths
**$659,000**
View Details

**5014 MCCALL St**
*Rockville, MD 20853*
3 Beds / 2 Baths
**$314,900**
View Details

**13727 LIONEL Ln**
*Rockville, MD 20853*
5 Beds / 2 Baths
**$357,500**
View Details

 ⊞ Change Your Location   🔲 RSS Feed          updated every 11 min

---

### Rockville Top Ranked Agents



**Victor Llewellyn**
**97** NC AGENT SCORE
Llewellyn, REALTORS
12 current listings



**Timothy Horst**
**97** NC AGENT SCORE
Llewellyn, REALTORS
7 current listings



**Cindy Shrieves**
**97** NC AGENT SCORE
Garrison McNey & Assoc...
6 current listings

**View More Rockville Realtors®**

*Any appearances of an organization's name or logo on this website are for attribution purposes only, and do not imply an affiliation or approval by that organization.*

### How NeighborCity Works

**FIND YOUR LISTINGS**
Search thousands of real estate MLS listings using our intuitive search engine.

**HIRE AN AGENT**
Our experts will find you a Realtor® that meets your needs.

**GET YOUR PROPERTY**
We will stay involved and help you during the entire process.

---

## Buyer's Agents Save You Money

"A buyer's agent will determine a negotiating strategy with you that utilizes the history of the subject property, comparable values, the sales price of other homes in the immediate neighborhood, as well as your wants and needs" -Avrealty.com

### Find The Perfect Agent
### 1-800-357-3321

### List Your Property
You deserve great representation for the sale of your home. Let us help match you with a local expert.

### Listing Alert Emails
**Login** or **create a free account** to receive listings matching your search criteria via email, the minute they hit the market.

### For Real Estate Pros
Claim your profile and **learn how** we can help to grow your real estate business

### Hot US Real Estate Markets

| | Locations: | # of Listings |
|---|---|---|
| 01 | Chicago, IL | 24,949 |
| 02 | New York, NY | 15,297 |
| 03 | Houston, TX | 11,686 |
| 04 | Philadelphia, PA | 11,344 |
| 05 | Atlanta, GA | 10,486 |
| 06 | Las Vegas, NV | 8,425 |
| 07 | Phoenix, AZ | 8,418 |
| 08 | Austin, TX | 6,897 |
| 09 | Los Angeles, CA | 6,741 |
| 10 | Naples, FL | 6,553 |

**More Cities**

*From first time home buyers to seasoned investors, we take your business seriously.* Whether you're buying a house upstate to escape the city, downsizing to a condo for retirement or buying a distressed estate in Malibu, we make sure you're in good hands. Our expertise is in locating and retaining the top local agents in your neighborhood and standing by your side to ensure a successful transaction.

*Generally, the top 10% of Realtors® produce 90% of the transaction volume* in any given location. Bottom line, not all real estate agents were created equal. Get a seasoned professional working for you today by using our proprietary Agent Match Tool

### Recent Rockville Foreclosures

or contact us for immediate personalized assistance.



**Bauer Dr**
*Rockville, MD 20853*
0 Beds / 0 Baths
**$214,700**
View Details

**Edson Ln**
*Rockville, MD 20852*
0 Beds / 1 Baths
**$322,400**
View Details

**Oriental Ct**
*Rockville, MD 20853*
0 Beds / 4 Baths
**$423,200**
View Details

 Change Your Location    RSS Feed          updated every 11 min

### Latest from the Rockville Community

**Agent Rating System**
Submitted by: Jeri Bingham
Related to: USA
Comments: 0   Share:  

**Is internet Marketing beneficial in your opinion for Real estate agents**
Submitted by: Coldwellba...
Related to: USA
Comments: 0   Share: 

**Palmetto Heroes**
Submitted by: David Labrecque
Related to: USA
Comments: 0   Share:   

Login and be the first to write an article

### Popular Locations by State

| CALIFORNIA | FLORIDA | TEXAS | ILLINOIS | NEW YORK | NORTH CAROLINA |
|---|---|---|---|---|---|
| LOS ANGELES (6,741) | NAPLES (6,553) | HOUSTON (11,686) | CHICAGO (24,949) | NEW YORK (15,297) | CHARLOTTE (5,962) |
| SAN DIEGO (3,915) | FORT LAUDERDALE (4,975) | AUSTIN (6,897) | NEAR NORTH SIDE (2,248) | FLUSING MEADOWS (1,820) | RALEIGH (3,468) |
| SACRAMENTO (3,823) | JACKSONVILLE (4,154) | SAN ANTONIO (5,831) | NAPERVILLE (1,778) | YONKERS (1,698) | GREENSBORO (2,020) |
| SAN JOSE (2,925) | BOCA RATON (3,288) | DALLAS (5,414) | LAKEVIEW (1,762) | WHITE PLAINS (970) | WILMINGTON (1,984) |
| SAN FRANCISCO (2,252) | FORT MYERS (3,116) | FORT WORTH (3,724) | AURORA (1,670) | MOUNT VERNON (918) | DURHAM (1,820) |
| LONG BEACH (2,095) | CAPE CORAL (2,683) | EL PASO (2,838) | ELGIN (1,354) | JACKSON HEIGHTS (833) | FAYETTEVILLE (1,772) |
| GEORGIA | PENNSYLVANIA | NEW JERSEY | OHIO | MASSACHUSETTS | VIRGINIA |
| ATLANTA (10,486) | PHILADELPHIA (11,344) | OCEAN CITY (1,172) | COLUMBUS (3,092) | BOSTON (3,117) | ALEXANDRIA (2,557) |
| MARIETTA (2,402) | READING (1,196) | TOMS RIVER (1,048) | CINCINNATI (2,109) | WORCESTER (1,143) | CHESAPEAKE (2,553) |
| SAVANNAH (2,142) | YORK (968) | CHERRY HILL (863) | AKRON (1,002) | BACK BAY (1,012) | VIRGINIA BEACH (2,428) |
| ALPHARETTA (1,733) | HARRISBURG (959) | BRICK (813) | TOLEDO (988) | PLYMOUTH (878) | RICHMOND (2,210) |
| LAWRENCEVILLE (1,304) | LANCASTER (889) | BRIGANTINE (586) | CLEVELAND (783) | CAMBRIDGE (749) | NORFOLK (1,413) |
| CUMMING (1,288) | WEST CHESTER (856) | HAMILTON (552) | DAYTON (772) | NEWTON (730) | ARLINGTON (1,362) |

**NEIGHBORCITY™**



HOME | FIND HOMES | ABOUT | FAQ | HOME SERVICES | CONTACT | HELP | SITEMAP

### Buy and Sell Real Estate Smarter with NeighborCity

NeighborCity provides you with a free and easy way to search, map, and compare local real estate agents in your area.

Our real estate search allows you to quickly see where your favorite homes are located and to evaluate the neighborhood from the convenience of your home. Whether you're a buyer, seller, real estate agent or just shopping; NeighborCity brings you the most complete look at your local real estate market.

NeighborCity.com is owned & operated by American Home Realty Network, Inc.

Headquarters: 222 7th Street 2nd Floor, San Francisco CA, 94103 | CA Real Estate License # 1825905 **Tel: 1-800-357-3321**

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San Francisco CA, 94103          Terms of Service  Privacy Policy  Disclaimer

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 2



deck & beautiful hardwood floors. A contemporary, eat-in kitchen w/ new stainless steel appliances forms the heart...

| | |
|---|---|
| MLS# | MC7838876 |
| Style | Colonial |
| Parking Type | Parking Included in List Price, Has Garage, Attached Garage, Front Loading Garage |
| Roof | Asphalt |

**Construction**
Brick  Brick and Siding

**Exterior Features**
Automatic garage door  Deck  Landscaping  Public sewer service  Public water supply  Above grade is 3354 sq. ft.  GORGEOUS

**Interior Features:**
Dishwasher  Double oven  Foyer  Full master bathroom  Open floor plan  Refrigerator  Separate dining room  Sliding glass door(s)  Wall to wall carpeting  Wall/built-in oven  Basement entrance on the outside  Full basement  Partially finished basement  Walk-out basement  Bedroom(s) on upper level(s)  Bathroom(s) on lower level  Bathroom(s) on upper level(s)

**Heating Cooling**
Forced Air Heat  Electric Heat  Central A/C  Electric Cooling

**Water Sewage**
Public Sewer  Public Water  Electric

Have additional information about this listing?
If you are the listing agent and have additional information, sign up today to claim and update this listing's information. 1-800-357-3321

### Nearby Locations

**Rockville Nearby Cities**
Washington Real Estate
Alexandria Real Estate
Silver Spring Real Estate
Arlington Real Estate
Fairfax Real Estate
*View All Cities*

**Rockville Area Realtors®**
Washington Realtors®
Alexandria Realtors®
Silver Spring Realtors®
Arlington Realtors®
Fairfax Realtors®
*View All Rockville Realtors®*

**Rockville Nearby Foreclosures**
Alexandria Foreclosures
Silver Spring Foreclosures
Fairfax Foreclosures
Falls Church Foreclosures
Germantown Foreclosures
*See All Foreclosures*

## Comparable Homes To 9320 Falls Bridge Ln, Rockville, MD 20854

 **5801 Coppelia Dr** $738,985  Rockville, MD 20855  MLS# MC7783388  4 Beds / 4 Baths

 **101 Rivercrest CT** $739,900  Brookeville, MD 20833  MLS# HW9000175  4 Beds / 4 Baths



 **1115 Churchview Pl** $749,000  Potomac, MD 20854  MLS# MC7795537  4 Beds / 4 Baths

 **6503 Brookes Hill CT** $749,900  Bethesda, MD 20816  MLS# MC7795433  4 Beds / 4 Baths

 **102 Rivercrest CT** $749,900  Brookeville, MD 20833  MLS# HW9000181  4 Beds / 4 Baths

**118 Rivercrest CT** $749,900  Brookeville, MD 20833  MLS# HW7707015  4 Beds / 4 Baths

## Map View



## Schools Near 9320 Falls Bridge Ln, Rockville, MD 20854



**Name:**

**Email Address:**

**Phone**

**Please Enter Your Question:**

Note: All fields are required.

**SUBMIT YOUR QUESTION**

Search Rockville homes for sale, find and map Rockville, Maryland real estate listings directly from local real estate websites. NeighborCity.com combines real estate listings with helpful neighborhood demographics and information to empower you when making your next Rockville home purchase.

## Popular Locations by State

**CALIFORNIA**
LOS ANGELES (6,708)
SACRAMENTO (3,824)
SAN DIEGO (3,818)
SAN JOSE (2,918)
SAN FRANCISCO (2,158)
LONG BEACH (2,106)

**FLORIDA**
NAPLES (6,577)
FORT LAUDERDALE (4,968)
JACKSONVILLE (4,149)
BOCA RATON (3,285)
FORT MYERS (3,116)
CAPE CORAL (2,685)

**TEXAS**
HOUSTON (11,734)
AUSTIN (6,703)
SAN ANTONIO (5,790)
DALLAS (5,356)
FORT WORTH (3,720)
EL PASO (2,839)

**ILLINOIS**
CHICAGO (24,734)
NEAR NORTH SIDE (2,235)
NAPERVILLE (1,756)
LAKEVIEW (1,735)
AURORA (1,651)
ELGIN (1,340)

**NEW YORK**
NEW YORK (15,283)
FLUSING MEADOWS (1,797)
YONKERS (1,680)
WHITE PLAINS (955)
MOUNT VERNON (904)
JACKSON HEIGHTS (832)

**NORTH CAROLINA**
CHARLOTTE (5,965)
RALEIGH (3,469)
GREENSBORO (2,037)
WILMINGTON (1,984)
DURHAM (1,844)
FAYETTEVILLE (1,779)

**GEORGIA**
ATLANTA (10,445)
MARIETTA (2,416)
SAVANNAH (2,151)
ALPHARETTA (1,726)
LAWRENCEVILLE (1,305)
CUMMING (1,285)

**PENNSYLVANIA**
PHILADELPHIA (11,172)
READING (1,184)
LANCASTER (973)
HARRISBURG (959)
YORK (953)
WEST CHESTER (857)

**NEW JERSEY**
OCEAN CITY (1,172)
TOMS RIVER (1,047)
CHERRY HILL (839)
BRICK (798)
BRIGANTINE (586)
HAMILTON (539)

**OHIO**
COLUMBUS (3,120)
CINCINNATI (2,121)
AKRON (1,063)
TOLEDO (988)
DAYTON (789)
CLEVELAND (785)

**VIRGINIA**
CHESAPEAKE (2,566)
ALEXANDRIA (2,491)
VIRGINIA BEACH (2,430)
RICHMOND (2,225)
NORFOLK (1,413)
ROANOKE (1,355)

**MASSACHUSETTS**
BOSTON (3,048)
WORCESTER (1,113)
BACK BAY (996)
PLYMOUTH (860)
NEWTON (711)
CAMBRIDGE (709)

---

**NEIGHBORCITY™** 

**HOME | FIND HOMES | ABOUT | FAQ | HOME SERVICES | CONTACT | HELP | SITEMAP**

©Education.com, Inc. 2012. Use is subject to Terms of Service.

This website is owned & operated by American Home Realty Network, Inc.
Headquarters: 222 7th Street 2nd Floor, San Francisco CA, 94103 | CA Real Estate License # 1825905 **Tel: 1-800-357-3321**

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San FranciscoCA, 94103        Terms of Service  Privacy Policy  Disclaimer

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 3



the right agent is the key to your new home!

 Create an account     Sign in

 Home     Site Map

**FIND HOMES** | **FORECLOSURES** | **FIND AGENTS** | **COMMUNITY** | **HOME SERVICES** | **FAQ**

## Expert Agents For Your Rockville, MD Home Search

< BACK    1    2    3    4    5    6    7    NEXT >    LAST


**Victor Llewellyn**
Llewellyn, REALTORS
Rockville
12 current listings


**97** NC AGENT SCORE


**Timothy Horst**
Llewellyn, REALTORS
Silver Spring
7 current listings


**97** NC AGENT SCORE


**Cindy Shrieves**
Garrison McNey & Associates
Woodbridge
6 current listings

**97** NC AGENT SCORE


**Chien Hui Cheng**
Evergreen Properties
Adelphi

**97** NC AGENT SCORE


**Michael P. Rose**
Rory S. Coakley Realty, Inc.
Rockville
13 current listings

**96** NC AGENT SCORE


**Marjorie Halem**
Long & Foster Real Estate, Inc.
Rockville
10 current listings

**96** NC AGENT SCORE


**Helena Pulyaeva**
Re/max 2000, Realtors
Rockville
8 current listings

**96** NC AGENT SCORE


**Karen Parnes**
Redfin Corporation
Bethesda

**96** NC AGENT SCORE

**Leonardo Pareja**
Keller Williams Realty
Hyattsville
5 current listings

**96** NC AGENT SCORE

**Timon Mitrakas**
RE/MAX Pros-Germantown

Case 8:12-cv-00954-AW   Document 26-1   Filed 05/29/12   Page 14 of 191





**Germantown**
9 current listings

**96** **NC** AGENT SCORE



**Richard Prigal**
RE/MAX Realty Group
Gaithersburg
14 current listings

**96** **NC** AGENT SCORE



**Neng-Hua Guo**
Unex Realtors, Inc.
Gaithersburg
1 current listing

**96** **NC** AGENT SCORE



**Jennifer Marshall**
Weichert, REALTORS
Germantown
14 current listings

**96** **NC** AGENT SCORE



**Shari Tullberg**
Long & Foster Real Estate, Inc.
Washington
2 current listings

**96** **NC** AGENT SCORE



**Pennye Green**
Coldwell Banker Residential Brokerage
Hyattsville
13 current listings

**96** **NC** AGENT SCORE



**Madlin Mahdawi**
Independent Realty, Inc
Silver Spring
19 current listings

**96** **NC** AGENT SCORE



**Michael Aubrey**
BY TIG Real Estate
Gaithersburg
3 current listings

**96** **NC** AGENT SCORE



**Tammy Thomas**
Evers & Company Real Estate, Inc.
Silver Spring

**96** **NC** AGENT SCORE



**Louis Fernheimer**
Zip Realty Inc
Silver Spring
1 current listing

**96** **NC** AGENT SCORE

**Yu Fan**



Bmi
Germantown

**96** NC AGENT SCORE

### Gil Clark
Clark Select Properties Inc.
Arlington
2 current listings

**96** NC AGENT SCORE

### Klaus Breitsameter
RE/MAX Realty Group
Gaithersburg
7 current listings

**96** NC AGENT SCORE

### Susan Scheiffley
Keller Williams Realty
Alexandria
3 current listings

**96** NC AGENT SCORE

### Alecia Scott
RE/MAX Realty Centre, Inc.
Silver Spring
6 current listings

**96** NC AGENT SCORE

### Brenda Sarver
Maryland REO Connection, LLC
Frederick
21 current listings

**96** NC AGENT SCORE

< BACK    1    2    3    4    5    6    7    NEXT >    LAST

FIND HOMES    |    FORECLOSURES    |    FIND AGENTS    |    COMMUNITY    |    HOME SERVICES    |    FAQ

**Buy and Sell Real Estate Smarter with NeighborCity.com**

NeighborCity.com goes directly to your local multiple listing services to provide you with a free and easy way to search, map, and compare local real estate for sale in your area. Our real estate search allows you to quickly see where your favorite homes are located and to evaluate the neighborhood from the convenience of your home. Whether you're a buyer, seller, real estate agent or just shopping; NeighborCity.com brings you the most complete look at your local real estate market.

NeighborCity.com is owned & operated by American Home Realty Network, Inc.
**Headquarters:** 222 7th Street 2nd Floor, San Francisco CA, 94103
**Tel:** 1-800-357-3321
**CA Real Estate License:** 1825905

© 2012 All Rights Reserved - American Home Realty Network, INC    Terms of Service  Privacy Policy  Disclaimer

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**


**Declaration of Whitney Cooke**

# Exhibit 4



- [find homes](#)
- [foreclosures](#)
- [find agents](#)
- [community](#)
- [home services](#)
- [faq](#)

- Create an account
- Sign in
- Home
- Site Map



# Boyd Campbell

Tweet 0     Like

First name

Last name

Your phone

Your email address

I'm contacting this agent ... - Please Select -

Contact Boyd

- Performance Metrics
- Peers
- Listings

# Boyd Campbell's Performance Metrics

## GENERAL METRICS

**Top Cities**

?

These are the cities where Boyd represents buyers and sellers most often, listed by percent of active and sold listings in each location.



Upper Marlboro — 4 (18%)
Bowie — 3 (14%)
District Heights — 3 (14%)
Lanham — 2 (9%)
Mount Rainier — 1 (5%)
Adelphi — 1 (5%)
Brentwood — 1 (5%)
North Brentwood — 1 (5%)
Landover — 1 (5%)
Columbia — 1 (5%)
Bushwood — 1 (5%)
Temple Hills — 1 (5%)
Capitol Heights — 1 (5%)
Hyattsville — 1 (5%)

**Listing Types**

?

These are the types of properties that Boyd represents most often for both buyers and sellers, listed by percent of active listings and transactions closed for each property type (Single Family, Condo, Town House, Multi-family, land & lots, etc.)



Single Family — 16 (73%)
Condo — 4 (18%)
Town Houses — 2 (9%)

**Buyers Vs. Sellers Represented**

?

This is the ratio and number of closed transactions where Boyd represented a buyer in the purchase of a home ('Buyer') vs. a seller in the sale of a home ('Seller').



Seller — 5 (50%)
Buyer — 5 (50%)

**Number of Closed Transactions**

?

This is the number of total transactions that Boyd completed when representing buyers and sellers vs. his agent peer group ('Peers').

Boyd
10 Closed
Transactions
Boyd's Peers
19 Closed
Transactions

**Number of Active Listings**

?

This is the number of properties that Boyd is currently listing for sale vs. the number listed for sale on average, by his agent peer group ('Peers'). If this number is substantially less than his peers, Boyd may not have the chops to get the job done. If his listing count is much greater than his peers, then Boyd may be too busy to effectively service another client.

Boyd
3 Active
Listings
Boyd's Peers
11 Active
Listings

**% Dual Rep - Same Agent**

?

This is the percent of Boyd's transactions where he and his brokerage represented both the seller and buyer as the agent and broker of record, vs. his agent peer group ('Peers'). ). Ideally this percent should be lower than Boyd's peers because sharing an agent and broker can work against either the buyer or seller, resulting in a lower or higher selling price than otherwise would be expected.

Boyd
0% Dual Rep
Agent
Boyd's Peers
5% Dual Rep
Agent
view more general metrics

## Listing Agent Performance

Better than peers
Worse than peers
Peers

http://www.neighborcity.com/MD/agent-profile/607614-Boyd-Campbell/

# Listings Sold

?

This is the number of total transactions that Boyd completed when representing sellers in a sale of a property vs. his agent peer group ('Peers').

Boyd

5 Listings Sold
Boyd's Peers
19 Listings
Sold

## % Listings Sold

?

This is the percent of the listings that Boyd lists for sale that eventually sell.

Boyd
64% of listings
sold
Boyd's Peers
63% of listings
sold

## Buyer's Agent Performance

Better than peers
Worse than peers
Peers

## # Listings Purchased

?

This is the number of total transactions that Boyd completed when representing buyers to purchase a property vs. his agent peer group ('Peers').

Boyd
5 Listings
Purchased
Boyd's Peers
5 Listings
Purchased

# Boyd Campbell's Peers

?
The agent's "Peers" are determined by identifying the agents that listed or sold properties that were comparable to the properties that he listed or sold in location, price, type, etc..



## Jacob Park

SJM Properties, Inc.
Clarksville
2 current listings



**Emranur Kabir**



NC Agent Score

America Properties, Inc.
Hyattsville



**Bill Green**



NC Agent Score

Murrell, Inc., REALTORS
Upper Marlboro



**Jay Wong**

Lion Realty
Hyattsville
2 current listings



**Stephen Cooper**



NC Agent Score

Jack Cooper Realty
Baltimore
4 current listings



**[Glenn Culpepper](#)**



[NC Agent Score](#)

[Springdale Properties, Inc.](#)
[Olney](#)



[view more of Boyd's peers](#)

- map
- grid
- list

## Boyd Campbell's Property Listings



*'Performance' is measured by processing the data publicly available regarding this agent's listings and sales into the NeighborCity® AgentMatch® algorithm which runs an in-depth analysis of the agent's performance as viewed by his clients. The results of that analysis are then compared to the results of the agent's peers. The graphs found on this page are representative of the type of performance analysis (tests) that are run to determine the relative performance of this real estate agent.

**The agent's 'Peers' or 'Peer Group' are determined by identifying the agents that listed or sold properties that were comparable to the properties that he sold or listed. By comparing this agent to his peers, the prospective home buyer and/or seller has a meaningful reference point for comparison of this agent's performance relative to the other real estate agents working in the same areas and price range.

**Note: While we exercise great effort to ensure that the data comprising the information contained on our Agent Page is accurate and factual, we recognize that it is not possible always to be 100% accurate, given the various factors that go into the compilations. We are constantly refining and updating our data and analytic process, and invite interested parties, including agents who are profiled, to bring to our attention any information which they believe to be inaccurate or incomplete. The information presented on this page is intended to be used for research purposes only; no guarantee or warranty is made, either express or implied, as to the accuracy of the data, and users are encouraged to independently verify information presented.**

- [find homes](#)
- [foreclosures](#)
- [find agents](#)
- [community](#)
- [home services](#)
- [faq](#)

## Buy and Sell Real Estate Smarter with NeighborCity.com

NeighborCity.com goes directly to your local multiple listing services to provide you with a free and easy way to search, map, and compare local real estate for sale in your area. Our real estate search allows you to quickly see where your favorite homes are located and to evaluate the neighborhood from the

http://www.neighborcity.com/MD/agent-profile/607614-Boyd-Campbell/



**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 5

The New York Times
# Bucks
## Making the Most of Your Money

MAY 1, 2012, 1:39 PM

## New Battle on Providing Real Estate Agent Performance Data

*By ANN CARRNS*

Once again, a real estate Web site is ruffling feathers by making performance data on individual real estate agents available to the public.

Last fall, Redfin.com quickly suspended its Scouting Tool feature, which allowed home buyers and sellers in major markets to search by name for an agent's sales history, after some multiple listing services complained about the site's use of their data and agents questioned the accuracy of Redfin's information. (Multiple listing services track details of property listings and sales for member real estate brokers, who generally pay a fee to participate.)

Now, NeighborCity.com, a real estate search and referral service based in San Francisco, is facing lawsuits by two regional multiple listing services, alleging that it is violating copyright laws by using their data without permission. The lawsuits were reported recently by Inman News, a real estate news service.

NeighborCity recently changed its Web site to assign performance scores to real estate agents in markets across the country. The site invites potential home buyers and sellers to search by market and other criteria, like price and property size, and get a list of recommended agents, along with a score that ranks them against their peers.  The score is based on various criteria, like the number of properties sold, the number of days the properties spent on the market and the difference between the asking price and the selling price, said Jonathan Cardella, NeighborCity's chief executive.

Mr. Cardella said his site had information on roughly 80 percent of real estate agents nationally. The site uses data provided by several sources, he said, including brokers as well as third-party aggregators of publicly available information. The site, he said, aimed to match buyers and sellers with active agents who have had success with similar properties in specific markets. NeighborCity is registered as a brokerage in California, he said, but did not actively broker sales. It gets a fee if an agent makes a sale on a referral from NeighborCity. "No one else is ranking agents this way, providing this level of information," he said.

NeighborCity tried unsuccessfully in the past to license data from multiple listing services, he said, but had to circumvent them by using data from other sources.

Two regional M.L.S. operators, however — Metropolitan Regional Information Systems, in Rockville, Md., and NorthStar MLS in St. Paul, Minn. — have filed separate suits in federal court against NeighborCity's parent,  American Home Realty Network. A spokesman for MRIS declined to comment on the lawsuit. A representative of NorthStar MLS didn't return a call seeking comment.

"We cannot address ongoing litigation at this time, but can say that brokers do give us permission to use their own listings and apparently the M.L.S.'s are not recognizing our broker agreements, which

convey the right base and they're no longer available on the Website accordingly those follow-up e-mail.

If you're a prospective home buyer or seller, or a real estate agent, take a look at NeighborCity and let us know what you think in the comments section.

Copyright 2012 The New York Times Company | Privacy Policy | NYTimes.com 620 Eighth Avenue New York, NY 10018

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 6

http://bostonherald.com/business/real_estate/view.bg?articleid=1061131203&format=text





# Real estate agent ranking site rankles its neighbors

By Paul Restuccia  |  Sunday, May 13, 2012  |  **http://www.bostonherald.com**  |  **Real Estate**



Just back to Boston and looking to buy, Michael Wilson, 35, and his wife, Kerry Williams, found an Internet real estate referral service called NeighborCity that not only matched them with an agent that found them a condo, but also sent them a $500 bonus after closing.

