IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC. <br><br> and <br><br> JONATHAN J. CARDELLA, <br><br> Defendants. | CIVIL ACTION NO. 12-cv-0954 |

**DECLARATION OF BOYD J. CAMPBELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RULE 12(b) MOTIONS TO DISMISS**

I, Boyd J. Campbell, declare as follows:

1. I am a resident and citizen of the State of Maryland and am the Managing Partner and Associate Broker of the Home Center Real Estate, LLC d/b/a CENTURY 21 HOME CENTER ("CENTURY 21 Home Center") real estate brokerage firm at 9811 Greenbelt Road, Suite 205, Lanham, Maryland.

2. I make this Declaration upon my personal knowledge, individually and as Managing Partner and Associate Broker of the CENTURY 21 Home Center.

3. I make this Declaration in support of Plaintiff Metropolitan Regional Information Systems, Inc.'s ("MRIS") Opposition to the Motions to Dismiss under Rule 12(b) of the Rules of Civil Procedure of Defendants American Home Realty Network, Inc. ("AHR") and Jonathan J.

#3022427

Cardella. This Declaration supplements my earlier Declaration in March 2012 in support of MRIS's Motion for a Preliminary Injunction in this litigation matter.

4. On April 29, 2012, I was sent an email (see below) from Ben Major (ben@neighborcity.com), a client specialist at NeighborCity, soliciting me to work with a NeighborCity.com client named "Linda B" who was, according to the email, interested in working with a buyers agent in connection with viewing a property at 5615 Hawthorne Street, Cheverly, Maryland. Ben Major's email indicated that he had identified me as a "qualified local agent" in Maryland and that the referral of "Linda B" would be subject to a referral fee of 30% on my gross broker's commission if I accepted the referral. The email also directed me to the NeighborCity.com website to learn more about the referral client and how to work with NeighborCity, and provided me an 800 telephone number if I wanted to contact Ben Major at NeighborCity.com. The email also noted that NeighborCity is part of American Home Realty Network, Inc.

5. A true and correct copy of the April 29, 2012 email to me from NeighborCity.com is attached as Exhibit 1 and reproduced below:

> **From:** Ben Major [mailto:ben@neighborcity.com]
> **Sent:** Sunday, April 29, 2012 12:47 PM
> **To:** Boyd@BoydCampbell.com
> **Subject:** Boyd, I have a client who is interested in 5615 HAWTHORNE ST in Cheverly
>
> Hi Boyd,
>
> I would like to introduce you to our client Linda B., on a standard broker-to-broker referral basis. Linda is not currently working with another agent and is interested in getting more information on a property in Cheverly. I've identified you as a qualified local agent.
>
> Property Information
> Address: 5615 HAWTHORNE ST, Cheverly, MD 20785
> MLS: PG7817605
> Price: $279,900

Client comments: *"Please contact me to confirm a viewing of this property on 04/30/2012 in the evening. Thank you. I would like to work with a buyers agent; I can only purchase a house after the sale of my n.w. dc petworth house"*

Our referral fee is 30% of your broker's gross commission (one side only) and <u>there are never any other fees</u>.

To learn more about this client and how to work with NeighborCity, please visit this page:
http://www.neighborcity.com/agent-claim-buyer/?source=email&key=9a07734d3bbbb180d79c8d4ee62d7c89/

Our clients are claimed on a first-come, first-serve basis.

If you have any questions, concerns, or need immediate assistance please feel free to reply or contact me directly at 1(800) 357-3321. Otherwise, the link above will explain everything.

I look forward to working with you!

Kind regards,

Ben Major
Client Specialist
ben@neighborcity.com
(800) 357-3321
NeighborCity is part of American Home Realty Network, Inc. (<u>License# 1825905</u>)

6. The April 29, 2012 email from Ben Major at NeighborCity.com was unsolicited. Neither myself nor my CENTURY 21 Home Center real estate brokerage in Maryland have ever worked with NeighborCity or AHR, or have any referral agreement or any other agreement with NeighborCity or AHR.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on: 5-23-2012
Date

Boyd J. Campbell

Case 8:12-cv-00954-AW Document 26-3 Filed 05/29/12 Page 4 of 4

Exhibit 18 to Declaration of Boyd Campbell in Support of Plaintiff's
Opposition to Defendants' Rule 12(b) Motions to Dismiss

**From:** Ben Major [mailto:ben@neighborcity.com]
**Sent:** Sunday, April 29, 2012 12:47 PM
**To:** Boyd@BoydCampbell.com
**Subject:** Boyd, I have a client who is interested in 5615 HAWTHORNE ST in Cheverly

Hi Boyd,

I would like to introduce you to our client Linda B., on a standard broker-to-broker referral basis. Linda is not currently working with another agent and is interested in getting more information on a property in Cheverly. I've identified you as a qualified local agent.

Property Information
Address: 5615 HAWTHORNE ST, Cheverly, MD 20785
MLS: PG7817605
Price: $279,900

Client comments: *"Please contact me to confirm a viewing of this property on 04/30/2012 in the evening. Thank you. I would like to work with a buyers agent; I can only purchase a house after the sale of my n.w. dc petworth house"*

Our referral fee is 30% of your broker's gross commission (one side only) and there are never any other fees.

To learn more about this client and how to work with NeighborCity, please visit this page:
http://www.neighborcity.com/agent-claim-buyer/?source=email&key=9a07734d3bbbb180d79c8d4ee62d7c89/

Our clients are claimed on a first-come, first-serve basis.

If you have any questions, concerns, or need immediate assistance please feel free to reply or contact me directly at 1(800) 357-3321. Otherwise, the link above will explain everything.

I look forward to working with you!

Kind regards,

Ben Major
Client Specialist
ben@neighborcity.com
(800) 357-3321
NeighborCity is part of American Home Realty Network, Inc. (License# 1825905)