IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>AMERICAN HOME REALTY NETWORK, INC. <br><br>and <br><br>JONATHAN J. CARDELLA, <br><br>Defendants. | CIVIL ACTION NO. 12-cv-0954 |

**DECLARATION OF JOHN L. HEITHAUS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

I, John L. Heithaus, declare as follows:

1. I am a resident of the State of Maryland and am the Chief Marketing Officer of the plaintiff Metropolitan Regional Information Systems, Inc. ("MRIS"). I make this Declaration upon my personal knowledge, both as an individual and as MRIS's Chief Marketing Officer.

2. As MRIS's Chief Marketing Officer, I oversee MRIS marketing operations, product innovation and management initiatives and MRIS's alliance management teams. I have more than 30 years of experience in the real estate industry.

3. MRIS has implemented a comprehensive program to protect the MRIS Database and the property listings in the MRIS Database against unauthorized use. As part of this program,

MRIS registers the MRIS Database quarterly with the U.S. Copyright Office under registration procedures applicable to automated databases.

4. Under these Copyright Office procedures, MRIS files its claims of copyright ownership in and to the MRIS Database with the Copyright Office each quarter.  MRIS's copyrights in and to the MRIS Database extend to the collection and compilation of the real estate listings in the MRIS Database and to expressive contributions created by MRIS or acquired by MRIS, including the photographs included in the listings.

5. MRIS is charged with the responsibility of enforcing the copyrights in and to the MRIS Database to maintain the value of the MRIS Database and the its contents, both on behalf of MRIS and of the MRIS brokers and agents who expend substantial time, effort and resources to acquire and market their property listings through the MRIS multiple listing service. So that unauthorized copies of the photos may be identified, MRIS also affixes its copyright notice to the photos in the database.

6. In addition to its copyright registration program, MRIS protects the MRIS Database contractually by requiring that third parties accessing and using the MRIS Database are subject to licensed use restrictions.  In exchange for these rights and commitments (as detailed in the applicable MRIS Subscription and Terms of Use Agreements) and upon payment of a subscription fee, each subscriber is given access to the entire MRIS Database (including competitor listings), and may include listings from the MRIS Database on the brokerage and/or agent websites for consideration by prospective home buyers and renters.

7. Attached as Exhibit 1 is a true and correct copy of MRIS' Terms of Use Agreement.

8. Per the MRIS Terms of Use Agreement, MRIS owns all images submitted by real estate agent and broker subscribers and contributes those images to the MRIS Database. These images are the property of MRIS and are irrevocably assigned to MRIS. As the Terms of Use Agreement states:

> All images submitted to the MRIS Service become the exclusive property of Metropolitan Regional Information Systems, Inc. (MRIS). By submitting an image, you hereby irrevocably assign (and agree to assign) to MRIS, free and clear of any restrictions or encumbrances, all of your rights, title and interest in and to the image submitted. This assignment includes, without limitation, all worldwide copyrights in and to the image, and the right to sue for past and future infringement.

9. AHR's unauthorized use, reproduction, public display, modification, transmission, and public distribution of the copyrighted MRIS Database and the informational content in the MRIS Database on NeighborCity.com has caused and is causing significant harm to MRIS, and to subscriber brokers and agents of the MRIS Database.

10. This harm is acutely felt in Maryland, where MRIS has invested time, resources, and effort to create the MRIS Database, and by Maryland real estate brokers and agents who have entrusted their copyrighted content to MRIS.

11. AHR's NeighborCity.com website contains real estate listings that display MRIS's photos including the MRIS copyright notice, that inaccurately reflect the current status of properties identified by the NeighborCity.com website as currently active or otherwise available on the market. These inaccuracies affect the credibility and integrity of the information MRIS publishes and disseminates, and hurts MRIS's reputation in the real estate market served by MRIS. By misappropriating information sourced from the MRIS Database, AHR also harms

MRIS's subscriber brokers and agents who expend efforts to maintain the quality and accuracy of the listing information they make available through the MRIS service.

12. By displaying publicly unauthorized real estate listings on the NeighborCity.com website pages, AHR also dilutes the value of the MRIS Database, reducing the confidence that users of the content have in information originating from MRIS and its subscribers, reducing the value of the listing content in the marketplace, and making it more difficult to obtain licensing revenue from alliance partners and other third parties.  AHR also increases MRIS's costs to administer its rights in the MRIS Database and its content.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on: May 24, 2012

_____
John L. Heithaus

**Metropolitan Regional Information Systems
v.
American Home Realty Network, Inc., and Jonathan J. Cardella**

**Declaration of John L. Heithaus in Support of Plaintiff's
Opposition to Defendants' Motion to Dismiss**

# Exhibit 1

## MRIS TERMS OF USE AGREEMENT

READ THE FOLLOWING CAREFULLY, AS THESE TERMS ARE LEGALLY BINDING. BY SUBMITTING AN IMAGE TO THE MRIS SERVICE YOU ARE ACKNOWLEDGING THAT YOU HAVE READ AND UNDERSTOOD THE FOLLOWING TERMS AND THAT YOU AGREE TO BE BOUND BY THEM. FAILURE TO AGREE TO THE FOLLOWING TERMS BARS YOU FROM SUBMITTING IMAGES TO THE MRIS SERVICE. THESE TERMS OF USE SUPERSEDE ANY PREVIOUS (e.g., UPSHOT) TERMS OF USE, AND ARE SUPPLEMENTAL TO ANY OTHER TERMS OF USE AND AGREEMENTS GOVERNING YOUR USE OF THE MRIS SERVICE.

Photo albums are uploaded on a per listing number (ML#) basis and are not transferable to another listing. So that you may continue to use the image in your business, MRIS grants to you and your broker the perpetual right and license to use, copy, adapt, modify, display and distribute the image for your own business purposes, including posting the image on your own web site, your broker's web site, or in your own property listings, in any form or manner now or in the future available. All images submitted to the MRIS Service become the exclusive property of Metropolitan Regional Information Systems, Inc. (MRIS). By submitting an image, you hereby irrevocably assign (and agree to assign) to MRIS, free and clear of any restrictions or encumbrances, all of your rights, title and interest in and to the image submitted. This assignment includes, without limitation, all worldwide copyrights in and to the image, and the right to sue for past and future infringements. If and to the extent you retain any copyrights or other ownership rights in or to the image despite this assignment, you waive and agree never to assert any such rights against MRIS or its successors, licensees, or customers, including without limitation, any moral rights that you may have in or to the image. You warrant that any image submitted is your sole property, that no third party owns the image or any rights in or to the image (or any rights that, to your knowledge would undermine this assignment), and that you are not submitting materials for which you do not have the right to make the assignment described above.
MRIS reserves the right to accept or decline any image submission and may, at its own discretion, remove any image from its systems for any reason it deems to be appropriate. Inappropriate information includes, for example, images containing broker or agent name/contact information, web site addresses, personal property, and obscene or profane material.