**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL | * | |
| INFORMATION SYSTEMS, INC., | * | |
|    Plaintiff, | * | |
| | * | |
|        v. | * | Civil Action No. 12-cv-00954-AW |
| | * | |
| AMERICAN HOME REALTY NETWORK, | * | |
| INC., *et al.*, | * | |
|    Defendants. | * | |

**************************************************************************

## ORDER

Pending before the Court is Defendant Jonathan J. Cardella's ("Cardella")'s Motion to Dismiss, Doc. No. 23, Defendant American Home Realty Network, Inc.'s ("AHRN")'s Motion to Dismiss, Doc. No. 24, Plaintiff Metropolitan Regional Information Systems, Inc.'s ("MRIS")'s Motion for Leave to File a Surreply to Defendants' Replies in Support of their Motions to Dismiss, Doc. No. 30, and Plaintiff MRIS's Motion for Preliminary Injunction, Doc. No. 9. The Court has reviewed the motions and all supporting documents and finds that no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2011). For the reasons discussed in the accompanying Memorandum Opinion, it is, this **24th day of August, 2012**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1) Cardella's Motion to Dismiss, Doc. No. 23, is **GRANTED** for lack of personal jurisdiction, and Cardella is hereby **DISMISSED** from this action without prejudice;

2) AHRN's Motion to Dismiss, Doc. No. 24, is **DENIED**;

3) MRIS's Motion for Leave to File a Surreply, Doc. No. 30, is **DENIED** as moot;

4) MRIS's Motion for Preliminary Injunction, Doc. No. 9, is **GRANTED**.  Defendant AHRN and all persons acting under its direction, control or authority are hereby enjoined from unauthorized copying, reproduction, public display, or public distribution of copyrighted content from the MRIS Database, and from preparing derivative works based upon the copyrighted content from the MRIS Database.

5) The Clerk transmit a copy of this Order to all counsel of record.

6) A separate Scheduling Order as to the remaining parties, Plaintiff MRIS and Defendant AHRN, will follow.

| | |
|---|---|
|   August 24, 2012   |            /s/              |
| Date | Alexander Williams, Jr. |
| | United States District Judge |