**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

_____

| | |
|---|---|
| **METROPOLITAN REGIONAL** | ) |
| **INFORMATION SYSTEMS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 12-cv-954** |
| **v.** | ) |
| | ) |
| **AMERICAN HOME REALTY NETWORK, INC.** | ) |
| **and JONATHAN J. CARDELLA,** | ) |
| | ) |
| **Defendants,** | ) |

_____ )

**CONSENTED MOTION FOR EXTENSION OF TIME TO PLEAD**

Defendant American Home Realty Network, Inc. respectfully moves this Court to enlarge the time for Defendant to file its pleading responding to Plaintiff's Complaint. The Court in its Order of August 27, 2012 denied in part Defendant's Rule 12(b) motion to dismiss and by operation of Fed. R. Civ. P. 12(a)(4)(A) Defendant would be required to file its responsive pleading no later than September 10, 2012.

Defendant requests until September 24, 2012 in which to plead.  Reasons include that Defendant anticipates filing a counterclaim which Defendant's counsel represents has required considerable pre-filing investigation, including interviews with potential witnesses and coordination with his client based in San Francisco; and investigation was delayed in part by the uncertainty as to whether Defendant would even have to plead in view of its motion to dismiss.  The parties will submit separately a Joint Discovery Plan and Request for Modification of Scheduling Order consistent with this requested enlargement of time for Defendant to plead.

For at least these reasons, Defendant respectfully requests that the Court grant its motion for an enlargement of time for Defendant to plead until September 24, 2012.

Counsel for Defendant hereby certifies that on September 6, 2012 counsel for Plaintiff, Margaret A. Esquenet, consented to Defendant's request for a fourteen day extension of time to serve its Answer.

Respectfully submitted,

FARKAS+TOIKKA, LLP

 */s/ Richard S. Toikka*
Richard S. Toikka, Federal Bar No.13543
L. Peter Farkas (pro hac vice)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)
lpf@farkastoikka.com (email)

*Counsel for Defendant*
*American Home Realty Network, Inc.*

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, herby certify that on this the 6th day of September, 2012, a copy of the foregoing Motion was served by electronic means using the Court's CM/ECF system upon:

John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*/S/ Richard S. Toikka*
Richard S. Toikka