IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 12-cv-954 ) |
| AMERICAN HOME REALTY NETWORK, INC. and JONATHAN J. CARDELLA, | ) ) ) |
| Defendants, | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1292(a)(1) and Rules of Appellate Procedure, Rule 3, American Home Realty Network, Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Preliminary Injunction Order [D.E. 35] entered on August 27, 2012 against it and in favor of Plaintiff Metropolitan Regional Information Systems, Inc.

        Respectfully submitted,
        FARKAS+TOIKKA, LLP

           /S/ Richard S. Toikka
        Richard S. Toikka, Federal Bar No.13543
        L. Peter Farkas (pro hac vice)
        1101 30th Street, NW, Suite 500
        Washington, DC 20007
        202-337-7200 (phone)
        202-337-7808 (fax)
        rst@farkastoikka.com (email)
        lpf@farkastoikka.com (email)

        *Counsel for Defendant*
        *American Home Realty Network, Inc.*

        Of Counsel:
Christopher R. Miller (pro hac vice)
Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California  94103
800-357-3321 (phone)
C.Miller@NeighborCity.com (email)

*Counsel for Defendant American Home Realty Network, Inc.*

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, herby certify that on this the 10th of September, 2012, a copy of the foregoing Notice of Appeal was served by electronic means using the Court's CM/ECF system upon:

John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

        */S/ Richard S. Toikka*
        Richard S. Toikka