IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**AMERICAN HOME REALTY NETWORK, INC. and JONATHAN J. CARDELLA**<br><br>　　　　**Defendants.** | CIVIL ACTION NO.<br>AW-12-cv-0954 |

## JOINT DISCOVERY PLAN AND
## REQUEST FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the Court's August 27, 2012 Order, Plaintiff Metropolitan Regional Information Systems, Inc. ("Plaintiff" or "MRIS") and Defendant American Home Realty Network, Inc. ("Defendant" or "AHRN") (collectively, the "parties") submit their Joint Discovery Plan and Request for Modification of Scheduling Order (Dkt. 35):

1.　　The parties propose modification to the Court's August 27, 2012 Scheduling Order. Specifically, because Plaintiff and Defendant stipulated and agreed in a Consent Motion to an enlargement of time to September 24, 2012 for Defendant to file its Answer and Counterclaims, and the Court granted the motion, the Parties hereby request modification of the Scheduling Order as follows:

- October 9, 2012　　Deadline for requests for modification of the initial scheduling order

- October 9, 2012　　Report about deposition hours

- October 9, 2012　　Deadline for conference regarding electronic discovery

1

- November 8, 2012    Deadline for moving for joinder of additional parties and amendment of pleadings

- November 27, 2012    Plaintiff's Rule 26(a)(2) disclosures

- December 21, 2012    Defendant's Rule 26(a)(2) disclosures

- January 10, 2013    Plaintiff's Rebuttal Rule 26(a)(2) disclosures

- January 17, 2013    Rule 26(e)(2) supplementation of disclosures and responses

- February 12, 2013    Discovery Deadline and submission of status report

- March 8, 2013    Requests for Admission deadline

- April 8, 2013    Dispositive pretrial motions deadline

2. There have been no ADR efforts to date. Pursuant to Local Rule 607(2), the parties will consider the Court's ADR process, including the assistance of a Magistrate Judge serving as a neutral.

3. The parties note that the Court's August 27, 2012 Order states that there will be no required exchange of initial disclosures under Fed. R. Civ. P. 26(a)(1) between the parties. (Dkt. 35 at 2). To facilitate efficient discovery in this matter, the parties will informally exchange all information specified in Fed. R. Civ. P. 26(a)(1)(A)(i),(ii) and (iii) regarding potential witnesses, witnesses' contact information, documents, and document locations. Initial exchange of said information will occur no later than October 15, 2012, and seasonably supplemented as necessary.

4. Discovery may be needed on all of the allegations of Plaintiff's Complaint and Defendant's Answer and anticipated Counterclaim. Defendant has not yet filed its answer or any potential counterclaims in this action. Accordingly, the parties cannot identify all the subjects on which discovery may be needed at this time.

5.     The parties propose that discovery should not be limited except for the limitations imposed by the Federal Rules of Civil Procedure and the Local Rules.  The parties agree that all discovery requests, including notices of deposition, and written discovery responses may be served by email to the party's respective counsel of record.

6.     The parties have agreed to modify Local Rule 104 by increasing the number of document requests and requests for admission each party may serve on each other party to fifty (50).  Defendant American Home Realty Network, Inc. represents that it no longer considers Jonathan Cardella to be a "party" for the purposes of this modification of Local Rule 104.

7.     The parties continue to discuss modifications to Fed. R. Civ. P. (b)(5).

8.     The parties do not propose any orders at this time that should be entered by the Court under Fed. R. Civ. P. 26(c) or under Fed. R. Civ. P. 16(b) and (c).  However, the parties plan to file a Stipulated Protective Order for the Court's approval, intended to protect each party's confidential information, prior to the exchange of any documents or information that either party views as confidential.

9.     The parties continue to discuss procedures for the preservation, disclosure and management of electronically stored information, and will enter into an agreement addressing these issues.

10.    The parties do not consent to having the case tried by a magistrate.

11.    Defendant intends to name additional parties in Defendant's Counterclaim.

Dated: September 10, 2012             Respectfully submitted,

By:  */Margaret A. Esquenet/*
Margaret A. Esquenet (Bar No. 27775)
(margaret.esquenet@finnegan.com)
John T. Westermeier (Bar No. 04364)
(jay.westermeier@finnegan.com)
Whitney D. Cooke (admitted *pro hac vice*)
(whitney.cooke@finnegan.com)

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

*Attorneys for Plaintiff*
Metropolitan Regional Information
Systems, Inc.


By:  */Richard S. Toikka/*
Richard S. Toikka, Federal Bar No.13543
L. Peter Farkas (pro hac vice)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)
lpf@farkastoikka.com (email)

FARKAS + TOIKKA LLP

Of Counsel:
Christopher R. Miller (pro hac vice)
Chief Legal Officer and General
Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone)
C.Miller@NeighborCity.com (email)

*Attorneys for Defendants*
American Home Realty Network, Inc.

## **CERTIFICATE OF SERVICE**

I, Margaret A. Esquenet, hereby certify that on September 10, 2012, a copy of the foregoing Joint Discovery Plan and Request for Modification of Scheduling Order was served using the Court's CM/ECF system upon:

Richard S. Toikka
L. Peter Farakas
FARKAS & TOIKKA, L.L.P.
1101 30th Street N.W., Suite 500
Washington, DC 20007
rst@farkastoikka.com
lfp@farkastoikka.com

Christopher Ralph Miller
AMERICAN HOME REALTY NETWORK INC.
222 7th Street, Second Floor
San Francisco, CA 94103
c.miller@neighborcity.com

/s/Margaret A. Esquenet
Margaret A. Esquenet