**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,** | **CIVIL ACTION NO.** 8:12-cv-00954-AW |
| Plaintiff, | |
| v. | |
| **AMERICAN HOME REALTY NETWORK, INC.** and **JONATHAN J. CARDELLA,** | |
| Defendants. | |

**PLAINTIFF'S EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff Metropolitan Regional Information Systems, Inc. ("MRIS") respectfully moves this Court to extend the time to answer or otherwise respond to Defendant American Home Realty Network. Inc.'s ("AHRN") Counterclaims, filed and served on MRIS on September 24, 2012.

MRIS's current deadline to answer or otherwise respond to AHRN's counterclaims is October 18, 2012.  MRIS requests that this deadline be extended until November 9, 2012, for good cause, specifically, so that MRIS can fully respond to the AHRN's counterclaims and address AHRN's addition of the National Association of Realtors as a party to this litigation. This extension request is not for any purposes of delay.

Despite repeated requests from MRIS, counsel for AHRN has failed to indicate whether it consents to MRIS's request for an extension of time.  Pursuant to Local Rule 9, MRIS attempted to obtain the consent of AHRN's counsel, Richard Toikka, by email on October 4, 2012.  On October 9, 2012 Mr. Toikka responded by email, stating that he would take MRIS's request

"under advisement." MRIS's counsel responded to Mr. Toikka on the afternoon of October 9, 2012, reiterating its request for an extension of time. Mr. Toikka responded the morning of October 10, 2012, stating that he "will be communicating later today re your request for an extension of time to plead and other matters." As of 4:30 p.m., MRIS's counsel has received no further communications from Mr. Toikka.

In contrast, MRIS granted AHRN multiple extensions of time to Answer or otherwise plead. Specifically, on April 18, 2012, AHRN requested an extension of time to Answer or plead to May 7, 2012, which MRIS granted. On April 23, 2012, AHRN requested an additional extension of time and MRIS agreed to extend the time for AHRN to file its Answer or plead to May 11, 2012. More recently, MRIS agreed to extend AHRN's deadline to Answer from September 10, 2012 to September 24, 2012. At no time was AHRN compelled to file a motion for an extension of time to Answer or otherwise plead.

For at least these reasons, MRIS respectfully requests that the Court grant its expedited motion for an extension of time to file its answer or otherwise respond to AHRN's counterclaims until November 9, 2012.

    Respectfully submitted,

By: /s/Margaret A. Esquenet
    John T. Westermeier (Bar No. 04364)
    (Jay.Westermeier@finnegan.com)
    Margaret A. Esquenet (Bar No. 27775)
    (Margaret.Esquenet@finnegan.com)
    Whitney Devin Cooke (pro hac vice)
    (whitney.cooke@finnegan.com)

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

*Attorneys for Plaintiff*
Metropolitan Regional Information
Systems, Inc.

## CERTIFICATE OF SERVICE

I, Margaret A. Esquenet, hereby certify that on October 10, 2012 a copy of the foregoing Plaintiff's Expedited Motion for Extension of Time to File its Answer or Otherwise Respond to Defendant's Counterclaims using the Court's CM/ECF system upon:

Richard S. Toikka
L. Peter Farakas
FARKAS & TOIKKA, L.L.P.
1101 30th Street N.W., Suite 500
Washington, DC 20007
rst@farkastoikka.com
lpf@farkastoikka.com


Christopher Ralph Miller
AMERICAN HOME REALTY NETWORK INC.
222 7th Street, Second Floor
San Francisco, CA 94103
c.miller@neighborcity.com


/s/Margaret A. Esquenet