**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

|  |  |  |
|---|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 12-cv-954-AW |
| AMERICAN HOME REALTY NETWORK, INC., et al., | ) ) ) | |
| *Defendants,* | ) ) | |
| | ) ) | |
| AMERICAN HOME REALTY NETWORK, INC., | ) ) ) | |
| *Counterclaimant,* | ) ) | |
| v. | ) ) | |
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., et al., | ) ) ) | |
| *Counterclaim Defendants.* | ) ) | |

**MOTION OF COUNTERCLAIM-DEFENDANT
NATIONAL ASSOCIATION OF REALTORS®
TO DISMISS COUNTERCLAIM UNDER RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum, Counterclaim-Defendant National Association of Realtors® ("NAR") respectfully moves this Court for an Order dismissing the counterclaim filed against it by Defendant/Counterclaimant American Home Realty Network, Inc. ("AHRN"). As detailed in the accompanying memorandum, the counterclaim fails to state a claim against NAR upon which relief can be granted.

1

Respectfully submitted,

/s/ Matthew D. Krueger
Matthew D. Krueger (Bar No. 28386)
mkrueger@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 phone
(202) 736-8711 facsimile

Jack R. Bierig (admitted *pro hac vice*)
jbierig@sidley.com
Tacy F. Flint (admitted *pro hac vice*)
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for Counterclaim-Defendant*
National Association of Realtors®

## CERTIFICATE OF SERVICE

I, Matthew D. Krueger, hereby certify that on November 9, 2012 a copy of the foregoing Motion of Counterclaim-Defendant National Association of Realtors® to Dismiss Under Rule 12(b)(6) was served using the Court's CM/ECF system upon:

Richard S. Toikka
L. Peter Farkas
Farkas and Toikka LLP
1101 30th St. NW, Ste. 500
Washington, DC 20007
*Counsel for Defendant/Counterclaim-Plaintiff American Home Realty Network, Inc. and Defendant Jonathan J. Cardella*

Christopher Ralph Miller
American Home Realty Network, Inc.
222 7th St Second Fl
San Francisco, CA 94103
*Counsel for Defendant/Counterclaim-Plaintiff American Home Realty Network, Inc. and Defendant Jonathan J. Cardella*

John T. Westermeier
Margaret A. Esquenet
Whitney Devin Cooke
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
*Counsel for Plaintiff/Counterclaim-Defendant Metropolitan Regional Information Systems, Inc.*

*/s/* Matthew D. Krueger