**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br>    Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC., <br>    Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 12-cv-00954-AW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Pending before the Court is American Home Realty Network's ("AHRN")'s Motion to Clarify, Reconsider, or Suspend the Preliminary Injunction Order, Doc. No. 42, and Metropolitan Regional Information Systems, Inc.'s ("MRIS")'s Motion for a Modification of the Preliminary Injunction Order, Doc. No. 37. The Court has reviewed the motion papers and finds that no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2011). For the reasons articulated in the accompanying Memorandum Opinion, it is, this **13th day of November, 2012**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1) AHRN's Motion to Clarify, Reconsider, or Suspend the Preliminary Injunction Order, Doc. No. 42, is **GRANTED-IN-PART** and **DENIED-IN-PART**; AHRN's Motion for Clarification is **GRANTED**, its Motion for Reconsideration is **DENIED**, and its Motion to Suspend is **DENIED**;

2) MRIS's Motion for Modification of the Preliminary Injunction Order, Doc. No. 37, is **GRANTED-IN-PART**;

3) The August 24, 2012 Preliminary Injunction Order, Doc. No. 35, is **REVISED** as follows: AHRN and all persons acting under its direction, control or authority are hereby preliminarily enjoined from unauthorized copying, reproduction, public display, or public distribution of MRIS's copyrighted photographs and from preparing derivative works based upon MRIS's copyrighted photographs.

4) The preliminary injunction will take effect when MRIS posts security in the amount of $10,000.00; and

5) The Clerk shall transmit a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

| November 13, 2012 | /s/ |
|---|---|
| Date | Alexander Williams, Jr.<br>United States District Judge |