IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

_____
METROPOLITAN REGIONAL            )
INFORMATION SYSTEMS, INC.,       )
                                 )
            Plaintiff,           )
                                 )
v.                               )
                                 )
AMERICAN HOME REALTY NETWORK, INC. )
                                 )
            Defendant.           )
_____) Civil Action No. 12-cv-954-AW
AMERICAN HOME REALTY NETWORK, INC., )
                                 )
            Counterclaimant,     )
                                 )
v.                               )
                                 )
METROPOLITAN REGIONAL            )
INFORMATION SYSTEMS, INC.,       )
                                 )
            and                  )
                                 )
NATIONAL ASSOCIATION OF REALTORS, )
                                 )
            and                  )
                                 )
Does ## 1 – 25,                  )
                                 )
            Counterclaim Defendants. )
_____)

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

On September 10, 2012, American Home Realty Network, Inc. (AHRN) and Metropolitan Regional Information Systems, Inc. (MRIS) (the "Parties") submitted their Joint Discovery Plan and Request for Modification of Scheduling Order [Dkt. 41]. Since that time a new party, National Association of Realtors (NAR), and a number of as yet

1

unidentified "Doe" defendants have been added as counterclaim defendants along with MRIS. *See* AHRN's Counterclaim [Dkt. 46]. Both MRIS and NAR have filed Rule 12(b)(6) motions to dismiss AHRN's counterclaims against them [Dkts. 62, 63] and neither MRIS nor NAR has answered AHRN's counterclaims. Fact discovery between AHRN and MRIS on MRIS's claims and AHRN's defenses is at an early stage: (1) the Parties have exchanged Initial Disclosures; (2) AHRN has responded to one round of written discovery requests from MRIS and the Parties are attempting to resolve a discovery dispute involving AHRN's responses and (3) the parties have been negotiating the terms of a stipulation for discovery of Electronically Stored Information (ESI). No discovery has commenced with NAR. In view of these facts, there is good cause to modify the scheduling order to reflect the new litigation realities.

The parties propose to defer setting deadlines for discovery and other related issues as to AHRN's counterclaims until MRIS and NAR have answered the counterclaims, if necessary, depending on the outcome of MRIS's and NAR's motions to dismiss. The parties also propose a modified schedule for discovery and related proceedings on MRIS's claims in its Complaint and AHRN's defenses that would schedule expert disclosures and discovery only after the close of fact discovery on those claims and defenses.

The Parties propose the following new event deadlines related to discovery on MRIS's claims and AHRN's defenses:

- February 28, 2013   Close of Fact Discovery as to MRIS's claims and AHRN's defenses
- March 29, 2013      MRIS's and AHRN's Rule 26(a)(2) disclosures

- April 29, 2013          MRIS's and AHRN's rebuttal Rule 26(a)(2) disclosures

- May 17, 2012           Rule 26(e)(2) supplementation of disclosures and responses

- May 31, 2012           Close of Expert Discovery as to MRIS's claims and AHRN's defenses and submission of Status Report

The parties propose that the remaining deadlines in their Joint Discovery Plan and Request for Modification of Scheduling Order, including the deadlines for moving for joinder of additional parties and amendment of pleadings be reset, and new deadlines for discovery on AHRN's counterclaims be set, promptly after the motions proceedings on AHRN's Counterclaims are concluded.


Dated: November 26, 2012                    Respectfully submitted,

By: ___/S/ Margaret A. Esquenet___
John T. Westermeier (Bar No. 04364)
(jay.westermeier@finnegan.com)
Margaret A. Esquenet (Bar No. 27775)
(margaret.esquenet@finnegan.com)
Whitney D. Cooke (admitted *pro hac vice*)
(whitney.cooke@finnegan.com)

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.

*Attorneys for Plaintiff*
Metropolitan Regional Information Systems, Inc.

By:   */S/ Richard S. Toikka*
Richard S. Toikka, Federal Bar No.13543
L. Peter Farkas (pro hac vice)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)
lpf@farkastoikka.com (email)

FARKAS + TOIKKA LLP

Of Counsel:
Christopher R. Miller (pro hac vice)
Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone)
C.Miller@NeighborCity.com (email)

*Attorneys for Defendants*
American Home Realty Network, Inc. and Jonathan J. Cardella

**CERTIFICATE OF SERVICE**

      I, Richard S. Toikka, herby certify that on this the 26th day of November, 2012, a copy of the foregoing Joint Motion for Modification of Scheduling Order was served by electronic means using the Court's CM/ECF system upon:

Matthew Krueger, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Jack R. Bierig, Esquire
Tacy F. Flint
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603

*Counsel for Counterclaim Defendant*
*National Association of Realtors*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*


                              <u>/S/ Richard S. Toikka</u>
                                Richard S. Toikka