IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC. <br><br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 12-cv-954-AW |
| AMERICAN HOME REALTY NETWORK, INC., <br><br> Counterclaimant, <br><br> v. <br><br> METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br> and <br><br> NATIONAL ASSOCIATION OF REALTORS, <br><br> and <br><br> Does Nos. 1 – 25, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

ERRATA TO
FIRST AMENDED COUNTERCLAIM

Counterclaimant, AMERICAN HOME REALTY NETWORK, INC., by its counsel hereby submits the following errata:

¶ 64. "trillions" should be "millions;" and

¶ 65. "billions" should be "millions."

Respectfully submitted,

FARKAS+TOIKKA, LLP

/S/ Richard S. Toikka
Richard S. Toikka, Fed Bar No.13543
L. Peter Farkas (pro hac vice)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com
(email)
lpf@farkastoikka.com
(email)

Of Counsel:

Christopher R. Miller (pro hac vice) Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California  94103
800-357-3321 (phone)
C.Miller@NeighborCity.com
(email)

*Counsel for Defendant and Counterclaimant*
*American Home Realty Network, Inc.*

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, herby certify that on this the 13th day of December, 2012, a copy of the foregoing Errata to First Amended Counterclaim was served by electronic means using the Court's CM/ECF system upon:

Matthew Krueger (Bar No. 28386)
mkrueger@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for Counterclaim-Defendant*
*National Association of Realtors®*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York
Avenue, NW
Washington, DC
20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*


/s/Richard S.Toikka
Richard S. Toikka