**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.** | § § § § | |
| Plaintiff, | § § | |
| **v.** | § § | Civil Action No.: AW 12-cv-00954 |
| **AMERICAN HOME REALTY NETWORK, INC. and JONATHAN J. CARDELLA,** | § § § § § § | |
| Defendants. | § § | |

## DECLARATION

I, _____, hereby declare that:

I have carefully read and understand the Stipulated Protective Order (the "Order"). I consent to the jurisdiction of this Court for purposes of this Declaration and agree that I will be bound by and will comply with all of the provisions of the Order. I agree I will not use Confidential Material marked "CONFIDENTIAL" or "ATTORNEY'S EYES ONLY", as the case may be, for any purpose other than the preparation, trial, and/or appeal of this case and will not disclose such Confidential Material to any person who is not permitted to have access to such Confidential Material by this Order.

In accordance with Paragraph 20 of the Order, I agree that I will promptly return, delete, and/or destroy all Confidential Material that comes into my possession, and documents or things, which I have prepared relating thereto, to counsel for the party that provided the Confidential Material to me.

I understand that unauthorized disclosure of any designated Confidential Material, or its substance, may constitute contempt of this Court and may subject me to sanctions or other remedies that may be imposed by the Court and potentially liable in a civil action for damages by the Designating Party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

                                                _____
Name

                                                _____
Signature