IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>AMERICAN HOME REALTY NETWORK, INC. <br><br>Defendant, <br><br>AMERICAN HOME REALTY NETWORK, INC., <br><br>Counterclaimant, <br><br>v. <br><br>METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br>and <br><br>NATIONAL ASSOCIATION OF REALTORS, <br><br>and <br><br>Does Nos. 1 – 25, <br><br>Counterclaim Defendants. | Civil Action No. 12-cv-954-AW |

**AMERCAN HOME REALTY NETWORK, INC.'S MOTION TO SEAL ITS OPPOSITION TO METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.'S MOTION FOR CONTEMPT**

Pursuant to Local Rule 105.11, and the parties' Stipulated Protective Order [D.E. 78], Defendant and Counterclaimant American Home Realty Network, Inc. ("AHRN") hereby files its Motion to Seal its Opposition to Metropolitan Regional Information System, Inc.'s Motion for

1

Contempt.  The Opposition and two of its Exhibits (declarations from AHRN employees) contain sensitive, confidential and proprietary information regarding its collection of data for its website, www.neighborcity.com, that is not publically known and which AHRN would normally not divulge to third parties and, if so, only under a requirement that they be maintained in confidence. *See* SPO at ¶3.  The Opposition and its supporting declaration Exhibits also contain highly sensitive proprietary information which would harm AHRN's competitive position if it were to become known to any person, entity or party other than AHRN without a duty of confidentiality.  AHRN has designated its Opposition and declaration Exhibits as "Attorneys' Eyes Only" ("AEO") and they should not be made available to the public; and made available to parties only in accordance with the terms of the SPO signed by AHRN and MRIS.

AHRN considered alternatives to sealing, including using the CM/ECF system's "Redaction" option to remove selected information from the Opposition and/or the two declaration Exhibits.  However, while use of that option would have permitted the public to view only the redacted version of the Opposition, it would also have resulted in service through the CM/ECF system of both the redacted and un-redacted version on all attorneys of record, including those representing National Association of Realtors ("NAR").  NAR has not yet signed the SPO.

Therefore AHRN opted to file the entire Opposition under seal and to serve the entire Opposition and its Exhibits on MRIS only.  However, by attaching to this Motion, a redacted version of its Opposition and all non-confidential Exhibits, AHRN has made those attachments available both to NAR and the public without restrictions. This should satisfy public access concerns.  *See*, *e.g.*, *Allstate Ins. Co. v. Warns*, Civil No. CCB-11-1846, 2012 U.S. Dist. LEXIS 26174 (D. Md. Feb. 29, 2012), at *47-50.  AHRN intends to communicate with NAR to see

whether it wishes to sign the SPO in order to receive the two AEO exhibits and the full un-redacted version of the Opposition to MRIS's motion.

For the foregoing reasons, the Court should grant AHRN's motion.

Dated: February 5, 2013             Respectfully submitted,


FARKAS+TOIKKA, LLP

  /S/ Richard S. Toikka
Richard S. Toikka, Fed Bar No.13543
L. Peter Farkas (pro hac vice)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)
lpf@farkastoikka.com (email)

Of Counsel:

Christopher R. Miller (pro hac vice) Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone) C.Miller@NeighborCity.com (email)

*Counsel for Defendant and Counterclaimant American Home Realty Network, Inc.*

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, herby certify that on this the 5th day of February, 2013, a copy of the foregoing Motion to Seal was served by electronic means using the Court's CM/ECF system upon:

Matthew Krueger (Bar No. 28386)
mkrueger@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Counsel for Counterclaim-Defendant*
*National Association of Realtors®*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*

                                    */S/ Richard S. Toikka*
                                    Richard S. Toikka