IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

_____
METROPOLITAN REGIONAL            )
INFORMATION SYSTEMS, INC.,       )
                                 )
        Plaintiff,               )
                                 )
v.                               )
                                 )
AMERICAN HOME REALTY NETWORK, INC. )
                                 )
        Defendant.               )
_____ )   Civil Action No. 12-cv-954
AMERICAN HOME REALTY NETWORK, INC., )
                                 )
        Counterclaimant,         )
                                 )
v.                               )
                                 )
METROPOLITAN REGIONAL            )
INFORMATION SYSTEMS, INC.,       )
                                 )
        and                      )
                                 )
NATIONAL ASSOCIATION OF REALTORS, )
                                 )
        and                      )
                                 )
Does ## 1 – 25,                  )
                                 )
        Counterclaim Defendants. )
_____ )

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

On November 30, 2012, the Court by paperless order [D.E. 73] granted the Joint Motion

for Modification of the Scheduling Order by Plaintiff and Counterclaim Defendant Metropolitan

Regional Information Systems, Inc. ("MRIS") and Defendant and Counterclaimant American

Home Realty Network, Inc. ("AHRN") which extended the close of fact discovery until February

1

28, 2013 and certain other deadlines for discovery-related activities. The parties' joint motion also requested, and the Court ordered, that the other Scheduling Order deadlines be reset promptly after the conclusion of the proceedings on MRIS's and the National Association of Realtors' ("NAR's") motions to dismiss AHRN's First Amended Counterclaim ("FAC").

Since the entry of the modified Scheduling Order AHRN and MRIS have each served interrogatories and requests for production on each other, and received responses, and they have successfully negotiated a Stipulation for the Production of Electronically Stored Information ("ESI Stipulation") [D.E. 79] and a Stipulated Protective Order ("SPO") [D.E. 78] regarding confidential discovery materials, both of which were entered by the Court [D.E. 80]. Also pursuant to the ESI Stipulation, the parties have exchanged custodian logs and lists of data locations, and are in the process of negotiating a set of search terms and algorithms to search their respective ESI.

To date no depositions have been taken, and document production has been scanty because of the need to search the parties' ESI before ESI production can occur. Searching of the parties' respective ESI cannot begin until the search terms and algorithms have been agreed upon. Also, NAR has not yet been involved in any discovery, and the scheduling order dates for discovery on AHRN's FAC have not yet been set pending the outcome of NAR's and MRIS's motions to dismiss.

In view of these facts and circumstances, AHRN and MRIS ask that the Court allow fact discovery on MRIS's Complaint and AHRN's defenses to continue past the February 28 cut-off date and all other related discovery deadlines be suspended pending the resolution of the motions to dismiss AHRN's FAC, after which a new scheduling order would be negotiated and submitted to the Court.

Dated: February 13, 2013                                Respectfully submitted,

                                                     By:      /S/ Margaret A. Esquenet         ............
                                                        John T. Westermeier (Bar No. 04364)
                                                        (jay.westermeier@finnegan.com)
                                                        Margaret A. Esquenet (Bar No. 27775)
                                                        (margaret.esquenet@finnegan.com)
                                                        Whitney D. Cooke (admitted *pro hac vice*)
                                                        (whitney.cooke@finnegan.com)

                                                        FINNEGAN, HENDERSON, FARABOW,
                                                          GARRETT & DUNNER, L.L.P.
                                                        *Attorneys for Plaintiff*
                                                        Metropolitan Regional Information
                                                        Systems, Inc.

                                                      By:   */S /Richard S. Toikka*
                                                        Richard S. Toikka, Federal Bar No.13543
                                                        L. Peter Farkas (pro hac vice)
                                                        1101 30th Street, NW, Suite 500
                                                        Washington, DC 20007
                                                        202-337-7200 (phone)
                                                        202-337-7808 (fax)
                                                        rst@farkastoikka.com (email)
                                                        lpf@farkastoikka.com (email)

                                                        FARKAS + TOIKKA LLP

                                                        Of Counsel:
                                                        Christopher R. Miller (pro hac vice)
                                                        Chief Legal Officer and General
                                                        Counsel
                                                        American Home Realty Network, Inc.
                                                        222 7th Street, 2nd Floor
                                                        San Francisco, California 94103
                                                        800-357-3321 (phone)
                                                        C.Miller@NeighborCity.com (email)
                                                        *Attorneys for Defendants*
                                                        American Home Realty Network, Inc.

SO ORDERED, this __ day of _____, 2013,

                                         _____
                                         Alexander Williams, Jr.
                                         District Court Judge

**CERTIFICATE OF SERVICE**

I, Richard S. Toikka, herby certify that on this the 13th day of February, 2013, a copy of the foregoing Joint Motion for Modification of Scheduling Order was served by electronic means using the Court's CM/ECF system upon:

Matthew Krueger, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Jack R. Bierig, Esquire
Tacy F. Flint
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603

*Counsel for Counterclaim Defendant*
*National Association of Realtors*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*

                                         */S/ Richard S. Toikka*
                                         Richard S. Toikka