IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **AMERICAN HOME REALTY NETWORK, INC.** | ) ) ) |
| Defendant, | ) ) Civil Action No. 12-cv-954 |
| **AMERICAN HOME REALTY NETWORK, INC.** | ) ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,** | ) ) ) |
| **NATIONAL ASSOCIATION OF REALTORS** | ) ) |
| and | ) ) |
| **DOES 1-25,** | ) ) |
| Counterclaim Defendants | ) ) |

**NOTICE OF FILING
AHRN'S REDACTED OPPOSITION TO MRIS MOTION FOR CONTEMPT**

American Home Realty Network, Inc. ("AHRN") hereby gives notice of filing a

redacted public version of its Opposition to Metropolitan Regional Information Services,

Inc. ("MRIS")'s Motion for Contempt filed under seal [D.E. 97]. The redacted public version was inadvertently omitted as an Exhibit to AHRN's Motion to Seal [D.E. 98].

Dated: March 8, 2013             Respectfully submitted,

FARKAS+TOIKKA, LLP

    /S/ Richard S. Toikka
Richard S. Toikka, Fed Bar No.13543
L. Peter Farkas (pro hac vice)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax) rst@farkastoikka.com (email) lpf@farkastoikka.com (email)

Of Counsel:

Christopher R. Miller (pro hac vice)
Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone)
C.Miller@NeighborCity.com (email)

*Counsel for Defendant and Counterclaimant American Home Realty Network, Inc.*

**CERTIFICATE OF SERVICE**

I, Richard S. Toikka, herby certify that on this the 8th day of March, 2013, a copy of the foregoing Notice and its attachment was served by electronic means using the Court's CM/ECF system upon:

Matthew Krueger (Bar No. 28386)
mkrueger@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Counsel for Counterclaim-Defendant*
*National Association of Realtors®*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*


                                            */S/ Richard S. Toikka*
                                            Richard S. Toikka