# FARKAS + TOIKKA LLP
### ATTORNEYS

TEL   202 337 7200
FAX   202 337 7808
www.farkastoikka.com

Direct:
Richard S. Toikka, Esquire
202-337-7802 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

April 22, 2013

**By Electronic Service and First Class Mail**
The Honorable Alexander Williams, Jr.
District Court Judge
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherry Wood Lane
Greenbelt, MD  20770

> Re:   Metropolitan Regional Information Systems, Inc. v. American Home Realty
>        Network, Inc., No. 8:12-cv-954-AW

Dear Judge Williams:

We represent Defendant and Counterclaimant American Home Realty Network, Inc. ("AHRN") in the above-referenced litigation involving Metropolitan Regional Information Systems, Inc. ("MRIS").

We write to call the Court's attention to Order on Further Briefing [Minn. D.E. 97] entered on April 16, 2013 in the related copyright infringement action against AHRN pending in the U.S. District Court for the District of Minnesota (Regional Multiple Listing Service ("RMLS") v. AHRN, No. 12-cv-965 (JRT/FLN)) (copy attached).

The Order was entered in the Minnesota case in response to plaintiff RMLS's Motion for Contempt [Minn. D.E. 47], which as pointed out in AHRN's Opposition to MRIS's Motion for Contempt in this action parallels plaintiff MRIS's motion. *See* Md. D.E. 97 (sealed Opposition) and 110 (redacted Opposition), at 1. Both motions allege violation of a preliminary injunction order prohibiting copying and display of photographs in which plaintiffs claim they own copyrights and for which they allege they have copyright registrations.  AHRN has challenged plaintiffs' claims to ownership of copyright and valid registrations in both cases.

The Minnesota court ordered RMLS to produce evidence regarding

The Honorable Alexander Williams, Jr.
April 22, 2013
Page 2

> (1) the identity of the original owners of the copyrights to the seventy-five photographs [alleged to have been displayed on AHRN's website in violation of the preliminary injunction], their RMLS subscriptions, and their subscription agreements (or other agreements to assign their copyrights to participant brokers and/or to RMLS) and (2) the copyright registrations for the seventy-five photographs.

Order at 2.  The Minnesota court further ordered that in the event such items are not available, RMLS is to provide further briefing and authority on why this evidence is not required to show that plaintiff owned the copyrights at issue in order to prevail on its motion for contempt.  *Id.*

AHRN has in this action also challenged both MRIS's ownership of copyrights in, and copyright registrations for, the photographs AHRN displayed in alleged violation of the Court's preliminary injunction.  Thus this Court should issue a similar order requiring MRIS to provide such information and/or further briefing with respect to each photograph MRIS alleges AHRN displayed on its website in violation of this Court's preliminary injunction.

Respectfully submitted,
*/s/ Richard S. Toikka*
Richard S. Toikka, Federal Bar No. 13543
FARKAS+TOIKKA, LLP
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (main phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

Enclosure

cc:   The Honorable William Connelly, Chief Magistrate Judge (by First Class Mail)
      John T. Westermeier, Esquire (by electronic service)
      Margaret A. Esquenet, Esquire (by electronic service)
      Jack R. Bierig, Esquire (by electronic service)

The Honorable Alexander Williams, Jr.
April 22, 2013
Page 3

# CERTIFICATE OF SERVICE

I, Richard S. Toikka, herby certify that on this the 22 day of April, 2013, a copy of

the foregoing letter to Judge Alexander Williams, Jr. was served by electronic means

using the Court's CM/ECF system upon:

Matthew Krueger, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Jack R. Bierig, Esquire
Tacy F. Flint, Esquire
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603

*Counsel for Counterclaim Defendant*
*National Association of Realtors*

John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Richard S. Toikka*
Richard S. Toikka