

MARGARET A. ESQUENET
202-408-4007
margaret.esquenet@finnegan.com

April 25, 2013

The Honorable Alexander Williams, Jr.          **VIA CM/ECF ELECTRONIC SERVICE**
United States District Court Judge
United States District Court for the District of Maryland
Southern Division
6500 Cherry Wood Lane
Greenbelt, MD 20770

    Re:    *Metropolitan Regional Information Systems, Inc. v.*
            *American Home Realty Network, Inc.*
            Civil Action No. 8:12-cv-00954-AW

Dear Judge Williams:

       We represent Plaintiff Metropolitan Regional Information Systems, Inc. ("MRIS") in the above-referenced litigation against American Home Realty Network, Inc. ("AHRN"). We write in response to AHRN's letter to the Court dated April 22, 2013 ("the April 22 letter"), ECF No. 121 (filed April 23, 2013).

       AHRN's April 22 letter fails to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. As a result, MRIS respectfully requests that the Court disregard it.

       In the April 22 letter, AHRN provided the Court with a copy of an Order on Further Briefing that was entered in *Regional Multiple Listing Service v. AHRN*, No. 12-cv-965 (D. Minn.). AHRN appears to be seeking relief from this Court based on the order entered in the Minnesota action, as it states that "this Court should issue a similar order requiring MRIS to provide such information and/or further briefing with respect to each photograph MRIS alleges AHRN displayed on its website in violation of this Court's preliminary injunction." But AHRN fails to cite any rule or authority permitting it to seek relief outside of the typical motion practice provided by the Federal Rules of Civil Procedure and the Local Rules. Similarly, the April 22 letter cites no legal authority, and offers no reasoning, supporting AHRN's requested relief. Moreover, even if the April 22 were deemed a motion, it would violate Local Rule 105 because it was not "accompanied by a memorandum setting forth the reasoning and authorities" supporting the request for relief.

The Honorable Alexander Williams, Jr.
April 25, 2013
Page 2

     For these reasons, the Court should disregard AHRN's April 22 letter. If, however, the Court decides to consider the letter, MRIS respectfully requests the opportunity to respond to the substance of the letter before the Court rules on AHRN's request.

                                                Respectfully submitted,

                                                FINNEGAN, HENDERSON, FARABOW
                                                 GARRETT & DUNNER, LLP

                                                */s/ Margaret A. Esquenet*

                                                Margaret A. Esquenet
                                                (Bar No. 27775)
                                                Attorneys for Plaintiff
                                                *Metropolitan Regional Information Systems, Inc.*

cc:
*Via First Class Mail*
The Honorable William Connelly
United States Chief Magistrate Judge

*Via CM/ECF electronic service*
Jack R. Bierig, Esq.
Richard S. Toikka, Esq.
L. Peter Farkas, Esq.

## CERTIFICATE OF SERVICE

I, Margaret A. Esquenet, hereby certify that on April 25, 2013, a copy of the foregoing letter to Judge Alexander Williams, Jr. was served using the Court's CM/ECF system upon:

Richard S. Toikka
L. Peter Farakas
FARKAS & TOIKKA, L.L.P.
1101 30th Street N.W., Suite 500
Washington, DC 20007
rst@farkastoikka.com
lpf@farkastoikka.com


Christopher Ralph Miller
AMERICAN HOME REALTY NETWORK INC.
222 7th Street, Second Floor
San Francisco, CA 94103
c.miller@neighborcity.com

Brian P. Morrissey
Matthew D. Krueger
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
bmorrissey@sidley.com
mkrueger@sidley.com

Jack R. Bierig
Tacy F. Flint
SIDLEY AUSTIN LLP
One Dearborn Street
Chicago, IL  60603
jbierig@sidley.com
tflint@sidley.com

                                             /s/Margaret A. Esquenet