**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br>    Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC., *et al.*, <br>    Defendants. <br><br> and <br><br> AMERICAN HOME REALTY NETWORK, INC., <br>    Counterclaim Plaintiff, <br><br> v. <br><br> METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., *et al.*, <br>    Counterclaim Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 12-cv-00954-AW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Pending before the Court are Metropolitan Regional Information Systems, Inc. (MRIS)'s Motion to Dismiss, or in the Alternative, Summarily Adjudicate American Home Realty Network (AHRN)'s First Amended Counterclaims, Doc. No. 76, National Association of Realtors (NAR)'s Motion to Dismiss AHRN's First Amended Counterclaims, Doc. No. 81, AHRN's Motion to Strike and for other relief, Doc. No. 83, and MRIS's Motion for Leave to File a Surreply, Doc. No. 95.  The parties are hereby **DIRECTED** to appear for a hearing on these motions in Courtroom 4A on Wednesday, May 29, 2013 at 9:00 a.m.

Also pending are MRIS's and NAR's Motions to Dismiss AHRN's Counterclaims, Doc. Nos. 62 and 63.  AHRN filed its First Amended Counterclaims within 21 days of the filing of

these motions. Accordingly, these motions are **DENIED AS MOOT** pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

The Clerk of the Court is further **ORDERED** to transmit a copy of this Order to all counsel of record.

| | |
|---|---|
|   May 3, 2013   |     /s/     |
| Date | Alexander Williams, Jr. |
| | United States District Judge |