IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME REALTY NETWORK, INC.<br><br><br>Defendant,<br><br>AMERICAN HOME REALTY NETWORK, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,<br><br>and<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>and<br><br>Does Nos. 1 – 25,<br><br>Counterclaim Defendants. | Civil Action No. 12-cv-954-AW |

**AMERICAN HOME REALTY NETWORK, INC.'S MOTION TO CONTINUE
THE MAY 29, 2013, MOTIONS HEARING**

COMES NOW Defendant and Counterclaimant American Home Realty Network, Inc. ("AHRN") and hereby files its Motion to Continue the May 29, 2013 Motions Hearing. AHRN has moved for leave to file a Second Amended Complaint, and until the parties have an

1

opportunity to respond and the Court has an opportunity to rule on its motion, it would be premature to hold a hearing on the motions to dismiss AHRN's First Amended Counterclaim filed by Counterclaim Defendants Metropolitan Regional Information Systems, Inc. and National Association of Realtors.  Pursuant to Local Civil Rule 104.9, AHRN counsel contacted opposing counsel for Counterclaim Defendants National Association of Realtors and Metropolitan Regional Information Systems to request their consent to continue the motions hearing; neither party consented, necessitating this motion.

Dated: May 23, 2013                              Respectfully submitted,


FARKAS+TOIKKA, LLP

    */S/ Richard S. Toikka*
Richard S. Toikka, Fed Bar No.13543
L. Peter Farkas (pro hac vice)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)
lpf@farkastoikka.com (email)

Of Counsel:

Christopher R. Miller (pro hac vice) Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone) C.Miller@NeighborCity.com (email)

*Counsel for Defendant and Counterclaimant American Home Realty Network, Inc.*

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, hereby certify that on this the 23rd day of May, 2013, a copy of the foregoing Motion to Continue the May 29, 2013 Motions Hearing was served by electronic means using the Court's CM/ECF system upon:

Brian P. Morrissey, Jr.
bmorrissey@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Counsel for Counterclaim-Defendant*
*National Association of Realtors®*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*

                                          */S/ Richard S. Toikka*
                                          Richard S. Toikka