**FARKAS + TOIKKA** LLP
ATTORNEYS

TEL 202 337 7200
FAX 202 337 7808
www.farkastoikka.com

Direct:
Richard S. Toikka, Esquire
202-337-7802 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

May 23, 2013

**By Electronic Service and First Class Mail**
The Honorable Alexander Williams, Jr.
District Court Judge
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherry Wood Lane
Greenbelt, MD  20770

      Re:    Metropolitan Regional Information Systems, Inc. v. American Home Realty Network, Inc., No. 8:12-cv-954-AW

Dear Judge Williams:

      We represent Defendant and Counterclaimant American Home Realty Network, Inc. ("AHRN") in the above-referenced litigation involving Plaintiff and Counterclaim Defendant Metropolitan Regional Information Systems, Inc. ("MRIS"), and Counterclaim Defendant National Association of Realtors® ("NAR").

      Today AHRN has filed a motion for leave to file its Second Amended Counterclaim ("SAC") [D.E. 128], and a motion for a continuance of the hearing on MRIS's and NAR's motions to dismiss AHRN's First Amended Counterclaim scheduled for May 29, 2013 [D.E. 129].  The basis for the requested continuance is to give the Court an opportunity to consider the new allegations in AHRN's proposed SAC, which include the fact that NAR's subsidiary, the Center for Specialized Realtor® Education, is now providing Rated Agent service in direct competition with AHRN and other issues set out in the under seal filing of the Memorandum in support of the Motion for Leave.  Neither Counterclaim Defendant has consented to the relief sought in either motion.

      As the May 29 date for the scheduled hearing is rapidly approaching, AHRN requests that the Court hold a telephone conference with counsel on AHRN's request for a continuance.  AHRN counsel would be available for such a telephone conference on Friday May 24, or Tuesday, May 28, 2013.  To schedule the conference please contact the undersigned at 240-888-8110 (cell) or my co-counsel Peter Farkas at 202-716-0034 (cell) or 202-337-7802 (landline).  Thank you for your consideration of this request.

The Honorable Alexander Williams, Jr.
May 23, 2013
Page 2

Respectfully submitted,
*/s/ Richard S. Toikka*
Richard S. Toikka, Federal Bar No. 13543
FARKAS+TOIKKA, LLP
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (main phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

cc:     Service List

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, hereby certify that on this the 23rd day of May, 2013, a copy of the foregoing letter to Judge Alexander Williams, Jr. was served by electronic means using the Court's CM/ECF system upon:

Brian P. Morrissey, Jr., Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Jack R. Bierig, Esquire
Tacy F. Flint, Esquire
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603

*Counsel for Counterclaim Defendant*
*National Association of Realtors*

John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*

                            */s/ Richard S. Toikka*
                            Richard S. Toikka