Case 8:12-cv-00954-DKC   Document 139   Filed 05/28/13   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br>    Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC., *et al.*, <br>    Defendants. <br><br> and <br><br> AMERICAN HOME REALTY NETWORK, INC., <br>    Counterclaim Plaintiff, <br><br> v. <br><br> METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., *et al.*, <br>    Counterclaim Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 12-cv-00954-AW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Pending before the Court is American Home Realty Network (AHRN)'s Motion to Continue the hearing scheduled for May 29, 2013. Doc. No. 130. The Court has reviewed the motion papers and concludes that AHRN has failed to demonstrate good cause to continue the hearing. Accordingly, it is hereby **ORDERED** that (1) AHRN's Motion to Continue, Doc. No. 130, is **DENIED**, and (2) the parties are **DIRECTED** to appear for the hearing as scheduled on Wednesday, May 29, 2013 at 9:00 a.m.

| | |
|---|---|
|   May 28, 2013   <br>    Date | _____/s/_____ <br> Alexander Williams, Jr. <br> United States District Judge |

1