

MARGARET A. ESQUENET
202-408-4007
margaret.esquenet@finnegan.com

May 30, 2013

The Honorable Jillyn K. Schulze  **VIA CM/ECF ELECTRONIC SERVICE**
United States Magistrate Judge
United States District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, MD 20770

*Metropolitan Regional Information Systems, Inc. v. American Home Realty Network, Inc.*, Civil Action No. 8:12-cv-00954-AW

Dear Judge Schulze:

As instructed by the Court, we write regarding Plaintiff Metropolitan Regional Information Systems, Inc. ("MRIS")'s Motion to Quash and Motion for Protective Order (Dkt. 127) ("Motion to Quash") filed on May 21, 2013.

On May 29, 2013, counsel for Defendant American Home Realty Network, Inc. ("AHRN") served a revised Rule 30(b)(6) deposition notice ("May 29 Deposition Notice") on counsel for MRIS. The revised notice addresses virtually the same topics covered by AHRN's May 17, 2013 deposition notice that was the subject of MRIS's Motion to Quash. Specifically, the May 29 Deposition Notice includes an additional topic in Exhibit B and adds references to Danielle Blanchard's February 22, 2013 Declaration in Support of MRIS's Motion for Contempt to pre-existing topics in Exhibit B. AHRN's May 29 Deposition Notice now notices June 12, 2013 as the date for this deposition.

MRIS respectfully requests that the Court apply MRIS's Motion to Quash to AHRN's May 29 Deposition Notice, with the exception of MRIS's arguments regarding AHRN's violation of Local Rule Guideline 9(b). AHRN's new deposition notice provides the 14 days' notice encouraged by this Guideline.

A copy of AHRN's May 29 Deposition Notice is enclosed for the Court's reference.

The Honorable Jillyn K. Schulze
Page 2

                              Respectfully submitted,

                              FINNEGAN, HENDERSON, FARABOW
                                 GARRETT & DUNNER, LLP

                              Margaret A. Esquenet
                              (Bar No. 27775)
                              Attorneys for Plaintiff
                              *Metropolitan Regional Information Systems, Inc.*

Enclosure: As stated

cc:
*Via First Class Mail*
The Honorable Jillyn K. Schulze
United States Magistrate Judge

*Via Email and CM/ECF electronic service*
Richard S. Toikka, Esq.
L. Peter Farkas, Esq.
Russell O. Paige, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>AMERICAN HOME REALTY NETWORK, INC. <br><br>Defendant, <br><br>AMERICAN HOME REALTY NETWORK, INC., <br><br>Counterclaimant, <br><br>v. <br><br>METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br>and <br><br>NATIONAL ASSOCIATION OF REALTORS, <br><br>and <br><br>Does Nos. 1 – 25, <br><br>Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 12-cv-954-AW |

**AMERICAN HOME REALTY NETWORK, INC.'S FED. R. CIV. P. 30(b)(6)
NOTICE OF DEPOSITION OF METROPOLITAN REGIONAL INFORMATION
SYSTEMS, INC.**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure

30(b)(6), Defendant and Counterclaimant American Home Realty Network, Inc.

("AHRN") will take the corporate deposition of Plaintiff and Counterclaim Defendant

1

Metropolitan Regional Information Systems, Inc. ("MRIS").  The deposition by oral examination shall be taken before an officer authorized by law to administer oaths and recorded by electronic and stenographic means, beginning at 9:30 a.m. on Wednesday, June 12, 2013, at the offices of Farkas+Toikka, LLP, 1101 30th Street, N.W., Suite 500, Washington, D.C.  20007, or at another time, date and place mutually agreed to by the parties, and continuing day to day until completed.

MRIS shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on behalf of MRIS at its deposition about the matters for examination identified in Exhibit A hereto.  The deposition is necessary at this time to enable AHRN to respond to MRIS's May 14, 2013 Motion for Leave to File Supplemental Evidence in Support of Motion for Contempt, and to acquire evidence not available through other discovery means regarding the implementation of MRIS's program of registering compilation copyright in the MRIS Database.  AHRN expressly reserves its right in the future consistent with the Court's scheduling orders and the Federal and Local  Rules to take another Rule 30(b)(6) deposition of MRIS unrelated to its Motion for Leave.  In advance of the deposition, by 12:00pm noon on Tuesday June 11, 2013, MRIS is instructed to make available at its offices or by electronic submission to the undersigned for inspection and copying any and all documents within its possession, custody or control responsive to the requests in Schedule B hereto.

Dated: May 29, 2013

Respectfully submitted,

FARKAS+TOIKKA, LLP

    */S/ Russell O. Paige*
Richard S. Toikka, Fed Bar No.13543
L. Peter Farkas (*pro hac vice*)
Russell O. Paige, Fed. Bar No. 16035
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)
lpf@farkastoikka.com (email)
rop@farkastoikka.com (email)

Of Counsel:

Christopher R. Miller (*pro hac vice*)
Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone)
C.Miller@NeighborCity.com (email)

*Counsel for Defendant and Counterclaimant*
American Home Realty Network, Inc.


