# FARKAS + TOIKKA LLP
ATTORNEYS

TEL 202 337 7200
FAX 202 337 7808
www.farkastoikka.com

June 3, 2013

By CM/ECF

Hon. Alexander Williams, Jr.
United States District Court
   For the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: Metropolitan Regional Information Systems, Inc. v.
American Home Realty Network, Inc., No. 8:12-cv-954-AW

Dear Judge Williams:

We represent Defendant-Counterclaim Plaintiff American Home Realty Network, Inc. ("AHRN") and write in response to the letter dated June 3, 2013, by counsel for Counterclaim Defendant National Association of Realtors ("NAR") attaching a default judgment by the United States District Court for the Southern District of Florida in *Key West Association of Realtors Inc. v. Allen, et al.*, Case No. 11-cv-10084-JLK.

The Court should disregard the Key West default judgment, because it is uncontested and because the Florida Court made no specific findings of fact or conclusion of law on any issue that NAR claims is an "example," namely: (1) that MLSs "hold enforceable copyrights in MLS Content;" (2) that statements "that MLS content is copyrightable are not false statements actionable under the Lanham Act;" and (3) that "support for litigation by MRIS or NAR to enforce MLS copyrights is not 'sham litigation' actionable under the Sherman Act."

Indeed, the Florida Court in footnote 2 notes that: "As a default has been entered against Defendant … the Allegations [sic] contained in Plaintiff's Complaint are deemed true."  Also, neither the Lanham Act nor the Sherman Act was at issue in that case.  Thus, the decision is not probative of any issue before this Court.

This letter is being served on all counsel of record through the Court's CM/ECF system.

Respectfully submitted,

 /s/ L. Peter Farkas
L. Peter Farkas

CC: Service List

SUITE 500  1101 30TH STREET NW  WASHINGTON DC 20007  USA