## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Metropolitan Regional Information
Systems, Inc.                                                  *

                          Plaintiff(s)              *

        vs.                                               *      Case No.:
                                               8:12–cv–00954–AW

                                          *

American Home Realty Network, Inc.,                           *
et al.

                        Defendant(s)            *

                                        *****

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

        In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United
States Court for the District of Maryland, this case is hereby referred to the Honorable
Jillyn K. Schulze, United States Magistrate Judge, for said District, for the following
purposes(s):

[ ]        For all proceedings and the entry of judgment in accordance with 28 U.S.C. §
           636(c) by consent of the parties.

[ ]        Settlement or other ADR conference.

[x]       Discovery disputes as follows:

        [x]        All discovery and related scheduling matter.
        [ ]        Specifically,

[ ]        Hearing (if necessary), proposed findings of fact, and recommendations for the
           disposition of motions to review administrative determinations in a Social
           Security or related benefits case pursuant to 42 U.S.C. § 405(g).

[ ]        Ordering and conducting suppplementary proceedings in accordance with Md. R.
           Proc. 2–633.

[ ]        Reviewing a default judgment and/or making recommendations concerning
           damages.

[ ]        Other

Date: June 6, 2013

                                 _____/s/_____
                                 Alexander Williams, Jr.
                                 United States District Judge