**FARKAS + TOIKKA** LLP
ATTORNEYS

Richard S. Toikka, Esquire
Direct Dial:
Tel.  202.337.7802
Fax. 202.337.7808

June 7, 2013

**By Electronic Service via CM/ECF**
The Honorable Jillyn K. Schulze
District Court Magistrate Judge
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherry Wood Lane
Greenbelt, MD  20770

Re:   Metropolitan Regional Information Systems, Inc. v. American Home Realty Network, Inc. et al., No. 8:12-cv-954-AW

Dear Judge Schulze:

MRIS has informed us that they will not produce documents or witnesses for the Rule 30(b)(6) deposition noticed by AHRN for Wednesday June 12.  We request a telephone conference to resolve this impasse.  We and MRIS counsel Margaret Esquenet are available any time on Monday, June 10 except during the time period of 2-4 pm. Ms. Esquenet has informed us that she is also available on Wednesday afternoon, but we would prefer to hold the conference on Monday before the scheduled deposition.

I may be reached on 240-888-8110 (cell) or you may call Russell Paige at 202-337-7809.  Thank you for your assistance.

Respectfully submitted,
*/s/ Richard S. Toikka*
Richard S. Toikka, Federal Bar No. 13543
FARKAS+TOIKKA, LLP
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (main phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

cc:   Service List

**CERTIFICATE OF SERVICE**

**FARKAS + TOIKKA** LLP
ATTORNEYS

I, Richard S. Toikka, herby certify that on this the 7th day of June, 2013, a copy of the foregoing letter to Magistrate Judge Jillyn K. Schulze was served by electronic means using the Court's CM/ECF system upon all counsel or record.

                                                */s/ Richard S. Toikka*
                                                Richard S. Toikka