**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., Plaintiff, | * * * * | |
| v. | * * | |
| AMERICAN HOME REALTY NETWORK, INC., *et al.*, Defendants. | * * * * | Civil Action No. 12-cv-00954-AW |
| and | * * | |
| AMERICAN HOME REALTY NETWORK, INC., Counterclaim Plaintiff, | * * * * * | |
| v. | * * | |
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., *et al.*, Counterclaim Defendants. | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Pending before the Court are Counterclaim-Defendants Metropolitan Regional Information Systems, Inc. (MRIS) and National Association of Realtors (NAR)'s Motions to Dismiss.  Several related Motions are also pending.  For the reasons discussed in the accompanying Memorandum Opinion, it is, this **10th day of June, 2013**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1) MRIS's Motion to Dismiss or in the Alternative Summarily Adjudicate AHRN's First Amended Counterclaims, Doc. No. 76, is **GRANTED-IN-PART** and **DENIED-IN-PART**;

1

2) NAR's Motion to Dismiss AHRN's First Amended Counterclaims, Doc. No. 81, is **GRANTED-IN-PART** and **DENIED-IN-PART**;

3) AHRN's First Amended Counterclaims are **DISMISSED**. Counts I, V, VI, and VII are dismissed **WITH PREJUDICE**. Counts II, III, and IV are dismissed **WITHOUT PREJUDICE**. AHRN shall have **FOURTEEN (14) DAYS** from the date this Order is docketed to file second amended counterclaims with respect to Counts II, III, and IV, if it wishes. Failure to timely file second amended counterclaims will result in the dismissal with prejudice of Counts II, III, and IV.

4) AHRN's Motion to Strike the Charron Declaration and for other relief, Doc. No. 83, is **DENIED** as moot;

5) MRIS's Motion for Leave to file a surreply, Doc. No. 95, is **DENIED** as moot;

6) AHRN's Motion for Leave to file second amended counterclaims, Doc. No. 128, is **DENIED** as moot;

7) AHRN's Motion to Seal, Doc. No. 132, is **DENIED** as moot; and

8) The Clerk of the Court shall transmit a copy of this Order to all counsel of record.

|  |  |
|---|---|
| June 10, 2013 | /s/ |
| Date | Alexander Williams, Jr. |
|  | United States District Judge |