IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **METROPOLITAN REGIONAL** | * |
| **INFORMATION SYSTEMS, INC.** | * |
| | * |
| v. | *   **Civil No. AW 12-0954** |
| | * |
| **AMERICAN HOME REALTY** | * |
| **NETWORK and JONATHAN** | * |
| **J. CARDELLA** | * |
| | * |
| and | * |
| | * |
| **AMERICAN HOME REALTY NETWORK** | * |
| | * |
| and | * |
| | * |
| **METROPOLITAN REGIONAL** | * |
| **INFORMATION SYSTEMS,** | * |
| **NATIONAL ASSOCIATION OF REALTORS,** | * |
| **and DOES 1-25** | * |

## ORDER

In accordance with the foregoing Memorandum, and for the reasons set forth therein, it is, this 5th day of July, 2013, by the United States District Court for the District of Maryland, ORDERED:

1. That AHRN's Motion to Seal the unredacted version of its Opposition to MRIS's Motion for Contempt, ECF No. 98, BE and the same hereby IS, DENIED;

2. That MRIS's Motion to Remove "Attorney's Eyes Only" Designation, ECF No. 107, BE and the same hereby IS, GRANTED;

3. That AHRN's Motion to Seal three exhibits to its Opposition to MRIS's Motion for Leave, ECF No. 146, BE and the same hereby IS, DENIED;

4. That MRIS's Motion to Seal its Reply in support of its Motion for Contempt, ECF No. 163, BE and the same hereby IS, DENIED as MOOT; and

5. That MRIS's Motion to Seal its Opposition to AHRN's Motion to Vacate the Preliminary Injunction, ECF No. 171, BE and the same hereby IS, DENIED as MOOT.

                                                                                   /S/
                                                   JILLYN K. SCHULZE
                                      United States Magistrate Judge