FILED: July 17, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2102 (L)
(8:12-cv-00954-AW)

_____

METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.

    Plaintiff - Appellee

v.

AMERICAN HOME REALTY NETWORK, INC.

    Defendant - Appellant

and

JONATHAN J. CARDELLA; NATIONAL ASSOCIATION OF REALTORS

    Defendants

-------------------------------

CONSUMER ADVOCATES IN AMERICAN REAL ESTATE

    Amicus Supporting Appellant

_____

No. 12-2432
(8:12-cv-00954-AW)

_____

METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.

      Plaintiff - Appellee

v.

AMERICAN HOME REALTY NETWORK, INC.

      Defendant - Appellant

and

JONATHAN J. CARDELLA; NATIONAL ASSOCIATION OF REALTORS

      Defendants

------------------------------

CONSUMER ADVOCATES IN AMERICAN REAL ESTATE

      Amicus Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                      /s/ PATRICIA S. CONNOR, CLERK