**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br>    Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC., *et al.*, <br>    Defendants. <br><br> and <br><br> AMERICAN HOME REALTY NETWORK, INC., <br>    Counterclaim Plaintiff, <br><br> v. <br><br> METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., *et al.*, <br>    Counterclaim Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 12-cv-00954-AW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Pending before the Court is Defendant AHRN's Objections to the Report and Recommendation of U.S. Magistrate Judge Schulze. For the reasons discussed in the accompanying Memorandum Opinion, it is, this **31st day of July, 2013**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1) The Report and Recommendation of Judge Schulze, Doc. No. 150, is **ADOPTED** in its entirety;

2) MRIS's Motion for Contempt, Doc. No. 92, is **GRANTED-IN-PART**, with the result that MRIS is **AWARDED** $7,000 in compensatory damages from AHRN for

    AHRN's display of MRIS's copyrighted photographs on its website for the period November 30, 2012 through January 17, 2013. Other requests for relief are denied;

3) AHRN's Motion for Leave to File a Surreply, Doc. No. 113, is **DENIED**;

4) MRIS's Motion for Leave to File Supplemental Evidence, Doc. No. 126, is **GRANTED**; and

5) The Clerk of the Court shall transmit a copy of this Order to all counsel of record.

| | |
|---|---|
|   July 31, 2013   <br> Date |        /s/        <br> Alexander Williams, Jr. <br> United States District Judge |