**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br>   Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC., *et al.*, <br>   Defendants. <br><br> and <br><br> AMERICAN HOME REALTY NETWORK, INC., <br>   Counterclaim Plaintiff, <br><br> v. <br><br> METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., *et al.*, <br>   Counterclaim Defendants. | * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 12-cv-00954-AW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Pending before the Court is AHRN's Motion to Vacate Preliminary Injunction *Nunc Pro Tunc* and Request for Award of Damages, Attorneys Fees and Costs. Doc. No. 155. For the reasons discussed in the accompanying Memorandum Opinion, it is, this **31st day of July, 2013**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1) AHRN's Motion to Vacate Preliminary Injunction *Nunc Pro Tunc* and Request for Award of Damages, Attorneys Fees and Costs, Doc. No. 155, is **DENIED**; and

2) The Clerk of the Court shall transmit a copy of this Order to all counsel of record.

  July 31, 2013  
  Date

                /s/                
Alexander Williams, Jr.
United States District Judge