FILED: August 1, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2102 (L)
(8:12-cv-00954-AW)
_____

METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.

    Plaintiff - Appellee

v.

AMERICAN HOME REALTY NETWORK, INC.

    Defendant - Appellant

and

JONATHAN J. CARDELLA; NATIONAL ASSOCIATION OF REALTORS

    Defendants

-------------------------------

CONSUMER ADVOCATES IN AMERICAN REAL ESTATE

    Amicus Supporting Appellant

_____

No. 12-2432
(8:12-cv-00954-AW)
_____

METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.

      Plaintiff - Appellee

v.

AMERICAN HOME REALTY NETWORK, INC.

      Defendant - Appellant

and

JONATHAN J. CARDELLA; NATIONAL ASSOCIATION OF REALTORS

      Defendants

------------------------------

CONSUMER ADVOCATES IN AMERICAN REAL ESTATE

      Amicus Supporting Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

                                            */s/Patricia S. Connor, Clerk*