**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN HOME REALTY NETWORK, INC. and JONATHAN J. CARDELLA,**<br><br>Defendants.<br>and<br><br>**AMERICAN HOME REALTY NETWORK, INC.**<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>**METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., NATIONAL ASSOCIATION OF REALTORS, AND DOES 1-25,**<br><br>Counterclaim Defendants. | CIVIL ACTION NO.<br>12-cv-0954-AW |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

On February 15, 2013, the Court by paperless order (D.E. 104) granted the Joint Motion for Modification of the Scheduling Order by Plaintiff and Counterclaim Defendant Metropolitan Regional Information Systems, Inc. ("MRIS") and Defendant and Counterclaim Plaintiff American Home Realty Network, Inc. ("AHRN") which extended the close of fact discovery and certain other deadlines for discovery-related activities. The parties' joint motion also requested, and the Court ordered, that the other Scheduling Order deadlines be reset promptly after the

conclusion of the proceedings on MRIS's and the National Association of Realtors' ("NAR's") motions to dismiss AHRN's First Amended Counterclaims.

Since the entry of the modified Scheduling Order, this Court issued its June 10, 2013 Memorandum Opinion and Order (D.E. 159 and 160) granting-in-part and denying-in-part MRIS's Motion to Dismiss or in the Alternative Summarily Adjudicate AHRN's First Amended Counterclaims (D.E. 76) and granting-in-part and denying-in-part NAR's Motion to Dismiss AHRN's First Amended Counterclaims (D.E. 81). On June 24, 2013, AHRN filed its Second Amended Counterclaims (D.E. 168). On July 22, 2013, MRIS filed its Motion to Dismiss the Second Amended Counterclaims (D.E. 181). Pursuant to the Court's June 28, 2013, Order (D.E. 173), NAR is scheduled to respond to the Second Amended Counterclaims by August 8, 2013.

In addition, AHRN and MRIS have each served supplemental responses to discovery responses, and are in the process of negotiating a set of search terms and algorithms to search their respective electronically stored information per the parties' Stipulation for the Production of Electronically Stored Information (D.E. 79.) To date no depositions have been taken, and document production has been limited because of the need to search the parties' ESI before ESI production can occur. Searching of the parties' respective ESI cannot begin until the search terms and algorithms have been agreed upon. Also, NAR has not yet been involved in any discovery to date.

In view of these facts and circumstances, AHRN and MRIS ask that the Court to allow fact discovery on MRIS's Complaint and AHRN's defenses to remain open, and to suspend all other related discovery deadlines pending the resolution of the motions to dismiss AHRN's

Second Amended Counterclaims, after which a new scheduling order would be negotiated and submitted to the Court.

Dated: August 1, 2013                                   Respectfully submitted,

By:      */s/ Margaret A. Esquenet*          ............
   John T. Westermeier (Bar No. 04364)
   (jay.westermeier@finnegan.com)
   Margaret A. Esquenet (Bar No. 27775)
   (margaret.esquenet@finnegan.com)
   Whitney D. Cooke (admitted *pro hac vice*)
   (whitney.cooke@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
   901 New York Avenue, NW
   Washington, D.C. 20001
   202-408-4000 (phone)
   202-408-4400 (fax)

   *Attorneys for Plaintiff*
   Metropolitan Regional Information
   Systems, Inc.

By:    */s/ Richard S. Toikka*_____
   Richard S. Toikka, Federal Bar No.13543
   L. Peter Farkas (*pro hac vice*)
   Russell O. Paige (*pro hac vice*)
   FARKAS + TOIKKA LLP
   1101 30th Street, NW, Suite 500
   Washington, DC 20007
   202-337-7200 (phone)
   202-337-7808 (fax)
   rst@farkastoikka.com (email)
   lpf@farkastoikka.com (email)
   rop@farkastoikka.com (email)

        Of Counsel:
        Christopher R. Miller (*pro hac vice*)
        Chief Legal Officer and General
        Counsel
        American Home Realty Network, Inc.
        222 7th Street, 2nd Floor
        San Francisco, California 94103
        800-357-3321 (phone)
        C.Miller@NeighborCity.com (email)

        *Attorneys for Defendant*
        American Home Realty Network, Inc.

SO ORDERED, this __ day of _____, 2013

# CERTIFICATE OF SERVICE

I, Margaret A. Esquenet, hereby certify that on August 1, 2013, a copy of the foregoing Joint Motion for Modification of Scheduling Order was served via electronic means using the Court's CM/ECF system upon:

>Richard S. Toikka
>L. Peter Farkas
>Russell O. Paige
>FARKAS & TOIKKA, L.L.P.
>1101 30th Street N.W., Suite 500
>Washington, DC 20007
>rst@farkastoikka.com
>lpf@farkastoikka.com
>rop@farkastoikka.com
>
>Christopher Ralph Miller
>AMERICAN HOME REALTY NETWORK INC.
>222 7th Street, Second Floor
>San Francisco, CA 94103
>c.miller@neighborcity.com
>
>Brian Morrissey, Jr.
>SIDLEY AUSTIN LLP
>1501 K Street, NW
>Washington, DC  20005
>bmorrissey@sidley.com
>
>Jack R. Bierig
>Tacy F. Flint
>SIDLEY AUSTIN LLP
>One Dearborn Street
>Chicago, IL  60603
>jbierig@sidley.com
>tflint@sidley.com

</s/  Margaret  A. Esquenet