IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN HOME REALTY NETWORK, INC.**<br><br>Defendant,<br><br>**AMERICAN HOME REALTY NETWORK, INC.,**<br><br>Counterclaimant,<br><br>v.<br><br>**METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,**<br><br>and<br><br>**NATIONAL ASSOCIATION OF REALTORS,**<br><br>and<br><br>**Does Nos. 1 – 25,**<br><br>Counterclaim Defendants. | Civil Action No. 12-cv-954-AW |

**AHRN'S MOTION TO SEAL ATTACHMENTS TO ITS CERTIFICATE OF CONFERENCE FOR ITS MOTION TO COMPEL DISCOVERY FROM MRIS**

Pursuant to Local Rule 105.11, and the parties' Stipulated Protective Order ("SPO") [D.E. 78], Defendant and Counterclaimant American Home Realty Network, Inc. ("AHRN") hereby files its Motion to Seal three attachments to its Certificate of Conference for its Motion

1

to Compel Discovery from Metropolitan Regional Information Systems, Inc. ("MRIS") including (1) Exhibit 2 to AHRN's Motion to Compel - MRIS's Objections and Responses to AHRN's First Set of Interrogatories and First Set of Requests for Production of Documents and Things (Confidential and Attorneys' Eyes Only ("AEO") Material) (2) Exhibit 5 to AHRN's Motion to Compel - MRIS's Revised and Supplemental Objections and Responses to AHRN's First Set of Interrogatories and First Set of Requests for Production of Documents and Things (Confidential Material) and (3) Exhibit A to AHRN's Reissued Interrogatory No. 1 – MRIS's Profile Sheet (AEO Material). These documents have been designated by MRIS as either Confidential or AEO under the SPO, and out of respect to the designations and in accordance with its obligation under the SPO, AHRN has filed these attachments under seal.  AHRN's under seal filing does not imply that AHRN agrees with MRIS's designations and AHRN reserves its right under the SPO to challenge the designations.  MRIS has advised AHRN that it intends to file a supporting response to this Motion, justifying its Confidential and AEO designations.

For the foregoing reasons, the Court should grant AHRN's motion.

Dated: September 8, 2013            Respectfully submitted,

FARKAS+TOIKKA, LLP

    /S/ Richard S. Toikka
Richard S. Toikka, Fed Bar No.13543
L. Peter Farkas (pro hac vice)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax) rst@farkastoikka.com (email)
lpf@farkastoikka.com (email)

Of Counsel:

Christopher R. Miller (pro hac vice) Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone) C.Miller@NeighborCity.com (email)

*Counsel for Defendant and Counterclaimant American Home Realty Network, Inc.*

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, hereby certify that on this the 8th day of September, 2013, a copy of the foregoing Motion to Seal was served by electronic means using the Court's CM/ECF system upon:

Brian P. Morrissey, Jr.
bmorrissey@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Counsel for Counterclaim-Defendant*
*National Association of Realtors®*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*

        */S/ Richard S. Toikka*
        Richard S. Toikka