**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL | * | |
| INFORMATION SYSTEMS, INC., | * | |
|    Plaintiff, | * | |
| | * | |
|       v. | * | |
| | * | |
| AMERICAN HOME REALTY NETWORK, | * | |
| INC., *et al.*, | * | |
|    Defendants. | * | |
| | * | Civil Action No. 12-cv-00954-AW |
| and | * | |
| | * | |
| AMERICAN HOME REALTY NETWORK, | * | |
| INC., | * | |
|    Counterclaim Plaintiff, | * | |
| | * | |
|       v. | * | |
| | * | |
| METROPOLITAN REGIONAL | * | |
| INFORMATION SYSTEMS, INC., *et al.*, | * | |
|    Counterclaim Defendants. | * | |

*******************************************************************

## ORDER

On July 31, 2013, the Court adopted the Report and Recommendation of U.S. Magistrate Judge Schulze in its entirety. Doc. No. 185. As part of that Order, the Court granted Plaintiff-Counterclaim Defendant Metropolitan Regional Information Systems, Inc. (MRIS)'s Motion for Leave to File Supplemental Evidence, and adopted Judge Schulze's recommendation that the motion be treated as a request for additional damages. Pending before the Court are MRIS's Request for additional compensatory damages and attorneys' fees, Doc. No. 194, and Defendant-Counterclaim Plaintiff American Home Realty Network (AHRN)'s Motion to Strike MRIS's Request, Doc. No. 201. Neither motion concerns a dispositive matter under Local Rule 301.5(b). Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 301.5(a), the Court will refer the pending motions to Judge Schulze for resolution. Accordingly, it is, this **4th day of**

**September, 2013**, by the United States District Court for the District of Maryland, hereby

**ORDERED** that:

1)  MRIS's Request for additional compensatory damages and attorneys' fees, Doc. No.

    194, and AHRN's Motion to Strike MRIS's Request, Doc. No. 201, shall be

    **REFERRED** to U.S. Magistrate Judge Schulze for resolution; and

2)  The Clerk of the Court shall transmit a copy of this Order to all counsel of record.

   September 4, 2013                              /s/
        Date                                   Alexander Williams, Jr.
                                        United States District Judge