UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
SUITE 335A
GREENBELT, MARYLAND 20770
(301) 344-0630
Fax:  (301) 344-0629

September 23, 2013

**FILED VIA CM/ECF**

**TO:  COUNSEL OF RECORD**

Re:  *Metropolitan Regional Information Systems, Inc. v. American Home Realty Network, Inc., et al.*
Civil No.  AW 12-954

Dear Counsel:

Please be advised that I have scheduled a telephone motions hearing (ECF No. 202) for **October 8, 2013** at **2:00 p.m.** in the above-referenced case.

Chambers will initiate the call.

This letter is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Jillyn K. Schulze
United States Magistrate Judge