

**MARGARET A. ESQUENET**
202-408-4007
margaret.esquenet@finnegan.com

October 1, 2013

The Honorable Alexander Williams, Jr.    **VIA CM/ECF ELECTRONIC SERVICE**
United States District Court Judge
United States District Court for the District of Maryland
Southern Division
6500 Cherry Wood Lane
Greenbelt, MD 20770

    Re:    *Metropolitan Regional Information Systems, Inc. v.*
            *American Home Realty Network, Inc.*
            Civil Action No. 8:12-cv-00954-AW

Dear Judge Williams:

    We represent Plaintiff Metropolitan Regional Information Systems, Inc. ("MRIS") in the above-referenced litigation against American Home Realty Network, Inc. ("AHRN"). We write regarding the submission AHRN made to the Court yesterday (September 30, 2013) (Dkt. 215) in lieu of a Reply in support of its Motion to Strike MRIS's Submission of Supplemental Evidence of Contempt or in the Alternative, to Deny MRIS's Request for Additional Damages and for Attorney's Fees (Dkt. 201).

    On September 13, MRIS filed its Opposition to AHRN's Motion to Strike (Dkt. 208). On September 19, 2013, counsel for MRIS received a letter from Russell O. Paige, counsel for AHRN, alerting MRIS to the misstatement that appeared on page 2-3 of MRIS's Opposition and demanding that MRIS immediately correct the record. That same day, MRIS apologized for this misstatement, and filed a corrected version of its Opposition to Motion to Strike with the Court (Dkt. 213). MRIS's corrected Opposition to Motion to Strike differs from the original version by *one sentence*, shown in redline in the corrected version. The demand letter from Mr. Paige was the only communication from AHRN regarding this issue until yesterday's filing.

    AHRN's tacitly admits in its submission that its Reply brief was due September 30, 2013. However, rather than submitting a substantive reply in support of its Motion to Strike, AHRN instead filed a one-page statement:

> On September 13, 2013 plaintiff and counterclaim defendant Metropolitan Regional Information Systems, Inc. ("MRIS") filed its [initial] Opposition [D.E. 208] to defendant and counterclaimant American Home Realty System's Motion to Strike MRIS's Submission of Supplemental Evidence. On September 19, 2013, MRIS filed its Corrected Opposition [D.E. 213]. As MRIS's Corrected Opposition supersedes its initially filed Opposition, AHRN will respond to MRIS's Corrected Opposition by the response date as calculated under the Local Rules: October 7, 2013. (Dkt. 215 at 2.)

The Honorable Alexander Williams, Jr.
October 1, 2013
Page 2

      AHRN's unilateral decision to delay the filing of its reply brief to a date more convenient for AHRN violates Local Rule 105.2(a) and Federal Rule of Civil Procedure 6.  Indeed, MRIS notes that AHRN has filed at least two "corrected" or "errata" versions of its filings (i.e., Dkt. Nos. 77 and 89), and neither of these filings have altered MRIS's response deadline, except when expressly agreed upon by the parties and approved by the Court in advance.

      Accordingly, MRIS submits that AHRN's Motion to Strike is now fully briefed and ripe for decision.  Any additional filings by AHRN with respect to its Motion to Strike would be untimely and should be disregarded.

      Respectfully submitted,

      FINNEGAN, HENDERSON, FARABOW
        GARRETT & DUNNER, LLP

      Margaret A. Esquenet
      (Bar No. 27775)
      Attorneys for Plaintiff-Counterclaim Defendant
      *Metropolitan Regional Information Systems, Inc.*

*Via CM/ECF electronic service*
Richard S. Toikka, Esq.
L. Peter Farkas, Esq.
Russell O. Paige, Esq.