**FARKAS + TOIKKA** LLP
A T T O R N E Y S

TEL   202 337 7200
FAX   202 337 7808
www.farkastoikka.com

Direct:
Richard S. Toikka, Esquire
202-337-7802 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

October 1, 2013

**By CM/ECF Electronic Service**
The Honorable Alexander Williams, Jr.
District Court Judge
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherry Wood Lane
Greenbelt, MD  20770

> Re:   Metropolitan Regional Information Systems, Inc. v. American Home Realty
> Network, Inc., No. 8:12-cv-954-AW

Dear Judge Williams:

We represent Defendant and Counterclaimant American Home Realty Network, Inc. ("AHRN") in the above-referenced litigation involving Metropolitan Regional Information Systems, Inc. ("MRIS").

We write in response to the letter from MRIS's counsel Margaret Esquenet sent to you by electronic service earlier today.

It is AHRN's view that when a litigant files a superseding corrected version of a response to a motion, the time for a reply runs from service of the superseding response.  This response date is consistent with Local Rule 105.2(a) and not, as suggested by Ms. Esquenet, merely a date more convenient for AHRN.

Respectfully submitted,
*/s/ Richard S. Toikka*
Richard S. Toikka, Federal Bar No. 13543
FARKAS+TOIKKA, LLP

Counsel for American Home Realty Network, Inc.

cc:   CM/ECF Service List

The Honorable Alexander Williams, Jr.
October 1, 2013
Page 2

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, herby certify that on this the 1st day of October, 2013, a

copy of the foregoing letter to Judge Alexander Williams, Jr. was served by electronic

means using the Court's CM/ECF system upon:

Brian P. Morrissey, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Jack R. Bierig, Esquire
Tacy F. Flint, Esquire
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603

*Counsel for Counterclaim Defendant*
*National Association of Realtors*

John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*/s/ Richard S. Toikka*
Richard S. Toikka