

MARGARET A. ESQUENET
202-408-4007
margaret.esquenet@finnegan.com

October 4, 2013

The Honorable Jillyn K. Schulze  **VIA CM/ECF ELECTRONIC SERVICE**
United States Magistrate Judge
United States District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, MD 20770

*Metropolitan Regional Information Systems, Inc. v. American Home Realty Network, Inc.*, Civil Action No. 8:12-cv-00954-AW

Dear Judge Schulze:

     We represent Plaintiff and Counterclaim Defendant Metropolitan Regional Information Systems, Inc. ("MRIS"). We write in response to Russell Paige's October 2, 2013 letter requesting your assistance in "resolving a longstanding dispute regarding the content and use of search terms in the production of electronically stored information."

     As an initial matter, we note that Mr. Paige failed to provide the Court with a complete record of the parties' correspondence on the discovery of electronically stored information (ESI). In an effort to provide the Court with a more balanced perspective on the parties' correspondence regarding ESI, MRIS attaches its responses to AHRN's various letters from February to May 2013. (Exhibit A.) The more recent correspondence between the parties is discussed in detail below.

     MRIS was surprised to receive Mr. Paige's letter at 9:57 PM on October 2, given that MRIS has made substantial efforts to cooperate with AHRN regarding the search term issue and has not yet received a response to its latest correspondence. Specifically:

- On September 6, 2013 AHRN's counsel sent to MRIS's counsel a list of 208 terms, which was the first communication from AHRN regarding ESI since May 2013. (Exhibit B).

- MRIS initially responded to Mr. Paige indicating that it would need time to consider AHRN's proposal, and counsel provided a substantive response on September 24, 2013 (Exhibit C). MRIS's September 24 email detailed MRIS's concerns with the proposed search terms and asked AHRN to address those concerns.

The Honorable Jillyn K. Schulze
Page 2

- Mr. Paige responded on September 25, 2013 (Exhibit D). His response did not address any of MRIS's concerns and instead demanded unconditional acceptance of AHRN's terms by MRIS.

- On September 27, MRIS tried again to engage AHRN in a dialogue regarding the search terms (Exhibit E) by providing an annotated version of AHRN's proposed search terms and again identifying MRIS concerns.

As MRIS's September 27 cover email and annotated version of AHRN's search terms establish, MRIS sought further clarification from AHRN regarding AHRN's bases for including various extraordinarily broad search terms. For example, AHRN has never provided an explanation as to why plaintiff's corporate names—"Metropolitan Regional Information Systems, Inc." and "MRIS"—are appropriate search terms or how they serve the purpose of narrowing the number of documents that will be generated. In fact, these terms will capture virtually all of MRIS's documents, amounting to a mountain of documents irrelevant to the present action. Similarly, AHRN has offered no explanation why the inclusion of the names of MRIS's employees, who are also custodians as search terms, including for example CEO David Charron ("Charron*") and General Counsel Erik Feig ("Feig*"), would not have a similar result. MRIS's annotated version of the proposed search terms also requested information regarding which request for production served by AHRN related to certain search terms to ensure that the terms related to pending requests.

MRIS provided the annotated search terms and requested information from AHRN with the hope of moving the dialogue forward between the parties regarding AHRN's search terms. MRIS received no response from AHRN or Mr. Paige, other than the October 2 letter from Mr. Paige to this Court describing MRIS as "intractable" and seeking relief from this Court.

AHRN's mischaracterization of the parties' correspondence extends to its discussion of Rule 502(d). On September 27, 2013—the same day MRIS submitted its questions and comments regarding AHRN's proposed search terms—MRIS provided its proposal for "clawback provisions." (Exhibit F.) Mr. Paige failed to include this communication in his letter to this Court. In its September 27 email regarding the Rule 502 issue, MRIS reiterated its objection to AHRN's proposal to use a "quick peek" process to produce documents to AHRN. MRIS has not agreed to a "quick peek" provision because it wants an opportunity to review its own for responsiveness, privilege, and protective order compliance before producing them to AHRN.

AHRN relies upon this Court's opinion in *In re Coventry Healthcare, Inc.*, No. 09-2661, 2013 WL 1187909, * 4 (D. Md. Mar. 21, 2013), to support AHRN's "quick peek" position. This reliance is misplaced. In that case, this Court denied defendants' request to narrow the date range for discovery of electronically stored information, and noted that the parties' agreed-upon clawback order meant that defendants "need no longer bear the cost of reviewing the ESI for responsiveness and privilege." This Court further emphasized: "[t]o further reduce any undue burden, Plaintiffs may need to refine their proposed search terms to narrow the pool of

The Honorable Jillyn K. Schulze
Page 3

potentially relevant documents." *Id*. at * 4.  In this Action, AHRN has made no effort to address MRIS's concerns regarding the scope of its proposed search terms (other than reducing the number of search terms from 864 to 208), and failed to even respond to MRIS's questions and comments regarding these terms.  Nor have the parties agreed upon any clawback order.

We note that AHRN does not describe the "assistance" it would like this Court to provide.  MRIS believes that any such assistance is premature, except as to suggest to AHRN that it should provide substantive responses to MRIS's September 24 and 27 email correspondence.  In the event that this Court determines that a conference is required to address the search term and FRCP 502 issues, MRIS respectfully requests that the parties be granted an opportunity to submit briefs outlining their respective positions before the conference takes place.

        Respectfully submitted,

        FINNEGAN, HENDERSON, FARABOW
          GARRETT & DUNNER, LLP

        Margaret A. Esquenet
        (Bar No. 27775)
        Attorneys for Plaintiff
        *Metropolitan Regional Information Systems, Inc.*

Enclosures: As stated

cc:

*Via CM/ECF electronic service*
Richard S. Toikka, Esq.
L. Peter Farkas, Esq.
Russell O. Paige, Esq.