**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **AMERICAN HOME REALTY NETWORK, INC. and JONATHAN J. CARDELLA,** <br><br> Defendants <br> and <br><br> **AMERICAN HOME REALTY NETWORK, INC.** <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., NATIONAL ASSOCIATION OF REALTORS, AND DOES 1-25,** <br><br> Counterclaim Defendants. | CIVIL ACTION NO. <br> **12-cv-0954-AW** |

**METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.'S ADDITIONAL
SUBMISSION OF SUPPLEMENTAL EVIDENCE OF CONTEMPT BY
AMERICAN HOME REALTY NETWORK, INC.**

## I. INTRODUCTION

Once again, MRIS must notify this Court of AHRN's ongoing contempt of the November 13, 2012 Order. Contrary to AHRN's various representations to this Court, MRIS has discovered that photographs bearing a "© MRIS" notice now appear on AHRN's primary public website, www.neighborcity.com. AHRN's decision to continue to violate the November 13 Order despite several admonitions from the Court is irrefutable. By collecting, reproducing, publicly displaying, and publicly distributing MRIS's copyrighted photographs, and preparing unauthorized derivative works based on MRIS's copyrighted photographs, AHRN knowingly, deliberately, and willfully violates the November 13 Order. Accordingly, MRIS respectfully requests the Court to hold AHRN in contempt and order AHRN to compensate MRIS for the harm caused by AHRN's actions and to reimburse MRIS for the fees and costs related to the Motion for Contempt and all related proceedings and filings.

## II. BACKGROUND

### A. Procedural Status

On July 31, 2013, this Court issued its Memorandum Opinion and Order (Dkt. 184 and 185) ("July 31 Mem. Op.") adopting the June 4, 2013 Report and Recommendation of Magistrate Judge Schulze (Dkt. 150) ("Report") in its entirety, and granting-in-part MRIS's Motion for Contempt (Dkt. 92), including MRIS's request for compensatory damages from AHRN for its display of MRIS's copyrighted photographs on its website for the period of November 30, 2012 through January 17, 2013. (Dkt. 185 at ¶ 2.) The Court further granted MRIS's Motion for Leave to File Supplemental Evidence of AHRN's Contempt (Id. at ¶ 4). Pursuant to the Court's Order, MRIS submitted supplemental evidence on August 9, 2013 (Dkt. 194) establishing that AHRN continued—indeed continues—to violate the terms of the November 13, 2012 Order. On October 8, 2013, Judge Schulze issued an oral ruling (Dkt. 223)

denying AHRN's Motion to Strike MRIS's Supplemental Evidence (Dkt. 201) and awarding MRIS an additional $12,428.57 in damages as well as attorneys' fees. Judge Schulze supplemented this ruling with a letter to counsel of record on October 11, 2013 (Dkt. 226).

Further to its August 9 submission, MRIS seeks to supplement its evidence of AHRN's ongoing contempt with evidence discovered on and after September 30, 2013.

### B. AHRN's Arguments in its Motion to Strike MRIS's Supplemental Evidence Are Meritless and Inapplicable to MRIS's Latest Evidence of Contempt

In its Motion to Strike (Dkt. 201), AHRN again[1] contended that MRIS's supplemental evidence of contempt cannot establish the last element of the test for contempt, i.e., that MRIS has suffered harm as a result of AHRN's actions, because there has been no "public display" of MRIS's copyrighted photographs. According to AHRN, the supplemental evidence submitted by MRIS showed photographs on display on "developmental websites" that are password protected and "not optimized for web searching," and no one from the public could find these sites without the specific URL. (Mot. to Strike (Dkt. 201) at 13-14, 16.) AHRN's interpretation of the Order is flawed and AHRN has not shown any basis for its position that the order permitted AHRN to use MRIS's photographs to "develop" any websites.[2] Indeed, this Court

---

[1] In its Opposition to MRIS's Motion for Leave (Dkt. 144), AHRN insisted that it had not violated the November 13 Order, and blamed one of its employees for the breach. (5/31/2013 Declaration of Jonathan Cardella (Dkt. 144-1) at ¶ 11.) AHRN further claimed that its copying of photographs bearing a "© MRIS" notice did not violate the November 13 Order because the photographs at issue were not "publicly displayed." (Dkt. 144 at 6-8.)

