**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME REALTY NETWORK, INC. <br><br><br> Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| AMERICAN HOME REALTY NETWORK, INC., <br><br> Counterclaimant, <br><br> v. <br><br> METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br> and <br><br> NATIONAL ASSOCIATION OF REALTORS, <br><br> and <br><br> Does Nos. 1 – 25, <br><br> Counterclaim Defendants. | ) Civil Action No. 12-cv-954-AW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AHRN'S MOTION FOR RELIEF FROM CONTEMPT DAMAGES SCHEDULED TO BE PAID ON OCTOBER 23, 2013**

COMES NOW Defendant and Counterclaimant American Home Realty Network, Inc. ("AHRN") and respectfully moves the Court to grant it relief from the payment of contempt damages of $7,000 scheduled for October 23, 2013 by Judge Schulze's order

[D.E. 223].  Since the time of the order granting the contempt award, AHRN has diligently sought to obtain funding from various funding sources as well as having tendered the obligation to its insurers, but has been unsuccessful in finding the funds required for payment.  *See*  Declaration of AHRN's General Counsel Christopher R. Miller ("Miller Decl.), Exhibit A hereto, ¶ 3.  When it became apparent that AHRN would not be able to pay the amount of $7,000 in its entirety on October 23, AHRN's counsel on October 22 requested MRIS's counsel to agree to a payment plan of $700 per month for ten months.  MRIS's counsel refused and insisted on full payment, thus necessitating this Motion.

Although AHRN is unable to strictly comply with the Court's October 8 order, it asks the Court to modify its order to require installment payments of $700 an month for ten months, as offered to MRIS.  In support of this request, AHRN submits the Miller Declaration which states the reasons why AHRN is unable to pay the full amount, and in further support, AHRN is submitting to the Court for in camera review a true and accurate copy of AHRN's Cash Flow Summary for the period March 22, 2013 through November 4, 2013.  *See* Miller Decl. ¶ 5.  *United States v. Rylander*, 460 U.S. 752, 757 (U.S. 1983) ("In a civil contempt proceeding . . . a defendant may assert a present inability to comply with the order in question" and "[w]hile the court is bound by the enforcement order, it will not be blind to evidence that compliance is now factually impossible.") (citations omitted).

For the foregoing reasons, the Court should grant MRIS's Motion.

Dated: October 23, 2013

Respectfully submitted,


FARKAS+TOIKKA, LLP

_/S/ Richard S. Toikka_
Richard S. Toikka, Fed Bar No.13543
L. Peter Farkas (*pro hac vice*)
Russell O. Paige, Fed Bar No. 16035
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)
lpf@farkastoikka.com (email)
rop@farkastoikka.com (email)

Of Counsel:

Christopher R. Miller (*pro hac vice*)
Chief Legal Officer and General
Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone)
C.Miller@NeighborCity.com (email)

*Counsel for Defendant and Counterclaimant*
*American Home Realty Network, Inc.*

3

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, hereby certify that on this the 23rd day of October, 2013, a

copy of the foregoing Motion was served by electronic means using the Court's

CM/ECF system upon:

Brian P. Morrissey, Jr.
bmorrissey@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Counsel for Counterclaim-Defendant*
*National Association of Realtors®*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*


/S/ Richard S. Toikka
Richard S. Toikka