**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| METROPOLITAN REGIONAL | * | |
| INFORMATION SYSTEMS, INC., | * | |
|    Plaintiff, | * | |
| | * | |
|       v. | * | |
| | * | |
| AMERICAN HOME REALTY NETWORK, | * | |
| INC., *et al.*, | * | |
|    Defendants. | * | |
| | * | Civil Action No. 12-cv-00954-AW |
| and | * | |
| | * | |
| AMERICAN HOME REALTY NETWORK, | * | |
| INC., | * | |
|    Counterclaim Plaintiff, | * | |
| | * | |
|       v. | * | |
| | * | |
| METROPOLITAN REGIONAL | * | |
| INFORMATION SYSTEMS, INC., *et al.*, | * | |
|    Counterclaim Defendants. | * | |
| | * | |

**************************************************************************

## ORDER

     Pending before the Court is MRIS's Emergency Motion for Extension of Deadlines set forth in the Court's November 1, 2013 Order by fourteen days.  Doc. No. 244.  AHRN only opposes MRIS's Motion with respect to the final deadline, and requests that the Court further extend that deadline so that it does not fall over the holidays.  MRIS has consented to that additional extension, with conditions.  The Court finds that the parties have established good cause for the limited extension of deadlines.  Therefore, it is, this **5th day of November, 2013**, hereby **ORDERED** that:

1) MRIS's Emergency Motion, Doc. No. 244, is **GRANTED-IN-PART**;

2) The Court hereby amends its November 1, 2013 scheduling order as follows:

1

    a.   November 22, 2013: Deadline for AHRN's notification if it does not seek limited discovery;

    b.   November 22, 2013: Deadline for MRIS's and AHRN's joint report describing scope of limited discovery;

    c.   November 29, 2013: Deadline for submission of joint proposed scheduling order by all parties;

    d.   January 13, 2014: Deadline for completion of limited discovery and supplemental briefing by AHRN;

    e.   January 27, 2014: Deadline for MRIS's responsive briefing.

3)  The parties agree to the following conditions with respect to the limited discovery: Discovery will not begin until after the parties submit their joint report, and no discovery will take place or be due from the period December 20, 2013 – January 1, 2014; and

4)  The Clerk of the Court shall transmit a copy of this Order to all counsel of record.


    November 5, 2013                                 /s/
          Date                                       Alexander Williams, Jr.
                                               United States District Judge