Case 8:12-cv-00954-DKC   Document 251   Filed 11/15/13   Page 1 of 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>AMERICAN HOME REALTY NETWORK, INC. <br><br>Defendant, <br><br>AMERICAN HOME REALTY NETWORK, INC., <br><br>Counterclaimant, <br><br>v. <br><br>METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br><br>and <br><br>NATIONAL ASSOCIATION OF REALTORS, <br><br>and <br><br>Does Nos. 1 – 25, <br><br>Counterclaim Defendants. | Civil Action No. 12-cv-954-AW |

**AHRN'S MOTION TO RECONSIDER THE COURT'S**
**MEMORANDUM OPINION DATED NOVEMBER 1, 2013**

American Home Realty Network, Inc. ("AHRN") hereby seeks reconsideration, pursuant to Maryland Local Rule 105.10, of the Court's Memorandum Opinion [D.E. 239] ("Opinion") and Order [D.E. 241] concerning

Metropolitan Regional Information Systems, Inc.'s ("MRIS") Motion to Dismiss AHRN's Second Amended Counterclaim.

For the reasons set forth in the accompanying supporting Memorandum, AHRN respectfully requests the Court to reconsider portions of its November 1, 2013 Memorandum Opinion and Order and deny MRIS's motion to dismiss or, in the alternative, deny the Court-converted MRIS motion for summary judgment, or allow amendment to add allegations based on recent discovery to AHRN's Second Amended Counterclaim. If the Court is unwilling to deny MRIS's motion with prejudice at this time, AHRN requests that it deny it without prejudice or defer ruling until the end of discovery so both parties may conduct full discovery on the disputed issues of fact or allow amendment of AHRN's Second Amended Counterclaim.

| | |
|---|---|
| Dated: November 15, 2013 | Respectfully submitted, |
| | FARKAS+TOIKKA, LLP |
| | /S/ *Richard S. Toikka* |
| | Richard S. Toikka, Fed Bar No.13543 |
| | L. Peter Farkas (*pro hac vice*) |
| | Russell O. Paige, Fed Bar No. 16035 |
| | 1101 30th Street, NW, Suite 500 |
| | Washington, DC 20007 |
| | 202-337-7200 (phone) |
| | 202-337-7808 (fax) |
| | rst@farkastoikka.com (email) |
| | lpf@farkastoikka.com (email) |
| | rop@farkastoikka.com (email) |

Of Counsel:

Christopher R. Miller (*pro hac vice*)
Chief Legal Officer and General Counsel
American Home Realty Network, Inc.
222 7th Street, 2nd Floor
San Francisco, California 94103
800-357-3321 (phone)
C.Miller@NeighborCity.com (email)

*Counsel for Defendant and
Counterclaimant
American Home Realty Network, Inc.*

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, hereby certify that on this the 15th day of November, 2013, a copy of the foregoing Motion to Reconsider the Court's Memorandum Opinion Dated November 1, 2013 was served by electronic means using the Court's CM/ECF system upon:

Brian P. Morrissey, Jr.
bmorrissey@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Counsel for Counterclaim-Defendant*
*National Association of Realtors®*


John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*

                                          */S/ Richard S. Toikka*
                                          Richard S. Toikka