**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| **METROPOLITAN REGIONAL**<br>**INFORMATION SYSTEMS, INC.,**<br><br>        **Plaintiff,**<br><br>  **v.**<br><br>**AMERICAN HOME REALTY NETWORK, INC.**<br>**and JONATHAN J. CARDELLA,**<br><br>        **Defendants.**<br>   **and**<br><br>**AMERICAN HOME REALTY NETWORK, INC.**<br><br>        **Counterclaim Plaintiff,**<br><br>  **v.**<br><br>**METROPOLITAN REGIONAL**<br>**INFORMATION SYSTEMS, INC., NATIONAL**<br>**ASSOCIATION OF REALTORS, AND**<br>**DOES 1-25,**<br><br>        **Counterclaim Defendants.** | **CIVIL ACTION NO.**<br>**12-cv-0954-AW** |

## CONSENT MOTION FOR EXTENSION OF TIME FOR PARTIES TO SUBMIT JOINT DISCOVERY PLAN

Plaintiff and counterclaim Defendant Metropolitan Regional Information Systems, Inc. ("MRIS"), Defendant American Home Realty Network, Inc. ("AHRN"), and Counterclaim Defendant National Association of Realtors ("NAR") (collectively, the "Parties") jointly move this Court to extend the November 29, 2013 deadline set forth in the Court's November 5, 2013 Order (Dkt. 249) to submit a Revised Joint Discovery Plan and Proposed Scheduling Order.

The Parties require additional time to meet-and-confer and submit a joint discovery plan in light of a number of factors, including the fact that the current deadline is November 29, 2013, the day after Thanksgiving.  MRIS did not recognize at the time it submitted its proposed revised schedule in its Emergency Motion for an Extension of Time (Dkt. 244) on November 1, 2013 that the Court will be closed on November 29.

Counsel for MRIS hereby certifies that on November 22, 2013 counsel for NAR, Scott D. Stein, and counsel for AHRN, Richard S. Toikka, consented to MRIS's joint submission of a request for an extension of the November 29 deadline set forth in the Court's Order by 7 days, to December 6, 2013.

Dated: November 22, 2013               Respectfully submitted,

                                        By: */s/ Margaret A. Esquenet*
                                            Margaret A. Esquenet (Bar No. 27775)
                                            margaret.esquenet@finnegan.com
                                            John T. Westermeier (Bar No. 04364)
                                            jay.westermeier@finnegan.com
                                            Whitney D. Cooke (*pro hac vice*)
                                            whitney.cooke@finnegan.com
                                             901 New York Ave, NW
                                            Washington, DC 20001
                                            (202)-408-4000 (phone)
                                            (202)408-4400 (fax)

                                            FINNEGAN, HENDERSON, FARABOW,
                                              GARRETT & DUNNER, LLP

                                            *Attorneys for*
                                            Metropolitan Regional Information
                                            Systems, Inc.

By: */s/ Richard S. Toikka*
    Richard S. Toikka, Federal Bar No.13543
    rst@farkastoikka.com
    L. Peter Farkas (*pro hac vice*)
    lpf@farkastoikka.com
    1101 30th Street, NW, Suite 500
    Washington, DC 20007
    202-337-7200 (phone)
    202-337-7808 (fax)

    FARKAS + TOIKKA LLP

    Of Counsel:
    Christopher R. Miller (*pro hac vice*)
    Chief Legal Officer and General
    Counsel
    American Home Realty Network, Inc.
    222 7th Street, 2nd Floor
    San Francisco, California 94103
    800-357-3321 (phone)
    C.Miller@NeighborCity.com

    *Attorneys for*
    American Home Realty Network, Inc.

By: */s/ Scott D. Stein*
    Jack R. Bierig (*pro hac vice*)
    jbierig@sidley.com
    Scott D. Stein  (*pro hac vice*)
    sstein@sidley.com|
    Tacy F. Flint (*pro hac vice*)
    tflint@sidley.com
    One Dearborn Street
    Chicago, IL 60603
    312.853.7520 (phone)

    SIDLEY AUSTIN LLP

    *Attorneys for*
    National Association of Realtors

## CERTIFICATE OF SERVICE

I, Margaret A. Esquenet, hereby certify that on November 22, 2013, a copy of Consent Motion for

Extension of Time for Parties to Submit Joint Discovery Plan was served via electronic means using

the Court's CM/ECF system:

> Richard S. Toikka
> L. Peter Farkas
> Russell O. Paige
> FARKAS & TOIKKA, L.L.P.
> 1101 30th Street N.W., Suite 500
> Washington, DC 20007
> rst@farkastoikka.com
> lpf@farkastoikka.com
> rop@farkastoikka.com
>
> Christopher Ralph Miller
> AMERICAN HOME REALTY NETWORK INC.
> 222 7th Street, Second Floor
> San Francisco, CA 94103
> c.miller@neighborcity.com
>
> Brian Morrissey, Jr.
> SIDLEY AUSTIN LLP
> 1501 K Street, NW
> Washington, DC 20005
> bmorrissey@sidley.com
>
> Jack R. Bierig
> Tacy F. Flint
> Scott Stein
> SIDLEY AUSTIN LLP
> One Dearborn Street
> Chicago, IL 60603
> jbierig@sidley.com
> tflint@sidley.com
> sstein@sidley.com

*/s/ Margaret A. Esquenet*