IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., <br>   Plaintiff, | * * * * | |
| v. | * * | |
| AMERICAN HOME REALTY NETWORK, INC., *et al.*, <br>   Defendants. | * * * * | Civil Action No. 12-cv-00954-AW |
| and | * * | |
| AMERICAN HOME REALTY NETWORK, INC., <br>   Counterclaim Plaintiff, | * * * * | |
| v. | * * | |
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., *et al.*, <br>   Counterclaim Defendants. | * * * * | |

****************************************************************************

## ORDER

Pending before the Court is Defendant American Home Realty Network, Inc. ("AHRN")'s Objections to Judge Schulze's Order on Plaintiff Metropolitan Regional Information Systems, Inc. ("MRIS")'s Submission on Supplemental Damages. Doc. No. 231. For the reasons stated in the accompanying Memorandum Opinion, it is, this **3rd day of December, 2013**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1) AHRN's Objections to Judge Schulze's rulings on MRIS's Submission on Supplemental Damages, Doc. No. 231, is **DENIED**;

2) AHRN's Motion to Seal, Doc. No 232, is **GRANTED**; and

3) The Clerk of the Court shall transmit a copy of this Order to all counsel of record.

| | |
|---|---|
| <u>December 3, 2013</u> | <u>        /s/                    </u> |
| Date | Alexander Williams, Jr. |
| | United States District Judge |