

Direct:
202-337-7809 (phone)
202-337-7808 (fax)
rop@farkastoikka.com (email)

December 11, 2013

By CM/ECF

Hon. Alexander Williams, Jr.
United States District Court
For the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    Metropolitan Regional Information Systems, Inc. v.
             <u>American Home Realty Network, Inc.</u>, No. 8:12-cv-954-AW

Dear Judge Williams:

    We represent Defendant-Counterclaim Plaintiff American Home Realty Network, Inc. ("AHRN") and write in regard to AHRN's Motion for the Clerk's Entry of Default [D.E. 268] that AHRN filed on December 2, 2013 against the National Association of Realtors ("NAR") for its failure to file a responsive pleading in response to AHRN's Second Amended Counterclaim pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure.

    As the Court is aware, because NAR did not file a responsive pleading within the time prescribed by the Federal Rules of Civil Procedure following the denial of NAR's Motion to Dismiss, AHRN, mindful of its responsibility to ensure that there is no undue delay in the progress of the case, filed with the Clerk a Request to Enter Default.  As of this date, NAR has failed to file a responsive pleading as required by the FRCP.  However, AHRN's Request for Entry of Default now appears moot due to the fact that on December 9, 2013 the Court issued its scheduling order [D.E. 276, 277] in which it ordered, over the objection of AHRN, that NAR shall have until December 20, 2013 to file a responsive pleading to AHRN's Second Amended Counterclaim.

Hon. Alexander Williams, Jr.
December 11, 2013
Page 2



      Accordingly, AHRN, while preserving its objection to the portion of the Scheduling Order ordering NAR to serve its responsive pleading by December 20, 2013, hereby requests that the Court treat its Motion for the Clerk's Entry of Default as moot or in the alternative, AHRN hereby withdraws its Motion for Entry of Default against NAR.

                                    Respectfully submitted,

                                    /s/ Russell O. Paige
                                  Russell O. Paige

cc: CM/ECF service list