# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,<br>    *Plaintiff*,<br><br>    v.<br><br>AMERICAN HOME REALTY NETWORK, INC., et al.,<br>    *Defendants,*<br><br>AMERICAN HOME REALTY NETWORK, INC.,<br>    *Counterclaimant*,<br><br>    v.<br><br>METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC., et al.,<br>    *Counterclaim Defendants*. | Civil Action No. 12-cv-954-AW |

**RESPONSE OF COUNTERCLAIM-DEFENDANT
NATIONAL ASSOCIATION OF REALTORS® TO
AHRN'S REQUEST TO THE CLERK TO ENTER A DEFAULT**

On December 2, 2013, counterclaimant American Home Realty Network, Inc. ("AHRN") submitted a request for the Clerk to "enter a default against" Counterclaim-Defendant National Association of Realtors® ("NAR") under Fed. R. Civ. P. 55(a). Dkt. 268. In its December 9 order, however, the Court set the deadline for the filing of NAR's responsive pleading for December 20. Dkt. 276; *see also* Dkt. 277 ¶ 6. In a letter submitted to the Court on December 11, AHRN acknowledged that its request for entry of a default was moot in light of the Court's order. Dkt. 280. Accordingly, NAR respectfully submits that the request should be denied as moot.

Respectfully submitted,

/s/ Brian P. Morrissey
Brian P. Morrissey (Bar No. 30177)
bmorrissey@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Jack R. Bierig
jbierig@sidley.com
Scott Stein
sstein@sidley.com
Tacy F. Flint
tflint@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for Counterclaim-Defendant*
National Association of Realtors®

**CERTIFICATE OF SERVICE**

  I, Brian Morrissey, hereby certify that on December 16, 2013 a copy of the foregoing Response of National Association of Realtors® to AHRN's Request for Entry of Default was served using the Court's CM/ECF system upon:

Richard S. Toikka
L. Peter Farkas
FARKAS AND TOIKKA LLP
1101 30th St. NW, Ste. 500
Washington, DC 20007
*Counsel for Defendant/Counterclaim-Plaintiff American Home Realty Network, Inc. and Defendant Jonathan J. Cardella*

Christopher Ralph Miller
AMERICAN HOME REALTY NETWORK, INC.
222 7th St Second Fl
San Francisco, CA 94103
*Counsel for Defendant/Counterclaim-Plaintiff American Home Realty Network, Inc. and Defendant Jonathan J. Cardella*

John T. Westermeier
Margaret A. Esquenet
Whitney Devin Cooke
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
*Counsel for Plaintiff/Counterclaim-Defendant Metropolitan Regional Information Systems, Inc.*

                */s/* Brian P. Morrissey