**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,** )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. )<br>) | |
| **AMERICAN HOME REALTY NETWORK, INC.** )<br>)<br>)<br>) | |
| Defendant, )<br>) | **Civil Action No. 12-cv-954-AW** |
| **AMERICAN HOME REALTY NETWORK, INC.,** ) | |
| Counterclaimant, )<br>) | |
| v. )<br>) | |
| **METROPOLITAN REGIONAL INFORMATION SYSTEMS, INC.,** )<br>)<br>) | |
| and ) | |
| **NATIONAL ASSOCIATION OF REALTORS,** )<br>) | |
| and ) | |
| **Does Nos. 1 – 25,** )<br>) | |
| Counterclaim Defendants. )<br>) | |

**AHRN'S MOTION FOR RECONSIDERATION OF THE COURT'S MEMORANDUM OPINION
AND ORDER OF DECEMBER 3, 2013 UPHOLDING MAGISTRATE JUDGE SCHULZE'S
RULINGS OF OCTOBER 8 AND 11, 2013**

Pursuant to Fed. R. Civ. P. 54 (b) and Local Rule 105.10, Defendant and

Counterclaimant American Home Realty Network, Inc. ("AHRN") respectfully asks the Court to

1

reconsider its December 3, 2013 Memorandum Opinion [D.E. 270] and Order [D.E. 271] upholding Magistrate Judge Schulze's rulings of October 8 and 11, 2013.  The basis for this Motion is that the Court committed clear error in failing to consider AHRN's argument that Judge Schulze applied an incorrect legal standard and ignored facts on the record in concluding that MRIS had shown it was harmed by the alleged violation of the Court's preliminary injunction Order of November 13, 2012.

| | |
|---|---|
| Dated: December 17, 2013 | Respectfully submitted, |
| | FARKAS+TOIKKA, LLP |
| |  /S/ Richard S. Toikka<br>Richard S. Toikka, Fed Bar No.13543<br>L. Peter Farkas (*pro hac vice*)<br>Russell O. Paige, Fed Bar No. 16035<br>1101 30th Street, NW, Suite 500<br>Washington, DC 20007<br>202-337-7200 (phone)<br>202-337-7808 (fax)<br>rst@farkastoikka.com (email)<br>lpf@farkastoikka.com (email)<br>rop@farkastoikka.com (email) |
| | Of Counsel: |
| | Christopher R. Miller (*pro hac vice*)<br>Chief Legal Officer and General Counsel<br>American Home Realty Network, Inc.<br>222 7th Street, 2nd Floor<br>San Francisco, California 94103<br>800-357-3321 (phone)<br>C.Miller@NeighborCity.com (email) |
| | *Counsel for Defendant and Counterclaimant American Home Realty Network, Inc.* |

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, hereby certify that on this the 17th day of December, 2013, a copy of the foregoing Motion for Reconsideration was served by electronic means using the Court's CM/ECF system upon:

Brian P. Morrissey, Jr.
bmorrissey@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
Scott D. Stein
sstein@sidley.com
Jessica Rothenberg
jrothenberg@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603

*Counsel for Counterclaim-Defendant*
*National Association of Realtors®*

John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant*
*Metropolitan Regional Information Systems, Inc.*

                                                  */S/ Richard S. Toikka*
                                                  Richard S. Toikka