IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **METROPOLITAN REGIONAL** * | |
| **INFORMATION SYSTEMS, INC.** * | |
| * | |
| v.                                                        * | **Civil No. AW 12-954** |
| * | |
| **AMERICAN HOME REALTY** * | |
| **NETWORK, INC.** * | |
| * | |
| **and** * | |
| * | |
| **NATIONAL ASSOCIATION OF REALTORS** * | |
| * | |

## ORDER

In accordance with the foregoing Memorandum, and for the reasons set forth therein, it is, this 20th day of December, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. AHRN's Motion for Relief from Contempt Damages, ECF No. 230, BE and the same hereby IS, DENIED;

2. MRIS is relieved from paying any fees or costs associated with responding to AHRN's discovery requests until AHRN pays all outstanding contempt damages; and

3. MRIS's Motion for Leave to File a Sur-Reply, ECF No. 257, BE and the same hereby IS, DENIED as MOOT.

/S/
JILLYN K. SCHULZE
United States Magistrate Judge