

Direct:
Richard S. Toikka, Esquire
202-337-7802 (phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

TEL 202 337 7200
FAX 202 337 7808
www.farkastoikka.com

December 20, 2013

**By Electronic Service and First Class Mail**
The Honorable Alexander Williams, Jr.
District Court Judge
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherry Wood Lane
Greenbelt, MD  20770

      Re:    Metropolitan Regional Information Systems, Inc. v. American Home Realty Network, Inc., No. 8:12-cv-954-AW

Dear Judge Williams:

      Our firm represents American Home Realty Network, Inc. ("AHRN"), in the above-referenced matter.  We are writing in reference to the recently issued Revised Discovery Plan and Scheduling Order [D.E. 276].  On Monday December 23, 2013 pursuant to that revised schedule, AHRN will be producing to MRIS and NAR hundreds of thousands of documents from the Minnesota and North Carolina actions, including AHRN's document productions, interrogatory answers, and sworn testimony of its employees, agents and experts.

      However, narrow issues have arisen with respect to the production of three (3) Minnesota expert reports and discovery documents from the Travelers coverage litigation.  The issues include (1) that the timing of the disclosure of expert reports conflicts with the requirement of Fed. R. Civ. P. 26(b)(4)(D) as the experts are consulting experts in the Maryland case; (2) the expert reports concern only damages on AHRN's counterclaim and are hence not relevant to the "sham litigation" issue raised by MRIS and NAR as a reason for their disclosure; (3) in the event those Minnesota experts become testifying experts in this case, disclosure of their opinions now conflicts with the Court's schedule for expert disclosures in this case.

In addition, the small number of AHRN discovery documents from the Travelers case (we estimate less than 1 percent of the entire production) that are not already being produced from the Minnesota and North Carolina actions contain highly sensitive corporate information covered by a protective order.  AHRN has significant concerns regarding the prejudicial effect of disclosure of these sensitive documents, none of which has any relevance to the issues in this case, on AHRN's interests in the coverage litigation.

The Honorable Alexander Williams, Jr.
December 20, 2013
Page 2

      Prior to this communication with the Court, we have made an effort to meet and confer with opposing counsel on these issues, but given the press of business, the holiday season, and unavailability of lead counsel for MRIS until December 30, 2013, no meaningful discussions can take place prior to the time required for production of documents on December 23, 2013.  Accordingly, we felt it necessary to inform the Court of these matters and to request an extension of the deadline until January 16, the date originally requested by AHRN, in order to have an opportunity to resolve fully the narrow issues we raised above.  Failing such resolution, we intend to formally request the Court's assistance through a motion to modify the terms of the Revised Discovery Plan and Scheduling Order.


Respectfully submitted,

*/s/ Richard S. Toikka*
Richard S. Toikka, Federal Bar No. 13543
FARKAS+TOIKKA, LLP
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-337-7200 (main phone)
202-337-7808 (fax)
rst@farkastoikka.com (email)

cc:    CM/ECF Service List

## CERTIFICATE OF SERVICE

I, Richard S. Toikka, hereby certify that on this the 20th day of December, 2013, a copy of the foregoing letter to Judge Alexander Williams, Jr. was served by electronic means using the Court's CM/ECF system upon:

Brian P. Morrissey, Jr.
bmorrissey@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Jack R. Bierig
jbierig@sidley.com
Tacy F. Flint
tflint@sidley.com
Scott D. Stein
sstein@sidley.com
Jessica Rothenberg
jrothenberg@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603

*Counsel for Counterclaim Defendant
National Association of Realtors®*

John T. Westermeier, Esquire
Margaret A. Esquenet, Esquire
Whitney D. Cooke, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Counsel for Plaintiff and Counterclaim Defendant
Metropolitan Regional Information Systems, Inc.*

                                        <u>/s/ Richard S. Toikka</u>
                                        Richard S. Toikka