

**JAY T. WESTERMEIER**
571-203-2480
jay.westermeier@finnegan.com

December 23, 2013

**VIA CM/ECF ELECTRONIC SERVICE**

The Honorable Alexander Williams, Jr.
United States District Court Judge
United States District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, MD 20770

*Metropolitan Regional Information Systems, Inc. v. American Home Realty Network, Inc.*, Civil Action No. 8:12-cv-00954-AW

Dear Judge Williams:

    We represent Plaintiff and Counterclaim Defendant Metropolitan Regional Information Systems, Inc. ("MRIS"). We write on behalf of MRIS to join in the National Association of Realtor's ("NAR") December 23, 2013, objection (D.I. 292) to the December 20, 2013, letter of the American Home Realty Network, Inc. ("AHRN") (D.I. 291).

    Respectfully submitted,

    FINNEGAN, HENDERSON, FARABOW
       GARRETT & DUNNER, LLP

    /s/  Jay T. Westermeier
    Jay T. Westermeier (Bar No. 04364)
    Attorneys for Plaintiff
    *Metropolitan Regional Information Systems, Inc.*

cc:

*Via CM/ECF electronic service*
Richard S. Toikka, Esq.
L. Peter Farkas, Esq.
Russell O. Paige, Esq.