But NeighborCity, which just rolled out a service that ranks Bay State agents from a high of 100 down to 0, is irking some local agents on the low end of the ratings.

"We tick some people off," said NeighborCity founder and CEO Jonathan Cardella, who said the rankings — based on an agent's volume of transactions, their success rate in selling listings and how close they get to the asking price — are objective and not based on whether agents sign up to get leads. "A lot of agents are scared because they don't want their practices scrutinized."

Some agents are complaining that the calculations don't take into account transactions credited to a team leader when junior agents actually made the sales or those not on the Multiple Listing Service.

"It's hard to quantify success in real estate," said Herion Karbunara, of South Boston's H & Co., who gets only a 16 rating and has not signed up. "I sell a lot of properties for developers, so half my sales are not on the MLS. And the score doesn't take into account the most important thing, that my buyers and sellers are satisfied."

But Cardella defends the scoring system.

"Our goal is to offer buyers and sellers the best agent to get them the best outcome," he said. "We recommend agents who don't overprice their listings and let them sit on the market, or sell them fast but for less than the seller wanted."

On the buyer's agent side, Cardella says he looks for Realtors who don't steer clients toward listing agents with whom they often co-broke commissions.

"We talked to about six agents on our own, but the one NeighborCity recommended was just the right person," said Wilson, a restaurant manager at Temazcal in Southie's Seaport.

NeighborCity matched the Wilsons with Lisa Petrizzi Geller, an agent from Home Source Realty Group in Dedham who signed up with the service and has a ranking of 61. Geller found the Wilsons a recently renovated two-bedroom condo in East Boston for $225,000. Geller paid $1,687.50, 30 percent of her $5,625 commission, to NeighborCity. And the Wilsons got a $500 bonus check from the company.

"Normally you'd pay 20 to 25 percent for a referral, so it's not out of line" said Geller. "It's worked out for me because unlike other Internet referral services, there's no monthly fee to get leads."

**Article URL:** **http://www.bostonherald.com/business/real_estate/view.bg?articleid=1061131203**



AdChoices

Neiman Marcus SWIM SALE TAKE 25% OFF SHOP NOW

Contact us  |  Print advertising  |  Online advertising  |  Herald history  |  Send a news tip  |  Electronic edition  |  Browser upgrade  |  Home delivery  |  Mobile Edition

**Save on Boston Herald Home Delivery**

For back copy and collectible issue information please call 617-619-6265.   Click here for Celtics, Patriots and Red Sox, and Bruins back copies



© Copyright by the Boston Herald and Herald Media.
No portion of BostonHerald.com or its content may be reproduced without the owner's written permission. Privacy Commitment

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 7





kate spade
NEW YORK
FREE GROUND SHIPPING
TO ALL 50 STATES

SHOP NOW →

   

Search | Sign In | Shopping Cart 🛒          Join Inman News!

News     Opinion     Conferences     InmanNext     Video     Community     Tools     About Us     Store

# News

Change Text Size:  −  +

## NeighborCity hit with MLS copyright lawsuits

Referral site providing transaction-based scores for 850,000 agents

BY ANDREA V. BRAMBILA, TUESDAY, APRIL 24, 2012.
Inman News®


Google
Need a website for your business?



Like [14]

2

Email

Share This

Comments
Reprint Rights
Community Guidelines

Two regional multiple listing services have filed copyright lawsuits against the operator of NeighborCity.com -- not long after the site rolled out updated profile pages for 850,000 agents that feature agent scores and performance metrics based on their transaction history.



Gavel image via Shutterstock.

The lawsuits allege that NeighborCity.com's owner and operator, American Home Realty Network Inc., reproduced, displayed and distributed copyrighted listing content, including photographs, without the MLSs' authorization.

NeighborCity's CEO Jonathan Cardella is named as a co-defendant in a lawsuit filed by Rockville, Md.-based Metropolitan Regional Information Systems Inc. (MRIS).

The complaint filed by MRIS on March 28 alleges the company violated copyright laws through "the creation of unauthorized derivative works incorporating the MRIS database."

St. Paul, Minn.-based Regional Multiple Listing Service of Minnesota Inc. (NorthstarMLS) filed suit against American Home Realty Network on April 18.

San Francisco-based American Home Realty Network -- licensed as a brokerage in California, but no other states -- has not filed a formal response to the complaints in court.

### Headlines »

Most Recent     Most Comments     Most Emailed

› Brokers get OK to push IDX listings to mobile
› Remixed colonial house offers a seasoned m...
› Never lose that 'beginner's mindset'
› What to expect from FHA's pending condo ru...
› NAR weighs rules for mobile IDX listings
› Bill would stop bulk REO sales in California
› Banks must take risks
› Trulia recruits brokerage exec to lead ind...
› NAR flexes political muscle
› Are big brokers delivering on tech, traini...

Article continues below ▼


Google
ILLINOIS GET YOUR BUSINESS ONLINE
Join Google in Chicago
May 31 & June 1.
Get your business online for FREE— with help from Google.
REGISTER TODAY! →
Free website includes domain name and hosting for one year.

Advertise with Inman

Cardella told Inman News that NeighborCity obtains some, but not all, of its listing and transaction data through agreements with individual brokerages. The site contains nearly 2.7 million listings nationwide, about 2 million of which are identified on the NeighborCity website as MLS listings.

"We cannot address ongoing litigation at this time but to say that the MLSs apparently do not recognize our broker agreements, which convey the right to use the listing data available on our website," Cardella said. "Additionally, we have not seen the federal copyrights of any of the alleged copyright violations despite our requests for those MLSs to" provide them.

Cardella added that in NeighborCity's brokerage agreements, "brokers only give us permission to use their (own) listings." The site also has licensing agreements with third-party data aggregators that provide public records information, among other types of data.

Cardella declined to elaborate on other sources for the site's listing and transaction data, saying, "We cannot go into detail on our data collection as it is proprietary and subject to the ongoing litigation."

MRIS and NorthstarMLS both declined to comment for this story. An attorney for MRIS said, "MRIS's position is that brokers can share or distribute their own listings outside the MRIS multiple listing service."

Brokers who have agreed to publicize other brokers' listings on their websites frequently receive listing feeds from their MLS, which include the listings of all participating brokers in their market.

In its complaint, MRIS said it provides brokers participating in its Internet Data Exchange (IDX) program with a "licensed data feed" in the Real Estate Transaction Standard (RETS) format.

Participating brokers and authorized third-party vendors may acquire an authorized developer license from MRIS to implement an "authorized application that uses ... information MRIS makes available through a RETS data feed," MRIS said in its complaint.

MRIS claims that American Home Realty Network, through Neighborcity.com, provides "customers with unauthorized access to and use of the copyrighted MRIS Database and informational content in support of their referral business."

When NeighborCity first launched agent profile pages in 2008, several MLSs shut off data to the site, Cardella said. NeighborCity then turned to brokerages, rather than MLSs, for listing data, and no longer pulls data from any MLSs. He declined to say whether MRIS or NorthstarMLS were among the MLSs with which NeighborCity previously had licensing agreements.

Both MRIS and NorthstarMLS declined to comment on whether the timing or reasons behind the lawsuits had anything to do with the updated agent profile pages.

MRIS first informed NeighborCity of its alleged copyright infringement in a letter dated Nov. 18, 2011. The letter noted the absence of a licensing agreement between the two companies and demanded the brokerage "immediately cease any access to or distribution or other use of the copyrighted MRIS MLS database or any of the informational content therefrom."

In a Dec. 21, 2011, response, NeighborCity offered to enter into a "custom license" agreement with MRIS that would enable the brokerage "to continue to use the listing data in which your client claims a proprietary interest" in order to make referrals exclusively to MRIS members, charge them referral fees, "rank and rate member brokers and real estate agents for public display and to effectuate referrals," and "derive and own analysis and derivative works from the factual listing data," among other things. MRIS rejected the offer.

Cardella said he made similar offers to NorthstarMLS and more than 30 other MLSs, all of which were either ignored or rejected.

"We are ... very disappointed that our overtures, prior to these suits being filed, to both of these entities to engage in productive relationships that benefit the general public as well as their member-brokers, were summarily rejected. Apparently they



**Similar**

Avery-Hess launches innovative site

Regional MLS adds augmented reality to iPhone, iPad apps

Mobile safety app co. announces partnerships

Growing number of real estate agents buying Zillow ads

Real estate's tech evolution: social, mobile, miniature

**Archives**

May 2012
April 2012
March 2012
February 2012
January 2012
December 2011

all

prefer to engage in litigation rather than negotiate a business relationship in good faith," Cardella said.

"We are providing listing agents and brokers with exposure for their listings via visible credit on our listing pages, and we streamline the process for buyers seeking to obtain buy-side broker representation by matching and connecting them together for showings and to facilitate offers and listings. We cooperate closely with the client and the member-agent and broker to get deals done and to satisfy our clients," he added.

"Why any MLS would refuse to license their data to our brokerage and would instead prefer to sue us instead is beyond my understanding, but I'm sure they feel justified in their position because it is a strategic imperative for their respective businesses, thus the MLSs are working together to essentially destroy NeighborCity."

NeighborCity plans to file responses to the complaints within the next 15 to 30 days.

Brian Larson, president of consulting firm Larson/Sobotka Business Advisors LLC, is one of the attorneys representing NorthstarMLS.

Larson told Inman News in December that he expected more MLSs would go after "data pirates" who redistribute MLS data without authorization, and that his firm was working with clients to evaluate ways of shutting them down, adding, "I'd expect some news on this front in the first quarter."

He declined to comment on whether he was referring to NorthstarMLS' complaint at the time.

Northstar MLS has more than 13,000 members in Minnesota and western Wisconsin. MRIS has more than 40,000 members in Maryland, Virginia, Washington, D.C., and parts of Delaware, Pennsylvania and West Virginia.

In their complaints, both MLSs included screen shots of NeighborCity listing pages with photographs showing the MLSs' copyright notices at the bottom of the images.



*Source: MRIS complaint against NeighborCity*



*Source: NorthstarMLS complaint against NeighborCity*

MRIS' complaint calls for judgments against American Home Realty Network and Cardella for copyright infringement, payment to MRIS of "any and all profits arising from the foregoing acts of false designation of origin, and unfair competition," statutory and compensatory damages, and a permanent injunction required that the defendants "cease directly or indirectly infringing, or causing , enabling, facilitating, encouraging, promoting, and inducing or participating in the infringement of, any of MRIS' respective copyrights," among other things.

NorthstarMLS' complaint makes similar demands. The MLS also requests a jury trial.

In early March, just a few weeks before the complaints were filed, NeighborCity quietly began rolling out updated, transaction-based profile pages for 850,000 agents nationwide. The pages, which include "NC Agent Scores," are currently in beta, but will officially launch this Thursday.

The scores and the performance metrics that accompany them on the profile pages are based on agents' transaction history. The metrics include the agent's top cities; top neighborhoods; property types; percentages of buyers vs. sellers represented; total number of closed transactions compared to total average number of peers' closed transactions; number of active listings compared to average number of peers' active listings; percentage of agent's transactions where he or she was a dual agent or where his or her brokerage was a dual agent; and price ranges represented.

"We know that it's important to a seller that their home sells and that it sells at market rate or better and within a reasonable time frame," Cardella said. "And with a buyer we know that it's important that they get someone who's experienced with helping people buy homes … (and that buyers) get a reasonable price. How well they service their clients interests, that's what we seek to capture."



*Screen shot of an updated NeighborCity agent profile page*

NeighborCity's business model is based on referral fees. Agents pay the site a portion of commission when a sale closes with a client referred by NeighborCity. According to its website, NeighborCity ranks and displays every agent in a given market. Agents do not pay for their rankings and are listed regardless of whether they choose to work with the company.

Previously, agents on the site were ranked according to an "AgentMatch" score that considered how well an agent's experience and performance matched a site user's particular property or property search.

Now, the site has also incorporated NC Agent Scores, which are percentile-based rankings comparing an agent to his or her peers and analyzing that agent's experience across all listings and transactions known by the site.



*Screen shot of an updated NeighborCity agent profile page*

Agents with the highest NC Agent Score relative to a given property or search now have the highest AgentMatch scores. That particular change has not yet been implemented throughout the site, but is expected to be by Thursday's official launch. The site will also update its search to allow users to choose whether they are buyers or sellers, price ranges, location, and property types and return ranked results.

"We are having a lot of success using this information to make effective client referrals and to see those clients through to favorable outcomes. We have a proprietary system for making and tracking those introductions that is driving solid conversion rates (a few times better than industry average)," Cardella said.

"We will move hundreds of millions in home sales this year using this model and we are seeing over 3-4 times revenue growth, year over year. In short, we are bridging the online and offline real estate worlds using AgentMatch, and the rest of our competitors are too compromised to offer this service as media channels, beholden to the industry."

This is not the first time a real estate website has tried to offer consumers agent productivity data. In April 2010, HAR.com, the public-facing site for the Houston Association of Realtors, rolled out a "Realtor Match" tool that allowed consumers to see which agents had the most transactions and listings in a neighborhood they were interested in. Agents complained, however, and the association was **forced to disable** that particular feature of the tool after just a few days.

When HAR launched Realtor Match, Cardella told Inman News that having an MLS provide such tools was like "having the wolves guarding the sheep."

MLSs, Cardella **said at the time,** "Will always be stuck in the political quandary of the agent vs. the consumer, and the agent will always win because they are the ones paying the fees."

More recently, Seattle-based online brokerage Redfin offered agent "Scouting Reports" that included transaction data for agents in 14 markets going back three years in late September. The brokerage **pulled the plug** on the reports less than a week later, citing holes in multiple listing service data.

"We intend to get agents to send us the data to fill in the holes if there are any. If there are holes in the MLS data, (which is) the best available, then the hole is affecting everyone equally," Cardella said, adding that NeighborCity is "happy to address" any issues regarding inaccurate information.

Cardella said he personally believed political pressure, not missing data, was behind Redfin's decision to pull its Scouting Reports.

"I think there is a lot of pressure within the industry to suppress information and I think they folded to it. Since we're no longer members of these MLSs, (they) can't say 'we'll turn off your (data) feeds,'" Cardella said.



*Screen shot of an old agent profile on NeighborCity.com*

"In any given market, there's about 20 percent of all the members that really know their business. It becomes apparent through technology like this. If we're successful ... we'll make these agents really, really efficient and the number (of agents) will decrease and I think (MLSs) see it as a threat to the size of their membership base. It's about protecting the profession," Cardella said.

"It shouldn't mean anything besides an opportunity to grow and benefit the public, but it isn't. (There's a) fear of change."

**A guide to the new performance-based profile pages**

While NeighborCity has been working on the user interface and the technology behind the updated agent profiles since about November, the site has been working on its rankings for years, Cardella said.

"We put an amazing amount of thought on how we're doing this analysis," he said.

In addition to the general metrics listed above, NeighborCity also breaks down an agent's performance as a listing agent and a buyer's agent. Listing agent metrics include number of listings sold, average days on market, average days to sale, percent listings sold, and percent of asking price obtained on average -- all compared to peers' performance. The sold listings data covers up to the past five years.

Buyers agent metrics include number of listings purchased and average purchase price per square foot, both compared to peers. The data for listings purchased covers up to the last two years.

Further down the page under these metrics, consumers can see the agent's peers. "Peers" are those agents who listed or sold properties that are comparable to the properties the profiled agent listed or sold in location, price and property type, among other factors. Six peers -- those considered most comparable to the agent ranked according to an internal "peer score" -- are readily visible on the profile page.

When making comparisons between an agent and his or her peers, the site typically considers only those sold transactions or properties listed within a six-month window of each of the agent's transactions and comparable in terms of price, location and other factors.

"Accordingly, if we have a sold record five years ago and comparable solds that are within six months of that record, we incorporate that performance in our analysis," Cardella said.

The six-month window helps mitigate the differences between a new agent selling homes at comparatively lower prices than an agent selling homes during the housing boom, for example.

"We find that market gyrations in six months are usually minimal enough not to confound this analysis, and since they happen to everyone and are fairly typical, the significance is minimal. Everyone deals with price gyrations. Yes, they can make you look a little better or worse, but they do the same to your competition," Cardella said.

A profile page also includes a Google map that displays the agent's active, inactive and recently sold listings. A contact form for the agent is provided under the NC Agent Score on the upper right corner of the page.

An agent's profile page will display that agent's transaction history from the first record the site has of the agent up to the present. The vast majority of the site's data is less than two years old, but some is up to five years old. If an agent's transaction history doesn't meet a minimum threshold for transactions, listings, and other data points, the site will add a disclaimer to the relevant part of an agent's page stating "Not enough data is available to verify the accuracy of this score."

"We need more than just a few listings or deals," Cardella said.

For now, if a listing goes off market and is relisted, it is treated as if it is a new listing and days on market are reset. Eventually, the site plans to detect when the same property has been relisted and display extended days on market, which would sum days on market for both listings. The site also plans to adjust the "percent listings sold" calculation similarly.

"Right now, I would imagine that those who relist a lot are punished by our scoring because they have a lower 'percent listings sold,' and from a seller's perspective, that's the most important attribute of a listing agent," Cardella said.

When an agent's market activity indicates that he or she is part of a team, specializes in selling REOs (bank-owned homes), or is reporting for an entire brokerage or housing development, NeighborCity provides performance metrics for the agent but does not provide a score. That agent is also excluded from any peer group comparisons for other agents.

"If we did add them, (that) would skew the whole peer group, basically," Cardella said.

"Hopefully in the future, if you have a team, there would be a way to recognize the agent who represents each transaction," he added.

Agents can claim their profiles, but they cannot change the auto-generated summary that accompanies their profile, the metrics displayed, or the scoring. They may add their own bio, change their photo, enter their license number, and add their social media accounts, among other features. The site may also let agents add listings and transactions to their profiles in the future, Cardella said.

Since beta testing commenced, most agent have reacted positively to the profile pages, he said.

"I think they appreciate someone recognizing their performance (if) some agents don't do as well as they like, we listen. Some will say the data's not right, and we say 'what's wrong' and usually we don't hear back from them," Cardella said.

In the next few months, NeighborCity plans to add user comments and feedback to the profile pages, though they will not be considered in the scoring or performance metrics. The site also plans to recognize individual agents with awards for outstanding performance and create feeds that plot a timeline of an agent's sales activity.

### Contact Andrea V. Brambila:

 Facebook     Twitter     Email     Letter to the Editor

Copyright 2012 Inman News
All rights reserved. This content may not be used or reproduced in any manner whatsoever, in part or in whole, without written permission of Inman News. Use of this content without permission is a violation of federal copyright law.

You must login or register to post a comment.

---

**Submitted by Bill Fields on April 25, 2012 - 5:33am.**

Andrea, great detailed info. I am confident we are going to see this issue get more attention as more and more third party vendors publish MLS information.

Login or register to post comments

---

**Submitted by Victor Lund** ⭐ **on April 25, 2012 - 5:57am.**

It will be interesting to see how the courts proceed with this case. I wonder if they will force NC to shut down while the case is deliberated, or allow them to continue operations.

It will also be interesting to see if the MLSs seed their various data feeds to find the broker(s) providing the data to a third party (NC).

Victor Lund
Partner
WAV Group
http://waves.wavgroup.com
http://www.wavgroup.com

Login or register to post comments

---

**Submitted by Alexis Eldorrado on April 25, 2012 - 7:20am.**

Alexis Eldorrado
Managing Broker

Andrea, Very detailed indeed and thank you for the great reporting. This will be a very interesting case to watch unfold. There are pluses and minuses, of course. In terms of team reporting, they will never be able to identify the member of each team performing the best. Those numbers are entered into the MLS using the Team Leaders ID number so tracking is impossible.

Eldorrado Chicago Real Estate LLC
150 N. Michigan Avenue, Suite 2800
Chicago, IL 60601
312-612-9060
Alexis@Eldorrado.com
www.Eldorrado.com

Login or register to post comments

Submitted by Cindy Velez on April 25, 2012 - 10:14am.

Once again another chance for a third party to get the data wrong and hurt an agent's reputation. My agent score & information is a laugh. Not sure how they come up with the 12 listings I've had in the last 5 years since per MRIS I've had 91. Yet an agent in my area with a total of 11 listings in that same time has a rating 60 points higher than mine. How does that make sense?

Login or register to post comments

Submitted by Jonathan Cardella on April 25, 2012 - 10:46am.

Cindy,

The NeighborCity data isn't inclusive of all transactions over the past 5 years. It goes back that far in some instances but not for the majority of cases. In fact, the data mainly focuses on the last 12-24 months. So please don't draw conclusions that we are missing your number of transactions or providing inaccurate data.

The number of transactions is just one minor measure we use to score agents. While quantity of transactions is a signal, its the quality of the outcomes of those transactions that our scoring formulas depend on to derive the agent scores that we display. Thus, an agent with 10 listings that all sold above market rate and in a timely fashion will outscore an agent with 91 listings and mixed results.

If you feel that your data is inaccurately represented, please contact me and point out the inaccuracies and provide the correct data and we will investigate your complaint and address it.

Sincerely,
Jonathan Cardella
NeighborCity
Founder/CEO

Login or register to post comments

Submitted by Jonathan Cardella on April 25, 2012 - 10:55am.

Victor,

Thanks for your comment. Our broker-partners only provide us with permission to use data related directly to their brokerage and agents and no broker that we work with provides us with data regarding other brokers outside of their brokerage.

Jonathan Cardella
NeighborCity
Founder/CEO

Login or register to post comments

Submitted by Jonathan Cardella on April 25, 2012 - 11:03am.

Alexis,

We are able to identify the team leaders - those who are booking all of the transactions under their names instead of the actual team member that handles the client and transaction. In short, they are deprecating the validity of the data.

We deal with this by identifying the team leader and taking them out of our data set so that individual agents are being compared to individual agents and not teams.

You're right that we may never recognize all of the individual team members on each team, however, we don't have to because we've already captured their transactions in the team leader's name and have removed them for the purposes of our evaluation.

Jonathan Cardella
NeighborCity
Founder/CEO

Login or register to post comments

Submitted by Jonathan Cardella on April 25, 2012 - 11:03am.

Alexis,

We are able to identify the team leaders - those who are booking all of the
transactions under their names instead of the actual team member that handles the
client and transaction. In short, they are deprecating the validity of the data.

We deal with this by identifying the team leader and taking them out of our data set
so that individual agents are being compared to individual agents and not teams.

You're right that we may never recognize all of the individual team members on each
team, however, we don't have to because we've already captured their transactions
in the team leader's name and have removed them for the purposes of our
evaluation.

Jonathan Cardella
NeighborCity
Founder/CEO

**Login** or **register** to post comments

**Submitted by Larry Drew on April 25, 2012 - 1:26pm.**

well, it seems the realtors have gone the way of that other self serving fraud, the
teachers union... now the realtors don't want you to be able to track their record, and
take them on blind faith... yeah, right !!! lokk, these bums have already clamored to
support der fuehrer's (obama, if you can't figure that one out) home give away
agenda, as long as they get fat screwing our economy... is ther no end to his buying
off these special interests and protecting them from scrutiny... how pathetic... realtors
are dinosaurs that just don't know they're dead...

**Login** or **register** to post comments

**Submitted by Sam DeBord⭐ on April 26, 2012 - 7:01am.**

I did about $3M in volume last month listing/selling, but NeighborCity shows just 1
transaction at $362k. The "top two" Seattle agents in NC's system have 1 listing
each. Why even release the system if it's this inaccurate?

It's not that all agents are against ratings. They're just against a company using a
database that's full of holes, adding a couple of arbitrary scoring metrics and calling it
good. The system doesn't even appear to use agent closings on the buyer side, co-
listing agent sales, etc.

Interesting tool, poor implementation. Leave it in the box until it works correctly.
Redfin's failure at agent rankings and subsequent MLS dustup should've taught this
lesson to NeighborCity.

Sam DeBord
Managing Broker, Realtor
SeattleHome.com - Coldwell Banker Danforth of Greater Seattle

**Login** or **register** to post comments

**Submitted by Jonathan Cardella⭐ on April 26, 2012 - 9:25am.**

Sam,

Thanks for your comment but based on some cursory research, I can find no record
of the $3M in sales that you claimed to do last month.
First, your own website, SeattleHome.com (http://seattlehome.com/featured-listings)
does not list these sales on your Featured Listings pages where you list other sales,
mainly from last year, so I was not able to verify your claim.

Next, many of the listings on your website, which you presumably take credit for, are
listed under simply "Coldwell Banker Danforth" and do not show you as the listing
agent, for example; http://www.coldwellbanker.com/property?
action=detail&brandType=CB&mode=d...

and

http://www.coldwellbanker.com/property?action=detail&brandType=CB&mode=d...

The industry is rife with a lack of consistency in how listings are credited and
apparently the MLSs do not enforce standards. Thus everyone's data is full of holes,
holes that only you can fill as the listing agent or broker, by crediting the listings
properly.

You imply that the number of listings that an agent is carrying is a key criteria to
determining agent quality and we don't agree. We look at sales performance (in that
agent's name, not their broker's) and the results that were delivered to the client as

our top indicators of future performance. Anyone can list a property but getting it sold is where the rubber meets the pavement.

And despite your erroneous conclusions, we do rely heavily on each agent's (emphasis on agent) closings on both the buy and listing sides. In fact, we measure performance on roughly 10-20 different dimensions or metrics, depending on how much data is available for each given agent. For example; http://www.neighborcity.com/CA/agent-profile/2934168-James-Maxwell/ --- James has 17 dimemnsions on which we are analyzing his performance.

Also note that since we didn't have much data regarding your listings and deals, we notified the public on the top right side of your page, below your score, stating; "Not Enough Data is Avbailable To Verify The Accuracy of this Score" and display it in gray instead of color (http://www.neighborcity.com/WA/agent-profile/1414763-Sam-DeBord/).

Finally, regarding "Redfin's Failure", as you put it, let me help clarify that topic; it was not failure that forced them to remove the pages after a few days but the MLSs threatening to cut off their data feeds for violating usage policies or alleged usage policies. Glenn admitted this in a blog post or article that I can provide later, if you need. Do you really think anyone could truly "fail" that quickly?

Sincerely,

Jonathan Cardella
Founder/CEO
NeighborCity

Login or register to post comments

---

Submitted by Sam DeBord on April 26, 2012 - 3:06pm.

Implying that an agent is wrong because your system can only find 1 of his sales is counterproductive and makes my point (I can send you last month's CBD top producers letter-$2.949M).

But it's not about me. None of my clients are on your site. It's about the idea that you can "Score" agents across the country, knowing that your data misrepresents their business. Create all the disclaimers you'd like, but you're putting scores next to agent names based on inaccurate data, and offering them to consumers as a useful measurement.

If the data source is too flawed to create a reliable system, don't use it. Blaming the MLS data doesn't excuse a flawed final product.