**CERTIFICATE OF SERVICE**

I, Russell O. Paige, hereby certify that on this the 29th day of May, 2013, I personally served a copy of the foregoing Notice of Deposition on Margaret A. Esquenet, Esquire, counsel for Plaintiff and Counterclaim Defendant Metropolitan Regional Information Systems, Inc.. I further certify that on this the 29th day of May, 2013, a copy of the foregoing Notice of Deposition was served by electronic means by .pdf attachment to electronic mail upon:

Brian P. Morrissey, Jr.
bmorrissey@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Counsel for Counterclaim-Defendant*
National Association of Realtors®


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
Metropolitan Regional Information Systems, Inc.

                    /S/ Russell O. Paige
                    Russell O. Paige

# EXHIBIT A

Pursuant to Fed. R. Civ. P. 30(b)(6), Metropolitan Regional Information Systems, Inc. is requested to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf, regarding the following matters:

1. The basis for the stated "personal knowledge" of Danielle Blanchard regarding the matters set forth in her declaration ("5/14/13 Blanchard Decl.") dated May 14, 2013 and filed with the Court on the same date [D.E. 126-1]; see D.E. 126 at 1 ("I, Danielle Blanchard, hereby declare as follows based on my personal knowledge.");

2. All matters set forth in the 5/14/13 Blanchard Declaration and MRIS's Motion for Leave to File Supplemental Evidence in Support of Motion for Contempt [D.E. 126], including but not limited to the matters set forth in paragraphs 3-9 below;

3. Ms. Blanchard's duties as "Contract Manager" at MRIS; *see* 12/14/13 Blanchard Decl. at ¶ 1;

4. The manner and circumstances in which MRIS "recently learned that AHRN is currently displaying photographs bearing MRIS copyright notices and owned by MRIS on the website located at http://mike.neighborhubs.com." *See id.* at ¶ 2;

5. How MRIS learned of the existence of http://mike.neighborhubs.com, and the persons inside and outside of MRIS who contributed in any way to MRIS's knowledge of the existence, purpose and function of the aforementioned website.

6. Who took the screen shots shown in Exhibits 1-7 of the 12/14/13 Blanchard Declaration, and at whose direction were they taken?

7. MRIS's proposed supplemental evidence, including but not limited to that evidence which MRIS asserts "shows that AHRN owns and

operates additional websites featuring numerous photographs bearing MRIS's copyright notice, including for example http://bonet.neighborhubs.com and http://stage.neighborhubs.com.

8. How MRIS learned of the existence of http://bonet.neighborhubs.com, http://stage.neighborhubs.com and any other websites identified in its proposed supplemental evidence and the persons inside and outside of MRIS who contributed in any way to MRIS's knowledge of the existence, purpose and function of the aforementioned website.

9. Who took any screenshots from http://bonet.neighborhubs.com, http://stage.neighborhubs.com and any other websites identified in its proposed supplemental evidence, and at whose direction were they taken?

**EXHIBIT B**

Pursuant to Fed. R. Civ. P. 30(b)(6), and 34, Metropolitan Regional Information Systems, Inc. is requested to produce the following documents or categories of documents for inspection and copying at the offices of Farkas+Toikka, LLP, 1101 30th Street, NW, Suite 500, Washington, D.C.20007 on or before 12 noon, Tuesday June 11, 2013:

As used below, the term "relating to" shall mean "constituting, comprising, concerning, containing, relating to, referring to, setting forth, pertaining to, showing, supporting, disclosing, describing, explaining, summarizing, either directly or indirectly, in whole or in part, and should be given the broadest possible scope consistent with the *Federal Rules of Civil Procedure*.

1. All documents relating to MRIS's proposed supplemental evidence that is the subject of its Motion for Leave to File Supplemental Evidence in Support of Motion for Contempt [D.E. 126];

2. All documents relating to the bases for the statements contained in the Declaration of Danielle Blanchard [D.E. 126-1] dated May 14, 2013 and filed with the Court on the same date; and all documents relating to the bases for the statements contained in the Declaration of Danielle Blanchard [D.E. 108-1] dated February 22, 2013, and filed with the Court on the same date;

3. All documents relating to drafts in whole or in part of the May 14, 2013 Blanchard Declaration and the February 22, 2013 Blanchard Declaration;

4. All documents relating to MRIS's learning about the existence or content of, or gaining access to, http://mike.neighborhubs.com, http://bonet.neighborhubs.com, http://stage.neighborhubs.com and/or any other AHRN allegedly owned websites identified in or related to MRIS's proposed supplemental evidence; and

5. All documents sufficient to identify each person inside or outside of MRIS who assisted in or had knowledge of acts of MRIS or its agents

that resulted in whole or in part in MRIS's learning about the existence or content of, or gaining access to, http://mike.neighborhubs.com, http://bonet.neighborhubs.com, http://stage.neighborhubs.com and/or any other AHRN allegedly owned websites identified in or related to MRIS's proposed supplemental evidence, and/or who created any document relating to MRIS's proposed supplemental evidence;

6. All documents sufficient to identify any software, hardware or other technology that MRIS or any of its agents used to identify or gain access to http://mike.neighborhubs.com, http://bonet.neighborhubs.com, http://stage.neighborhubs.com and/or any other AHRN allegedly owned websites identified in or related to MRIS's proposed supplemental evidence;

7. All documents, including but not limited to all notes, all drafts, and all U.S. Copyright Office Forms TX sufficient to identify all information transmitted to the U.S. Copyright Office in the "copyright applications for the MRIS Database" referenced in the February 22, 2013 Blanchard Declaration.