[2] Moreover, AHRN's position is belied by the fact that MRIS found and accessed the allegedly "developmental websites" using Google without the need for a password of login ID. (8/9/2013 Declaration of Danielle Blanchard (Dkt. 194-1) at ¶ 22.) A recent decision in *Preferred Carolinas Realty, Inc. v. American Home Realty Network, Inc.*, Case No. 1:13-cv-181 (M.D.N.C.) is instructive on this point. In that case, AHRN designated certain discovery responses as "Attorneys' Eyes Only," including a response that identified the domain names of AHRN's alleged "developmental websites." Preferred Carolinas challenged the designation, and cited the Blanchard Declaration in support of its argument that an "Attorneys' Eyes Only" designation was inappropriate for this response given that these "developmental" websites were publicly available and could be accessed without a password on various dates between June and August 2013. On October 1, 2013 the U.S. District Court for the Middle District of North Carolina granted Preferred Carolina's Motion to Strike AHRN's designations, relying on the Blanchard Declaration and finding that AHRN *did not contest the Blanchard Declaration or its statements testifying that the "developmental" websites were publicly accessible*. A copy of the North Carolina Order is attached hereto as Exhibit 1 (emphasis added).

3

rejected AHRN's attempts to misconstrue the Order in its supplement to its October 8, 2013 Order denying AHRN's Motion to Strike:

> Of course, whether the photographs were available to the public or not, the preliminary injunction also prohibited Defendant from copying or reproducing Plaintiff's photographs. Regardless, Defendant does not deny that these photographs appeared on its websites on the dates alleged by Plaintiff. Nor, despite its claim that these websites were not publicly available, does Defendant deny that Plaintiff's employee accessed them.

(Dkt. 226 at 2.)

Furthermore, AHRN has maintained that there are no inconsistencies in the statements made by its CEO, Jonathan Cardella, regarding AHRN's efforts to comply with the November 13 Order. (Mot. to Strike (Dkt. 201) at 15.) AHRN's confidence in the consistency of its CEO's statements is misplaced, given the numerous and ongoing violations of the November 13 Order that have occurred *after* Mr. Cardella's assurances that AHRN has taken steps to ensure its compliance with that Order. (Declaration of Jonathan J. Cardella (Dkt. 144-2) at ¶¶ 144-2.) The only explanation AHRN has provided regarding these inconsistencies is that Mr. Cardella "stands by [his] statements." (Mot. to Strike (Dkt. 201) at 15.)

These arguments appear even more questionable in light of the additional evidence of contempt submitted by MRIS. AHRN cannot plausibly claim that its main webpage, www.neighborcity.com is a "developmental website" that is password protected and inaccessible to the public. Nor can AHRN or Mr. Cardella truthfully claim that AHRN has acted "with diligence" to avoid a violation when MRIS photographs continue to appear on publicly-accessible websites owned and operated by AHRN, including its main webpage, www.neighborcity.com.

## III. ADDITIONAL SUPPLEMENTAL EVIDENCE OF AHRN'S ONGOING CONTEMPT OF THE NOVEMBER 13 ORDER

MRIS's additional evidence, described below, establishes that in addition to the infringement that took place between November 30, 2012 and January 17, 2013, and in addition to the supplemental evidence of contempt submitted by MRIS on August 9, 2013, AHRN continues to collect, reproduce, publicly display, and publicly distribute MRIS's copyrighted photographs, and to prepare unauthorized derivative works based on MRIS's copyrighted photographs.  MRIS recently learned that AHRN's infringement now extends to its primary website www.neighborcity.com, which currently displays photographs bearing a "© MRIS" notice.  As this Court noted, "Defendant's duty to comply with the preliminary injunction requires it to use all reasonable means to prevent violations, not merely correct them when they are exposed."  (Dkt. 226 at 2.)  AHRN's ongoing contempt shows that it has failed to "use all reasonable means" to comply with injunction, and underscores its desire to impermissibly shift the burdens and costs of monitoring compliance to MRIS.

### A. Photographs Bearing a "© [DATE] MRIS" Notice on NeighborCity.com

In light of its previous findings as outlined in its Motion for Leave to Submit Supplemental Evidence (Dkt. 126) and its Supplemental Evidence of Contempt (Dkt. 194), MRIS has continued to monitor websites owned and operated by AHRN, including neighborcity.com.  Beginning on or about September 30, 2013, MRIS has found numerous photographs bearing a "© MRIS" symbol on www.neighborcity.com, the main webpage through which AHRN offers its services, including photographs that appear to display a "© MRIS" notice that appeared to have been removed or altered.  (Declaration of Danielle Blanchard, Exhibit 2, ¶ 5.)  This website was and remains publicly accessible and does not require a password.  (*Id*. at ¶ 4.)