And yes, Redfin did fail at this. Agents nationwide were up in arms about the inaccurate data/missing sales misrepresenting their businesses. Glenn blamed it on the MLS data. It was a disaster. On top of that, Redfin failed at following the agreements that they had made with multiple member organizations.

As I said at the beginning, the idea isn't a bad one, but both implementations so far were too quick to market as shiny new toys, and short on concern for accurately portraying an agent's business.

Sam DeBord
Managing Broker, Realtor
SeattleHome.com - Coldwell Banker Danforth of Greater Seattle

Login or register to post comments

---

Submitted by Jonathan Cardella on April 26, 2012 - 3:32pm.

Sam,

In your initial comment you said, and I quote you; "I did about $3M in volume last month listing/selling". I pointed out that those sales were booked in your brokerage name (CBD) and not in your name, and that is why they are not on your NeighborCity profile.

In your comment above, you stated; "(I can send you last month's CBD top producers letter-$2.949M)", thereby verifying my explanation, which is that your brokerage booked those sales, not you and we only credit agents with the listings where they are the listing agent or sales where they represented the buyer directly.

Now you point out that MLS data is flawed and that is why agent rankings and ratings should not exist. This may very well be the case but even so, this is not a good reason to keep real estate agent performance data out of the hands of consumers. Even if the data is imperfect, it is most likely uniformly imperfect and not highly imperfect for only certain individuals. Thus, these imperfections essentially negate each other and what you get is a pretty good look at relative agent performance; this

Our system was designed to obtain as many data points as possible and to use them all to generate conclusions about agent performance. Thus, a longitudinal view is taken and a few errors along the way will not fundamentally change the results.

You can fight it all you want but this sort of transparency is what consumers are coming to expect. The best solution is to book your transactions under your own name, always put your client's best interests first, and don't over promise and under deliver, especially when you take a listing!

I appreciate your opinions and concerns. Because of people like you, we work 100x harder to deliver this service and to make it as accurate as possible.

**Login** or **register** to post comments

**Submitted by Cece Blase on April 26, 2012 - 3:53pm.**

Wow, Andrea. Great work! I'm in the camp about how the data feed from the MLS will not accurately reflect an agent's track record. Right now a fair percentage of our deals here in San Francisco are happening "off-market." and those closings will never show up in the MLS. New home projects also frequently don't show up in MLS statistics. I don't want to say "garbage in/garbage out" with regards to MLS agent sales data, because as agents we use the information for so much more than just measuring an agent's track record, but you are definitely not getting the whole story on an agent's production level if you rely exclusively on MLS data.

**Login** or **register** to post comments

**Submitted by Sam DeBord on April 26, 2012 - 4:49pm.**

"You can fight it all you want but this sort of transparency is what consumers are coming to expect". I stated twice that it's not a bad idea. It's just been done poorly. Transparency is great, inaccuracy is not.

Again, it's not just about my transactions (which are all booked under my name, listing agent or buyer's agent). The bigger issue is the likelihood that thousands of other agents' work is being misrepresented in the same way.

Sam DeBord
Managing Broker, Realtor
SeattleHome.com - Coldwell Banker Danforth of Greater Seattle

**Login** or **register** to post comments

**Submitted by Doc Reiss on April 27, 2012 - 8:26am.**

While I appreciate the complexity of the system they are creating, there are flaws within it. Usually, these systems work well in major metropolitan areas and fail to be accurate in small markets.

I had never heard of this site before and decided to visit it. In looking at my local market I find that one of the agents represented died several months ago, two have left the business a while back, and more than a few are not even in the area, from the area, or belong to the local organization. It would be rather difficult to use any of them as a buyer's agent.

Does this service offer something to the consumer that they want? I guess so. Is it a service that should be solely considered? Well, if one goes solely by the rankings there are going to be people using a dead agent.

**Login** or **register** to post comments

**Submitted by Bernadette Radie on April 27, 2012 - 12:45pm.**

The information on this site is all wrong. I called today to get the right information reported under my name and I was told to e-mail them and maybe they would get to it.Their customer service was arrogant and smug. They are using my corporate name with misinformation. I consider this slander. I have worked hard for 20 years as a professional Real Estate agent. Who do they think they are. Our local MLS boards should stop then now. Wheres NAR? They should be stopping these sleaze bags.

**Login** or **register** to post comments

Submitted by **Jonathan Cardella** on April 27, 2012 - 1:09pm.

Ms. Radie,

Thanks for your comment. You state that the info is "all wrong" but you don't mention one actual inaccuracy. If you provide us with any examples of misinformation that we can verify, we would be happy to make any corrections that better reflect your performance.

I reviewed your NeighborCity profile here;
http://www.neighborcity.com/CA/agent-profile/2904819-Bernadette-Radie/

And I don't see how this is slander or harming you in any manner. In fact, we have declined from scoring your performance since we have very little information on it. It appears you are part of a team and listings and sales that you beleive you should have credit for are actually in the name of Lawrence Belland who is apparently your "partner".

And if you didn't read the article then let me inform you, so you can rest at ease, your MLS boards have now sued us twice and NAR is quarterbacking.

Again, I appreciate your comments and I'm glad that you made them.

Sincerely,

Jonathan Cardella
Founder, NeighborCity

**Login** or **register** to post comments

Submitted by **Jonathan Cardella** on April 27, 2012 - 1:09pm.

Ms. Radie,

Thanks for your comment. You state that the info is "all wrong" but you don't mention one actual inaccuracy. If you provide us with any examples of misinformation that we can verify, we would be happy to make any corrections that better reflect your performance.

I reviewed your NeighborCity profile here;
http://www.neighborcity.com/CA/agent-profile/2904819-Bernadette-Radie/

And I don't see how this is slander or harming you in any manner. In fact, we have declined from scoring your performance since we have very little information on it. It appears you are part of a team and listings and sales that you beleive you should have credit for are actually in the name of Lawrence Belland who is apparently your "partner".

And if you didn't read the article then let me inform you, so you can rest at ease, your MLS boards have now sued us twice and NAR is quarterbacking.

Again, I appreciate your comments and I'm glad that you made them.

Sincerely,

Jonathan Cardella
Founder, NeighborCity

**Login** or **register** to post comments

Submitted by **Bernadette Radie** on April 27, 2012 - 2:14pm.

Mr. Cardella,

As I informed your rude customer service department, you are using Bernadette & Belland Inc. on your site and you're misrepresenting our production. Additionally, you have set up a "rating" system that does not reflect team or partner performance; or, agents that work in more than one state. We are active in three states: California, Oregon and Washington.

Another metric you apparently have little knowledge of, which happens to be 40% of the market and growing,is short sales. Agents that specialize in short sales routinely take up to a year to get them closed (we're still working on some that we listed in 2009), get penalized for the time required to prevent the foreclosure.

Without a responsible way for agents to correct the misinformation your publishing, you should put the site on hold and relaunch when you have all your systems up and running in an ethical and meaningful manner.

Also, as to your comment as to whether the yellow pages needs permission to publish my name: they do. The yellow pages does not publish incorrect information about a company's performance and what they do publish is permission or fee based.

Unethical companies such as yours are usually not around long as your business practices will eliminate you from being relevant.

In the meantime... I'm keeping my eye on NeighborCity and I'll do what I deem best to correct any further of its improprieties.

In earnest,

Bernadette

**Login** or **register** to post comments

---

**Submitted by Andrea V. Brambila on April 27, 2012 - 4:01pm.**

Thanks everyone for your feedback and comments!

**Login** or **register** to post comments

---

**Submitted by Roberta Murphy on April 28, 2012 - 8:28am.**

The information reported by this site, at least in my case, is not only inaccurate but potentially libelous if any professional damage occurs. I have asked that I and our agents be removed immediately from this site via an email to Neighbor City:

"I am demanding that you remove my information--and that of my agents-- immediately from your site. The information is inaccurate, defamatory and potentially libelous. If this is not done immediately, I will be contacting not only SANDICOR but our attorney as well, especially if any business is lost because of your careless reporting. To leave that information up after this demand could be cause for a malicious libel action against you and your firm."

Roberta Murphy
San Diego Previews Real Estate
http://www.SanDiegoPreviews.com
http://www.LuxuryHomeDigest.com
877-818-8197/760-402-9101

**Login** or **register** to post comments

---

**Submitted by Gena Riede on April 28, 2012 - 9:08am.**

Neighborhood City is libelous and inaccurate information is distributed. I actually took a look at the agents whose photos appear which tends to make me think these are agents who are paying Neighborhood City for leads and found their listings (random selection process) were over a 24+ month period of solds per my MLS. However, mine as well as other non-paying clients (random selection) of Neighborhood City were not calculated at that same interval of 24+ months.

Since new home sales, property management etc are not calculated and given Short Sales have taken a considerable amount of time to close, it is my opinion this site only hinders and potentially is libel for careless inaccurate reporting on agent production which could effect an agent's professional ability in their business. Bogus information about any agent and their production is grounds for a lawsuit.

I have sent an email to Neighborhood City requesting to be removed from their site since I did not opt in, sent an email to my MLS and will be contacting my attorney should my request go unanswered and not fulfilled.

Gena Riede,Broker
Riede Real Estate
Blog: SacramentoRealEstateVoice.com
916-417-2699

**Login** or **register** to post comments

---

**Submitted by Catherine Myers on April 28, 2012 - 1:14pm.**

Thank you for alerting us to this site. I wonder , why, if their motto is the 'right agent is key' they continue on to disparage good agents. Libel in fact. My production is stellar and not reflected accurately. I resent the following 'Catherine stands out because of her inability to quickly sell her client's homes, once listed.' Huh? I have spent the last 5 years successfully helping people with short sales and have not only a good reputation in this regard but a hugely successful record. But yes, short sales sometimes takes longer ... so your metric is going to result in such a libelous conclusion? My time on market is days. And that makes me unable to sell homes? Obviously your model is simply unable to quantify all the variables in one's production stats. You do not have a right to misrepresent production or draw publicly negative

conclusions from erroneous an ill researched data. I insist you remove the erroneous and damaging statement immediately. In fact, remove mention your site, it's already been proven inaccurate and damaging. I will be checking in with our board first thing Monday morning.

Login or register to post comments

**Submitted by Gena Riede on April 28, 2012 - 2:58pm.**

Mr. Cardella,
With your incorrect information on agent productivity & selective data & disparaging dates of given data I was just wondering if your E & O insurance is up-to-date? I hope so.

Putting incorrect information about agents not only can have a direct impact on their business but also may affect their E &O insurance when incorrectly listed as double ending a transaction on your site & their numbers do not match what the Broker submitted to their insurance carrier.

There are far ranging negative affects with your data and from what I've seen are indeed libelous.

I have sent you an email to be removed from your site & forwarded this information to my MLS so they can join the law suit against you.

Gena Riede, Broker
Riede Real Estate
916-417-2699

Login or register to post comments

**Submitted by Cindy Jones on April 28, 2012 - 3:14pm.**

Jonathan-the system has me listed twice with two different "ratings." It also doesn't appear the system distinguishes between rental listings or resale. The problem with models that say quality is reflected by DOM or List to Sales Price Ratio miss factors that can not be pulled from MLS data. Why do third party vendors continue to believe that they can rate agents based strictly on numbers.

Let our clients determine our value through their referrals and letters of recommendation.

Login or register to post comments

**Submitted by Malcolm Waring on May 3, 2012 - 1:25pm.**

How is it that we have a California broker advertising Pennsylvania real estate and then contacting Pennsylvania agents to sell them leads to their own listings for 30% of the gross?

Login or register to post comments

**Submitted by Ruthmarie Hicks on May 4, 2012 - 1:40pm.**

The problem is that "rating" an agent is far more complex than raw numbers. There is a famous magazine in Westchester that rates agents by gross sales volume as in dollars. Now there are several wealthy housewives that "dabble" in real estate and because they only handle their "friends" they look great by that standard. Trouble is - they are dabbling at the very high end with millions of $$$ at stake. You also have agents that throw almost anything against a wall to see what sticks. If 3/4 of their listings expire but they have high volume - how is that evaluated. Sometimes less is more in this business. I don't list much, because I deal mostly with buyers, but 98% of my listings sell...I'd put myself up against a high-volume agent any day in terms of quality. Look, I'm as a spreadsheet type. If it can be measured, I put it on EXCEL. But you have to be very careful with numbers and agents have every right to go after an entity that attempts to "rate" them publicly by some arbitrary metric.

Jonathan Cardella should cease attempting to justify his scheme to get eyeballs and recognize he has gone too far.

Login or register to post comments

**Submitted by Ruthmarie Hicks on May 4, 2012 - 1:40pm.**

The problem is that "rating" an agent is far more complex than raw numbers. There is a famous magazine in Westchester that rates agents by gross sales volume as in dollars. Now there are several wealthy housewives that "dabble" in real estate and because they only handle their "friends" they look great by that standard. Trouble is - they are dabbling at the very high end with millions of $$$ at stake. You also have agents that throw almost anything against a wall to see what sticks. If 3/4 of their listings expire but they have high volume - how is that evaluated. Sometimes less is more in this business. I don't list much, because I deal mostly with buyers, but 98% of my listings sell...I'd put myself up against a high-volume agent any day in terms of quality. Look, I'm as a spreadsheet type. If it can be measured, I put it on EXCEL. But you have to be very careful with numbers and agents have every right to go after an entity that attempts to "rate" them publicly by some arbitrary metric.

Jonathan Cardella should cease attempting to justify his scheme to get eyeballs and recognize he has gone too far.

**Login** or **register** to post comments

---

**Submitted by Malcolm Waring on May 11, 2012 - 12:25pm.**

Cardella said. "Additionally, we have not seen the federal copyrights of any of the alleged copyright violations despite our requests for those MLSs to"provide them."

Really?

I went to the Copyright search page and did a search for "Metropolitan Regional Information Systems" and "NorthstarMLS" in the title and found all of their copyright registrations. Every three months as directed.

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First

**Login** or **register** to post comments

---

**Submitted by Veronica Hicks on May 19, 2012 - 3:56pm.**

This is a very dangerous and libelous site .. I actually complete a lot of my transactions these days outside of the MLS .. this site should stop such ratings and like YELP or any other rating site - in which case an opt in is required.

I concur with all these comments and think those ratings should come off the site.

**Login** or **register** to post comments

---

©2012 Inman News®   **Home** | **About Us** | **Daily Headlines** | **Advertise** | **Syndication** | **Contact Us** | **Press Release Submission** | **Submit a Tip** | **Privacy** | **Legal**



www.katespade.com                                                                                    Ads by Google

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 8

jonathan cardella (joncardella) on Twitter

 twitter

Have an account? **Sign in**



# jonathan cardella
@joncardella

*internet entrepreneur with a penchant for SEO, online marketing, travel, real estate, app development, social media, and startups.*

san francisco · http://www.neighborcity.com

 **Follow**

**265** TWEETS

**1,998** FOLLOWING

**1,251** FOLLOWERS

## Follow jonathan cardella

Full name

Email

Password

| Tweets | › |
|--------|---|
| Following | › |
| Followers | › |
| Favorites | › |
| Lists | › |

twitter

© 2012 Twitter  About  Help  Terms  Privacy
Blog  Status  Apps  Resources  Jobs
Advertisers  Businesses  Media  Developers

# Tweets



**jonathan cardella** @joncardella                                16 May
@congressrealty It's NeighborCity not "NeighborHoodCity" & these are allegations not fact, so you may want to correct. neighborcity.com
💬 View conversation



**Galen Ward** @galenward                                       15 May
Expecting big things next year based on these 2008 projections from the National Association of Realtors! pic.twitter.com/nD62xSUZ
↻ Retweeted by jonathan cardella
📷 View photo



**jonathan cardella** @joncardella                                15 May
Realtor® Performance Profile for Jackeline Funk in Minneapolis, MN neighborcity.com/MN/agent-profi…
Expand



**jonathan cardella** @joncardella                                15 May
Realtor® Performance Profile for Lutfallah Khoury in Daly City, CA neighborcity.com/CA/agent-profi…
Expand

13 May

 **jonathan cardella** @joncardella
Real estate agent ranking site rankles its neighbors -
BostonHerald.com bit.ly/JaR9jy
Expand

9 May

 **jonathan cardella** @joncardella
Realtor® Performance Profile for Mark Duke in White Twp, NJ
neighborcity.com/NJ/agent-profi…
Expand

7 May

 **jonathan cardella** @joncardella
@nhansch A 40% break-even and a 12% success rate is anything
but a "flop" given the minimal capital investment to get to an app to
market.
💬View conversation

7 May

 **jonathan cardella** @joncardella
RE: @venturebeat A 40% rate of at least breaking even and a 12%
success rate ($50K in profit or more)  is anything bu…
disq.us/74x09c
Expand

4 May

 **jonathan cardella** @joncardella
Realtor® Performance Profile for Catherine Cusack in Edgewater, MD
neighborcity.com/MD/agent-profi…
Expand

2 May

 **jonathan cardella** @joncardella
Coco Pazzo's comment on New Battle on Providing Real Estate
Agent Performance Data - NYTimes.com via @nytimes
bucks.blogs.nytimes.com/2012/05/01/new…
Expand

1 May



**jonathan cardella** @joncardella

Coldwell Banker Legacy agents earn high marks lnkd.in/cmk3Xe

Expand

---

1 May



**jonathan cardella** @joncardella

NeighborCity in NY Times today for taking up "Battle" to provide real estate agent performance profiles to consumers goo.gl/nLWMx

Expand

---

17 Apr



**Chik Quintans** @ChikQuintans

RT @jaybaer: Klout Unveils Brand Pages on.mash.to/IURooz [Red Bull is always in on the action, thx for the article]

Retweeted by jonathan cardella

Expand

---

9 Apr



**jonathan cardella** @joncardella

Is Lead Gen a Zero Sum Game? perforinsider.com/2012/04/lead-g… via @pacelattin

Expand

---

9 Apr



**Jordan Kretchmer** @jkretch

Facebook buys Instagram for $1 Billion. In case you haven't heard. dthin.gs/lh0lU5

Retweeted by jonathan cardella

Expand

---

9 Apr



**jonathan cardella** @joncardella

Where Google Makes Its Money; perforinsider.com/2012/04/infogr… -- Sweet Infographic!

Expand

---

3 Apr



**greg shove** @GregShove

Quote of Day: "A business just doesn't go sideways and go in

jonathan cardella (joncardella) on Twitter

another direction oversight. SEO Pages Groupon 1
on.wsj.com/HQ7avZ

 Retweeted by jonathan cardella

Expand

**jonathan cardella** @joncardella                                17 Mar

I just told the Senate to pass the #JOBSAct and fix old laws for
startups and investors. Please add your support: an.gl/xNF28p

Expand

**Rand Fishkin** @randfish                                       15 Mar

Very nice to see a valuable post like seomoz.org/blog/how-garba…
without all the "outing" flame wars. Perhaps our industry has finally
matured!

 Retweeted by jonathan cardella

Expand

**theComplete.me** @theCompleteme                                13 Mar

Our official press release and announcement. Thanks
@TrishMcDermott for all the hard work! ow.ly/9DLOh

 Retweeted by jonathan cardella

Expand

**jonathan cardella** @joncardella                               29 Feb

@upyourbiz Thanks for the shout out, Jason! Hope I get to meet you
later and that you enjoy the show.

💬View conversation

**jonathan cardella** @joncardella                               29 Feb

Speaking at #LeadsCon in 30 mins in the Twillio Cloud
Communications session. Learn about the power of voice in online
marketing & lead gen.

Expand

29 Feb

jonathan cardella (joncardella) on Twitter



**jonathan cardella** @joncardella

@upyourbiz Thanks&appreciate your response. I'm speaking at 3 on the Twillio panel, then available if you have 5-10 minutes to meet outside.

💬 View conversation

29 Feb



**jonathan cardella** @joncardella

@upyourbiz missed that session at #Leadscon but would love to learn more about legalities related to attorney lead gen. info avail online?

💬 View conversation

17 Feb



**jonathan cardella** @joncardella

To all you big wig execs cloistered in the corner office with the view... it's not that cool anymore! Get in touch you…lnkd.in/4nHVwZ

Expand

9 Feb



**jonathan cardella** @joncardella

Open Letter to Metrolist MLS re: Diverse Solutions IDX fiasco lnkd.in/cwGhCi

Expand

8 Feb



**jonathan cardella** @joncardella

Silicon Valley Software Engineering Salaries by Riviera Partners lnkd.in/3Tb6gW

Expand

8 Feb

**jonathan cardella** @joncardella

Why the real estate market still hasn't recovered lnkd.in/YQ2GYs -- leave capitalism alone, let the market function!

Expand

20 Jan

**jonathan cardella** @joncardella



MegaUpload Guilty until proven innocent, Obama bows to Hollywood, due process and national sovereignty under assault a…lnkd.in/zqMEvE

Expand

---

18 Jan



**jonathan cardella** @joncardella

Emergency! @pipa @sopa Protest in San Francisco Today @ 12pm Civic Center Plaza w/ @RonConway speaking #NoPIPASF RSVP! bit.ly/Afy90M

View media

---

18 Jan



**jonathan cardella** @joncardella

Why SOPA Is Dangerous: on.mash.to/zw8n1R

Expand

---

14 Jan



**benhuh** @benhuh

.@rupertmurdoch Accusing Google of piracy is like accusing the library of copyright infringement. Access to knowledge is a human right.

Retweeted by jonathan cardella

Expand

---

15 Jan



**jonathan cardella** @joncardella

Tim O'Reilly: Why I'm fighting SOPA | Tech News and Analysis lnkd.in/QugVuD

Expand

---

15 Jan



**jonathan cardella** @joncardella

How To I.D. Genetically Modified Food at the Supermarket « Kipnews | Kipnews.org | Knowledge is power lnkd.in/phmQCp

Expand

---

15 Jan



**jonathan cardella** @joncardella
Obama: Don't Worry Internet, I Got Your Back on That SOPA Thing - Arik Hesseldahl - News - AllThingsD lnkd.in/6Xbgtt
Expand



4 Jan
**jonathan cardella** @joncardella
@RickSantorum address your your duplicate content and canonicalize; support.ricksantorum.com to ricksantorum.com etc. to fix your SEO prob.
Expand



4 Jan
**jonathan cardella** @joncardella
NeighborCity is hiring Account Execs & Customer Service in San Francisco. Comp. Base Salary, Commiss and full benefits. DM me for more info
Expand



1 Jan
**jonathan cardella** @joncardella
National Lawyers Guild Condemns NDAA on Indefinite Detention, Obama signs it regardless: obrag.org/?p=51825#.TwC6…
Expand



1 Jan
**jonathan cardella** @joncardella
Obama signs NDAA "with reservations" - Due Process wiped out - Press blackout on NDAA (&SOPA) coverage goo.gl/ggWIN
Expand



29 Dec
**David Kravets** @dmkravets
2011: The Year Intellectual Property Trumped Civil Liberties wired.com/threatlevel/20…
Retweeted by jonathan cardella
Expand

30 Dec


**jonathan cardella** @joncardella
Reddit Users to Target Supporters of SOPA in Congress After Successful Boycott of GoDaddy - Forbes shar.es/W7f9w
Expand

23 Dec


**jonathan cardella** @joncardella
Cheezburger CEO gives Go Daddy ultimatum, RE: SOPA
vator.tv/news/2011-12-2… via @vatortv
Expand

23 Dec


**jonathan cardella** @joncardella
@theFrontSteps Let's definitely chat in the new year. Would like to see what we can do...
💬 View conversation

23 Dec


**jonathan cardella** @joncardella
@theFrontSteps Great, I like listing alternatives! Good luck with the new venture.
💬 View conversation

23 Dec


**jonathan cardella** @joncardella
@nkaiser Good man - thanks for looking out for the web & innovation. Stop SOPA & boycott GODaddy. Write Congress here engineadvocacy.com/voice/write.ht…
💬 View conversation

23 Dec

**Nathan Kaiser** @nkaiser
Just emailed Bob Parsons of GoDaddy to share with him my concerns with his organizations support of #SOPA.
🔁 Retweeted by jonathan cardella
Expand

23 Dec

**jonathan cardella** @joncardella



@photomatt You read my mind! Boycott GoDaddy -- only Internet company that doesn't get the perils of SOPA.

💬 View conversation

23 Dec



**Matt Mullenweg** @photomatt
GoDaddy supports #SOPA godaddyboycott.org
🔁 Retweeted by jonathan cardella
Expand

23 Dec



**jonathan cardella** @joncardella
Stop Internet Censorship and Save Jobs -- Write Congress NOW to stop the SOPA bill before it's too late -- engineadvocacy.com/voice/write.ht…
Expand

23 Dec



**jonathan cardella** @joncardella
Over 40 Internet Companies Come Out Publicly Against SOPA (Including Us) techcrunch.com/2011/12/22/ove… via @techcrunch
Expand

15 Dec



**jonathan cardella** @joncardella
SOPA is a total menace to the internet! Check out this infographic: bit.ly/sAw0K4 via @fightfortheftr - write your rep to stop it now
Expand

13 Dec



**Business Insider** @businessinsider
NAR: Sorry, But We're Revising Down All Of The Existing Home Sales Data Since 2007 by @bySamRo read.bi/u07D5E
🔁 Retweeted by jonathan cardella
Expand

14 Dec

**jonathan cardella** @joncardella



**@theFrontSteps** How does pocketing a listing benefit the home owner/seller? Isn't MLS exposure and syndication a vital marketing ingredient?

💬 View conversation

14 Dec



**jonathan cardella** @joncardella
**@trulia** I wonder why...? Perhaps our appetite for boom-bust style economic policy is so last decade, at least this year.

💬 View conversation

14 Dec



**Trulia** @trulia
Republicans and Democrats agree that housing will hurt President Obama's reelection chances. #truliasurvey

🔁 Retweeted by jonathan cardella

Expand

21 Nov



**jonathan cardella** @joncardella
**@Reloman123** Would like to connect with you to discuss some new technology and its potential for shaking up the corporate relo world.

Expand

10 Nov



**jonathan cardella** @joncardella
Google May Penalize Your Site for Having Too Many Ads lnkd.in/vKZ4z2

Expand

20 Oct

**jonathan cardella** @joncardella
Check out SiteBrains on **@AngelList** angel.co/sitebrains

Expand

6 Oct

**jonathan cardella** @joncardella
Perkville looking for investors for its free local loyalty app play. Initial

deployment was hugely successful use the … lnkd.in/j6Rpew

Expand



**jonathan cardella** @joncardella                                    22 Sep

Bridgeline Digital, provider of iAPPS to major brand for web experience management, is in play! $1.5M EBITDA, $28MM RE…lnkd.in/ss3e9k

Expand



**jonathan cardella** @joncardella                                    12 Sep

My answer on @Quora to: Does Yelp's spam detection system work well? http://qr.ae/7CK8y

Expand



**Loralee** @looneytunes                                    25 Aug

Who knew letting your spam comments sit in the spam folder was a security risk? I didn't. The things ya learn when your sites get hacked....