MRIS's additional supplemental evidence is summarized in the chart below, and detailed in the Declaration of Danielle Blanchard and accompanying exhibits submitted concurrently herewith.

| Date Found | Publicly Accessible? | Description of Evidence of Contempt | Blanchard Declaration Reference and Exhibit No. |
|---|---|---|---|
| September 30, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 9005 Winding Creek Lane, Vienna VA 22182 | Blanchard Decl. ¶¶ 5-8<br><br>Exhibit A |
| September 30, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 2819 Preston Ave., Alexandria, VA 22306. | Blanchard Decl. ¶ 9<br><br>Exhibit B |
| September 30, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 6109 Meadowpond Court, Burke, VA 22015. | Blanchard Decl. ¶ 10<br><br>Exhibit C |
| October 1, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 6805 Stoneybrooke Lane, Alexandria, VA 22306. | Blanchard Decl. ¶ 11<br><br>Exhibit D |
| October 1, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 3201 N. Albemarle St., Arlington, VA 22207. | Blanchard Decl. ¶ 12<br><br>Exhibit E |

| Date Found | Publicly Accessible? | Description of Evidence of Contempt | Blanchard Declaration Reference and Exhibit No. |
|---|---|---|---|
| October 1, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 407 Calvin Lane, Rockville, MD 20851. | Blanchard Decl. ¶ 13<br><br>Exhibit F |
| October 1, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 1032 Lamont Ave. NW Apt. A, Washington, DC 20010. | Blanchard Decl. ¶ 14<br><br>Exhibit G |
| October 1, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 8934 Bradmoor Drive, Bethesda, MD 20817. | Blanchard Decl. ¶ 15<br><br>Exhibit H |
| October 2, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 18670 Reef Knot Way, Woodbridge, VA 22191. | Blanchard Decl. ¶ 16<br><br>Exhibit I |
| October 2, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 1535 Carrolton Road, Rockville, MD 20853. | Blanchard Decl. ¶ 17<br><br>Exhibit J |
| October 2, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 9079 Brook | Blanchard Decl. ¶ 18<br><br>Exhibit K |

| Date Found | Publicly Accessible? | Description of Evidence of Contempt | Blanchard Declaration Reference and Exhibit No. |
|---|---|---|---|
|  |  | Ford Road, Burke, VA 22015. |  |
| October 7, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 5750 Bou Ave., Unit 618, Rockville MD 20852. | Blanchard Decl. ¶ 19

Exhibit L |
| October 7, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 4417 Custis Ave., Rockville, MD 20853. | Blanchard Decl. ¶ 20

Exhibit M |
| October 8, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 12510 Lanham Severn Rd., Bowie, MD 20720. | Blanchard Decl. ¶ 21

Exhibit N |
| October 10, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 1703 Euclid St. NW, Washington DC 20009. | Blanchard Decl. ¶ 22

Exhibit O |
| October 10, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 13739 Valley Oak Cir., Rockville, MD 20850. | Blanchard Decl. ¶ 23

Exhibit P |
| October 10, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing | Blanchard Decl. ¶ 24

Exhibit Q |

| Date Found | Publicly Accessible? | Description of Evidence of Contempt | Blanchard Declaration Reference and Exhibit No. |
|---|---|---|---|
| | | located at 2416 S. Eads St., Arlington, VA 22202. | |
| October 10, 2013 | Available on www.neighborcity.com and did not require a password | Photographs bearing a "© 2013 MRIS" symbol in connection with a property listing located at 3620 Connecticut Ave., Washington, DC 20008. | Blanchard Decl. ¶ 25<br><br>Exhibit R |

Taken together with MRIS's previous submissions, the presence of MRIS's copyrighted photographs on websites owned and operated by AHRN, including its main webpage, www.neighborcity.com, AHRN cannot credibly maintain that it is not in contempt of the November 13 Order, or that its contempt is not willful.

### B.     MRIS's Evidence Demonstrates that AHRN Manipulates the "© [DATE] MRIS" Notice on MRIS Photographs

In addition to its ongoing collection, reproduction, public display, and public distribution of MRIS's copyrighted photographs, AHRN is also manipulating MRIS's copyrighted photographs by cropping images that appear on www.neighborcity.com to remove the "© MRIS" copyright notice.  As the below example shows, AHRN crops the MRIS photos to ensure that MRIS's copyright notices do not appear on the MRIS photos featured on neighborcity.com.  "Right clicking" on the photograph to open in a "new tab" of an Internet browser reveals that the photograph bears a "© 2013 MRIS" notice, as shown below (Blanchard Decl. at ¶¶ 6-7, 13; Ex. F):





Removing or altering a copyright notice violates both 17 U.S.C. § 502(d) and 17 U.S.C. § 1202(b). *See MJD Marketing, Inc. v. McGrail*, No. 11-cv-02842, 2012 WL 261199, at * 2 (D. Md. Jan. 26, 2012) (granting plaintiff's motion for default judgment on claim that defendant violated 17 U.S.C. § 1202(b) by removing Plaintiff's copyright notice).