Retweeted by jonathan cardella

Expand



**jonathan cardella** @joncardella                                    29 Aug

@Stephen_Cleary Bots target WP and the WP post page. Try out the Site Brains spam blocker wordpress.org/extend/plugins… and DM me if you need help.

 View conversation



**jonathan cardella** @joncardella                                    29 Aug

@kellywahine Try out the WP SiteBrains comment spam blocker plugin at wordpress.org/extend/plugins… - it should do the trick. DM if you need help.

 View conversation

**jonathan cardella** @joncardella                                    29 Aug



@renwest I recently released a WP plugin for blocking comment spam that can be download here wordpress.org/extend/plugins… DM me for assistance.

 View conversation



29 Aug

**jonathan cardella** @joncardella

@Roadfly Let me know if you need assistance with your comment spam problem. I've developed a solution in beta at sitebrains.com

 View conversation



25 Aug

**jonathan cardella** @joncardella

LaunchRock - Setup a viral "Launching Soon" page in minutes lnkd.in/UsgfZe

Expand



25 Aug

**jonathan cardella** @joncardella

I'm one of the first in line to build a viral 'Launching Soon' page with #LaunchRock. Join me #launch launchrock.com/?lrRef=rHZHo via @getlaunchrock

Expand



25 Aug

**jonathan cardella** @joncardella

reserve your @gklst username at http://gkl.st/2 here is mine geekli.st/joncardella

Expand



24 Aug

**jonathan cardella** @joncardella

Sounds fun and in the 'hood... lnkd.in/xFjNDs

Expand

23 Aug

**jonathan cardella** @joncardella

Wow, 5x revenue on a -14% EBITDA margin, now that's impressive!

jonathan cardella (joncardella) on Twitter

Congrats to My New Place lnkd.in/zegeSw

Expand



**jonathan cardella** @joncardella                                    23 Aug

How User-Generated Content Is Changing SEO lnkd.in/VHq8sb

Expand



**jonathan cardella** @joncardella                                    22 Aug

@CommonCouture Check out www.SiteBrains.com and their
WordPress plugin here goo.gl/OJ7F2 for a real solution to blog
comment spam.

View conversation



**jonathan cardella** @joncardella                                    22 Aug

@thomascgalvin Check out www.SiteBrains.com for solution to
comment spam - we also offer a free Wordpress Plugin goo.gl/OJ7F2
.

View conversation



**jonathan cardella** @joncardella                                    22 Aug

@Kaley0496 It's ironic that the author does NOT allow comments on
this blog, given that the post is about how to eliminate comment
spam!

View conversation



**jonathan cardella** @joncardella                                    22 Aug

@williehewes Check out the SiteBrains WP Plugin - goo.gl/5a8Cd it
fights comment spam without the Captcha and is quite effective.

View conversation



**jonathan cardella** @joncardella                                    22 Aug

@MrStreetPeeper @KarenMillen Check out www.SiteBrains.com -
We offer a simple, free plugin for blocking comment spam without the
Captcha.

jonathan cardella (joncardella) on Twitter

View conversation



**jonathan cardella** @joncardella                                        17 Aug

Botnets And Google Dorks: New Recipe For Hacking bit.ly/oLWd92

Expand



**jonathan cardella** @joncardella                                         8 Aug

On @Quora: Why do blogs tolerate anonymous comments not tied to an identity? 3 Answers: http://qr.ae/7vlFq

Expand



**jonathan cardella** @joncardella                                        31 Jul

My answer on @Quora to: Defensio vs. Akismet: Which is better? http://qr.ae/7txtJ

Expand



**jonathan cardella** @joncardella                                        25 Jul

My answer on @Quora to: Why are there so many spam comments on Wired.com articles ? http://qr.ae/7hYwl

Expand



**jonathan cardella** @joncardella                                        23 Jun

Liquid Web fried my managed web server - 3 dead drives in a Raid 5. Odds of that save gross negligence = .00000001. Thanks A lot Liquid Web!

Expand



**jonathan cardella** @joncardella                                        30 May

Airbnb Has Arrived: Raising Mega-Round at a $1 Billion+ Valuation tcrn.ch/lktxaV via @techcrunch

Expand



**jonathan cardella** @joncardella                         26 May

I've made plans for Social Media Event with CEOs of Disqus, Gambit, & AppSumo http://planca.st/b9G

View media

---



**jonathan cardella** @joncardella                         26 May

I've made plans for Social Media Event with CEOs of Disqus, Gambit, & AppSumo planca.st/b9F via @Plancast

Expand

---



**jonathan cardella** @joncardella                         25 May

Y Combinator's Paul Graham: We're Looking For People Like Us tcrn.ch/lfv09S via @techcrunch

Expand

---



**jonathan cardella** @joncardella                         3 May 11

Sequoia Fails to Spot Milanoo's Black Hat Tactics Before Investing | Digital Due Diligence digitalduediligenceadvisors.com/sequoia-fails-… via @ThinkDevGrow

Expand

---



**jonathan cardella** @joncardella                         14 Apr 11

DOJ Settlment re ITA; Google must provide InstaSearch product instantaneous results to certain flexible airfare search…http://lnkd.in/xq8aXU

Expand

---



**jonathan cardella** @joncardella                         11 Apr 11

Twitter Launches New Programs to Help Goose Revenue | Fast Company http://bit.ly/ifjmd8

Expand

---

**jonathan cardella** @joncardella                         1 Apr 11



The Rise of the "Second Internet" and What It Means
gigaom.com/2011/03/31/the…
Expand

---

30 Mar 11



**jonathan cardella** @joncardella
Salesforce Buys Social Media Monitoring Company Radian6 For
$326 Million http://tcrn.ch/dRvOuk
Expand

---

30 Mar 11



**jonathan cardella** @joncardella
Homeowners, don't be fooled by this foreclosure scam
http://reut.rs/fKI19T
Expand

---

24 Mar 11



**jonathan cardella** @joncardella
@danielharan I have used let's lunch and its worked pretty well
minus a few bugs.
💬View conversation

---

21 Mar 11



**jonathan cardella** @joncardella
Big social media brands commanding insane valuations from Valley
VC's, "bubble" confined to the top of the heap. Is
"R…http://tcrn.ch/grFZzS
Expand

---

21 Mar 11



**jonathan cardella** @joncardella
Tree.com shutting down real estate brokerage business | Inman
News http://bit.ly/gJoWju
Expand

---

18 Mar 11



**jonathan cardella** @joncardella
Exclusive: Yahoo Is About To Sell Delicious For $1-$2 Million

jonathan cardella (joncardella) on Twitter

read.bi/gy11 via @businessinsider

Expand

---



14 Mar 11

**jonathan cardella** @joncardella
HomeAway files for $230 million initial stock offering
statesman.com/blogs/content/… via @statesman

Expand

---



11 Mar 11

**jonathan cardella** @joncardella
Jamie Dimon And Lloyd Blankfein Are Now Advising The Kremlin
read.bi/ephvT5 - Is this in the best interest of the USA or their Banks?

Expand

---



11 Mar 11

**jonathan cardella** @joncardella
Zillow Agent Ratings A Hoax? Average Agent Rating = 4.9 out of 5
stars! How is that useful to anyone trying to buy a home?
@ZSeattleWA

Expand

---



11 Mar 11

**jonathan cardella** @joncardella
Private social networks: Connecting in smaller groups - Fortune Tech
http://bit.ly/ho8FEV

Expand

---



10 Mar 11

**jonathan cardella** @joncardella
My CEO percentile is 86%. Help me increase it and find out where
you rank! mixtent.com/i/1q6k via @mixtent

Expand

---



9 Mar 11

**jonathan cardella** @joncardella
Exclusive: Food Delivery Search Engine GrubHub Raises $20 Million
tcrn.ch/fwlbRM via @techcrunch

Expand

jonathan cardella (joncardella) on Twitter



**jonathan cardella** @joncardella

23 Feb 11

Seeking a large & reliable corpus of social SPAM comments for use in training an algo. Please DM me if you can help & I will reciprocate.

Expand

---



**jonathan cardella** @joncardella

14 Feb 11

RocketSpace Launch Party http://lnkd.in/4jztcY

Expand

---



**jonathan cardella** @joncardella

14 Feb 11

Checkout "RocketSpace Launch Party " rocketspacelaunch-estw.eventbrite.com via @eventbrite

Expand

---



**jonathan cardella** @joncardella

7 Feb 11

Hi @TheFunded. Do you have an invitation code to letslunch.com? @_letslunch

Expand

---



**jonathan cardella** @joncardella

2 Feb 11

US Real Estate and Economy: Home Buyers Kick Tires on a Rocky Road -http://www.cnbc.com/id/41391305

Expand

---



**jonathan cardella** @joncardella

10 Jan 11

LinkedIn is down... how long will it last?

Expand

---



**jonathan cardella** @joncardella

16 Dec 10

Scathing Article by Aaron Wall on Google hypocrisy, downside of content-provider biz models, Netflix, Youtube, and more:

http://goo.gl/JJbaH

Expand



**Compete.com** @compete                                    16 Dec 10
SEO Planning for 2011 http://ow.ly/3oUik

Retweeted by jonathan cardella

Expand



**jonathan cardella** @joncardella                          16 Dec 10
@Onigilly yum, i'll be there! curried beef, spicy tuna, mustard greens
and eggplant, what else could I want for lunch?

View conversation



**jonathan cardella** @joncardella                           7 Dec 10
Wikileaks: Chinese Leaders' Vanity Searches On Google Led To
Hacking searchengineland.com/wikileaks-chin… via @sengineland

Expand



**jonathan cardella** @joncardella                           1 Dec 10
Google Would Be Crazy To Spend $5B For Groupon
searchengineland.com/google-would-b… via @sengineland - G
Places desperate for local content and advertisers!

Expand



**jonathan cardella** @joncardella                           1 Dec 10
@AnnCKiely - seobook.com, seomoz.org, searchengineland.com,
webmasterworld.com - those SEO resources should keep you buys
for awhile.

View conversation



**Sean Malarkey** @SeanMalarkey                            22 Nov 10
RT @glengilmore: 7 Keyword Tools Beyond Google
http://bit.ly/dsWar2 by @kikolani RT @SteveAkinsSEO @sejournal
@seosmarty @SteenOhman

jonathan cardella (joncardella) on Twitter

Expand



**jonathan cardella** @joncardella                    18 Nov 10

SecondMarket has a bid of $15/share on a $18 ask for a 50K share lot - if it trades, that makes Twitter... http://read.bi/bUVKus

Expand



**SAI** @SAI                                          18 Nov 10

Google Offered To Buy Twitter For $2.5-$4 Billion – Sources $GOOG $MSFT by @nichcarlson http://read.bi/d2rt7P

Retweeted by jonathan cardella

Expand



**jonathan cardella** @joncardella                    18 Nov 10

Excellent Web2 Interview With VC's John Doer and Fred Wilson avc.com/a_vc/2010/11/w… on Web 2.0 and startups - Is the market getting overheated?

Expand



**jonathan cardella** @joncardella                    15 Nov 10

@mikeyavo received by hashable invite but still unable to log in. Would love to check it out - if you can help. tried my email and twit usr

View conversation



**jonathan cardella** @joncardella                    7 Nov 10

People's Choice: Real Estate's Most Influential | Inman News http://bit.ly/buMVzO - feel free to cast a vote for me if you like NeighborCity

Expand

**Phillip Lovelace** @pixelflips                       7 Nov 10

How to Make Users 'Stick' to your Site | Think Vitamin

linkedin.com/collective/new-to-... via @firmwiseinn

🔁 Retweeted by jonathan cardella
Expand

---



**jonathan cardella** @joncardella                          7 Nov 10
@mikeyavo @hashable thanks for the invite - looking forward to
taking hashable for a test drive

💬 View conversation

---



**jonathan cardella** @joncardella                          7 Nov 10
Quantitative Easing is Not Currency Manipulation, American is Not
China. QE is designed to increase domestic demand
http://goo.gl/xtdFf
Expand

---



**jonathan cardella** @joncardella                          5 Nov 10
RT @Xconomy Why Rich Levandov Invested Early in Zynga, and
Why It Took Off—Lessons Every Entrepreneur...
http://xconomy.com/?p=110076
Expand

---



**jonathan cardella** @joncardella                          26 Oct 10
Bridgeline Digital iApps outscores Vignette CMS in key areas at a
fraction of the price http://goo.gl/sKE0 -safe bet for #SEO friendly
CMS.
Expand

---



**jonathan cardella** @joncardella                          22 Oct 10
@indiadesigners just answered your question. let me know if that
helps or if you need more info/advice on #ugc http://goo.gl/U1H0

💬 View conversation

---



**jonathan cardella** @joncardella                          22 Oct 10
@hayriagun is that going to be open source or something you would

consider sharing or trading for working on a similar project.

💬View conversation

---



**jonathan cardella** @joncardella                                    22 Oct 10

@susangc7 We are working on it... Latent semantic indexing of firehose comments/micro-blogs, as well as your standard blog comment fare.

💬View conversation

---



**jonathan cardella** @joncardella                                    19 Oct 10

RT @socaltech 21 Strategies for Generating Irresistible SEO Benefits - Dustin Luther | Insights | .. http://bit.ly/dfURpK

Expand

---



**The Loud Few** @theloudfew                                          14 Oct 10

Hooray! #Google improves reporting of links to your site in Webmaster Tools http://ht.ly/2Tvb3 #SEO

🔁 Retweeted by jonathan cardella

Expand

---



**jonathan cardella** @joncardella                                    18 Oct 10

Apple is up over 100% YOY in revenue & earnings but only 67% in share price- goo.gl/PiCu - It may not be too late - goo.gl/PRaR

Expand

---



**jonathan cardella** @joncardella                                    18 Oct 10

Apple #aapl crushes earnings at $4.64/share vs. $4.06 expectation - Stock halted in after hours trading. Can't wait to see tomorrow's open!

Expand

---



**Pete Flint** @peteflint                                             12 Oct 10

Big news day at Trulia! Profitability: http://tcrn.ch/dqBsgl, @taranicholle on Today show and investors queuing up

---

http://bit.ly/awrteyo

Retweeted by jonathan cardella

Expand



**jonathan cardella** @joncardella                                    12 Oct 10

Google to start making economic forecasts - GPI, employment, etc
using web/search: http://www.cnbc.com/id/39626164

📍from SoMa, San Francisco



**jonathan cardella** @joncardella                                    12 Oct 10

Social Media Now More Popular Than E-mail on Mobile Devices
[STATS]: http://bit.ly/9Wt0El

📍from SoMa, San Francisco



**Matt Cutts** @mattcutts                                             12 Oct 10

New webmaster video: Does Webmaster Tools have an API?
http://goo.gl/5pmF

Retweeted by jonathan cardella

Expand



**jonathan cardella** @joncardella                                    12 Oct 10

iOS Game Developer Behind "We Rule" Sold for $400 Million:
http://bit.ly/cTuzSW

📍from SoMa, San Francisco



**Amin Ariana** @aminariana                                          5 Oct 10

SocialShield pulls in $10M to help parents monitor kids' social
networking | VentureBeat venturebeat.com/2010/10/05/soc… via
@AddThis

Retweeted by jonathan cardella

Expand



**jonathan cardella** @joncardella                                    6 Oct 10

RT @outspokenmedia SEO & User Generated Content

http://ow.ly/9uMcS/

Expand



**jonathan cardella** @joncardella                                    4 Oct 10

All about Google's need for network bandwidth to fuel rev growth, hints at semantic analysis as key component to search …sfgate.com/cgi-bin/articl…

Expand



**jonathan cardella** @joncardella                                    2 Oct 10

@shayralee UGC = user generated content - blog posts & comments, restaurant/product reviews, tweets, FB status updates, etc.

💬 View conversation



**andreasmoeller** @andreasmoeller                                    2 Oct 10

User generated content surpasses professionally created content on the web in China #web2.0 http://ow.ly/2NmLt

🔁 Retweeted by jonathan cardella

Expand



**jonathan cardella** @joncardella                                    2 Oct 10

@shayralee Social media is UGC that occurs on a social graph/within a social network. Thesis - social media becomes ubiquitous in web 3.0.

💬 View conversation



**Dave Winer** @davewiner                                             2 Oct 10

Microsoft's Secret Acquisition Spree. http://r2.ly/5bd5

🔁 Retweeted by jonathan cardella

Expand



**jonathan cardella** @joncardella                                    1 Oct 10

This brings color to the failed Yelp acquisition and is a postmortem of

& Dear gone bad, You escaped w/ management |
...[http://tcrn.ch/9OGR4V](http://tcrn.ch/9OGR4V)

Expand



**jonathan cardella** @joncardella

30 Sep 10

[@robhahn](#) Directly from the source - the brokers, agents, owners, etc. Last I checked, the home owner owns the data... right?

💬 View conversation



**jonathan cardella** @joncardella

30 Sep 10

[@CMLSConference](#) The public deserves tools for determining which agent to use - Only agents that neglect their fiduciary duties need to worry

💬 View conversation



**jonathan cardella** @joncardella

29 Sep 10

How To Use Google Instant As A Powerful Link Building X-Ray [searchengineland.com/how-to-use-goo…](#) via [@sengineland](#)

Expand



**jonathan cardella** @joncardella

9 Sep 10

Calling All Founders, CEO's, Presidents, VPs, Directors, Managers, et. al., Join Me at PARC for Good Boss, Bad Boss ht…[http://lnkd.in/ZAYRYN](http://lnkd.in/ZAYRYN)

Expand



**jonathan cardella** @joncardella

8 Sep 10

All of my Google searches are Instant and I like it... Who said that RT Ajax SERPs are useless? Guess again! [http://lnkd.in/_6GuWZ](http://lnkd.in/_6GuWZ)

Expand



**jonathan cardella** @joncardella

8 Sep 10

Wine4Cures Needs Your Help - Become a FB Friend and Help Fight Cystic Fibrosis & Parkinson's and Support Make A Wish -

http://mkd.in/webko

Expand



**jonathan cardella** @joncardella                                    7 Sep 10

Interesting article on "Automatic Metadata Generation/Extraction"
offers a glimpse into the semantic web and its implications for SEO.

Expand



**jonathan cardella** @joncardella                                    6 Sep 10

I just answered on PeerPong: How can we improve your user
experience at Peer Pong?... http://bit.ly/9xREkX

Expand



**jonathan cardella** @joncardella                                    6 Sep 10

@rochoy Ro, with respect to PeerPong, I would definitely say PR is
where you want to focus your limited fundin... http://bit.ly/bNNRyw

Expand



**jonathan cardella** @joncardella                                    6 Sep 10

I just answered on PeerPong: How important is the Internet in your
daily life vs 5 years ago?... http://bit.ly/adp2TR

Expand



**jonathan cardella** @joncardella                                    6 Sep 10

Want to ask me questions anonymously?
http://peerpong.com/joncardella

Expand



**Search Engine Land** @sengineland                                   26 Aug 10

Blekko: A Search Engine Which Is Also A Killer SEO Tool: Blekko is
a stealth search engine which aims to change...
http://selnd.com/aLtyqH

Retweeted by jonathan cardella

Expand

jonathan cardella (joncardella) on Twitter



**jonathan cardella** @joncardella      27 Aug 10

@blekko Hey blekko! please send me an invite for your private beta launch. #blekko

📍from Mission Dolores, San Francisco

---



**BolderImage** @BolderImage      18 Aug 10

How might Swingly impact your #seo strategy? http://selnd.com/b8SEwT #marketing

Retweeted by jonathan cardella

Expand

---



**jonathan cardella** @joncardella      18 Aug 10

My Twifficiency score is 31%. What's yours? http://twifficiency.com/

Expand

---



**jonathan cardella** @joncardella      18 Aug 10

Why Facebook and Apple Will Win the Q&A War http://bit.ly/aIHtv7

📍from Castro, San Francisco

---



**jonathan cardella** @joncardella      17 Aug 10

At #SESSF and checked out Bruce Clay's new SEO Tools V5 -pretty sweet for $20/mo/domain & very impressed w/ SEO Clarity & Open Text products

Expand

---



**jonathan cardella** @joncardella      4 Aug 10

LinkedIn's 1st purchase is mSpoke, provider of semantic & machine learning tech & Feedhub. Feedhub now "down for maintenance". hmmm...

Expand

jonathan cardella (joncardella) on Twitter



29 Jul 10



**jonathan cardella** @joncardella

NeighborCity is hiring Sales and Cust Support Representatives at it's SoMa, San Francisco office. Base+commission + he…http://lnkd.in/R8JGP4

Expand

29 Jul 10

**jonathan cardella** @joncardella

Weight in on the discussion - Are links losing their losing their importance to semantic analysis and other signals? http://lnkd.in/W4zWze

Expand

27 Jul 10



**jonathan cardella** @joncardella

My take on the virtues of anonymous commenting & posts in social media and search engine optimization (#SEO) http://bi…http://lnkd.in/vDQDD_

Expand

1 Jul 10



**jonathan cardella** @joncardella

Google Buys airfare search provider ITA for $700M cash, now powers BING Airfare search, Orbitz & Kayak. Will it pass r…http://lnkd.in/2UwF8-

Expand

26 Jun 10



**jonathan cardella** @joncardella

NeighborCity named as 2010 Inman News Innovator Finalist http://lnkd.in/VdsuU2

Expand

26 Jun 10



**jonathan cardella** @joncardella

Great piece on the red hot Q & A space -talks about FixYa, Quora, Aardvark, and more. http://lnkd.in/s6nBR2

Expand



11 May 10



**jonathan cardella** @joncardella
Find solutions for every thing at http://www.fixya.com/. Get free answers to your questions!

Expand

23 Apr 10



**jonathan cardella** @joncardella
Interested blogger/reporters -inside scoop on FIxYa/Founder interview, DM me #onlinecommunities, #crowdsourcing, #startups, SEO powerhouse

Expand

23 Apr 10



**jonathan cardella** @joncardella
Find solutions to your everyday problems at http://www.FixYa.com - World's largest product support site & 164th in US http://bit.ly/9NxHWy !

📍View location

27 Feb 10



**jonathan cardella** @joncardella
RT @sengineland Yes, More Are Seeing A New Google Look-And-Feel http://selnd.com/aMp6md

Expand

24 Feb 10



**jonathan cardella** @joncardella
WSJ.com - Recession Tactic: The Mini-Shift http://on.wsj.com/dzKPpi - FixYa helps unemployed to earn by solving everyday problems.

Expand

25 Jan 10

**jonathan cardella** @joncardella
RT @sengineland Playing Games With Customers: Is Foursquare The Future Of Local Search? http://bit.ly/8zT0q3

Expand

19 Jan 10

**jonathan cardella** @joncardella



RT @mashable Local Faceoff: Yelp vs. Foursquare vs. Gowalla http://bit.ly/5F0QLx

Expand

---



9 Jan 10

**jonathan cardella** @joncardella

RT @brett: ICYMI: Google adds Near Me Now functionality to its mobile homepage | http://bit.ly/8mBoRa | via @econsultancy

Expand

---



8 Jan 10

**jonathan cardella** @joncardella

Inman News: "NeighborCity Automates Agent Matches", allows home buyers/sellers to locate expert real estate agents -- http://bit.ly/5qYe3J

Expand

---



30 Dec 09

**jonathan cardella** @joncardella

@craignewmark - right, Kerry was definitely close... too bad he wasn't playing horseshoes or hand grenades.

💬View conversation

---



18 Dec 09

**Marc Davison** @1000wattmarc

Just reported on 1000watt Google in talks to buy Yelp; is real estate asleep at the switch? http://bit.ly/85QBAM - Turn On!

Retweeted by jonathan cardella

Expand

---



18 Dec 09

**jonathan cardella** @joncardella

@rackspace -support toll free is busy, servers are down, and no way to open a ticket at myrackspace. Can we get an update from the RS team?

Expand

---

18 Dec 09



**jonathan cardella** @joncardella
yes, rackspace is definitely down again. down time by rackspace...
Expand



17 Dec 09

**jonathan cardella** @joncardella
The old adage "you get what you pay for" rings true, at least as it applies to discount RE brokers and their customers http://bit.ly/7sRoN7
Expand



15 Dec 09

**jonathan cardella** @joncardella
The discussion of real estate agent ratings is heating up. Realtors may be held accountable for their performance. http://bit.ly/1Ge0vb
Expand



2 Dec 09

**jonathan cardella** @joncardella
I just nominated Fido Factor for the Best Bootstrapped StartUp Crunchie! Nominate here: http://is.gd/554ST #crunchies
Expand



1 Dec 09

**Inman News** @InmanNews
News Story: Report: Realcomp to appeal FTC decision http://bit.ly/5Zvuja
Retweeted by jonathan cardella
Expand



23 Nov 09

**Marc Davison** @1000wattmarc
RT @NewspaperGrl: Salaries for search engine marketers going up: http://bit.ly/7TOg0u entry level 40k-80k
Retweeted by jonathan cardella
Expand

23 Nov 09

**jonathan cardella** @joncardella



Existing Home Sales up 10.1% in October to fastest pace in 2.5 years! Anyone still not convinced the recovery is here? http://bit.ly/4MTYSU

Expand



**jonathan cardella** @joncardella                          16 Nov 09

@galenward - sorry, angel funded.

Expand



**jonathan cardella** @joncardella                          12 Nov 09

Compete shows NeighborCity.com traffic growth at 320% year over year, surpassing VC funded competitors! http://bit.ly/QyDbU

Expand



**jonathan cardella** @joncardella                          12 Nov 09

RT @jburslem NeighborCity Serves Up Recommended Agents | Future of Real Estate Marketing http://bit.ly/n1PG2

Expand



**jonathan cardella** @joncardella                          10 Nov 09

@ThinkEyetrack Has Google gotten better? http://bit.ly/3F9M6M - an old post but a great lesson for SEOs - rank #1 or go home...

Expand



**jonathan cardella** @joncardella                          9 Nov 09

NAR buys Cyberhomes in an effort to bring Realtors Property Resource to market, a database of 150 Million home records http://bit.ly/1W4xZK

Expand



**jonathan cardella** @joncardella                          16 Oct 09

@compete neighborcity.com #datanugget



**jonathan cardella** @joncardella                                        12 Oct 09

@doverbey your wave tweet looks great!

💬 View conversation

---



**jonathan cardella** @joncardella                                         9 Oct 09

@remarkablogger thanks for the great read on matt and google, much appreciated!

Expand

---



**jonathan cardella** @joncardella                                         8 Oct 09

Obama Meddling in Silicon Valley; IBM under investigatoin for "mainframe monopoly"=pointless waste of tax payer$ http://tiny.cc/u4aPV

Expand

---



**jonathan cardella** @joncardella                                         8 Oct 09

Just added myself to the http://wefollow.com twitter directory under:
#san_francisco_ca #seo #seoexpert #entrepreneur #realestate #mark ...