## IV. MRIS IS ENTITLED TO ADDITIONAL COMPENSATORY DAMAGES AND ATTORNEYS' FEES BASED ON AHRN'S WILLFUL AND CONTINUED VIOLATION OF THE NOVEMBER 13, 2012 ORDER

MRIS incorporates by reference section V of its Submission of Supplemental Evidence of Contempt (Dkt. 194 at 18.)  As described herein, AHRN has continued to violate the November 13 Order even after filing its Motion to Strike and after its CEO and other employees have testified regarding AHRN's alleged efforts to comply with that Order.  Given that AHRN's violations of the November 13 Order continue to the present day, AHRN appears to have become only more "obstinate" and "recalcitrant" over time, as this Court has recognized.  (Dkt. 226 at 3) ("It is now clear that Defendant's continued violations are the result of 'obstinence or recalcitrance, *Capital Source Fin. LLC v. Delco Oil, Inc.*, 520 F. Supp. 2d 684, 687 (D. Md. 2007), and justify such an award [of attorneys' fees].")  Accordingly, MRIS requests additional compensatory damages, and respectfully requests that the Court consider AHRN's ongoing contempt in its determination of the appropriate award of attorneys' fees to MRIS (Dkt. 223, 226).  MRIS will submit evidence of the attorneys' fees and costs associated with this filing in its fee petition.

## V. CONCLUSION

For the reasons discussed herein, AHRN must be held accountable for its continued and willful violations of the November 13 Order.  Accordingly, MRIS respectfully submits additional supplemental evidence pursuant to this Court's July 31, 2013 Order and requests the additional compensatory damages and attorneys' fees described herein.

Respectfully submitted,

Dated:  October 15, 2013           By:   */s/*  Margaret A. Esquenet
                                                John T. Westermeier (Bar No. 04364)
                                                (jay.westermeier@finnegan.com)
                                                Margaret A. Esquenet (Bar No. 27775)
                                                (margaret.esquenet@finnegan.com)
                                                Whitney D. Cooke (admitted *pro hac vice*)
                                                (whitney.cooke@finnegan.com)

                                                FINNEGAN, HENDERSON, FARABOW,
                                                   GARRETT & DUNNER, LLP

                                                *Attorneys for Plaintiff-Counterclaim Defendant*
                                                Metropolitan Regional Information
                                                Systems, Inc.

**CERTIFICATE OF SERVICE**

I, Margaret A. Esquenet, hereby certify that on October 15, 2013, a copy of the foregoing MRIS's Additional Submission of Supplemental Evidence of AHRN's Contempt was served via electronic means using the Court's CM/ECF system and hand delivery upon:

>Richard S. Toikka
>L. Peter Farkas
>Russell O. Paige
>FARKAS & TOIKKA, L.L.P.
>1101 30th Street N.W., Suite 500
>Washington, DC 20007
>rst@farkastoikka.com
>lpf@farkastoikka.com
>rop@farkastoikka.com

I, Margaret A. Esquenet, hereby certify that on October 15, 2013, a copy of the foregoing MRIS's Additional Submission of Supplemental Evidence of AHRN's Contempt was served via electronic means using the Court's CM/ECF system upon:

>Christopher Ralph Miller
>AMERICAN HOME REALTY NETWORK INC.
>222 7th Street, Second Floor
>San Francisco, CA 94103
>c.miller@neighborcity.com
>
>Brian Morrissey, Jr.
>SIDLEY AUSTIN LLP
>1501 K Street, NW
>Washington, DC  20005
>bmorrissey@sidley.com

I, Margaret A. Esquenet, hereby certify that on October 15, 2013, a copy of the foregoing MRIS's Additional Submission of Supplemental Evidence of AHRN's Contempt was served via electronic means using the Court's CM/ECF system and FedEx upon:

>Jack R. Bierig
>Tacy F. Flint
>SIDLEY AUSTIN LLP
>One Dearborn Street
>Chicago, IL  60603
>jbierig@sidley.com
>tflint@sidley.com

>/s/  Margaret  A. Esquenet