Expand

---



**jonathan cardella** @joncardella                                         7 Oct 09

Twitter valuation stats are amazing http://tiny.cc/KdQdv despite flat traffic for past 3 months- http://tiny.cc/5Ezle & http://tiny.cc/RuNzr

Expand

---



**jonathan cardella** @joncardella                                         7 Oct 09

Must read for SEOs dealing with AJAX heavy sites http://tiny.cc/09YVU (great review by Vanessa Fox) on searchability of Javascript

Expand



**jonathan cardella** @joncardella

17 Sep 09

Obama pleases Russia, Putin, sells out Poles and Czechs, drops plans for missile defense in E.Europe http://bit.ly/cSh3P.

Expand



**jonathan cardella** @joncardella

17 Sep 09

Ok, I saw 75% growth in Bing traffic, MoM! Perhaps all the advertising is paying off and Nielsen isn't full of it. Google watch out?

Expand



**jonathan cardella** @joncardella

17 Sep 09

Nielsen reports Bing as the "fastest growing search engine", with 22% MoM growth http://bit.ly/1mMzWh -anyone see similar referrer growth?

Expand



**jonathan cardella** @joncardella

30 Aug 09

Someone needs to run against Diane Watson down in LA next time because Castro worship needs to stay in Cuba! http://bit.ly/PeYOu

Expand



**jonathan cardella** @joncardella

30 Aug 09

Interesting take on public health debate - http://bit.ly/Xary - Sen Ted's death is a wake up call to those that believe it's a panacea.

Expand



**jonathan cardella** @joncardella

30 Aug 09

Great perspective on the health debate

Expand

**jonathan cardella** @joncardella

12 Aug 09



NAR-existing home sales up 3.8% and 4% appreciation in Q2, contradicts Zillow COO's gloomy predictions of continued pricing declines in 2009

Expand

---



**jonathan cardella** @joncardella                                    12 Aug 09

@jessgopal great meeting you too at #homegainnation! Thanks for the luck, we'll need a bit of it to go live!

Expand

---



**jonathan cardella** @joncardella                                     4 Aug 09

Pending homes sales up 3.6% in June, blowing away expectations of .6%+ (WOW 600% over expectations), stocks go positive after huge Mon!

Expand

---



**jonathan cardella** @joncardella                                     4 Aug 09

Don't forget today is #rebcsf (real estate bar camp) over at the Trulia headquarters on the "other side" of SF. Great prelude to RE Connect.

Expand

---



**jonathan cardella** @joncardella                                     4 Aug 09

A big thanks to @lcammarosa and @pkitano for #homegainnation! A great place to learn and meet the "titans" of the real estate industry.

Expand

---



**jonathan cardella** @joncardella                                    29 Jul 09

@kapilville - still interested. Give me a ring when you get a minute.

Expand

---

**jonathan cardella** @joncardella                                    29 Jul 09

@davidgibbons - what do you mean by "correct facts" that the owner

jonathan cardella (joncardella) on Twitter

updated? Which rces are you referring to? Thanks!

Expand



**jonathan cardella** @joncardella                                    28 Jul 09

Why are there such huge disparities between Zillow, Cyberhomes, and Eppraisal valuations? Zillow 35 - 40% lower, i.e. http://bit.ly/SPNSJ

Expand



**jonathan cardella** @joncardella                                    28 Jul 09

Does anyone ever wonder why Zillow valuations are unmercilessly low on certain properties (without good reason) http://bit.ly/SPNSJ ?

Expand



**jonathan cardella** @joncardella                                    27 Jul 09

New homes sales up 11%, crushing expectations in biggest gain in 8 years! Existing homes sales on a three month streak http://bit.ly/xgbTe.

Expand



**jonathan cardella** @joncardella                                    21 Jul 09

Check out the @fundingpost Venture Capital and Angel Investor event in CA. Info at: http://www.FundingPost.com - Im attending, Please RT!

Expand



**jonathan cardella** @joncardella                                    16 Jul 09

Using Digsby to manage IM, Email, and Twitter from one application - http://twitter.digsby.com

Expand



**jonathan cardella** @joncardella                                    6 Jul 09

Get great recommendations of people to follow with one click. http://mrtweet.com?v=19



25 Jun 09

**jonathan cardella** @joncardella
NeighborCity.com(SF CA) hiring inside sales agents; base salary, aggressive commissions+benefits. Email resume to jon@neighborcity.com #jobs

Expand



25 Jun 09

**jonathan cardella** @joncardella
@realtybaron That explains it for me too! I'd say at least 300% of my traffic is unreported (j/k). Bet they upgrade soon so no more excuses.

💬View conversation



25 Jun 09

**jonathan cardella** @joncardella
Google Analytics misses most visits from mobile browsers(no JS enabled), Twitter + anyone who clicks before Analytics script is done loading

Expand



25 Jun 09

**jonathan cardella** @joncardella
Google Analytics doesn't log all visits, including Twitter traffic http://bit.ly/17zlii + users who click before your page is done loading

Expand



25 Jun 09

**jonathan cardella** @joncardella
US home sales higher for second month in row -1st time since 2005! 7 more months of the same =a sellers market in 2010! http://bit.ly/12lfst

Expand



25 Jun 09

**jonathan cardella** @joncardella
New home sales not a viable market indicator due to hi inventories/sales cycle. Look at existing sales(up 2.4%) trends http://bit.ly/12lfst



**jonathan cardella** @joncardella

24 Jun 09

NeighborCity.com (SF,CA) hiring inside sales agents w/ base salary, aggressive commissions+benefits. Email resume to laci@neighborcity.com

Expand



**jonathan cardella** @joncardella

24 Jun 09

FTC to go after bloggers who get paid to make product endorsements without disclosing that they are paid to do so http://tinyurl.com/mfk6fc

Expand



**jonathan cardella** @joncardella

24 Jun 09

Critical book review of "What Would Google Do" by #aaronwall makes great points & saves the trouble of reading it! http://tinyurl.com/kv5lk5

Expand



**jonathan cardella** @joncardella

16 Jun 09

RT ForbesTech State Dept. talked to Twitter about the Iran protests and the importance of delaying a maintenance shutdown: http://tr.im/oHC9

Expand



**jonathan cardella** @joncardella

16 Jun 09

Does it really make sense to call yourself an SEO? Experts pay a big price for touting their expertise- http://tiny.cc/wjGcl

Expand



**jonathan cardella** @joncardella

8 May 09

@pkitano - Just In, shorts get crushed today; Definitely a bad day for shorting banks! - WFC up 13%, JPM up 10%, C 6%, ZION 27%

Expand

8 May 09



**jonathan cardella** @joncardella

#followfriday features: @scottkato @pkitano @neighborcity @movoto @jburslem @galenward

Expand

8 May 09



**jonathan cardella** @joncardella

Create VIrtual Tours for all your listings; include floor plans, video, and build listing micro-sites for FREE at http://www.TourVista.com !

Expand

8 May 09



**jonathan cardella** @joncardella

RT @pkitano: Our Breaking News initiative is going strong http://twurl.nl/5hqpxz -Be the 1st to open a breaking news site for your city!

Expand

8 May 09



**jonathan cardella** @joncardella

RT @pkitano: @joncardella Kudos to http://www.neighborcity.com as one of the featured startups at @Inman Connect! Thanks for noticing!

Expand

8 May 09



**jonathan cardella** @joncardella

Fresh Compete.com traffic data shows Trulia catching Zillow for first time since last year; Zillow goes negative, Realtor.com takes off. ...

Expand

8 May 09



**jonathan cardella** @joncardella

@pkitano Time for the pessimists to sell their remaining short positions before they get squeezed into oblivion! Run for the hills shorties!

 View conversation

jonathan cardella (joncardella) on Twitter



**jonathan cardella** @joncardella                                    8 May 09

Engineer your blog posts to go viral and be retweeted - 21 Tips To
Earn Links and Tweets... by RANDFISH - http://bit.ly/4oPLcL

Expand



**jonathan cardella** @joncardella                                    8 May 09

Banks lead stock rally, JPM up 5%, BAC 6.5%, Citi 9%, despite
capital needs. Tweeted yesterday about buying them on sale... too
late now!

Expand



**jonathan cardella** @joncardella                                    7 May 09

JPMorgan & Goldman well positioned, able to repay TARP, and on
sale today at 5% off, despite solid capital position and passing stress
tests

Expand



**jonathan cardella** @joncardella                                    5 May 09

B of A To Need $34 B in Capital -300% more than thought- Markets,
shareholders stressin' over stress tests on Thurs. http://bit.ly/lAkFu

Expand



**jonathan cardella** @joncardella                                    5 May 09

How To Get The Best Deal (when buying real estate) - 5 useful tips
in any negotiation - make sure your Realtor gets it! http://bit.ly/rCM4U

Expand



**jonathan cardella** @joncardella                                    4 May 09

Hiring Realtors in the SF Bay Area for in-house Agent position with
NeighborCity.com; salary, commission and benefits. DM me for more
info!

Expand

jonathan cardella (joncardella) on Twitter



**jonathan cardella** @joncardella

4 May 09

How Lehman Bros. Got It's Real Estate Fix; overwhelming greed nearly toppled our financial system http://bit.ly/Nhr4U !

Expand



**jonathan cardella** @joncardella

4 May 09

Buffet "100% enormously optimistic" on US economy but doesn't see signs of a short-term pick-up. Needs to change his bifocal prescription!

Expand



**jonathan cardella** @joncardella

4 May 09

Banks not stressed about stress tests - WFC soars 10%! Home builders thrive on great housing numbers BZH, HOV up 13%+ today.

Expand



**jonathan cardella** @joncardella

4 May 09

Pending home sales up 3.2% in Mar, blowing away estimates & construction spending up .3%. Housing is rebounding nicely! http://bit.ly/HSEu8

Expand



**jonathan cardella** @joncardella

30 Apr 09

@ZnaTrainer - Soy beans are also known to boost estrogen levels and recent studies point to increases in breast cancer- http://tiny.cc/IPCbT

Expand



**jonathan cardella** @joncardella

30 Apr 09

Run on Tamiflu, used to treat Swine Flu, in San Fran. All pharmacies are "out", refuse to fill perscriptions! Hospitals may be stockpiling.

Expand



**jonathan cardella** @joncardella

29 Apr 09

Urban Spoon Founders cash out on IAC buyout, take "no outside funding" - http://bit.ly/t7CMg - it can be done in a recession. Nice work!

Expand



**jonathan cardella** @joncardella

22 Apr 09

@spencerrascoff - sorry for going quiet - trying to reconnect with you after a great month - http://bit.ly/sS32y !

Expand



**jonathan cardella** @joncardella

21 Apr 09

@ToddJLAllen -Try placing a free ad on http://www.NeighborCity.com on http://bit.ly/11tvMu. "Submit An Ad" at the bottom of the page.

💬View conversation



**jonathan cardella** @joncardella

21 Apr 09

Watching BAC- Banks rally after bottoming at $7! Home builders join the party; HOV, BZH. Thanks Tim! http://tiny.cc/8ytEC

Expand



**jonathan cardella** @joncardella

21 Apr 09

Tried to buy a non-foreclosure property in Marin for over asking and lost to multiple offers-I'm not the only one http://tinyurl.com/cohk4k

Expand



**jonathan cardella** @joncardella

19 Apr 09

Slum Dog Sicko - http://tinyurl.com/ceq6mt - Puts Child Star Daughter Up For Sale! Oscar star still lives in the slums, thanks Hollywood.

Expand



**jonathan cardella** @joncardella

17 Apr 09

Cool #SEO tool of the day -- http://www.majesticseo.com/ --WOW!

DM me if you can't figure out how to use it (retweet - url works now!)

Expand



**jonathan cardella**  @joncardella                                    17 Apr 09

Cool #SEO tool of the day -- http://www.majesticseo.com/-- WOW!
DM me if you can't figure out how to use it.

Expand



**jonathan cardella**  @joncardella                                    17 Apr 09

Have you checked out the new http://compete.com? Chock full of
new features and performance data!

Expand



**jonathan cardella**  @joncardella                                     4 Mar 09

Interesting take on page rank and Twitter; http://tiny.cc/MtrgM - and
as a refresher - Twitter Lays Down For Google - http://tiny.cc/koLUP

Expand



**jonathan cardella**  @joncardella                                    24 Feb 09

Twitter- a narcissistic "baby monitor"? - http://tinyurl.com/arx3d7

Expand



**jonathan cardella**  @joncardella                                     8 Feb 09

Trulia's is back in the SERPS after a 3 day penalty/removal - shortest
penalty on record... http://tinyurl.com/d2xmpm

Expand



**jonathan cardella**  @joncardella                                    27 Jan 09

Covestor.com is a site for following equity traders and it features
Timothy Sykes, an investor who finished 2008 up 197%!

Expand

jonathan cardella (joncardella) on Twitter

Back to top ↑

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**


**Declaration of Whitney Cooke**

# Exhibit 9

**NEIGHBORCITY**
*the right agent is the key to your new home!*

FIND HOMES | FORECLOSURES | FIND AGENTS | COMMUNITY | HOME SERVICES

Create an Account    Sign In

Search  | City, Neighborhood, Zip Code, MLS# or Agent Name | SEARCH

## Terms Of Use Agreement

**NeighborCity - information on terms of use**

Use of American Home Realty Network, Inc.'s (American's) website, NeighborCity.com, and American's services are all subject to the terms of this legal agreement between you and American. This agreement is entitled "Terms of Use" and sets forth (i) conditions on your use of American's websites and services; (ii) declarations and disclosures by American with respect to its websites and services; and (iii) disclaimers by American with respect to its websites and services.

With respect to its websites, this agreement is in essence the grant to you by American of a limited license to visit and use the web site subject to this Terms of Use agreement. Each visit or use by you constitutes a new limited license and a re-affirmation of the Terms of Use incorporating any intervening changes.

Furthermore, all other agreements between you and American will be subject to the provisions of this Terms of Use agreement. But, you may not use the service or agree to the Terms of Service or use any of American's services or enter into any valid contract with American if you are not of legal age or capable of forming a binding contract.

**Conditions, Declarations, Disclosures and Disclaimers**

1. You agree that access and use of the website is solely for your personal and non-commercial use.

2. You agree not to do any of the following:

a. Access or attempt to access the website through any other means other than a web browser.

b. Engage in any activity that interferes with or disrupts the services, servers, and networks of American.

c. Use the information on the website to violate the laws of the United States or any state including the laws governing patents, trademarks and copyrights.

d. Access the website for the purpose of(i) transferring or selling website information; or (ii) framing on another web page; and (iii) assisting others in doing any of the above.

e. Use the website for any purpose other than (i) your own personal use; (ii) in conjunction with others who have or will have a joint interest with yourself; and (iii) in a representative capacity where you have or will have a substantial economic interest.

3. You agree to indemnify and hold harmless American from any damages, costs and expenses, including attorneys fees, litigation costs and trial expenses arising from (i) any improper or unauthorized use of the website; (ii) any claim from any party with whom you have a relationship and for whose interest, in whole or in part, you are using the website; and (iii) any third party claim based upon your use or display of the information on American's websites.

4. You agree that your use of the website does not constitute or create a fiduciary or brokerage relationship with American involving the purchase and sale of any property or a specific property.

5. You agree that any information you provide American through American's websites is true and correct and that you will take immediate action to correct any incorrect information.

6. You agree that American will not be liable to you or any members of your immediate family for any damages of any kind or nature whatsoever by reason of your reliance upon or use of, the American's websites or the information located therein. This non-liability shall include compensatory, punitive, special, consequential, or exemplary damages, fines or assessments.

7. You and American agree that all disputes of any kind or nature arising from this license or your use of American's websites or from services provided to you by American shall be resolved by arbitration using the services and rules of the American Arbitration System (an unrelated and independent entity) with each party paying for their own counsel fees and sharing equally all expenses and costs.

8. You and American agree that the applicable law shall be the law of the state (i) where you reside; (ii) where the property which is the subject to the dispute is located; and/or (iii) where the broker most connected to the issue in dispute is licensed and that all disputes shall be arbitrated as provide in section 7 above in one of those states or as you and American agree.

### Need Additional Help?

Feel free to contact us, our specialists are standing by to help you with all your real estate needs.

**Need Immediate Assistance?**
**1-800-357-3321**

9. You understand that all the data appropriately available for sale or rent is maintained by various real estate brokers, real estate agent boards, MLSs and associations in the communities where you are searching or where your property is located. These local boards of real estate are independent of American and are solely responsible for the accuracy of the information on properties entered into their own MLS data. American does not alter or add to this information on the properties in any way.

10. You understand that the real estate data provided herein is to only intended be used for research purposes and American does not guarantee or warrantee its accuracy or fitness for any particular purpose or use. American does not warrant that such information and American's interpretation of this information is accurate, correct or complete. Although American makes every effort to make this information accurate, complete and not misleading but in fact this information may be very inaccurate and very misleading. Consequently, you understand that your use of this information is entirely at your own risk.

11. American agrees that it will:

a. Use its best efforts to make sure all data collected and available on the website is accurate, unbiased.

b. Not direct any business or contact information to any party you have instructed American not to and not sell or transfer your personal information to any third-party except where authorized by you, by your request for real estate related services.

c. Except as provided in the Privacy Statement, not through any means, electronic or otherwise, permit your property selections or interests or information to be sent, disclosed or directed to any cooperating broker or agent connected to American by employment, consultancy, equity ownership or familial or other relationship with an employee, consultant or equity owner without your consent.

e. Not collect, employ, disseminate, use any data or information, or knowingly permit advertisers or any other party using American's websites to (i) reflect a visitor or user's sex, race, age, color, national origin, familial status, handicap or religion; (ii) reflect such information about any property by owners, brokers, agents or other professionals; (iii) assist or allow others over which it has control in making distinctions on such a basis; and (iv) violate any provisions of the federal Fair Housing Act.

12. AMERICAN EXPRESSLY DISCLAIMS ANY WARRANTIES OF ITS WORK OR SERVICE INCLUDING (i) WARRANTIES CONCERNING THE ACCURACY OR RELIABILITY OF ANY DATA ON ITS WEBSITES; AND (ii) WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

13. You understand that American's website, including the layout of the website, as well as American's trademarks and copyrighted information is owned and copyrighted by American and its corporate affiliates. © American Home Realty Network, LLC 2012, all rights reserved. No reproduction, distribution, or transmission of the copyrighted materials, other than for your personal use, is permitted without the written consent of American. Any rights not expressly granted herein are reserved. In this connection, if you are aware of any copyright infringement, notices of such should be sent to American's Designated Agent set forth below. All inquiries must be filed in accordance with Title 17, United States Code, Section 512.

14. American is a licensed real estate broker in the state of California, but does not broker real estate transactions. American does not act as a real estate agent for you or any other user.

Office of General Counsel
American Home Realty Network, Inc.
222 7th St. 2nd flr.
San Francisco, CA 94103

- End of Terms of Use Text -

*Popular Locations by State*

**CALIFORNIA**
LOS ANGELES (6,710)
SACRAMENTO (3,856)
SAN DIEGO (3,844)
SAN JOSE (2,938)
SAN FRANCISCO (2,167)
LONG BEACH (2,119)

**FLORIDA**
NAPLES (6,575)
FORT LAUDERDALE (4,965)
JACKSONVILLE (4,149)
BOCA RATON (3,285)
FORT MYERS (3,116)
CAPE CORAL (2,685)

**TEXAS**
HOUSTON (11,729)
AUSTIN (6,746)
SAN ANTONIO (5,790)
DALLAS (5,369)
FORT WORTH (3,746)
EL PASO (2,839)

**ILLINOIS**
CHICAGO (24,755)
NEAR NORTH SIDE (2,234)
NAPERVILLE (1,765)
LAKEVIEW (1,737)
AURORA (1,659)
ELGIN (1,342)

**NEW YORK**
NEW YORK (15,297)
FLUSHING MEADOWS (1,800)
YONKERS (1,686)
WHITE PLAINS (960)
MOUNT VERNON (909)
JACKSON HEIGHTS (836)

**NORTH CAROLINA**
CHARLOTTE (5,964)
RALEIGH (3,469)
GREENSBORO (2,037)
WILMINGTON (1,984)
DURHAM (1,844)
FAYETTEVILLE (1,779)

**GEORGIA**
ATLANTA (10,477)
MARIETTA (2,419)
SAVANNAH (2,149)
ALPHARETTA (1,736)
LAWRENCEVILLE (1,305)
CUMMING (1,285)

**PENNSYLVANIA**
PHILADELPHIA (11,196)
READING (1,188)
LANCASTER (973)
HARRISBURG (959)
YORK (953)
WEST CHESTER (858)

**NEW JERSEY**
OCEAN CITY (1,172)
TOMS RIVER (1,047)
CHERRY HILL (842)
BRICK (796)
BRIGANTINE (586)
HAMILTON (541)

**OHIO**
COLUMBUS (3,118)
CINCINNATI (2,120)
AKRON (1,045)
TOLEDO (988)
DAYTON (789)
CLEVELAND (780)

**VIRGINIA**
CHESAPEAKE (2,564)
ALEXANDRIA (2,509)
VIRGINIA BEACH (2,430)
RICHMOND (2,225)
NORFOLK (1,413)
ROANOKE (1,355)

**MASSACHUSETTS**
BOSTON (3,063)
WORCESTER (1,122)
BACK BAY (1,003)
PLYMOUTH (862)
CAMBRIDGE (723)
NEWTON (721)

**NEIGHBORCITY™**



http://www.neighborcity.com/terms/

Headquarters: 222 7th Street 2nd Floor, San Francisco CA, 94103 | CA Real Estate License # 1825905**Tel: 1-800-357-3321**

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San FranciscoCA, 94103    Terms of Service  Privacy Policy  Disclaimer

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 10

**NEIGHBORCITY**
the right agent is the key to your new home!

FIND HOMES | FORECLOSURES | FIND AGENTS | COMMUNITY | HOME SERVICES

Create an Account   Sign In

Search | City, Neighborhood, Zip Code, MLS# or Agent Name | SEARCH

## Disclaimer

**American Home Realty Network, LLC and American Home Realty Network, Inc. Declarations, Disclosures and Disclaimers**

American Home Realty Network, LLC and American Home Realty Network, Inc. (American) are brother/sister entities that are organized in the state of Delaware. For convenience of reference the term "American" will be used to refer one or both of these entities.

NeighborCity.com is owned and operated by American, a licensed California real estate brokerage company that operates to assist home buyers and sellers in locating competent and qualified local real estate agent representation at third-party brokerages that are licensed in their respective jurisdictions. American is responsible for the functionality available on the website and disclaims any warranties concerning the accuracy, quality, title or timeliness of the content on the American website.

While American is a licensed real estate brokerage company, visiting the American website does not create any agency or brokerage agreement between American and any user, nor any contract or agreement with a user and any other provider of services relating to or arising from a residential real estate transaction.

This website is for the exclusive non-commercial use by persons with a bona fide interest in entering into a potential real estate transaction. Use of this website by others may result in termination of the connection. In the event of clear abuse, a visitor or member will be barred from access to the site contents.

American's purpose is to provide potential purchasers and sellers of real estate with unbiased information and tools that enable them to evaluate, contact and select a qualified broker/agent to assist them in completing a successful real estate transaction on acceptable terms and conditions.

American will not transfer to third parties the personal information disclosed by a visitor or registered user to American without the consent of the visitor or registered user (for more details see our Privacy Statement).

American is a licensed real estate broker in the state of California, but does not broker real estate transactions. American does not act as a real estate agent for you or any other user.

For more information, please email info at neighborcity.com or call customer service at 1-800-357-3321. American Home Realty Network, Inc.

CA Brokerage License# 1825905

### Need Additional Help?

Feel free to contact us, our specialists are standing by to help you with all your real estate needs.

Need Immediate Assistance?
**1-800-357-3321**

### Popular Locations by State

| CALIFORNIA | FLORIDA | TEXAS | ILLINOIS | NEW YORK | NORTH CAROLINA |
|---|---|---|---|---|---|
| LOS ANGELES (6,729) | NAPLES (6,554) | HOUSTON (11,687) | CHICAGO (24,923) | NEW YORK (15,281) | CHARLOTTE (5,962) |
| SAN DIEGO (3,911) | FORT LAUDERDALE (4,975) | AUSTIN (6,943) | NEAR NORTH SIDE (2,245) | FLUSING MEADOWS (1,814) | RALEIGH (3,468) |
| SACRAMENTO (3,804) | JACKSONVILLE (4,154) | SAN ANTONIO (5,831) | NAPERVILLE (1,772) | YONKERS (1,694) | GREENSBORO (2,020) |
| SAN JOSE (2,906) | BOCA RATON (3,288) | DALLAS (5,383) | LAKEVIEW (1,755) | WHITE PLAINS (968) | WILMINGTON (1,984) |
| SAN FRANCISCO (2,240) | FORT MYERS (3,116) | FORT WORTH (3,717) | AURORA (1,665) | MOUNT VERNON (915) | DURHAM (1,820) |
| LONG BEACH (2,084) | CAPE CORAL (2,684) | EL PASO (2,839) | ELGIN (1,347) | JACKSON HEIGHTS (831) | FAYETTEVILLE (1,779) |
| **GEORGIA** | **PENNSYLVANIA** | **NEW JERSEY** | **OHIO** | **VIRGINIA** | **MASSACHUSETTS** |
| ATLANTA (10,442) | PHILADELPHIA (11,323) | OCEAN CITY (1,172) | COLUMBUS (3,092) | CHESAPEAKE (2,553) | BOSTON (3,110) |
| MARIETTA (2,401) | READING (1,190) | TOMS RIVER (1,047) | CINCINNATI (2,137) | ALEXANDRIA (2,552) | WORCESTER (1,140) |
| SAVANNAH (2,142) | HARRISBURG (959) | CHERRY HILL (859) | AKRON (1,033) | VIRGINIA BEACH (2,428) | BACK BAY (1,006) |
| ALPHARETTA (1,729) | YORK (953) | BRICK (813) | TOLEDO (988) | RICHMOND (2,209) | PLYMOUTH (875) |
| LAWRENCEVILLE (1,300) | LANCASTER (889) | BRIGANTINE (586) | CLEVELAND (783) | NORFOLK (1,413) | CAMBRIDGE (746) |
| CUMMING (1,288) | WEST CHESTER (856) | HAMILTON (549) | DAYTON (772) | ARLINGTON (1,353) | NEWTON (735) |

**NEIGHBORCITY**

HOME | FIND HOMES | ABOUT | FAQ | HOME SERVICES | CONTACT | HELP | SITEMAP

Headquarters: 222 7th Street 2nd Floor, San Francisco CA, 94103 | CA Real Estate License # 1825905 **Tel: 1-800-357-3321**

© 2012 | All Rights Reserved - American Home Realty Network, INC | 222 7th Street 2nd Floor, San FranciscoCA, 94103     Terms of Service  Privacy Policy  Disclaimer

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 11

# NEIGHBORCITY
the right agent is the key to your new home!

FIND HOMES | FORECLOSURES | FIND AGENTS | COMMUNITY | HOME SERVICES

Create an Account    Sign In

Search    | City, Neighborhood, Zip Code, MLS# or Agent Name |    SEARCH

## Frequently Asked Questions
answers to our most popular questions

Expand All

**01**  What exactly is NeighborCity?

**02**  If I find an agent or agents I like, how do I connect with them?

To connect with an individual agent, just hit the "contact" button on their profile. We'll pass your request on to the agent to make sure that they're available to work with you. If they are, we'll pass on your request, if not, we'll share your request (but not your full name and contact info) with the next most comparable agent that is available. That agent is then prompted to contact you via a temporary phone number that we assign to forward to you. Once connected, you can decide to provide your direct contact info, otherwise the temporary number will expire upon the conclusion of your inquiry.

If you are interested in a particular property but have not chosen an agent, simply click the "Request Information" button near the property photos or "Schedule a Viewing" if appropriate, and your request will be routed to the best matched agent for the property you requested. Expect to be contacted within 30 to 120 minutes during business hours or the next business day, on the number you provided. This process can take a up to a full business day depending on the nature of the request.

If you do not yet have a particular property of interest, conduct a property search on our website from the home page and local agent suggestions will be available on the left side of the page directly below the search box. Contacting those agents is typically a good place to start. They can assist you in searching and monitoring the local market for properties of interest.

If you are interested in selling your home, simply call our toll free number at 1-800-357-3321 and dial number 1 when prompted by the auto-attendant and someone will provide you with immediate assistance by setting up a meeting with a qualified local Realtor® to discuss the marketing and sale of your home.

**03**  How do you make money?

**04**  Will you list and sell my house?

**05**  Do agents pay to be ranked on your site?

**06**  How do you determine agent rankings?

**07**  Where do your listings come from?

**08**  Will you help me if something goes wrong?

Expand All

### Need Additional Help?

Feel free to contact us, our specialists are standing by to help you with all your real estate needs.

Need Immediate Assistance?
**1-800-357-3321**

## Popular Locations by State

| CALIFORNIA | FLORIDA | TEXAS | ILLINOIS | NEW YORK | NORTH CAROLINA |
|---|---|---|---|---|---|
| LOS ANGELES (6,729) | NAPLES (6,554) | HOUSTON (11,687) | CHICAGO (24,923) | NEW YORK (15,281) | CHARLOTTE (5,962) |
| SAN DIEGO (3,911) | FORT LAUDERDALE (4,975) | AUSTIN (6,943) | NEAR NORTH SIDE (2,245) | FLUSING MEADOWS (1,814) | RALEIGH (3,468) |
| SACRAMENTO (3,804) | JACKSONVILLE (4,154) | SAN ANTONIO (5,831) | NAPERVILLE (1,772) | YONKERS (1,694) | GREENSBORO (2,020) |
| SAN JOSE (2,906) | BOCA RATON (3,288) | DALLAS (5,383) | LAKEVIEW (1,755) | WHITE PLAINS (968) | WILMINGTON (1,984) |
| SAN FRANCISCO (2,240) | FORT MYERS (3,116) | FORT WORTH (3,717) | AURORA (1,665) | MOUNT VERNON (915) | DURHAM (1,820) |
| LONG BEACH (2,084) | CAPE CORAL (2,684) | EL PASO (2,839) | ELGIN (1,347) | JACKSON HEIGHTS (831) | FAYETTEVILLE (1,779) |

| GEORGIA | PENNSYLVANIA | NEW JERSEY | OHIO | VIRGINIA | MASSACHUSETTS |
|---|---|---|---|---|---|
| ATLANTA (10,442) | PHILADELPHIA (11,323) | OCEAN CITY (1,172) | COLUMBUS (3,092) | CHESAPEAKE (2,553) | BOSTON (3,110) |
| MARIETTA (2,401) | READING (1,190) | TOMS RIVER (1,047) | CINCINNATI (2,137) | ALEXANDRIA (2,552) | WORCESTER (1,140) |
| SAVANNAH (2,142) | HARRISBURG (959) | CHERRY HILL (859) | AKRON (1,033) | VIRGINIA BEACH (2,428) | BACK BAY (1,006) |
| ALPHARETTA (1,729) | YORK (953) | BRICK (813) | TOLEDO (988) | RICHMOND (2,209) | PLYMOUTH (875) |
| LAWRENCEVILLE (1,300) | LANCASTER (889) | BRIGANTINE (586) | CLEVELAND (783) | NORFOLK (1,413) | CAMBRIDGE (746) |
| CUMMING (1,288) | WEST CHESTER (856) | HAMILTON (549) | DAYTON (772) | ARLINGTON (1,353) | NEWTON (735) |

## NEIGHBORCITY™

HOME | FIND HOMES | ABOUT | FAQ | HOME SERVICES | CONTACT | HELP | SITEMAP

NeighborCity.com uses the information you provide us to provide you with better service, whether it's assisting in finding you the right real estate agent or a mortgage quote. We never provide your information to any third parties to market services to you without your express permission nor do we ever sell any personal data at anytime. We take extensive measures and pay considerable expense to protect your personal information with industry security standards and protections.

Headquarters: 222 7th Street 2nd Floor, San Francisco CA, 94103 | CA Real Estate License # 1825905 **Tel: 1-800-357-3321**

© 2012 | All Rights Reserved – American Home Realty Network, INC | 222 7th Street 2nd Floor, San FranciscoCA, 94103          Terms of Service  Privacy Policy  Disclaimer

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 12

No. 10-16771

———————————————

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

————————————

TOM BEAN,

Plaintiff-Appellant,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING CO.,

Defendant-Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
HONORABLE DAVID G. CAMPBELL
(CASE 3:10-CV-08034-DGC)

BRIEF FOR THE UNITED STATES OF AMERICA
AS AMICUS CURIAE IN SUPPORT OF REVERSAL

Of Counsel:                          TONY WEST
                                      Assistant Attorney General

DAVID CARSON
 General Counsel                     SCOTT MCINTOSH
ROBERT KASUNIC                        (202) 514-4052
 Deputy General Counsel              MELISSA N. PATTERSON
U.S. COPYRIGHT OFFICE                (202) 514-1201
                                      Attorneys, Appellate Staff
                                      Civil Division, Room 7230
                                      Department of Justice
                                      950 Pennsylvania Avenue, N.W.
                                      Washington, D.C.  20530-0001

# TABLE OF CONTENTS

**Page**

STATEMENT........................................................................... 2

    I.   Statutory and Regulatory Framework. ................................. 3

        A.   Copyright Registration Generally. ............................. 3

        B.   Registration of Collective Works and Component
            Works.................................................................. 5

    II.  Proceedings Below. ........................................................ 9

SUMMARY OF ARGUMENT. ........................................................ 11

ARGUMENT. ............................................................................... 12

    I.   The Copyright Office Has Permissibly Interpreted 17
       U.S.C. § 409 Not to Require a Collective Work
       Registration Application to Identify the Author and Title
       of All Claimed Component Works....................................... 12

        A.   Section 409 Is Ambiguous Regarding Component
            Work Registration.................................................. 12

        B.   This Court Should Defer to the Copyright Office's
            Interpretation of Section 409. ................................. 15

    II.  Even If the District Court Correctly Construed § 409,
       Appellant's Registrations Are Effective Under § 411(b). ................. 22

CONCLUSION................................................................................ 28

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF SERVICE

# TABLE OF AUTHORITIES

**Cases:**                                                                    **Page**

Batjac Productions Inc. v. GoodTimes Home Video Corp.,
    160 F.3d 1223 (9th Cir. 1998). ......................................................... 15

Bodine v. Graco, Inc.,
    533 F.3d 1145  (9th Cir. 2008). ....................................................... 14

Chevron U.S.A. Inc. v. Natural Resources Defense Council, Inc.,
    467 U.S. 837 (1984)....................................................................... 15

Data Gen. Corp. v. Grumman Sys. Support Corp.,
    36 F.3d 1147 (1st Cir.1994), abrogated on other grounds by
    Reed Elsevier, Inc. v. Muchnick, 130 S. Ct. 1237 (2010). ................................ 25

Idearc Media Corp. v. Northwest Directories, Inc.,
    623 F. Supp. 2d 1223 (D. Or. 2008). ................................................. 20

Marascalco v. Fantasy, Inc.,
    953 F.2d 469 (9th Cir. 1991). ........................................................ 16

Morris v. Business Concepts, Inc.,
    259 F.3d 65 (2d Cir. 2001), abrogated on other grounds by
    Reed Elsevier, Inc. v. Muchnick, 130 S. Ct. 1237 (2010). ................................ 20

Morris v. Business Concepts, Inc.,
    283 F.3d 502 (2d Cir. 2002). ......................................................... 20

Original Appalachian Artworks, Inc. v. Toy Loft, Inc.,
    684 F.2d 821 (11th Cir. 1982). ....................................................... 25

Reed Elsevier, Inc. v. Muchnick,
    130 S. Ct. 1237 (2010).................................................... 4, 20, 21, 25

Richlin v. Metro-Goldwyn-Mayer Pictures, Inc.,
    531 F.3d 962 (9th Cir. 2008). ........................................................ 16

S.O.S., Inc. v. Payday, Inc.,
   886 F.2d 1081 (9th Cir. 1989). ........................................................... 24

St. Luke's Cataract and Laser Institute, P.A. v. Sanderson,
   573 F.3d 1186 (11th Cir. 2009). ........................................................ 24

Szabo v. Errisson,
   68 F.3d 940 (5th Cir. 1995) abrogated on other grounds by
   Reed Elsevier, Inc. v. Muchnick, 130 S. Ct. 1237 (2010). ............................... 21

United Staes v. Haggar Apparel Co.,
   526 U.S. 380 (1999)........................................................................ 15

Urantia Foundation v. Maaherra,
   114 F.3d 955 (9th Cir. 1997). ............................................................ 25

Xoom, Inc. v. Imageline, Inc.,
   323 F.3d 279 (4th Cir. 2003), abrogated on other grounds by
   Reed Elsevier, Inc. v. Muchnick, 130 S. Ct. 1237 (2010). ............................... 19

**Statutes:**

17 U.S.C. § 101................................................................................ 5

17 U.S.C. § 102................................................................................ 3

17 U.S.C. § 103............................................................................ 5, 21

17 U.S.C. § 201(a). .......................................................................... 3

17 U.S.C. § 201(c). .......................................................................... 5

17 U.S.C. § 201(d). .......................................................................... 5

17 U.S.C. § 408........................................................................... 17, 18

17 U.S.C. §§ 408-410. ....................................................................... 1

17 U.S.C. §§ 408-412. ................................................................. 3

17 U.S.C. § 408(a). ...................................................................... 3

17 U.S.C. § 408(b). ..................................................................... 19

17 U.S.C. § 408(c). ........................................................... 6, 14, 17

17 U.S.C. § 408(c)(1). ................................................................ 14

17 U.S.C. § 408(c)(2)(B). ........................................................... 14

17 U.S.C. § 409 ...................................................... 2, 6, 10, 11, 12

17 U.S.C. § 409(2). ............................................................... 12, 21

17 U.S.C. § 409(6). ........................................................... 12, 14, 21

17 U.S.C. § 409(8). ..................................................................... 14

17 U.S.C. § 409(9). ..................................................................... 13

17 U.S.C. § 410(a). .................................................................... 3, 6

17 U.S.C. § 410(c). ...................................................................... 4

17 U.S.C. § 411(a). ....................................................... 3, 4, 10, 19, 20

17 U.S.C. § 411(b). ..................................................................... 12

17 U.S.C. § 411(b)(1). ......................................................... 2, 4, 22

17 U.S.C. § 412 ...................................................................... 4, 26

17 U.S.C. §§ 504-505. .................................................................. 4

17 U.S.C. § 701 ........................................................................... 3

17 U.S.C. § 702................................................................................... 1, 6

35 U.S.C. 2(b)(8)-(12). ........................................................................ 2

**Regulations:**

37 C.F.R. § 202.3. ................................................................................ 6

37 C.F.R. § 202.3(b)(5)......................................................................... 6

**Legislative Materials:**

H. Rep. No. 94-1476 (1975). ................................................................ 18

H. Rep. No. 110-617 (2008). ................................................................ 24, 27

**Other Authorities:**

Circular 62, "Copyright Registration for Single Serial Issues". .................. 8, 17, 27

Circular 62A, "Group Registration of Newspapers and Newsletters on Form
    on Form G/DN," available at
    http://www.copyright.gov/circs/circ62a.pdf (last visited Dec. 13, 2010)...... 8, 27

Circular 65, "Copyright Registration for Automated Databases"........................... 9

Compendium of Copyright Office Practice II § 615.06..................................... 7, 16

Compendium of Copyright Office Practice II § 615.07(b)(3). .......................... 8, 16

Library of Congress, Annual Report of the Librarian of Congress for the
    Fiscal Year Ending September 30, 2007 (2008)................................. 19

U.S. Copyright Office, Annual Report of the Register of Copyrights,
    Fiscal Year Ending September 30, 2007. ....................................... 19

U.S. Dep't of Justice, Progress Report of the Department of Justice's Task
    Force on Intellectual Property (June 2006)...................................... 2

v

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

TOM BEAN,

Plaintiff-Appellant,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING CO.,

Defendant-Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
HONORABLE DAVID G. CAMPBELL
(CASE 3:10-CV-08034-DGC)

BRIEF FOR THE UNITED STATES OF AMERICA
AS AMICUS CURIAE IN SUPPORT OF REVERSAL

The United States respectfully submits this brief to present its views as

*amicus curiae* on the statutory issues presented in this case.  The United States has

significant responsibilities related to, and derives important benefits from, the

registration of creative works under the Copyright Act.  Congress has made the

United States Copyright Office, headed by the Register of Copyrights

("Register"), responsible for administering the registration system and determining

whether works meet the requirements for registration.  See 17 U.S.C. §§ 408-410,

702.  The interpretation of the Copyright Act is also of interest to the United States

Patent and Trademark Office, which advises the President and other agencies on

matters of intellectual property policy, see 35 U.S.C. 2(b)(8)-(12), and which

advocates the effective protection of intellectual property.  Finally, because

registration affects the judicial remedies for copyright infringement, registration

requirements are of interest to the Department of Justice, which has recognized the

importance of civil enforcement in the effort to combat copyright violations.  See

U.S. Dep't of Justice, Progress Report of the Department of Justice's Task Force

on Intellectual Property 33, 75 (June 2006).

## STATEMENT

A "collective work" is a copyrightable compilation made up of indepen-

dently copyrightable component works.  The copyrights in a collective work and

its component works are all eligible for registration through the Copyright Office.

The Copyright Office has long interpreted the Copyright Act to permit an

application to seek registration of a collective work and the component works that

the claimant owns, even if the application does not specify the authors and titles of

the component works.  This case involves whether that longstanding practice, and

the administrative construction of the Act on which it rests, are consistent with 17

U.S.C. § 409, and if not, whether collective work registration applications that

omit the authors and titles of component works are nonetheless legally effective

under 17 U.S.C. § 411(b)(1).

2

I.      **Statutory and Regulatory Framework**

A.  Copyright Registration Generally

The Copyright Act vests the author of any "work of authorship" with a

copyright upon the work's creation and fixation in a tangible medium, without any

application to the government.  17 U.S.C. § 102 ("Copyright protection subsists

. . . in original works of authorship fixed in any tangible medium of

expression[.]"); id. § 201(a) ("Copyright in a work protected under this title vests

initially in the author or authors of the work."); id. § 408(a) ("[R]egistration is not

a condition of copyright protection.").  A copyright claimant has the option to

apply to register his copyright with the Register.  See 17 U.S.C. §§ 408-412, 701.

The Register has statutory authority to examine registration applications and

determine whether "the material deposited constitutes copyrightable subject matter

and . . . the other legal and formal requirements of this title have been met."  17

U.S.C. § 410(a).  If so, the Register registers the claim and issues the claimant a

certificate of registration.  See id.

Registration affords the copyright claimant benefits that mere copyright

ownership alone does not.  A copyright claimant of a United States work may not

sue for infringement until his copyright claim has been registered.  17 U.S.C.

3

§ 411(a); see generally Reed Elsevier, Inc. v. Muchnick, 130 S. Ct. 1237 (2010).[1] If a copyright is registered before infringement, or within three months of the first publication of the work, registration also allows the claimant to seek statutory damages and attorney's fees.  See 17 U.S.C. §§ 412, 504-505.  Finally, a certificate of registration with an effective date before or within five years of first publication constitutes prima facie evidence of copyright validity and the facts stated in the certificate of registration.  See 17 U.S.C. § 410(c).

In 2008, Congress amended the Copyright Act to provide that a certificate of registration satisfies the requirements of § 411, which requires registration of a United States work as a precondition to suit, and § 412, which provides statutory damages and attorney's fees only for post-registration infringement, "regardless of whether the certificate contains any inaccurate information," unless "(A) the inaccurate information was included on the application for copyright registration with knowledge that it was inaccurate; and (B) the inaccuracy of the information, if known, would have caused the Register of Copyrights to refuse registration." 17 U.S.C. § 411(b)(1).

---

[1]  If the claimant has applied for registration but the application has been denied, the claimant may bring suit for infringement "if notice thereof, with a copy of the complaint, is served on the Register of Copyrights."  17 U.S.C. § 411(a).

### B.  Registration of Collective Works and Component Works

Compilations – including "collective works," which are compilations that include independently copyrightable materials – are afforded copyright protection, but this protection "extends only to the material contributed by the author of such work, as distinguished from the preexisting material employed in the work, and does not imply any exclusive right in the preexisting material."  See 17 U.S.C. §§ 101, 103, 201(c).[2]  However, if the author of a collective work is also the author of the component works, or if the authors of the component works transfer all rights in the works to him, the author of the collective work may claim a copyright in the component works that make up the collective work.  See 17 U.S.C. § 201(d).

This case concerns the ways in which a collective work claimant who also holds a copyright in the collective work's component works may register his

---

[2]  The Copyright Act defines a "compilation" as a "work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." 17 U.S.C. § 101.  Thus, the term "compilation" includes collections of data that are not in themselves copyrightable material, such as a list of stock prices for a certain day.  A "collective work," such as a newspaper, is a type of compilation that includes independently copyrightable component works.  See id.  Because the issue presented in this case involves only collective works – not compilations more generally – this brief refers only to "collective works."

5

copyrights in those component works.  The Copyright Act provides that "[t]he application for copyright registration shall be made on a form prescribed by the Register of Copyrights and shall include" specified information, including "the name and nationality or domicile of the author" and "the title of the work."  17 U.S.C. § 409.  In addition to statutory authority to determine whether an application for registration meets the "legal and formal requirements" of Title 17, 17 U.S.C. § 410(a), the Copyright Act gives the Register specific authority to "specify by regulation the administrative classes into which works are to be placed for purposes of deposit and registration," and these "regulations may require or permit, for particular classes, . . . a single registration for a group of related works."  17 U.S.C. § 408(c); see also 17 U.S.C. § 702 (giving the Register general authority to "establish regulations not inconsistent with law for the administration of the functions and duties made the responsibility of the Register under this title").

Pursuant to her authority under § 408(c), the Register has promulgated regulations governing registration requirements.  See 37 C.F.R. § 202.3.  These regulations specifically provide for the registration of compilations, including automated databases.  See 37 C.F.R. § 202.3(b)(5) ("Register of Copyrights has determined that, on the basis of a single application, deposit, and filing fee, a

6

single registration may be made for automated databases and their updates or other derivative versions that are original works of authorship" where certain conditions are met.).

Although this regulation does not address whether any component works within an automated database are also registered through this process, the Copyright Office has addressed this issue in guidance documents.  In the Compendium of Copyright Office Practice II, a publicly available manual providing advice regarding registrations, and in Circulars providing advice to the public, the Copyright Office has consistently taken the position that the registration of a collective work also registers any independently copyrightable works within the collective work – referred to here as "component works" – in which the claimant owns all rights, even if the registration application does not specify the titles and authors of the component works.

The Compendium instructs that when registering a collective work, "the application should name the author of the collective work," but that "[t]he names of the individual authors of separate contributions being registered as part of the claim need not be given on the application."  Compendium § 615.06; see also id. ("The registration [of a collective work] may cover (a) the collective work authorship, (b) any contribution created by the employee or other party

7

commissioned by the author of a work made for hire, and (c) any other
contributions that the claimant of the collective work obtained by transfer.").  The
Compendium also states that "[i]f the work being registered was created by a large
number of authors, the application will be considered acceptable if it names at
least three of those authors, followed by a statement such as 'and [number]
others.'"  Compendium § 615.07(b)(3).

  In several Circulars, the Copyright Office has explained that registration of
various forms of collective works will also register independently copyrightable
works within the collective work that the copyright claimant owns.  See RE 63-65,
Circular 62, "Copyright Registration for Single Serial Issues" ("When a serial
issue includes independently authored contributions in which all rights have been
transferred in writing to the claimant of the entire serial issue, it is not necessary to
include the names of the contributors. Whether those contributors are listed or not,
the copyright claim in the serial issue as a whole would extend to those
contributions."); Circular 62A, "Group Registration of Newspapers and
Newsletters on Form G/DN," available at

http://www.copyright.gov/circs/circ62a.pdf (last visited Dec. 13, 2010) (stating

that the registration covers the "content of any contributions (for example, text or photos)").[3]

## II.    Proceedings Below

Appellant Tom Bean, a photographer, created the images at issue in this case and assigned the copyrights in those images to Corbis Corporation ("Corbis").  See Record Excerpt ("RE") 3; D. Ct. Op. at 2.   Corbis included the images in six automated databases, each containing between 11,000 and 613,000 photographs, and filed registration applications covering the databases and their component images.   See RE 3; D. Ct. Op. at 2.  As permitted by the Copyright Office's guidance documents, Corbis's registration applications did not list the author's information and title of each image within the databases to which the registration was intended to extend.  After the Copyright Office issued the registrations, the registered copyrights in Bean's images reverted to Bean.  See Complaint, Docket #1; RE 166-167.

_____

[3]  The Copyright Office previously published Circular 65, "Copyright Registration for Automated Databases."  See RE 68-73.  This circular is currently under revision.  In its previous incarnation, cited by appellant below, Circular 65 suggested that copyrightable component works within the database would also be registered along with the database itself.  See RE 70 (comparing claims in databases of previously published or registered works, which must be limited to the compilation, with claims in databases with copyrightable material being "published or registered for the first time," in which case the "claim could also extend to 'text'").

9

Bean brought this action against Houghton Mifflin Harcourt Publishing

Company ("Houghton Mifflin"), alleging that it had infringed his copyright in

several photographs by exceeding the limited license he had granted it through

Corbis, which also served as Bean's licensing agent.  See Complaint, Docket #1;

RE 165-169.  Houghton Mifflin moved to dismiss Bean's claims, arguing that

Bean did not have a valid copyright registration for the photographs in question

and therefore could not bring suit under 17 U.S.C. § 411(a), which makes

registration a precondition for an infringement action.  See Motion to Dismiss,

Docket #20; RE 131-142.  Houghton Mifflin asserted that the registrations Corbis

had obtained, and on which Bean based his claims, were invalid as to Bean's

works because five of the six registrations did not identify Bean as a registered

author and none identified the titles of Bean's works.  See id.

The district court granted Houghton Mifflin's motion to dismiss.  See

District Court Order, Docket #40.  The court construed 17 U.S.C. § 409 to mean

that only those works whose titles and authors are listed on the registration

application are within the scope of the resultant registration.  See id. at 5-7.  Since

Corbis's registration application did not identify the authors and/or the titles of the

component photographs, the court concluded that these component photographs

were not within the scope of the registration.  See id.  The court rejected Bean's

10

argument that § 411(b) saved his registrations, reasoning that "Corbis did not merely provide inaccurate information for the individual photographs, it failed to comply with the requirements of § 409 almost completely" and that "[r]eading § 411 to save such incomplete registrations would eviscerate the requirements of § 409." Id. at 6. The court dismissed Bean's suit for lack of a registration covering the allegedly infringed photographs. See id. at 7. This appeal followed.

## SUMMARY OF ARGUMENT

The district court erred in concluding that the Copyright Act, 17 U.S.C. § 409, requires a collective work claimant to list certain information on a registration application in order to also register independently copyrightable works within the collective work fully owned by the claimant. Far from providing an unambiguous answer, the text of Section 409 is in fact silent regarding the application requirements for registering component works of a collective work. For more than thirty years, since the Copyright Office started registering works under the Copyright Act of 1976, the Copyright Office has interpreted § 409 to permit claimants to register component works using the procedures appellant followed here. That longstanding administrative interpretation is reasonable, and the district court should have deferred to it rather than adopting an interpretation of § 409 that runs directly counter to it.

11

Moreover, even if the district court's interpretation of § 409 were correct, appellant's registrations would remain effective by virtue of 17 U.S.C. § 411(b). Section 411(b) provides that registrations containing "inaccurate information" nonetheless satisfy the Copyright Act's requirements if the claimant did not know of the inaccuracies and the inaccuracies would not have caused the Register of Copyrights to refuse registration. Since appellant's registration application complied with the Copyright Office's long-held and explicit policies regarding component work registration, both these conditions are satisfied here.

## ARGUMENT

**I.    The Copyright Office Has Permissibly Interpreted 17 U.S.C. § 409 Not to Require a Collective Work Registration Application to Identify the Author and Title of All Claimed Component Works.**

A.  Section 409 Is Ambiguous Regarding Component Work Registration.

The Copyright Act provides that "[t]he application for copyright registration shall be made on a form prescribed by the Register of Copyrights and shall include," inter alia, "the name and nationality or domicile of the author or authors" and "the title of the work, together with any previous or alternative titles under which the work can be identified." 17 U.S.C. § 409(2), (6). The district court interpreted this language as an unambiguous statutory requirement that a collective work claimant must list the authors and titles of component works in his

application in order to register the component works along with the collective

work.  See RE 6-7; D. Ct. Op. at 5-6 (assuming that § 409 required registrants to

name authors and title in order to cover component works).

The district court erred.  Section 409 does not contain unambiguous

requirements regarding registration of component works.  Indeed, § 409 says

nothing about how a copyright claimant must register component works.  It simply

states that a registration application must include certain information.  The statute

does not specify whether an application to register a collective work must include

authors' information and titles for every component work sought to be covered by

the registration, or whether listing the author's information and title of the

collective work alone suffices.  Nor does the statute specify whether the

registration of a collective work may cover independently copyrightable

component works that the claimant owns, or address the scope of a registration at

all.[4]  As to these issues, § 409 is silent.

_____

[4]  The only reference § 409 makes to the registration of a compilation makes
clear that Congress contemplated that copyrights in compilations could be
registered, but does not address the application requirements for – or the scope of
– such a registration.  Section 409(9) states that the "application . . . shall include
. . . in the case of a compilation or derivative work, an identification of any
preexisting work or works that it is based on or incorporates, and a brief, general
statement of the additional material covered by the copyright claim being
registered."  17 U.S.C. § 409(9).

13

Indeed, the district court's conclusion that § 409 unambiguously requires

claimants to list the titles and authors of every work intended to be covered by the

registration is at odds with other portions of the Copyright Act.  See Bodine v.

Graco, Inc., 533 F.3d 1145, 1151 (9th Cir. 2008) (the "meaning of statutory

language, plain or not, depends on context" and courts must "construe statutes, not

isolated provisions") (internal quotation marks omitted).  Section 408(c)(1)

provides the Register with specific authority to promulgate regulations that "may

require or permit . . . a single registration for a group of related works."  "Without

prejudice to the general authority" in § 408(c)(1), § 408(c)(2)(B) requires the

Register to establish regulations permitting a single registration for a specific type

of group of related works (same authored contributions to periodicals within a

twelve-month period), requiring that the application for such a registration

"identif[y] each work separately, including the periodical containing it and its date

of first publication."  17 U.S.C. § 408(c)(2)(B).  If Congress had intended the

general registration requirements in § 409 to plainly require the disclosure of all

titles and dates of first publication (if published) for all works being registered on

a single application, see 17 U.S.C. § 409(6), (8), it would have been unnecessary

to specify that the registration application in § 408(c)(2)(B) had to identify each

work and its publication date separately.  Furthermore, § 408(c) evidences

14

Congress's intent to give the Register the flexibility to create a group registration

option subject to the requirements in that provision, and § 409 – enacted at the

same time as § 408 – is understandably silent regarding the application

requirements for a group registration regime that had not yet been created.

> B.  This Court Should Defer to the Copyright Office's Interpretation of Section 409.

Given that § 409 does not specify the scope of a collective work's

registration, or explicitly require that every author and title for every work being

registered must be listed in an application, the statute is silent as to "the precise

question at issue" here, and thus ambiguous.  See Chevron U.S.A. Inc. v. Natural

Resources Defense Council, Inc., 467 U.S. 837, 842 (1984); see also United Staes

v. Haggar Apparel Co., 526 U.S. 380, 392-393 (1999) (statute may be "ambiguous

in that the agency must use its discretion to determine how best to implement the

policy in those cases not covered by the statute's specific terms").  When faced

with such statutory ambiguity, this Court defers to the Copyright Office's reason-

able interpretation of the statute.  See Batjac Productions Inc. v. GoodTimes Home

Video Corp., 160 F.3d 1223, 1230-1231 (9th Cir. 1998) (looking to the

Compendium and stating that "'[t]he Register has the authority to interpret the

copyright laws and [ ] its interpretations are entitled to judicial deference if

15

reasonable'") (quoting Marascalco v. Fantasy, Inc., 953 F.2d 469, 473 (9th Cir.

1991)); see also Richlin v. Metro-Goldwyn-Mayer Pictures, Inc., 531 F.3d 962,

973 (9th Cir. 2008) (noting Batjac's deference to the Compendium).

The Copyright Office has consistently interpreted § 409 to permit claimants

to register component works they own by registering the collective work, even if

the collective work registration does not specify the titles and author's information

for each component work.  Consistent with § 409's plain language, the Copyright

Office requires that every application to register a compilation copyright contain

the title and author's information for the collective work.  The Copyright Office

does not, however, require applicants to list the title and author's information for

component works the applicant owns in full and also wishes to register.  See

Compendium of Copyright Office Practice II § 615.06 (providing that collective

work "application[s] should name the author of the collective work," and that

"[t]he names of the individual authors of separate contributions being registered as

part of the claim need not be given on the application"); see also id. ("The

registration may cover (a) the collective work authorship, (b) any contribution

created by the employee or other party commissioned by the author of a work

made for hire, and (c) any other contributions that the claimant of the collective

work obtained by transfer."); id. § 615.07(b)(3) ("If the work being registered was

16

created by a large number of authors, the application will be considered acceptable

if it names at least three of those authors, followed by a statement such as 'and

[number] others.'").[5]

The Copyright Office's decision to not require collective work claimants to

list information for every component work they own is reasonable in light of

pragmatic concerns.  Many traditional forms of collective works, such newspapers

and magazines, can contain hundreds – if not thousands – of copyrightable works

that the claimant owns but did not author.  Listing all component works and their

authors could be so burdensome on applicants as to discourage registration.[6]

---

[5] The Copyright Office's interpretation of the registration requirements for collective works is also apparent from its circulars governing specific types of collective works.  See Circular 62, "Copyright Registration for Single Serial Issues" ("When a serial issue includes independently authored contributions in which all rights have been transferred in writing to the claimant of the entire serial issue, it is not necessary to include the names of the contributors. Whether those contributors are listed or not, the copyright claim in the serial issue as a whole would extend to those contributions."); Circular 62A, "Group Registration of Newspapers and Newsletters on Form G/DN" (stating that the registration covers the "content of any contributions (for example, text or photos)").

[6] In drafting the Act, Congress  recognized the need to avoid burdensome registration requirements by giving the Register the authority to allow group registrations.  See 17 U.S.C. § 408(c).  The House Report to the Act notes that there is a "principle of administrative flexibility underlying all of the deposit and registration provisions," and states:

> The provision empowering the Register to allow a number of
> related works to be registered together as a group [under 17

Moreover, at the time that Congress was drafting § 409 as part of the Copyright Act of 1976, and until very recently, Copyright Office personnel had to manually type in all the information received on a paper copyright application into the Office's catalog of registered works.  Entering hundreds of authors and titles of component works for the many collective works registered would have imposed a huge burden on the Copyright Office as well as on applicants, and would have required higher application fees to defray processing costs.

Nor is the Copyright Office's decision not to require disclosure of the § 409 information for all component works contrary to the purposes of the registration system.  Providing information to the public is only one of such purposes.

---

U.S.C. § 408] represents a needed and important liberalization of the law now in effect. At present the requirement for separate registrations where related works or parts of a work are published separately has created administrative problems and has resulted in unnecessary burdens and expenses on authors and other copyright owners. In a number of cases the technical necessity for separate applications and fees has caused copyright owners to forego copyright altogether. Examples of cases where these undesirable and unnecessary results could be avoided by allowing a single registration include the various editions or issues of a daily newspaper, a work published in serial installments, a group of related jewelry designs, a group of photographs by one photographer, a series of greeting cards related to each other in some way, or a group of poems by a single author.

H. Rep. No. 94-1476 at 154 (1975).

18

Registration – and the accompanying deposit requirements – also serves as a source of acquisitions for the Library of Congress. See 17 U.S.C. § 408(b); U.S. Copyright Office, Annual Report of the Register of Copyrights, Fiscal Year Ending September 30, 2007, at 13-14, 16; Library of Congress, Annual Report of the Librarian of Congress for the Fiscal Year Ending September 30, 2007, at 25 (2008) ("Each year, the Copyright Office registers more than 500,000 claims and transfers more than 1 million copyrighted works to the Library's collection through the copyright deposit system."). The registration process also provides a way to establish what the work was at the time of registration, thus facilitating the adjudication of infringement claims. Had the Copyright Office imposed burdensome requirements in order to enhance the public record, these other purposes could have gone unfulfilled. Thus, given the practical difficulties and potential counterproductivity of requiring claimants to detail the component works to which a collective work registration was intended to extend, the Copyright Office's interpretation is reasonable.

Multiple courts have concluded that registration of a collective work also registers component works for the purposes of 17 U.S.C. § 411(a). See Xoom, Inc. v. Imageline, Inc., 323 F.3d 279, 283-284 (4th Cir. 2003) (adopting the view "that where an owner of a collective work also owns the copyright for a

19

constituent part of that work, registration of the collective work is sufficient to permit an infringement action of the constituent part"), <u>abrogated on other grounds by</u> <u>Reed Elsevier, Inc. v. Muchnick</u>, 130 S. Ct. 1237 (2010); <u>Morris v. Business Concepts, Inc.</u>, 259 F.3d 65, 68 (2d Cir. 2001) ("Under the law of this Circuit, where the owner of a copyright for a collective work also owns the copyright for a constituent part of that work, registration of the collective work is sufficient to permit an infringement action under § 411(a) for the constituent part.")[7], <u>abrogated on other grounds by</u> <u>Reed Elsevier</u>; <u>Idearc Media Corp. v. Northwest Directories, Inc.</u>, 623 F. Supp. 2d 1223, 1230 (D. Or. 2008) (adopting <u>Morris</u>'s holding and stating that "[i]t would be absurd and inefficient to require the author of a larger work to individually register every possible smaller component of that work that qualified individually for copyright protection").

Moreover, under the district court's reasoning, the titles of even those component works authored by the compilation claimant would have to be listed on

_____

[7] In response to a rehearing petition, the Second Circuit amended its opinion in <u>Morris</u>. <u>See</u> <u>Morris v. Business Concepts, Inc.</u>, 283 F.3d 502, 505 (2d Cir. 2002). The court did not strike the quoted portion of the opinion, and indeed, it reaffirmed its understanding that registration of a collective work extended to register "constituent works" that have been transferred to the claimant. <u>See</u> <u>id.</u> at 505 ("[I]f all rights in a constituent work have not been transferred to the claimant, a collective work registration will not apply to the constituent work. If, on the other hand, all rights have been transferred to the claimant, then the constituent work is included in the registration of the collective work.").

the registration application, since § 409 does not make any distinctions between an

application's need for titles and authors.  See 17 U.S.C. § 409(2), (6).  For

example, in order to register a record album by a single artist, a claimant would

thus have to list on the application every song on the album individually, a theory

that courts have previously rejected.  See, e.g., Szabo v. Errisson, 68 F.3d 940, 943

(5th Cir. 1995), abrogated on other grounds by Reed Elsevier.  Such a rule would

be particularly anomalous when registering a group of photographs, since most

photographs are not individually titled.

Houghton Mifflin's argument below that 17 U.S.C. § 103 controls the scope

of a compilation's registration is without merit.  See Docket # 20 at 5-6.  Section

103 provides that a copyright in a compilation "extends only to the material

contributed by the" compilation's author and "does not imply any exclusive right

in the preexisting material."  However, § 103 – part of Chapter 1 within Title 17,

governing "Subject Matter and Scope of Copyright" – addresses the *existence* of

copyrights, not the *registration* of copyrights, a topic addressed in Chapter 4,

"Copyright Notice, Deposit, and Registration."  It is undisputed that a collective

work's author could not acquire rights to another author's work by simply

including it within a collective work.  The question here, however, concerns what

procedures a copyright claimant who owns the copyright in both a collective work

21

and in some or all of the collective work's component works must comply with in order to register all the relevant copyrights.  Chapter 1 does not address this question, or indeed, anything about the registration procedures.

## II.    Even If the District Court Correctly Construed § 409, Appellant's Registrations Are Effective Under § 411(b).

Even if § 409 requires a collective work claimant to list the authors and titles of all component works in order to register those works, the district court erred in concluding that the plaintiff's registration certificate as issued did not allow him to bring an infringement action.  As noted above, the Copyright Act was amended in 2008 to provide:

> A certificate of registration satisfies the requirements of this section [which requires registration as a precondition to suit] and section 412 [which provides statutory damages and attorney's fees only for post-registration infringement], *regardless of whether the certificate contains any inaccurate information*, unless --
>
> > (A) the inaccurate information was included on the application for copyright registration with knowledge that it was inaccurate; and
> >
> > (B) the inaccuracy of the information, if known, would have caused the Register of Copyrights to refuse registration.

17 U.S.C. § 411(b)(1) (emphasis added).  Because plaintiff had a "certificate of registration" that covered his photographs under Copyright Office policies in

22

effect when it was issued, he satisfied the registration requirements of § 411(a) and § 412, even if his registration application was inaccurate insofar as it failed to list authors' information and titles for all the component works the registration was intended to cover. Since plaintiff and his registering agent Corbis had acted in accordance with Copyright Office policies when attempting to register unspecified component works via a collective work registration application, they could not have "known that it [the provided information] was inaccurate" under the district court's newly announced construction of § 409, and certainly any such inaccuracies would not have caused the Register to refuse registration, since they were the direct result of the Copyright Office's guidance.

The district court rejected plaintiff's invocation of § 411(b), reasoning that with respect to the component works, plaintiff's registration "did not merely provide merely inaccurate information" because it entirely omitted the component works' titles and authors. See RE 7; D. Ct. Op. at 6. The district court concluded that "[r]eading § 411 to save such incomplete registrations would eviscerate the requirements of § 409." Id.

The district court's interpretation of "inaccurate," however, is needlessly narrow. Omission of information is one kind of inaccuracy, and an unknowing error of any sort is immaterial if its discovery would not have led the Copyright

23

Office to refuse the application.  See St. Luke's Cataract and Laser Institute, P.A.

v. Sanderson, 573 F.3d 1186, 1201 (11th Cir. 2009) (discussing § 411(b) and

noting that "[o]missions or misrepresentations in a copyright application can

render the registration invalid where there has been intentional or purposeful

concealment of relevant information,'" that "there must be a showing of 'scienter'

in order to invalidate a copyright registration," and that "an error is immaterial if

its discovery is not likely to have led the Copyright Office to refuse the

application"); see also S.O.S., Inc. v. Payday, Inc., 886 F.2d 1081, 1086 (9th Cir.

1989) (applying judge-made rule in effect before § 411(b)'s enactment that

"[a]bsent intent to defraud and prejudice, inaccuracies in copyright registration do

not bar actions for infringement" and refusing to invalidate copyright registration

where claimant had omitted author of an underlying work).  Especially in light of

indications in the legislative history that Congress intended good faith

registrations to satisfy the statutory registration requirements so long as the

Register considered registration appropriate, this Court should construe § 411(b)

to encompass the sort of application errors Houghton Mifflin contends that

appellant made here.  See H. Rep. No. 110-617 at 24 (2008) ("[T]he Act makes

clear that a registration containing inaccuracies will satisfy the registration

requirements of the Copyright Act unless the mistake was knowingly made and the

24

inaccuracy, if known, would have caused the Register of Copyrights to refuse the

registration.").[8]

Contrary to the district court's conclusions, reading § 411(b) thus would not

"eviscerate" § 409.  The plain language of § 411(b) instructs courts to save

inaccurate registrations.  Consistent with Congress's intention that such flawed

registrations be deemed satisfactory for the purposes of § 411 and § 412 if they

were made in good faith and in conformance with Copyright Office standards, this

---

[8]    Even before the enactment of § 411(b), courts had long held that innocent errors in registration applications, including omissions, did not affect the validity of the resulting registration.  See, e.g., Urantia Foundation v. Maaherra, 114 F.3d 955, 963 (9th Cir. 1997) ("The case law is overwhelming that inadvertent mistakes on registration certificates do not invalidate a copyright and thus do not bar infringement actions, unless the alleged infringer has relied to its detriment on the mistake, or the claimant intended to defraud the Copyright Office by making the misstatement."); Data Gen. Corp. v. Grumman Sys. Support Corp., 36 F.3d 1147, 1161 (1st Cir.1994), abrogated on other grounds by Reed Elsevier ("It is well established that immaterial, inadvertent errors in an application for copyright registration do not jeopardize the validity of the registration. . . . In general, an error is immaterial if its discovery is not likely to have led the Copyright Office to refuse the application."); Original Appalachian Artworks, Inc. v. Toy Loft, Inc., 684 F.2d 821, 828 (11th Cir. 1982) (noting that "omissions or misrepresentations in a copyright application can render the registration invalid" only where there has been "intentional or purposeful concealment of relevant information").  The registrations here are entitled to be given effect under these decisions, because even if § 409(2) and § 409(6) are deemed to require information about the works that the claimant failed to provide, the omissions were indisputably non-fraudulent, did not prejudice the appellee, and would not have caused the Copyright Office to reject the registrations.  Nothing in the legislative history of § 411(b) suggests that Congress wished to invalidate registrations that would otherwise pass muster under the pre-existing case law.

25

reading would only save those registrations that the Copyright Office would have registered under extant – if mistaken – Copyright Office guidance in effect at the time of the application.  Moreover, inaccuracies in, or omissions of, registration information required by § 409 still carry consequences, even if § 411(b) renders an imperfect registration effective for the purposes of § 411(a) and § 412.  Such an imperfect registration would not grant the claimant the benefit of the statutory presumption of validity described in 17 U.S.C. § 410(c).

Indeed, if the district court's interpretation of § 409 were correct, failing to apply § 411(b) to registrations such as appellant's would have a devastating effect on millions of registrations acquired in compliance with Copyright Office policies. There is no question that the underlying component works here are copyrightable subject matter, or that had the copyright holders been on notice of the district court's interpretation, they could have registered their copyrights in the component works by listing those works individually on their registration applications.[9]  The district court's reasoning would allow infringers to unjustly benefit because of copyright claimants' compliance with longstanding Copyright Office policies.

---

[9]  Although copyright claimants with invalidated registrations could seek to register their component works anew, such delayed registration could deprive the claimants of important benefits of registration, such as the right to recover statutory damages and attorney's fees for any infringement that commenced before registration.  See 17 U.S.C. § 412.

26

Moreover, the effects of the district court's reasoning would not be confined to registrations of works within automated databases, since the district court's reading of § 409 would apply equally to the Copyright Office's policies permitting registration of more traditional forms of collective works – such as newspapers and magazines – to also register component works the claimant owns.  See Circulars 62, 62a.  Such widespread disruption of millions of copyrights that good faith registrants – and the Copyright Office – believed valid would allow "intellectual property thieves" to "exploit[]" a "loophole" created by mistakes in the application process, contrary to Congress's intent in enacting § 411(b).  H. Rep. No. 110-617 at 24 (2008).

## CONCLUSION

For the foregoing reasons, this Court should reverse the district court's order and remand the case for further proceedings.

Respectfully submitted,

Of Counsel:

DAVID CARSON
 General Counsel
ROBERT KASUNIC
 Deputy General Counsel
U.S. COPYRIGHT OFFICE

TONY WEST
 Assistant Attorney General

SCOTT MCINTOSH
 (202) 514-4052
/s/ Melissa N. Patterson
MELISSA N. PATTERSON
 (202) 514-1201
 Attorneys, Appellate Staff
 Civil Division, Room 7230
 Department of Justice
 950 Pennsylvania Avenue, N.W.
 Washington, D.C.  20530-0001

DECEMBER 2010

28

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that the foregoing Brief for the United States of America as Amicus Curiae satisfies the requirements of Federal Rules of Appellate Procedure 32(a)(7) and 29(d) and Ninth Circuit Rule 32-1.  The brief was prepared in Times New Roman 14-point, proportionally spaced font, and contains 6,134 words.

/s/ Melissa N. Patterson
Melissa N. Patterson
Counsel for the United States
Melissa.Patterson@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2010, I electronically

filed the foregoing with the Clerk of the United States Court of Appeals for the

Ninth Circuit by using the appellate CM/ECF system.  The following participants

in the case who are registered CM/ECF users will be served by the CM/ECF

system:

Christopher Seidman
Harmon & Seidman LCC
101 S Third Street
Suite 265
Grand Junction, CO 81501
chris@harmonseidman.com

James Russell Jackson
Skadden, Arps, Slate, Meagher & Flom LLP
42-416
Four Times Square
New York, NY 10036
russell.jackson@skadden.com

Peter S. Kozinets
STEPTOE & JOHNSON, LLP
Collier Center
1600
201 E. Washington St.
Phoenix, AZ 85004-2382
pkozinets@steptoe.com

David Jeremy Bodney
STEPTOE & JOHNSON, LLP
Collier Center
Suite 1600
201 E. Washington St.
Phoenix, AZ 85004-2382

Maurice James Harmon
Harmon & Seidman LLC
533 Walnut Drive
The Pennsville School
Northampton, PA 18067


     I further certify that some of the participants in the case are not registered

CM/ECF users.  I have mailed the foregoing document, via first-class mail,

postage prepaid, to the following individual:

David R. Pehlke
Skadden Arps Slate Meagher & Flom LLP
Suite 2700
155 N Wacker Dr.
Chicago, IL 60606



                   /s/ Melissa N. Patterson
                   Melissa N. Patterson
                   Civil Division, Appellate Staff
                   U.S. Department of Justice
                   950 Pennsylvania Ave., NW, Room 7230
                   Washington, DC 20530
                   (202) 514-1201
                   Melissa.Patterson@usdoj.gov

**Metropolitan Regional Information Systems**
**v.**
**American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of Whitney Cooke**

# Exhibit 13

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 1-280-078**



EFFECTIVE DATE OF REGISTRATION

**FEB 17 2004**
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼
Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublised updates from October 1, 2003 to December 31, 2

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼
Representative creation date October 1, 2003

If published in a periodical or serial give   Volume ▼       Number ▼         Issue Date ▼           On Pages ▼

---

**2**   **a**  NAME OF AUTHOR ▼
Metropolitan Regional Information Systems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No   If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer database of real estate property listings (photos, images, text, data and other content).

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**   **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2003 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶      ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Metropolitan Regional Information Systems, Inc
9420 Key West Avenue, 2nd Floor, Rockville, MD 20850

APPLICATION RECEIVED
FEB 17 2004

ONE DEPOSIT RECEIVED
FEB 17 2004

DEC 01 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space.
DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Case 8:12-cv-00954-AW Document 26-1 Filed 05/29/12 Page 140 of 191

EXAMINED BY  UROM

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. □ This is the first published edition of a work previously registered in unpublished form
b. □ This is the first application submitted by this author as copyright claimant
c. □ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Unpublished database prior to October 1, 2003

**a**

**6**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New Matter  daily updates, additions, revisions, collection and compilation, text, images and multimedia

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼            Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Metropolitan Regional Information Systems, Inc    Attn   Jonathan Hill
9420 Key West Avenue, 2nd Floor
Rockville, MD 20850

**b**

Area code and daytime telephone number ▶ (301) 838-7100          Fax number ▶ (301) 838-7171
Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of  Metropolitan Regional Information Systems, Inc
of the work identified in this application and that the statements made          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
John T Westermeier                                    Date▶ Feb 13, 2004

Handwritten signature (X) ▼
X_____ John T Westermeier _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John T Westermeier, Esq
Number/Street/Apt ▼
Piper Rudnick LLP, 1775 Wiehle Avenue
City/State/ZIP ▼
Reston, VA 20190-5159

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**9**

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev June 2002   ⊕ Printed on recycled paper                    U S Government Printing Office 2000-461-113/20 021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST    **TXu 1 – 187 – 150**



TXU081187150

EFFECTIVE DATE OF REGISTRATION

**JUL 2 3 2004**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled Metropolitan Regional Information Systems Inc   MRIS Database unpublished updates from April 1  2004 to June 30  2004

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection  give information about the collective work in which the contribution appeared        **Title of Collective Work ▼**
Representative date May 3  2004

If published in a periodical or serial give   **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**
Metropolitan Regional Information Systems, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶ USA
    ⎱ Domiciled in ▶ USA

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Updated and revised text and images and new text images

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
    ⎱ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
    ⎱ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases
2004

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶        Day ▶        Year ▶        ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Metropolitan Regional Information Systems  Inc
9420 Key West Avenue  2nd Floor
Rockville  Maryland 20850

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
**JUL 2 3 2004**
ONE DEPOSIT RECEIVED
**JUL 2 3 2004**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Amended by C O  from phone call to LINDA
MAKINGS OF PIPER RUDNICK LLP on August 30,
2004

| EXAMINED BY ⟨signature⟩ | FORM TX |

CHECKED BY _____

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☑ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶ 1 pending  1 registered   Year of Registration ▶  02/13/04 & 04/22/04 (registered)

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

  Previous version of unpublished automated database updated and revised from January 1  2004 to March 31  2004

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

  Daily updated and revised text and images and new text and images

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                           Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / ZIP ▼

  Ann K  Ford  Esq
  Piper Rudnick LLP
  1200 Nineteenth Street  NW  Washington  DC 20036

**b**

Area code and daytime telephone number ▶ (202) 861 3920        Fax number ▶  (202) 223 2085

Email ▶  ann ford@piperrudnick com

**CERTIFICATION**  I  the undersigned  hereby certify that I am the

                    Check only one ▶ { ☐ author
                                       ☐ other copyright claimant
                                       ☐ owner of exclusive right(s)
                                       ☑ authorized agent of   Metropolitan Regional Information System  Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

  Ann K  Ford                                                Date ▶ July 21, 2004

  Handwritten signature (X) ▼

  X  _____ ⟨signature⟩ _____

| Certificate
will be
mailed in
window
envelope
to this
address | Name ▼
Ann K  Ford  Esq
Number/Street/Apt ▼
Piper Rudnick LLP  1200 Nineteenth Street  NW
City/State/ZIP ▼
Washington  DC 20036 | YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material
MAIL TO
Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559 6222 |

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not mo e than $2 500

Rev  July 2003—xxx  Web Rev  July 2003   ♻ Printed on recycled paper                                    U S Government Printing Office  2000-461 113/20 021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS: **TXu 1 – 205 – 882**

TX

EFFECTIVE DATE OF REGISTRATION

**10     01     2004**
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublished updates from July 1, 2004 to September 30, 2004

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**
Representative date August 24, 2004

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a**  **NAME OF AUTHOR ▼**
Metropolitan Regional Information Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Updated and revised text and images and new text and images.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2004  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Metropolitan Regional Information Systems, Inc.
9420 Key West Avenue, 2nd Floor
Rockville, Maryland 20850

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
OCT 01 2004
ONE DEPOSIT RECEIVED
OCT 01 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | jbc | FORM TX |
| CHECKED BY | | |

| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ 2 pend. /1 reg.

Year of Registration ▶ 2/13/04, 4/22/04 (reg.) 7/21/2004

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version of unpublished automated database updated and revised from April 1, 2004 - June 30, 2004.

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updated and revised text and images and new text and images.

**b**

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Ann K. Ford, Esq.
Piper Rudnick LLP
1200 Nineteenth Street, NW, Washington, DC 20036

Area code and daytime telephone number ▶ (202) 861-3920        Fax number ▶ (202) 223-2085

Email ▶ ann.ford@piperrudnick.com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Metropolitan Regional Information Systems, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ann K. Ford                                    Date ▶ September 30, 2004

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Ann K. Ford, Esq.<br><br>Number/Street/Apt ▼<br>Piper Rudnick LLP, 1200 Nineteenth Street, NW<br><br>City/State/ZIP ▼<br>Washington, DC 20036 | • Complete all necessary spaces<br>• Sign your application in space 8<br><br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br><br>Library of Congress<br>Copyright Office - TX<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6222 | **9** |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TXu 1 – 250 – 691

EFFECTIVE DATE OF REGISTRATION

July 01 2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublished updates from April 1, 2005 to June 30, 2005

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
Representative date May 16, 2005

If published in a periodical or serial give:    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**    **NAME OF AUTHOR ▼**
Metropolitan Regional Information Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Updated and revised text and images and new text and images.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given
2005    ◄ Year in all cases.

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Metropolitan Regional Information Systems, Inc.
9420 Key West Avenue, 2nd Floor
Rockville, Maryland 20850

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 2005
ONE DEPOSIT RECEIVED
JUL 0 1 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ 3 reg., 3 pend.        Year of Registration ▶ 4/04, 7/04 and 10/04

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version of unpublished automated database updated and revised from January 1, 2005 to March 31, 2005.

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updated and revised text and images and new text and images.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Linda T. Makings, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW, Washington, DC 20036

**b**

Area code and daytime telephone number ▶ (202) 861-3900        Fax number ▶ (202) 223-2085

Email ▶   linda.makings@dlapiper.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Metropolitan Regional Information Systems, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Linda T. Makings                                                Date ▶ June 30, 2005

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Linda T. Makings, Esq.

Number/Street/Apt ▼
DLA Piper Rudnick Gray Cary US LLP, 1200 Nineteenth Street, NW

City/State/ZIP ▼
Washington, DC 20036

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⊕ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/29,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work

**TXu 1 – 255 – 771**

| TX | TXu |
|---|---|

**EFFECTIVE DATE OF REGISTRATION**

| 2 | 18 | 05 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublished updates from October 1, 2004 to December 31, 2004

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

Representative date November 15, 2004

| If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|

## 2

**a**

**NAME OF AUTHOR ▼**

Metropolitan Regional Information Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No     If the answer to either
Pseudonymous?  ☐ Yes ☑ No     of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Updated and revised text and images and new text and images.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No     If the answer to either
Pseudonymous?  ☐ Yes ☐ No     of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No     If the answer to either
Pseudonymous?  ☐ Yes ☐ No     of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶     ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Metropolitan Regional Information Systems, Inc.
9420 Key West Avenue, 2nd Floor
Rockville, Maryland 20850

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
FEB 18 2005
**ONE DEPOSIT RECEIVED**
FEB 18 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE*
*OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5–9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of **2** pages

| EXAMINED BY   ξ/ε | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ 1 pend., 2 reg.    Year of Registration ▶ 04/22/04 & 07/23/04

**DERIVATIVE WORK OR COMPILATION**

**6**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼    **a**

Previous version of unpublished automated database updated and revised from July 1, 2004 and September 30, 2004.

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**

Daily updated and revised text and images and new text and images.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**7**

Name ▼    Account Number ▼    **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼    **b**

Ann K. Ford, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW, Washington, DC 20036

Area code and daytime telephone number ▶ (202) 861-3920        Fax number ▶ (202) 223-2085
Email ▶ ann.ford@dlapiper.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the    **8**
    Check only one ▶
    ☐ author
    ☐ other copyright claimant
    ☐ owner of exclusive right(s)
    ☑ authorized agent of   Metropolitan Regional Information Systems, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ann K. Ford                                        Date ▶ February 16, 2005

Handwritten signature (X) ▼

X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Ann K. Ford, Esq. | **9** |
| | Number/Street/Apt ▼<br>DLA Piper Rudnick Gray Cary US LLP, 1200 Nineteenth Street, NW | |
| | City/State/ZIP ▼<br>Washington, DC 20036 | |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ℗ Printed on recycled paper                      U.S. Government Printing Office: 2000-461-113/20,021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-232-767**

*TXu01232767*

EFFECTIVE DATE OF REGISTRATION

3   30   05
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublished updates from January 1, 2005 to March 31, 2005

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
Representative date March 15, 2005

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**
**a**
**NAME OF AUTHOR ▼**
Metropolitan Regional Information Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Updated and revised text and images and new text and images.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

---

**4**
See instructions before completing this space.
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Metropolitan Regional Information Systems, Inc.
9420 Key West Avenue, 2nd Floor
Rockville, Maryland 20850

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 3 0 2005
ONE DEPOSIT RECEIVED
MAR 3 0 2005
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____   FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ **2 reg., 1 pend.**   Year of Registration ▶ **22Apr04 & 23Jul04**

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version of unpublished automated database updated and revised from October 1, 2004 to December 31, 2004.

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updated and revised text and images and new text and images.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                               Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Ann K. Ford, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW, Washington, DC 20036

**b**

Area code and daytime telephone number ▶ **(202) 861-3920**      Fax number ▶ **(202) 223-2085**

Email ▶ **ann.ford@dlapiper.com**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Metropolitan Regional Information Systems, Inc.**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ann K. Ford                                          Date ▶ **March 30, 2005**

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Ann K. Ford, Esq.

Number/Street/Apt ▼
DLA Piper Rudnick Gray Cary US LLP, 1200 Nineteenth Street, NW

City/State/ZIP ▼
Washington, DC 20036

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

**TXu 1–275–840**

TX | TXU

**EFFECTIVE DATE OF REGISTRATION**

| 1 | 5 | 06 |
|---|---|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublished updates from October 1, 2005 to December 31, 2005

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**
Representative date November 15, 2005

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

---

**2**

**a** **NAME OF AUTHOR ▼**
Metropolitan Regional Information Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Updated and revised text and images and new text and images.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶  Day ▶  Year ▶  ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Metropolitan Regional Information Systems, Inc.
9420 Key West Avenue, 2nd Floor
Rockville, Maryland 20850

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 05 2006
**ONE DEPOSIT RECEIVED**
JAN 05 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ☑

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on the application.
If your answer is "Yes," give: Previous Registration Number ▶ 5 reg., 3 pend.          Year of Registration ▶ 2004 and 2005

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

Previous version of unpublished automated database updated and revised from October 1, 2005 to December 31, 2005.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

Daily updated and revised text and images and new text and images.

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b

Linda T. Makings, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW, Washington, DC 20036

Area code and daytime telephone number ▶ (202) 861-3900          Fax number ▶ (202) 223-2085

Email ▶  linda.makings@dlapiper.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the          ☐ author
                                                    ☐ other copyright claimant
                            Check only one ▶        ☐ owner of exclusive right(s)
                                                    ☑ authorized agent of  Metropolitan Regional Information Systems, Inc.
of the work identified in this application and that the statements made                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Linda T. Makings                                        Date ▶ December 29, 2005

Handwritten signature (X) ▼

X _____ [signature] _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Linda T. Makings, Esq.

Number/Street/Apt ▼
DLA Piper Rudnick Gray Cary US LLP, 1200 Nineteenth Street, NW

City/State/ZIP ▼
Washington, DC 20036

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-326-967**

EFFECTIVE DATE OF REGISTRATION

| 1 | 3 | 2007 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublished updates from October 1, 2006 to December 31, 2006

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative date November 20, 2006

If published in a periodical or serial give:   Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**NAME OF AUTHOR ▼**

Metropolitan Regional Information Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Updated and revised text and images and new text and images.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given ONLY if this work ◄ Year in all cases. has been published.
2006

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶       Day ▶       Year ▶       ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Metropolitan Regional Information Systems, Inc.
9420 Key West Avenue, 2nd Floor
Rockville, Maryland 20850

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 03 2007
ONE DEPOSIT RECEIVED
JAN 03 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY  _SM_

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▶** 7 reg., 2 pend.   **Year of Registration ▶** 2004, 2005, 2006

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version of unpublished automated database updated and revised from July 1, 2006 to September 30, 2006.

See Instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updated and revised text and images and new text and images.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                   **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Ryan C. Compton, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW, Washington, DC 20036

Area code and daytime telephone number ▶ (202) 861-3900           Fax number ▶ (202) 223-2085

Email ▶
   dctrademarks@dlapiper.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶   ☐ author
                    ☐ other copyright claimant
                    ☐ owner of exclusive right(s)
                    ☑ authorized agent of  Metropolitan Regional Information Systems, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ryan C. Compton                                         Date ▶ January 3, 2006

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Ryan C. Compton, Esq.

Number/Street/Apt ▼
DLA Piper US LLP, 1200 Nineteenth Street, NW

City/State/ZIP ▼
Washington, DC 20036

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxxx   Web Rev: July 2003   ♻ Printed on recycled paper           U.S. Government Printing Office: 2000-461-113/20,021

FORM TX



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1–319–166**



*TXU001319166*

EFFECTIVE DATE OF REGISTRATION

**JUN 27 2006**
Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublished updates from April 1, 2006 to June 30, 2006

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
Representative date June 15, 2006

If published in a periodical or serial give:  Volume ▼      Number ▼        Issue Date ▼        On Pages ▼

---

**NAME OF AUTHOR ▼**
Metropolitan Regional Information Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Updated and revised text and images and new text and images.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006 ◀ Year
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶        ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Metropolitan Regional Information Systems, Inc.
9420 Key West Avenue, 2nd Floor
Rockville, Maryland 20850

See instructions before completing this space.

**APPLICATION RECEIVED**
**JUN 27 2006**
**ONE DEPOSIT RECEIVED**
**JUN 27 2006**
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____ FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ **10 previous regs**    Year of Registration ▶ **2004, 2005, 2006**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**Previous version of unpublished automated database updated and revised from January 1, 2006 to March 31, 2006.**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Daily updated and revised text and images and new text and images.**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Linda T. Makings, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW, Washington, DC 20036

Area code and daytime telephone number ▶ **(202) 861-3900**        Fax number ▶ **(202) 223-2085**

Email ▶   dctrademarks@dlapiper.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☑ authorized agent of **Metropolitan Regional Information Systems, Inc.**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Linda T. Makings                            Date ▶ **June 22, 2006**

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

| | |
|---|---|
| Name ▼ | Linda T. Makings, Esq. |
| Number/Street/Apt ▼ | DLA Piper Rudnick Gray Cary US LLP, 1200 Nineteenth Street, NW |
| City/State/ZIP ▼ | Washington, DC 20036 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper           U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# TXu 1-601-940

**Effective date of registration:**

January 8, 2008

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc. MRIS Database; unpublished updates from September 1, 2007 to December 31, 2007

## Completion/ Publication

**Year of Completion:** 2007

## Author

**■  Author:** Metropolitan Regional Information Systems, Inc.

**Author Created:** Updated and revised text and images and new text and images.

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc.

9420 Key West Avenue, 2nd Floor, Rockville, Maryland, 20850

## Limitation of copyright claim

**Material excluded from this claim:** Previous versions of unpublished automated database updated and revised from September 1, 2007 to December 31, 2007

**Previously registered:** Yes

**Previous registration and year:** 13 reg., 3 pend.   2004, 2005, 2006, '07

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Daily updated and revised text and images and new text and images.

## Certification

**Name:** Rvan C. Compton

**Date:** January 7, 2008

---

**Copyright Office notes:**   Regarding deposit: Application states that ID material (database records) from representative date December 31, 2007.

```
Type of Work:           Computer File

Registration Number / Date:
                        TXu001601940 / 2008-01-08

Application Title: Group registration for automated database titled
                   Metropolitan Regional Information Systems, Inc. MRIS
                   Database; unpublished updates from September 1, 2007 to
                   December 31, 2007.

Title:             Metropolitan Regional Information Systems, Inc. MRIS
                   Database; unpublished updates from September 1, 2007 to
                   December 31, 2007.

Description:       Print material.

Copyright Claimant:
                   Metropolitan Regional Information Systems, Inc.

Date of Creation:  2007

Authorship on Application:
                   Metropolitan Regional Information Systems, Inc., employer
                   for hire; Domicile: United States; Citizenship: United
                   States. Authorship: Updated and revised text and images
                   and new text and images.

Previous Registration:
                   2004, 2005, 2006, '07, 13 reg., 3 pend..

Pre-existing Material:
                   Previous versions of unpublished automated database updated
                   and revised from September 1, 2007 to December 31, 2007.

Basis of Claim:    Daily updated and revised text and images and new text and
                   images.

Copyright Note:    Regarding deposit: Application states that ID material
                   (database records) from representative date December 31,
                   2007.

Names:             Metropolitan Regional Information Systems, Inc.
```

===============================================================================

```
Type of Work:          Text

Registration Number / Date:
                       TXu001372707 / 2007-10-05

Title:                 Group registration for automated database titled
                           Metropolitan Regional Information Systems, Inc., MRIS
                           database : unpublished updates from July 1, 2007 to
                           September 30, 2007.

Copyright Claimant:
                       Metropolitan Regional Information Systems, Inc.

Date of Creation:  2007

Previous Registration:
                       Prev. reg. 2004, et al.

Basis of Claim:    New Matter: daily updated & rev. text, new text & images.

Copyright Note:    Cataloged from appl. only.

Other Title:       Metropolitan Regional Information Systems, Inc., MRIS
                       database

Names:             Metropolitan Regional Information Systems, Inc.

================================================================================
```

```
Type of Work:          Text

Registration Number / Date:
                       TXu001706869 / 2009-01-14

Application Title: Group registration for automated database titled
                       Metropolitan Regional Information Systems, Inc.; MRIS
                       Database; unpublished updates from October 1, 2008 to
                       December 31, 2008.

Title:                 Metropolitan Regional Information Systems, Inc.; MRIS
                       Database; unpublished updates from October 1, 2008 to
                       December 31, 2008.

Description:           Electronic file (eService)

Copyright Claimant:
                       Metropolitan Regional Information Systems, Inc.

Date of Creation:  2008

Authorship on Application:
                       Metropolitan Regional Information Systems, Inc., employer
                           for hire; Domicile: United States; Citizenship: United
                           States. Authorship: text, photograph(s)

Previous Registration:
                       2008, TXu001589556.
                       2007, TXu001326967.

Pre-existing Material:
                       text.

Basis of Claim:    text, photographs.

Names:                 Metropolitan Regional Information Systems, Inc.
```

===========================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TXu001589556 / 2008-10-02

Application Title: Group registration for automated database titled
                   Metropolitan Regional Information Systems, Inc.; MRIS
                   Database; unpublished updates from July 1, 2008 to
                   September 30, 2008.

Title:             Group registration for automated database titled
                   Metropolitan Regional Information Systems, Inc.; MRIS
                   Database; unpublished updates from July 1, 2008 to
                   September 30, 2008.

Description:       Electronic file (eService)

Copyright Claimant:
                   Metropolitan Regional Information Systems, Inc..

Date of Creation:  2008

Authorship on Application:
                   Metropolitan Regional Information Systems, Inc., employer
                   for hire; Domicile: United States; Citizenship: United
                   States. Authorship: text.

Previous Registration:
                   2004, TXu001173512.
                   2007, TXu001326967.

Pre-existing Material:
                   text.

Basis of Claim:    text.

Names:             Metropolitan Regional Information Systems, Inc.
```

========================================================================

```
Type of Work:         Text

Registration Number / Date:
                      TXu001706872 / 2009-11-03

Application Title: Group registration for automated database titled
                      Metropolitan Regional Information Systems, Inc., MRIS
                      database : unpublished updates from July 1, 2009 to
                      September 30, 2009.

Title:                Metropolitan Regional Information Systems, Inc., MRIS
                      database : unpublished updates from July 1, 2009 to
                      September 30, 2009.

Description:          Electronic file (eService)

Copyright Claimant:
                      Metropolitan Regional Information Systems, Inc.

Date of Creation:  2009

Authorship on Application:
                      Metropolitan Regional Information Systems, Inc., employer
                         for hire; Domicile: United States. Authorship: text,
                      photograph(s), editing.

Pre-existing Material:
                      text, photographs.

Basis of Claim:       text, photographs.

Names:                Metropolitan Regional Information Systems, Inc.
```

==================================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TXu 1-737-341

**Effective date of registration:**

March 31, 2010

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc MRIS from 1/1/2010 through 3/31/2010; Representative Creation Date: 3/31/2010; updated daily

## Completion/Publication

**Year of Completion:** 2010

## Author

**Author:** Metropolitan Regional Information Systems, Inc

**Author Created:** New and revised compilation of database materials, text and photographs

**Work made for hire:** Yes

**Citizen of:** United States　　　　　　**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc.

9707 Key West Ave, Rockville, MD

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** New and revised compilation of database materials, text and photographs

## Certification

**Name:** Danielle Blanchard

**Date:** March 31, 2010

**Correspondence:** Yes

# *-APPLICATION-*

## Title

**Title of Work:** Group registration for automated database title Metropolitan Regional Information Systems, Inc MRIS

## Completion/Publication

**Year of Completion:** 2010

## Author

■ **Author:** Metropolitan Regional Information Systems, Inc

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:**   United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, In.

9707 KeyWest Ave, Rockville, MD

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Certification

**Name:** Danielle Blanchard

**Date:** March 31, 2010

**Registration #:**

**Service Request #:**   1-367442581

**Application Date:**   03-31-2010 16:41:48

# Correspondent ————————————————————————

**Organization Name:**   Metropolitan Regional Information Systems, Inc.

**Name:**   Danielle Blanchard

**Address:**   9707 Key West Ave
Suite 200
Rockville, MD 20850

# Mail Certificate ————————————————————————

Metropolitian Regional Information Systems, Inc.
Danielle Blanchard
9707 Key West Ave
Suite 200
Rockville, MD 20850

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

# TXu 1-737-346

**Effective date of registration:**

November 9, 2010

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systesm, Inc MRIS from 4/1/2010 through 6/30/2010; Representative Creation Date: 6/30/2010: updated daily

## Completion/Publication

**Year of Completion:** 2010

## Author

**Author:** Metropolitan Regional Information Systems, Inc.

**Author Created:** New and revised compilation of database material, text and photographs

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc.

Rockville, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** New and revised compilation of database material, text and photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle Blanchard

**Address:** 9707 Key West Ave

Suite 200

Rockville, MD 20850

## Certification

# *-APPLICATION-*

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systesm, Inc MRIS

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Metropolitan Regional Information Systems, Inc.

  **Author Created:** text, photograph(s)

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc.

Rockville, MD, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle Blanchard

**Address:** 9707 Key West Ave

Suite 200

Rockville, MD 20850

## Certification

**Name:**   Danielle Blanchard

**Date:**   June 30, 2010

**Registration #:**

**Service Request #:**   1-436554421

**Application Date:**   06-30-2010 15:51:30

## Correspondent

**Organization Name:**   MRIS

**Name:**   Danielle  Blanchard

**Address:**   9707 Key West Ave
Suite 200
Rockville, MD 20850

## Mail Certificate

MRIS
Danielle Blanchard
9707 Key West Ave
Suite 200
Rockville, MD 20850

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TXu 1-720-738**

**Effective date of registration:**

November 9, 2010

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc MRIS

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Metropolitan Regional Information Systems, Inc, dba MRIS
  **Author Created:** text, photograph(s)

  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc

9707 Key West Ave, Rockville, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net          **Telephone:** 301-838-4613

## Certification

**Name:** Danielle Blancahrd

**Date:** September 30, 2010

# *-APPLICATION-*

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc MRIS

## Completion/Publication

**Year of Completion:** 2010

## Author

■ **Author:** Metropolitan Regional Information Systems, Inc, dba MRIS

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc

9707 Key West Ave, Rockville, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net          **Telephone:** 301-838-4613

## Certification

**Name:** Danielle Blancahrd

**Date:** September 30, 2010

**Registration #:**

**Service Request #:**   1-495212708

**Application Date:**   09-30-2010 18:15:53

# Correspondent

**Organization Name:**   MRIS

**Name:**   Danielle  Blanchard

**Address:**   9707 Key west Ave
Rockville, MD 20850

# Mail Certificate

MRIS
Danielle Blancahrd
9707 Key West Ave
Rockville, MD 20850

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TXu 1-734-839**

**Effective date of registration:**

December 31, 2010

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc. from 10/1/2010 through 12/31/2010; Representative Creation Date - 12/31/2010; updated daily

## Completion/Publication

**Year of Completion:** 2010

## Author

**Author:** Metropolitan Regional Information Systems, Inc., dba MRIS

**Author Created:** New and revised compilation of database material, text and photographs

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc.

9707 Key West Ave, Rockville, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** New and revised compilation of database material, text and photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net      **Telephone:** 301-838-4613

**Address:** 9707 Key West Ave

Rockville, MD 20850

## Certification

# *-APPLICATION-*

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc.

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Metropolitan Regional Information Systems, Inc., dba MRIS

  **Author Created:** text, photograph(s)

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc.

9707 Key West Ave, Rockville, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net          **Telephone:** 301-838-4613

**Address:** 9707 Key West Ave

Rockville, MD 20850

## Certification

**Name:**   Danielle Blanchard

**Date:**   December 31, 2010

**Registration #:**

**Service Request #:**   1-541522808

**Application Date:**   12-31-2010 19:42:28

## Correspondent

**Organization Name:**   MRIS

**Name:**   Danielle Blanchard

**Address:**   9707 Key West
Rockville, MD 20850

## Mail Certificate

MRIS
Danielle Blanchard
9707 Key West
Rockville, MD 20850

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TXu 1-737-337

**Effective date of registration:**

March 31, 2011

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc. from 1/1/2011 through 3/31/2011; Represesentative Creation Date: 3/31/2011; updated daily

## Completion/Publication

**Year of Completion:** 2011

## Author

■  **Author:** Metropolitan Regional Information Systems, Inc.

**Author Created:** New and revised compilation of database material, text and photographs

**Work made for hire:** Yes

**Citizen of:** United States            **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc., dba  MRIS

9707 Key West Ave, Rockville, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** New and revised compilation of database material, text and photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle  Blanchard

**Email:** danielle.blanchard@mris.net            **Telephone:** 301-838-4673

**Address:** 9707 Key West Ave

Rockville, MD 20850

## Certification

# *-APPLICATION-*

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc.

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2011

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■ **Author:** Metropolitan Regional Information Systems, Inc.

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc., dba MRIS

9707 Key West Ave, Rockville, MD, 20850

## Limitation of copyright claim ━━━━━━━━━━━━━━━━━━━━

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions ━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Organization Name:** MRIS

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net   **Telephone:** 301-838-4673

**Address:** 9707 Key West Ave

Rockville, MD 20850

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:**   Danielle Blanchard

**Date:**   March 31, 2011

**Registration #:**
**Service Request #:**   1-589936471

**Priority:**   Routine          **Application Date:**   March 31, 2011 04:31:53 PM

## Correspondent

**Organization Name:** MRIS

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net

**Address:** 9707 Key West Ave
Rockville, MD 20850

## Mail Certificate

MRIS
Danielle Blanchard
9707 Key West Ave
Rockville, MD 20850

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# TXu 1-762-388

**Effective date of registration:**

June 30, 2011

## Title

**Title of Work:** Group registration for authomated database title Metropolitan Regional Information Systems, Inc. From 4/1/2011-6/30/2011; Representative Creation Date 6/30/2011; updated daily

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Metropolitan Regional Information Systems, Inc.

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc

9707 Key West, Suite 200, Rockville, MD

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net      **Telephone:** 301-838-4613

## Certification

**Name:** Danielle Blanchard

**Date:** June 30, 2011

# *-APPLICATION-*

## Title ───────────────────────────────

**Title of Work:** Group registration for authomated database title Metropolitan Regional Information Systems, Inc. From 4/1/2011-6/30/2011; Representative Creation Date 6/30/2011; undated daily

## Completion/Publication ──────────────

**Year of Completion:** 2011

## Author ──────────────────────────────

■ **Author:** Metropolitan Regional Information Systems, Inc.

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant ──────────────────

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc

9707 Key West, Suite 200, Rockville, MD

## Limitation of copyright claim ───────

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions ──────────────

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net          **Telephone:** 301-838-4613

## Certification ───────────────────────

**Name:** Danielle Blanchard

**Date:** June 30, 2011

**Registration #:**
**Service Request #:** 1-629470281

**Priority:** Routine          **Application Date:** June 30, 2011 05:44:32 PM

## Correspondent

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net

**Address:** 9707 Key West Ave, suite 200
Rockville, MD 20850 United States

## Mail Certificate

Metropolitan Regional Information Systems, Inc
Danielle Blanchard
9707 Key West Ave, Suite 200
Rockville, MD 20850

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-778-182

**Effective date of registration:**

October 6, 2011

---

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc. from 7/1/2011 through 9/30/2011; Representative Creation Date - 8/17/2011; updated daily

## Completion/Publication

**Year of Completion:** 2011

## Author

**Author:** Metropolitan Regional Information Systems, Inc.

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc.

9707 Key West Ave, Rockville, MD, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net          **Telephone:** 301-838-4613

## Certification

**Name:** Danielle Blanchard

**Date:** October 6, 2011

---

# *-APPLICATION-*

## Title ─────────────────────────────────

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc. from 7/1/2011 through 9/30/2011; Representative Creation Date - 8/17/2011: updated daily

## Completion/Publication ──────────────────

**Year of Completion:** 2011

## Author ────────────────────────────────

**Author:** Metropolitan Regional Information Systems, Inc.

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant ────────────────────

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc.

9707 Key West Ave, Rockville, MD, United States

## Limitation of copyright claim ──────────

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions ────────────────

**Name:** Danielle Blanchard

**Email:** danielle.blanchard@mris.net          **Telephone:** 301-838-4613

## Certification ─────────────────────────

**Name:** Danielle Blanchard

**Date:** October 6, 2011

**Registration #:**

**Service Request #:** 1-669811291

**Priority:** Routine          **Application Date:** October 6, 2011 11:33:54 AM

## Correspondent

**Name:** Danielle  Blanchard

**Email:** danielle.blanchard@mris.net

**Address:** 9707 Key West Ave
Suite 200
Rockville, MD 20850

## Mail Certificate

Metropolitan Regional Information Systems, Inc.
9707 Key West Ave
Suite 200
Rockville, MD 20850

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-788-712

**Effective date of registration:**

January 12, 2012

---

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc. from 10/1/2011 through 12/31/2011; Representative Creation Date - 12/19/2011; updated daily

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Metropolitan Regional Information System, Inc.

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc

9707 Key West Ave, Rockville, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle Blanchard Blanchard

**Email:** danielle.blanchard@mris.net          **Telephone:** 301-838-4613

## Certification

**Name:** Danielle Blanchard

**Date:** December 31, 2011

# *-APPLICATION-*

## Title

**Title of Work:** Group registration for automated database titled Metropolitan Regional Information Systems, Inc. from 10/1/2011 through 12/31/2011; Representative Creation Date - 12/19/2011; updated daily

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Metropolitan Regional Information System, Inc.

**Author Created:** text, photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Metropolitan Regional Information Systems, Inc
9707 Key West Ave, Rockville, MD, 20850

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** text, photographs

## Rights and Permissions

**Organization Name:** MRIS

**Name:** Danielle Blanchard Blanchard

**Email:** danielle.blanchard@mris.net          **Telephone:** 301-838-4613

## Certification

**Name:** Danielle Blanchard

**Date:** December 31, 2011

**Registration #:**

**Service Request #:**  1-705129651

**Priority:**  Routine          **Application Date:**  December 31, 2011 07:46:01 PM

## Correspondent

**Organization Name:** MRIS

**Name:** Danielle  Blanchard

**Email:** danielle.blancahrd@mris.net          **Telephone:** 301-838-4613

**Address:** 9707 KEY WEST
Rockville, MD 20850

## Mail Certificate

MRIS
Danielle Blachard
9707 Key West
Rockville, MD 20850